AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F., on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA, <br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA, <br> *Defendant(s)* | Civil Action No.   3:18-cv-03539-LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
     See Schedule A (attached)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel B. Asimow
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date: June 15, 2018

*Signature of Clerk or Deputy Clerk*

Case Number 3:18-cv-03539-LB

# SCHEDULE A

| | |
|---|---|
| Donald J. Trump<br>President of the United States<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | U.S. Department of Homeland Security<br>Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |
| U.S. Citizenship and Immigration Services<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | U.S. Department of State<br>The Executive Office, Office of the Legal Adviser<br>Suite 5.600<br>600 19th Street, NW<br>Washington, DC 20522 |
| Kirstjen Nielsen<br>Secretary of Homeland Security<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | Michael R. Pompeo<br>Secretary of U.S. Department of State<br>The Executive Office, Office of the Legal Adviser<br>Suite 5.600<br>600 19th Street, NW<br>Washington, DC 20522 |
| L. Francis Cissna<br>Director of U.S. Citizenship and Immigration Services<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | United States of America<br>c/o Alex G. Tse<br>Acting United States Attorney<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |