# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F., on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:18-cv-03539-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

Having considered Plaintiffs' Administrative Motion To Proceed Under Pseudonyms, and the Declarations in support thereof, and good cause appearing, the Court hereby ORDERS as follows:

The Administrative Motion For Leave To Proceed Under Pseudonyms is provisionally GRANTED. Plaintiffs and putative class members shall be allowed to proceed using pseudonyms. All parties shall use Plaintiffs' and putative class members' pseudonyms in all documents filed on the public docket or served on the parties in this action, and shall be prohibited from using Plaintiffs' and putative class members' real names in such documents. The names and identities of Plaintiffs and putative class members, if submitted to the Court, shall be maintained *in camera* and not made available to the public or to Defendants. To the extent any document filed with the Court contains Plaintiffs' or putative class members' real names, the names and any other personally identifying information shall be redacted and replaced with applicable pseudonyms. This order is without prejudice to the government's right to file an opposition to the Plaintiffs' motion once it is served in this case.

IT IS SO ORDERED.

DATED: June 19, 2018

HON. LAUREL BEELER
United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING LEAVE TO PROCEED PSEUDONYMOUSLY        No. 3:18-cv-03539-LB