1  DANIEL B. ASIMOW (SBN 165661)
   daniel.asimow@arnoldporter.com
2  MATTHEW H. FINE (SBN 300808)
   matthew.fine@arnoldporter.com
3  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Floor
4  San Francisco, California 94111
   Telephone:    415.471.3100
5  Facsimile:    415.471.3400

6  JOHN A. FREEDMAN*
   john.freedman@arnoldporter.com
7  GAELA K. GEHRING FLORES*
   gaela.gehringflores@arnoldporter.com
8  DAVID J. WEINER (CA SBN 219753)
   david.weiner@arnoldporter.com
9  DANA O. CAMPOS*
   dana.campos@arnoldporter.com
10 MATEO MORRIS*
   mateo.morris@arnoldporter.com
11 ARNOLD & PORTER KAYE SCHOLER LLP
   601 Massachusetts Ave., NW
12 Washington, DC 20001-3743
   Telephone:    202.942.5000
13 Facsimile:    202.942.5999

LINDA EVARTS (appearance *pro hac vice*)
levarts@refugeerights.org
KATHRYN C. MEYER (appearance *pro hac vice*)
kmeyer@refugeerights.org
MARIKO HIROSE (appearance *pro hac vice*)
mhirose@refugeerights.org
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
40 Rector Street, 9th Floor
New York, NY 10006
Telephone:    646.459.3057
Facsimile:    212.533.4598

PHILLIP A. GERACI*
phillip.geraci@arnoldporter.com
SUSAN S. HU*
susan.hu@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:    212.836.8000
Facsimile:    212.836.8689

14

15 *Attorneys for Plaintiffs*

   *Pro Hac Vice* motion forthcoming

16

17               **UNITED STATES DISTRICT COURT**

18          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

20 S.A.; *et al.*,                          Case No. 3:18-cv-03539-LB

21               Plaintiffs,               **PROOF OF SERVICE OF SUMMONS
                                           AND COMPLAINT FOR
22       v.                                DECLARATORY AND INJUNCTIVE
                                           RELIEF**
23 DONALD J. TRUMP, in his official capacity as
   President of the United States; *et al.*,
24
25               Defendants.

26

27

28

I, Daniel B. Asimow, declare:

On June 20, 2018, eight true and correct copies of each of the following documents were served on Alex G. Tse, the Acting United States Attorney for the Northern District of California, in compliance with Rules 4(i)(1)(A)(i) and 4(i)(2) of the Federal Rules of Civil Procedure:

**Summons in a Civil Action (ECF 8);**

**Class Action Complaint for Declaratory and Injunctive Relief (ECF 1) and Civil Cover Sheet (ECF 1-1);**

**Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3);**

**Certificate of Interested Parties (ECF 4);**

**Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

**Standing Orders for (i) Magistrate Judge Beeler and (ii) all Judges in N.D. Cal.;**

**"Consenting To The Jurisdiction Of A Magistrate Judge In The Northern District Of California;"**

**San Francisco Filing Procedures;**

**ECF Registration Information;**

**Administrative Motion for Leave to Proceed Under Pseudonyms and Memorandum of Points and Authorities in Support (ECF 6);**

**Application for Admission of Attorney *Pro Hac Vice* (Mariko Hirose) (ECF 7);**

**Application for Admission of Attorney *Pro Hac Vice* (Kathyrn Meyer) (ECF 9);**

**Order Granting Application for Admission of Attorney *Pro Hac Vice* (Mariko Hirose) (ECF 10);**

**Order Granting Application for Admission of Attorney *Pro Hac Vice* (Kathyrn Meyer) (ECF 11);**

**Application for Admission of Attorney *Pro Hac Vice* (Linda Evarts) (ECF 12);**

**Petition for Appointment of J.F. as Guardian Ad Litem for A. F. (ECF 13);**

**Petition for Appointment of J.F. as Guardian Ad Litem for H. F. (Doc. 14);**

**Petition for Appointment of J.F. as Guardian Ad Litem for B. E. (Doc. 15);**

**Petition for Appointment of J.F. as Guardian Ad Litem for J.C. (Doc. 16);**

**Order Granting Application for Admission of Attorney *Pro Hac Vice* (Linda Evarts) (ECF 17)**

by FreeWheelin' Attorney Service (see attached *Proof of Service and Declaration*), who personally served the following:

PROOF OF SERVICE OF SUMMONS AND COMPLAINT          No. 3:18-cv-03539 -LB

Tiffany Chiu
Legal Assistant
Authorized to Accept
450 Golden Gate Avenue, 9th Floor
San Francisco, CA  94102

As detailed in the attached Affidavit of Eduard Maks, true and correct copies of the above documents were also served on all Defendants in this action on June 19, 2018 via certified mail, in compliance with Rule 4(i)(2) of the Federal Rules of Civil Procedure, and eight true and correct copies of the above documents were served on the Attorney General of the United States on June 19, 2018 via certified mail, in compliance with Rules 4(i)(1)(B) and 4(i)(2) of the Federal Rules of Civil Procedure.

I declare under the laws of the United States that the foregoing is true and correct.  Executed at San Francisco, California on June 20, 2018.

_/s/ Daniel B. Asimow_
DANIEL B. ASIMOW

Civil Action No. 3:18-cv-03539-LB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Alex G. Tse, the Acting United States
Attorney for the Northern District of California

was received by me on *(date)*    June 20, 2018

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Tiffany Chiu, Legal Assistant     , who is

designated by law to accept service of process on behalf of *(name of organization)*    United States of America

_____ on *(date)*   June 20, 2018    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:   June 20, 2018

_____
*Server's signature*

Christopher Myron, Registered Process Server (Reg. #1399)
County: San Francisco (Expiration 2/20/2020)
*Printed name and title*

FreeWheelin' Attorney Service

P.O. Box 78154, San Francisco, CA 94107
*Server's address*


Additional information regarding attempted service, etc:
Please see Attachment for complete list of documents served


American LegalNet, Inc.
www.FormsWorkFlow.com

# **ATTACHMENT**

Summons in a Civil Action(ECF 8);

Class Action Complaint for Declaratory and Injunctive Relief (ECF 1);

Order Setting Initial Case Management Conference and ADR Deadlines (ECF 3);

Certificate of Interested Parties (ECF 4);

Notice of Assignment of Case to a United States Magistrate Judge for Trial;

Standing Orders for (i) Magistrate Judge Beeler and (ii) all Judges in N.D. Cal.;

"Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California;"

San Francisco Filing Procedures;

ECF Registration Information;

Administrative Motion for Leave to Proceed Under Pseudonyms and Memorandum of Points and Authorities in Support (ECF 6);

Application for Admission of Attorney *Pro Hac Vice* (Mariko Hirose) (ECF 7);

Application for Admission of Attorney *Pro Hac Vice* (Kathyrn Meyer) (ECF 9);

Order Granting Application for Admission of Attorney *Pro Hac Vice* (Mariko Hirose) (ECF 10);

Order Granting Application for Admission of Attorney *Pro Hac Vice* (Kathyrn Meyer) (ECF 11);

Application for Admission of Attorney *Pro Hac Vice (*Linda Evarts) (ECF 12);

Petition for Appointment of J.F. as Guardian Ad Litem for A. F. (ECF 13);

Petition for Appointment of J.F. as Guardian Ad Litem for H. F. (Doc. 14);

Petition for Appointment of J.F. as Guardian Ad Litem for B. E. (Doc. 15);

Petition for Appointment of J.F. as Guardian Ad Litem for J.C. (Doc. 16);

Order Granting Application for Admission of Attorney *Pro Hac Vice* (Linda Evarts) (ECF 17)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------------------X
S.A.; et al.,                                         :

              Plaintiffs,            :

      -against-                               :

DONALD J. TRUMP, in his official capacity as          :
President of the United States; et al.,

                              :

              Defendants.            :

                              :
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                        :SS:
COUNTY OF NEW YORK  )

**AFFIDAVIT OF SERVICE**
CIVIL ACTION NO.:
3:18-cv—03539-LB

      EDUARD MAKS, being duly sworn, deposes and says that he
is employed by the law firm of Arnold & Porter Kaye Scholer LLP, is over the age of
eighteen years and is not a party to this action.

      On June 19, 2018, deponent served true and correct copies of Summons **(Doc. 8)**;
Complaint **(Doc. 1)**; Order Setting Initial Case Management Conference and ADR
Deadlines, ECF 3 (per the order and Local Rule 4-2) **(Doc. 3)**; Certificate if Interested
Parties **(Doc. 4)**; Notice of Assignment of Case to a United States Magistrate Judge for
Trial (per the order); Standing orders for (i) Magistrate Judge Beeler and (ii) all judges in
N.D. Cal. (per Local Rule 4-2); Consenting To A Magistrate Judge's Jurisdiction In The
Northern District Of California" Brochure (per the order); San Francisco Filing
Procedures (per "Opening A New Civil Case In ECF" page, referenced by ECF 2 docket
text); ECF Registration Information (per "Opening A New Civil Case In ECF" page,
referenced by ECF 2 docket text); ADMINISTRATIVE MOTION FOR LEAVE TO
PROCEED UNDER PSEUDONYMS AND MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT **(Doc. 6)**; Application for Admission of Attorney Pro Hac
Vice (Marilo Hirose) **(Doc. 7)**; Application for Admission of Attorney Pro Hac Vice
(Kathyrn Meyer) **(Doc. 9)**; Order granting Application for Admission of Attorney Pro
Hac Vice (Marilo Hirose) **(Doc. 10)**; Order granting Application for Admission of
Attorney Pro Hac Vice (Kathyrn Meyer) **(Doc. 11)**; Application for Admission of
Attorney Pro Hac Vice (Linda Evarts) **(Doc. 12)**; Petition for Appointment of J.F. as
Guardian Ad Litem for A. F. **(Doc. 13)**; Petition for Appointment of J.F. as Guardian Ad
Litem for H. F. **(Doc. 14)**; Petition for Appointment of J.F. as Guardian Ad Litem for B.
E. **(Doc. 15)**; Petition for Appointment of J.F. as Guardian Ad Litem for J.C. **(Doc. 16)**;
Order granting Application for Admission of Attorney Pro Hac Vice (Linda Evarts) **(Doc.**

**17),** by enclosing the same in sealed, postpaid boxes, by certified mail, return receipt requested, addressed to the following:

See attached Schedule A

and by depositing the envelopes at the United States Post Office, located at 322 West 52nd Street, New York, NY 10019. Attached hereto are the related receipts for the certified mail.

In addition, on June 19, 2018, deponent served eight true and correct copies of Summons **(Doc. 8);** Complaint **(Doc. 1);** Order Setting Initial Case Management Conference and ADR Deadlines, ECF 3 (per the order and Local Rule 4-2) **(Doc. 3);** Certificate if Interested Parties **(Doc. 4);** Notice of Assignment of Case to a United States Magistrate Judge for Trial (per the order); Standing orders for (i) Magistrate Judge Beeler and (ii) all judges in N.D. Cal. (per Local Rule 4-2); Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California" Brochure (per the order); San Francisco Filing Procedures (per "Opening A New Civil Case In ECF" page, referenced by ECF 2 docket text); ECF Registration Information (per "Opening A New Civil Case In ECF" page, referenced by ECF 2 docket text); ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT **(Doc. 6);** Application for Admission of Attorney Pro Hac Vice (Marilo Hirose) **(Doc. 7);** Application for Admission of Attorney Pro Hac Vice (Kathyrn Meyer) **(Doc. 9);** Order granting Application for Admission of Attorney Pro Hac Vice (Marilo Hirose) **(Doc. 10);** Order granting Application for Admission of Attorney Pro Hac Vice (Kathyrn Meyer) **(Doc. 11);** Application for Admission of Attorney Pro Hac Vice (Linda Evarts) **(Doc. 12);** Petition for Appointment of J.F. as Guardian Ad Litem for A. F. **(Doc. 13);** Petition for Appointment of J.F. as Guardian Ad Litem for H. F. **(Doc. 14);** Petition for Appointment of J.F. as Guardian Ad Litem for B. E. **(Doc. 15);** Petition for Appointment of J.F. as Guardian Ad Litem for J.C. **(Doc. 16);** Order granting Application for Admission of Attorney Pro Hac Vice (Linda Evarts) **(Doc. 17),** by enclosing the same in sealed, postpaid boxes, by certified mail, return receipt requested, addressed to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and by depositing the envelopes at the United States Post Office, located at 322 West 52nd Street, New York, NY 10019. Attached hereto are the related receipts for the certified mail.

EDUARD MAKS

Sworn to before me this
19th day of June, 2018

Notary Public

LOUIS H. CHAMPAGNE
Notary Public, State of New York
No. 01CH6066853
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 26, 20__

Case Number 3:18-cv-03539-LB

## SCHEDULE A

| | |
|---|---|
| Donald J. Trump<br>President of the United States<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | U.S. Department of Homeland Security<br>Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |
| U.S. Citizenship and Immigration Services<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | U.S. Department of State<br>The Executive Office, Office of the Legal Adviser<br>Suite 5.600<br>600 19th Street, NW<br>Washington, DC 20522 |
| Kirstjen Nielsen<br>Secretary of Homeland Security<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | Michael R. Pompeo<br>Secretary of U.S. Department of State<br>The Executive Office, Office of the Legal Adviser<br>Suite 5.600<br>600 19th Street, NW<br>Washington, DC 20522 |
| L. Francis Cissna<br>Director of U.S. Citizenship and Immigration Services<br>Office of the General Counsel<br>United States Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 | United States of America<br>c/o Alex G. Tse<br>Acting United States Attorney<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20500 OFFICIAL USE

| Certified Mail Fee | $3.45 | 0055 13 |
| $2.75 | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $13.65

JUN 19 2018

Total Postage and Fees $19.85

06/19/2018

Sent To Donald J. Trump President of the United States
Street and Apt. No., or PO Box No. 1600 Pennsylvania Avenue NW
City, State, ZIP+4® Washington DC 20500

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3430 0001 1877 9460

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20528 OFFICIAL USE

| Certified Mail Fee | $3.45 | 0055 13 |
| $2.75 | | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $13.65

JUN 19 2018

Total Postage and Fees $19.85

06/19/2018

Sent To US Department of Homeland Security Office of the General Counsel
Street and Apt. No., or PO Box No. 245 Murray Lane, SW Mail Stop 0485
City, State, ZIP+4® Washington DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3430 0001 1877 9484

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20528 OFFICIAL USE

| Certified Mail Fee | $3.45 | 0055 13 |
| $2.75 | | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $13.65

JUN 19 2018

Total Postage and Fees $19.85

06/19/2018

Sent To US Citizenship and Immigration Services Officer of the General Counsel
Street and Apt. No., or PO Box No. 245 Murray Lane, SW Mail Stop 0485
City, State, ZIP+4® Washington DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3430 0001 1877 9491

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20522 OFFICIAL USE

| Certified Mail Fee | $3.45 | 0055 13 |
| $2.75 | | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $13.65

JUN 19 2018

Total Postage and Fees $19.85

06/19/2018

Sent To US Department of State The Executive Office The Office of Legal Advisor
Street and Apt. No., or PO Box No. Suite 5600 600 19th Street NW
City, State, ZIP+4® Washington DC 26522

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0055 13 |
| $2.75 | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
JUN 19 2018
06/19/2018

Postage $13.65

Total Postage and Fees $ .85

Sent To _Kirsten Nielsen Secretary of Homeland Security of the Homeland_
Street and Apt. No., or PO Box No. _245 Murray Lane SW Mail Stop D485_
City, State, ZIP+4® _Washington DC 20528-0485_

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 3430 0001 1877 9507

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0055 13 |
| $2.75 | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
JUN 19 2018
06/19/2018

Postage $13.65

Total Postage and Fees $ .85

Sent To _United States Attorney of the United States_
Street and Apt. No., or PO Box No. _Suite 5600 600 4th Street NW_
City, State, ZIP+4® _Washington DC 20527_

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 3430 0001 1877 9477

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0055 13 |
| $2.75 | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
JUN 19 2018
06/19/2018

Postage $13.65

Total Postage and Fees $ .85

Sent To _L. Francis Cissna Director of U.S. Citizenship and Immigration Services_
Street and Apt. No., or PO Box No. _245 Murray Lane SW Mail Stop D485_
City, State, ZIP+4® _Washington DC 20528-0485_

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 3430 0001 1877 9521

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

SAN FRANCISCO CA 94102
OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0055 13 |
| $2.75 | |

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
JUN 19 2018
06/19/2018

Postage $13.65

Total Postage and Fees $ .85

Sent To _United States of America c/o Alex G. Tse_
Street and Apt. No., or PO Box No. _450 Golden Gate Avenue 11th Floor_
City, State, ZIP+4® _San Francisco CA 94102_

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7015 3430 0001 1877 9514

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

WASHINGTON, DC 20530

| Certified Mail Fee | $3.45 | | 0055 |
| $ | $2.75 | | 13 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☒ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ | | |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $26.80 | | |

Postmark
Here

JUN 19 2018

06/19/2018

7015 3430 0001 1877 9538

$
To
$ $33.00

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001