| | |
|---|---|
| DANIEL B. ASIMOW (SBN 165661) | LINDA EVARTS (appearance *pro hac vice*) |
| daniel.asimow@arnoldporter.com | levarts@refugeerights.org |
| MATTHEW H. FINE (SBN 300808) | KATHRYN C. MEYER (appearance *pro hac vice*) |
| matthew.fine@arnoldporter.com | kmeyer@refugeerights.org |
| ARNOLD & PORTER KAYE SCHOLER LLP | MARIKO HIROSE (appearance *pro hac vice*) |
| Three Embarcadero Center, 10th Floor | mhirose@refugeerights.org |
| San Francisco, California 94111 | INTERNATIONAL REFUGEE ASSISTANCE |
| Telephone: 415.471.3100 | PROJECT |
| Facsimile: 415.471.3400 | 40 Rector Street, 9th Floor |
| | New York, NY 10006 |
| JOHN A. FREEDMAN (appearance *pro hac vice*) | Telephone: 646.459.3057 |
| john.freedman@arnoldporter.com | Facsimile: 212.533.4598 |
| GAELA K. GEHRING FLORES* | |
| gaela.gehringflores@arnoldporter.com | PHILLIP A. GERACI* |
| DAVID J. WEINER (CA SBN 219753) | phillip.geraci@arnoldporter.com |
| david.weiner@arnoldporter.com | SUSAN S. HU* |
| DANA O. CAMPOS* | susan.hu@arnoldporter.com |
| dana.campos@arnoldporter.com | ARNOLD & PORTER KAYE SCHOLER LLP |
| MATEO MORRIS* | 250 West 55th Street |
| mateo.morris@arnoldporter.com | New York, NY 10019-9710 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Telephone: 212.836.8000 |
| 601 Massachusetts Ave., NW | Facsimile: 212.836.8689 |
| Washington, DC 20001-3743 | |
| Telephone: 202.942.5000 | |
| Facsimile: 202.942.5999 | |

*Attorneys for Plaintiffs*

*\*Pro Hac Vice* motion forthcoming

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.A.; *et al.*, | Case No. 3:18-cv-03539-LB |
| Plaintiffs, | **DECLARATION OF DANIEL B. ASIMOW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | Date: August 16, 2018 |
| | Time: 9:30 a.m. |
| Defendants. | Place: Courtroom C (15th Floor) |
| | Judge: Hon. Laurel Beeler |

I, Daniel B. Asimow, declare as follows:

1. I am an attorney at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Plaintiffs in this action. I make this declaration based on my personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of 82 Fed. Reg. 38,926, available at https://www.gpo.gov/fdsys/pkg/FR-2017-08-16/pdf/2017-16828.pdf (last accessed July 9, 2018).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a United State Department of State report titled "Proposed Refugee Admissions for Fiscal Year 2015", dated September 18, 2014 , available at https://www.state.gov/j/prm/releases/docsforcongress/231817.htm (last accessed July 3, 2018).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a United States Customs and Border Patrol report titled "Southwest Border Unaccompanied Alien Children Statistics FY 2016", available at https://www.cbp.gov/site-page/southwest-border-unaccompanied-alien-children-statistics-fy-2016 (last accessed July 3, 2018).

5. Attached hereto as **Exhibit 4** is a true and correct copy of an article from the Harvard Public Health Review titled "The Crisis in Our Own Backyard: United States Response to Unaccompanied Minor Children from Central America", available at http://harvardpublichealthreview.org/the-crisis-in-our-own-backyard-united-states-response-to-unaccompanied-minor-children-from-central-america/ (last accessed July 3, 2018).

6. Attached hereto as **Exhibit 5** is a true and correct copy of a January 18, 2017 article from the Congressional Research Service titled "Unaccompanied Alien Children: An Overview", available at https://fas.org/sgp/crs/homesec/R43599.pdf (last accessed July 3, 2018).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a report from the Citizenship and Immigration Services Ombudsman titled "Recommendation on the Central American Minors (CAM) Refugee/Parole Program", dated December 21, 2016, available at https://www.dhs.gov/sites/default/files/publications/CIS%20Ombudsman%20Recommendation%20on%20the%20CAM%20Refugee-Parole%20Program.pdf (last accessed July 3, 2018).

1    8.    Attached hereto as **Exhibit 7** is a true and correct copy of a April 11, 1990 United States General Accounting Office report titled "Refugee Program - The Orderly Departure From Vietnam", available at http://archive.gao.gov/t2pbat10/141353.pdf (last accessed July 3, 2018).

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a United State Department of State webpage titled "Central American Minors (CAM) Program", available at http://web.archive.org/web/20170806132845/https://www.state.gov/j/prm/ra/cam/index.htm (version from August 6, 2017 last accessed on July 3, 2018).

10.   Attached hereto as **Exhibit 9** is a true and correct copy of a January 20, 2017 Fact Sheet from the United States Department of State titled "Expansion of the Central American Minors (CAM) Program", available at https://www.state.gov/j/prm/releases/factsheets/2017/266363.htm (last accessed July 3, 2018).

11.   Attached hereto as **Exhibit 10** is a true and correct copy of a United States Citizenship and Immigration Services webpage titled "In-Country Refugee/Parole Processing for Minors in Honduras, El Salvador and Guatemala (Central American Minors - CAM)", available at http://web.archive.org/web/20170806014805/https://www.uscis.gov/CAM (version from August 6, 2017 last accessed on July 3, 2018).

12.   Attached hereto as **Exhibit 11** is a true and correct copy of a July 2017 United States General Accounting Office report titled "Refugees - Actions Needed by State Department and DHS to Further Strengthen Applicant Screening Process and Assess Fraud Risks", available at https://www.gao.gov/assets/690/686310.pdf (last accessed July 9, 2018).

13.   Attached hereto as **Exhibit 12** is a true and correct copy of a Fact Sheet from the United States Department of State titled "In-Country Refugee/Parole Program for Minors in El Salvador, Guatemala, and Honduras With Parents Lawfully Present in the United States", available at https://2009-2017.state.gov/j/prm/releases/factsheets/2014/234067.htm (last accessed July 3, 2018).

14.   Attached hereto as **Exhibit 13** is a true and correct copy of a United States Citizenship and Immigration Services webpage titled "Central American Minors (CAM) Refuges/Parole Program: Information for Conditionally Approved Applicants", available at

1  https://web.archive.org/web/20170602083720/https://www.uscis.gov/humanitarian/humanitarian-
2  parole/central-american-minors-cam-refugeeparole-program-information-conditionally-approved-
3  applicants (version from June 2, 2017 last accessed on July 6, 2018).

4  15. Attached hereto as **Exhibit 14** is a true and correct copy of a September 27, 2017
5  Reuters article titled "U.S. will phase out program for Central American child refugees", available
6  at https://www.reuters.com/article/us-usa-immigration-minors/u-s-will-phase-out-program-for-
7  central-american-child-refugees-idUSKCN1C234G (last accessed July 3, 2018).

8  16. Attached hereto as **Exhibit 15** is a true and correct copy of a September 14, 2017
9  ProPublica article titled "The Trump Administration Plans to End a Refugee Program for Children",
10 available at https://www.propublica.org/article/the-trump-administration-to-end-a-refugee-program-
11 for-central-america-children (last accessed on July 3, 2018).

12 17. Attached hereto as **Exhibit 16** is a true and correct copy of August 16, 2017
13 Washington Post article titled "Trump Administration Ends Obama-Era Protection Program for
14 Central American Minors", available at https://www.washingtonpost.com/politics/trump-
15 administration-ends-obama-era-protection-program-for-central-american-
16 minors/2017/08/16/8101507e-82b6-11e7-ab27-
17 1a21a8e006ab_story.html?utm_term=.9a3c070df63c (last accessed July 3, 2018).

18 18. Attached hereto as **Exhibit 17** is a true and correct copy of a June 16, 2015
19 Washington Post article titled "Full Text: Donald Trump announces a presidential bid", available at
20 https://www.washingtonpost.com/news/post-politics/wp/2015/06/16/full-text-donald-trump-
21 announces-a-presidential-bid/?noredirect=on&utm_term=.588b9f597fd7 (last accessed on July 6,
22 2018).

23 19. Attached hereto as **Exhibit 18** is a true and correct copy of a October 19, 2016
24 Washington Post article titled "Trump on immigration: There are 'bad hombres' in the United
25 States", available at https://www.washingtonpost.com/news/post-politics/wp/2016/10/19/trump-on-
26 immigration-there-are-bad-hombres-in-the-united-states/?noredirect=on&utm_term=.58f75c8a3cbd
27 (last accessed on July 6, 2018).

28 20. Attached hereto as **Exhibit 19** is a true and correct copy of document from Donald

1  Trump for President, Inc. website titled "Immigration Reform That Will Make America Great
2  Again", available at
3  https://web.archive.org/web/20150929153557/https://www.donaldjTrump.com/positions/immigrati
4  on-reform (version from September 29, 2015 last accessed on July 9, 2018)

5      21.    Attached hereto as **Exhibit 20** is a true and correct copy of a July 6, 2015 Business
6  Insider article titled "Donald Trump just released an epic statement raging against Mexican
7  immigrants and 'disease'", available at  http://www.businessinsider.com/donald-trumps-epic-
8  statement-on-mexico-2015-7 (last accessed on July 9, 2018).

9      22.    Attached hereto as **Exhibit 21** is a true and correct copy of a Twitter posting by
10  President Donald J. Trump on  May 25, 2016 at 6:39 a.m., available at
11  https://twitter.com/realdonaldtrump/status/735465352436408320?lang=en (last accessed July 3,
12  2018).

13      23.    Attached hereto as **Exhibit 22** is a true and correct copy of a Twitter posting by
14  President Donald J. Trump on June 4, 2016 at 6:04 a.m., available at
15  https://twitter.com/realdonaldtrump/status/739080401747120128?lang=en (last accessed on July 3,
16  2018).

17      24.    Attached hereto as **Exhibit 23** is a true and correct copy of a December 2016 Time
18  Magazine article titled "2016 Person of the Year - Donald Trump", available at
19  http://time.com/time-person-of-the-year-2016-donald-trump (last accessed on July 6, 2018)

20      25.    Attached hereto as **Exhibit 24** is a true and correct copy of an August 21, 2015
21  Boston Globe article title "'Passionate' Trump fans behind homeless man's beating?", available at
22  https://www.bostonglobe.com/metro/2015/08/20/after-two-brothers-allegedly-beat-homeless-man-
23  one-them-admiringly-quote-donald-trump-deporting-illegals/I4NXR3Dr7litLi2NB4f9TN/story.html
24  (last accessed on July 3, 2018).

25      26.    Attached hereto as **Exhibit 25** is a true and correct copy of an August 20, 2015
26  National Public Radio article titled "How Realistic Is Donald Trump's Immigration Plan?",
27  available at https://www.npr.org/sections/itsallpolitics/2015/08/20/432934599/how-realistic-is-
28  donald-trumps-immigration-plan (last accessed on July 9, 2018).

27. Attached hereto as **Exhibit 26** is a true and correct copy of an August 15, 2017 New York Times article titled "Policy Under Trump Bars Obama-Era Path to U.S. for Central American Youths". available at https://www.nytimes.com/2017/08/15/us/trump-central-american-refugees.html (last accessed on July 6, 2018).

28. Attached hereto as **Exhibit 27** is a true and correct copy of a June 26, 2017 Washington Post article titled "President Trump's claim that MS-13 gang members are being deported 'by the thousands'", available at https://www.washingtonpost.com/news/fact-checker/wp/2017/06/26/president-trumps-claim-that-ms-13-gang-members-are-being-deported-by-the-thousands/?noredirect=on&utm_term=.67cc87eba0b3 (last accessed July 9, 2018).

29. Attached hereto as **Exhibit 28** is a true and correct copy of "Remarks by President Trump During Meeting with Immigration Crime Victims", dated June 28, 2017, available at https://www.whitehouse.gov/briefings-statements/remarks-president-trump-meeting-immigration-crime-victims/ (last accessed July 9, 2018).

30. Attached hereto as **Exhibit 29** is a true and correct copy of a January 25 2017 C-Span article titled "President Trump at the Department of Homeland Security", available at https://www.c-span.org/video/?422704-1/president-trump-visits-homeland-security-department (last accessed July 9, 2018).

31. Attached hereto as **Exhibit 30** is a true and correct copy of an August 3, 2017 Washington Post article titled "'This deal will make me look terrible': Full transcripts of Trump's calls with Mexico and Australia", available at https://www.washingtonpost.com/graphics/2017/politics/australia-mexico-transcripts/?noredirect=on&utm_term=.84dfda25dce8 (last accessed July 9, 2018).

32. Attached hereto as **Exhibit 31** is a true and correct copy of a February 23, 2017 Los Angeles Times article titled "One comment from Trump shows his administration's message on immigration has been muddled", available at http://www.latimes.com/politics/la-na-pol-trump-immigration-20170223-story.html (lass accessed on July 9, 2018).

33. Attached hereto as **Exhibit 32** is a true and correct copy of a September 5, 2017 New York Times article titled "Trump Pardons Joe Arpaio, Who Became Face of Crackdown on Illegal

Immigration", available at https://www.nytimes.com/2017/08/25/us/politics/joe-arpaio-trump-pardon-sheriff-arizona.html (last accessed July 9, 2018).

34. Attached hereto as **Exhibit 33** is a true and correct copy of "Statement from President Donald J. Trump", dated September 5, 2017, available at https://www.whitehouse.gov/briefings-statements/statement-president-donald-j-trump-7/. (last accessed July 9, 2018).

35. Attached hereto as **Exhibit 34** is a true and correct copy of a January 12, 2018 Washington Post article titled "Trump derides protections for immigrants from 'shithole' countries", available at https://www.washingtonpost.com/politics/trump-attacks-protections-for-immigrants-from-shithole-countries-in-oval-office-meeting/2018/01/11/bfc0725c-f711-11e7-91af-31ac729add94_story.html?utm_term=.61618220db67 (last accessed July 9, 2018).

36. Attached hereto as **Exhibit 35** is a true and correct copy of a February 3, 2018 CNN article titled "Trump threatens to cut off aid to countries that allow drugs into US", available at https://www.cnn.com/2018/02/02/politics/donald-trump-foreign-aid-drugs/index.html (last accessed July 9, 2018).

37. Attached hereto as **Exhibit 36** is a true and correct copy of a May 16. 2018 CBS News article titled "Trump calls some criminal illegal immigrants 'animals,' suggests Oakland mayor obstructed justice", available at https://www.cbsnews.com/news/trump-hosts-california-sanctuary-state-roundtable-live-updates/ (last accessed July 9, 2018)

38. Attached hereto as **Exhibit 37** is a true and correct copy of a May 6. 2018 CNN article titled "DHS ends protections for nearly 90,000 Central Americans", available at https://www.cnn.com/2018/05/04/politics/immigration-tps-honduras/index.html (last accessed July 9, 2018),.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a January 11, 2018 Business Insider article titled "The Trump administration has ended protections for immigrants from 4 countries - here's when they will have to leave the US", available at http://www.businessinsider.com/trump-has-ended-temporary-protection-status-for-4-countries-2018-1 (last accessed July 9, 2018).

40. Attached hereto as **Exhibit 39** is a true and correct copy of a June 18, 2018 AP News article titled "Hundreds of children wait in Border Patrol facility in Texas", available at https://www.apnews.com/9794de32d39d4c6f89fbefaea3780769 (last accessed July 9, 2018).

41. Attached hereto as **Exhibit 40** is a true and correct copy of a September 5, 2017 New York Times article titled "Trump Moves to End DACA and Calls on Congress to Act", available at https://www.nytimes.com/2017/09/05/us/politics/trump-daca-dreamers-immigration.html (last accessed July 9, 2018).

42. Attached hereto as **Exhibit 41** is a true and correct copy of a May 16, 2018 New York Times article titled "Trump Calls Some Unauthorized Immigrants 'Animals' in Rant", available at https://www.nytimes.com/2018/05/16/us/politics/trump-undocumented-immigrants-animals.html (last accessed July 9, 2018).

43. Attached hereto as **Exhibit 42** is a true and correct copy of a June 18, 2018 New York Times article titled "Trump Resisting a Growing Wrath for Separating Migrant Families", available at https://www.nytimes.com/2018/06/18/us/politics/trump-immigration-germany-merkel.html (last accessed July 9, 2018).

44. Attached hereto as **Exhibit 43** is a true and correct copy of a June 25, 2018 Time magazine article titled "Here's the Constitutional Problem With Trump's Call to Deport Immigrants Without Seeing Judges", available at http://time.com/5321318/donald-trump-immigration-due-process/ (last accessed July 9, 2018)

45. Attached hereto as **Exhibit 44** is a true and correct copy of press release by the White House dated June 19, 2018 titled "The Crisis At The Border By The Numbers", available at https://www.aila.org/infonet/white-house-fact-sheet-crisis-at-the-border- (last accessed July 9, 2018).

46. Attached hereto as **Exhibit 45** is a true and correct copy of a June 5, 2018 New York Times article titled "Trump Administration in Chaotic Scramble to Reunify Migrant Families", available at https://www.nytimes.com/2018/07/05/us/migrant-children-chaos-family-separation.html (last accessed July 9, 2018).

47. Attached hereto as **Exhibit 46** is a true and correct copy of a Twitter posting by

President Donald J. Trump on  June 25, 2018 at 5:43 a.m., available at https://twitter.com/realDonaldTrump/status/1011228265003077632 (last accessed July 3, 2018)

48. Attached hereto as **Exhibit 47** is a true and correct copy of Attorney General Sessions Delivers Remarks to the Association of State Criminal Investigative Agencies 2018 Spring Conference, Scottsdale, AZ - Monday, May 7, 2018, available at https://www.justice.gov/opa/speech/attorney-general-sessions-delivers-remarks-association-state-criminal-investigative (last accessed July 3, 2018).

49. Attached hereto as **Exhibit 48** is a true and correct copy of a June 18, 2018 New York Times article titled "Kirstjen Nielsen Addresses Families Separation at Border:  Full Transcript, available at https://www.nytimes.com/2018/06/18/us/politics/dhs-kirstjen-nielsen-families-separated-border-transcript.html (last accessed July 9, 2018).

50. Attached hereto as **Exhibit 49** is a true and correct copy of a June 26. 2018 CNN article titled "Pompeo defends Trump agenda in face of global anger over tariffs, migrant", available at https://m.cnn.com/en/article/h_3b148231cc3e4ee33c32fde129bfeec4 (last accessed July 9, 2018).

I certify under the laws of the United States of America that the foregoing is true and correct.  Executed on this 12th day of July 2018 in San Francisco, California.

                                        /s/ *Daniel B. Asimow*
                                        DANIEL B. ASIMOW