ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F. on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 18-CV-03539 LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRELIMINARY INJUNCTION AND MOTION TO DISMISS SCHEDULE** |

{00010613}        STIPULATION AND [PROPOSED] ORDER
Case No. 18-CV-03539 LB

1

## STIPULATION

WHEREAS, Plaintiffs filed their Class Action Complaint for Declaratory and Injunctive Relief (ECF No. 1) on June 13, 2018, and the government's response thereto is currently due on August 20, 2018;

WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 24) on July 12, 2018, and the government's response thereto is currently due on July 26, 2018;

WHEREAS, Plaintiffs' Motion for Preliminary Injunction is currently set for hearing on August 16, 2018;

IT IS HEREBY STIPULATED, by the parties to the above-captioned action, by and through their respective counsel of record, that

1. The government's deadline to oppose the Motion for Preliminary Injunction shall be extended to August 24, 2018, at which time the government will also move to dismiss the Complaint. *I.e.*, the government will submit a single brief in opposition to the preliminary injunction motion and in support of its motion to dismiss.

2. The government will also file the administrative record on or before August 24, 2018.

3. Plaintiffs' reply memorandum in support of their Motion for Preliminary Injunction and brief in opposition to the government's motion to dismiss shall be due on September 17, 2018. Plaintiffs reserve the question of whether they will consolidate their reply in support of the Motion for Preliminary and opposition to the government's motion to dismiss into a single brief;

4. Any reply in support of the government's motion to dismiss shall be due on September 27, 2018;

5. The parties request that the hearing on Plaintiffs' Motion for Preliminary Injunction and the government's motion to dismiss be set for October 4, 2018, at 9:30 a.m.

{00010613}  STIPULATION AND [PROPOSED] ORDER
Case No. 18-CV-03539 LB

| | | |
|---|---|---|
| 1 | DATED:  July 25, 2018 | Respectfully submitted, |
| 2 | | ALEX G. TSE<br>Acting United States Attorney |
| 3 | | |
| 4 | | */s/ Wendy M. Garbers*<br>WENDY M. GARBERS<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for the Federal Defendants |
| 7 | DATED: July 25, 2018 | */s/ Linda Evarts\**<br>LINDA EVARTS (appearance *pro hac vice*)<br>KATHRYN C. MEYER (appearance *pro hac vice*)<br>MARIKO HIROSE (appearance *pro hac vice*)<br>INTERNATIONAL REFUGEE ASSISTANCE PROJECT<br>40 Rector Street, 9th Floor<br>New York, NY  10006 |
| 13 | | DANIEL B. ASIMOW<br>MATTHEW H. FINE<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111 |
| 17 | | JOHN A. FREEDMAN (appearance *pro hac vice*)<br>DAVID J. WEINER<br>GAELA K. GEHRING FLORES\*\*<br>DANA O. CAMPOS\*\*<br>MATEO MORRIS\*\*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC. 20001-3743 |
| 22 | | PHILLIP A. GERACI\*\*<br>SUSAN S. HU\*\*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY. 10019-9710 |
| 26 | | \*\**Pro Hac Vice* motion forthcoming |
| 27 | | Attorneys for Plaintiffs |

{00010613}                STIPULATION AND [PROPOSED] ORDER
Case No. 18-CV-03539 LB

3

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to Stipulation and good cause having been shown, the parties' stipulated briefing schedule is so ordered. The hearing on Plaintiffs' Motion for Preliminary Injunction and the government's motion to dismiss is set for October 11, 2018, at 9:30 a.m.

Dated: July 25, 2018

HONORABLE LAUREL BEELER
United States Magistrate Judge

{00010613}                    STIPULATION AND [PROPOSED] ORDER
Case No. 18-CV-03539 LB

4