1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4  ALISON E. DAW (CABN 137026)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7073
       FAX: (415) 436-6748
8      Alison.daw@usdoj.gov

9  Attorneys for the Federal Defendants

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  S.A.; J.A.; A.B.; R.C., on behalf of himself and      Case No. 18-CV-03539 LB
    as Guardian Ad Litem for J.C., a minor child;
14  M.C.; D.D.; G.E., on behalf of himself and as      **NOTICE OF APPEARANCE**
    Guardian Ad Litem for B.E., a minor child; J.F.
15  on behalf of himself and as Guardian Ad Litem
    for H.F. and A.F., minor children, on behalf of      The Honorable Laurel Beeler
16  themselves and on behalf of a class of all
    similarly situated individuals, and CASA,
17
           Plaintiffs,
18
        v.
19
    DONALD J. TRUMP, in his official capacity as
20  President of the United States; U.S.
    DEPARTMENT OF HOMELAND
21  SECURITY; U.S. CITIZENSHIP AND
    IMMIGRATION SERVICES; U.S.
22  DEPARTMENT OF STATE; KIRSTJEN
    NIELSEN, in her official capacity as Secretary
23  of Homeland Security; MICHAEL R.
    POMPEO, in his official capacity as Secretary
24  of State; L. FRANCIS CISSNA, in his official
    capacity as Director of U.S. Citizenship and
25  Immigration Services; UNITED STATES OF
    AMERICA,
26
           Defendants.
27

28
   NOTICE OF APPEARANCE
   Case No. 18-CV-03539 LB

                                                                          1

1  TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

2  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

3  PLEASE TAKE NOTICE that the clerk is hereby requested to enter the appearance of Alison E.

4  Daw as an additional attorney for Defendants.  Wendy M. Garbers will remain as the lead attorney for

5  Defendants. The clerk is requested to change the docket sheet and other court records to reflect that all

6  orders and communications from the Court in the future should be directed to:

7

8  Alison E. Daw
   Assistant United States Attorney
9  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
10  Phone: (415) 436-7073
    Facsimile: (415) 436-6748
11  Email: alison.daw@usdoj.gov

12

13  **in addition** to Ms. Garbers.

14  Please also take notice that from the date of this request, service on Defendants should be made

15  on both Ms. Garbers and Ms. Daw.  Please amend your service lists accordingly.

16

17  DATED:  August 22, 2018                     Respectfully submitted,

18                                              ALEX G. TSE
19                                              United States Attorney

20                                                  /s/  Alison E. Daw
                                                ALISON E. DAW
21                                              Assistant United States Attorney

22

23

24

25

26

27

28