ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A., *et al.*,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | CASE NO. 18-cv-03539 LB<br><br>**CERTIFICATION OF THE ADMINISTRATIVE RECORD** |

I, Jennifer B. Higgins, declare as follows:

1. I am the Associate Director for the Refugee, Asylum, and International Operations Directorate for U.S. Citizenship and Immigration Services, Department of Homeland Security, in Washington, D.C.

2. My office, the Refugee, Asylum, and International Operations Directorate, was responsible for implementing and administering the Central American Minors Parole program that is the subject of the above-captioned case.

3. Employees in this office retrieved and compiled the documents that constitute the Administrative Record.

4. I hereby certify that, to the best of my knowledge, the attached documents designated in the accompanying Index of Administrative Record constitute a full and complete copy of the administrative record pursuant to 5 U.S.C. § 706.

This declaration is made under provision of 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*[signature]*
JENNIFER B. HIGGINS
Associate Director for Refugee, Asylum, and International Operations
U.S. Citizenship and Immigration Services
Department of Homeland Security
Executed on __8/13/18__

ALEX G. TSE (CABN 152348)
U.S. Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant U.S. Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| S.A., *et al.*, | CASE NO. 18-cv-03539 LB |
|---|---|
| Plaintiffs, | |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the U.S., *et al.*, | Index of the Administrative Record |
| Defendants. | |

| (Document) / Page | |
|---|---|
| **Federal Register Notice** | |
| (Doc 1) 1 | 1. Termination of the Central American Minors Parole Program, 82 Fed. Reg 38,926 (Aug. 16, 2017). |

1

| | |
|---|---|
| **Executive Guidance** ||
| 3-7 | 2. Border Security and Immigration Enforcement Improvements, Exec. Order 13,767, 82 Fed. Reg. 8,793 (Jan. 25, 2017). |
| 8-18 | 3. *Protecting the Nation From Foreign Terrorist Entry Into the U.S.*, Exec. Order No. 13,780 (Mar. 6, 2017). |
| 19-21 | 4. Memorandum, *Implementing Immediate Heightened Screening and Vetting of Applications for Visas and Other Immigration Benefits, Ensuring Enforcement of All Laws for Entry Into the U.S., and Increasing Transparency Among Departments and Agencies of the Federal Government and for the American People*, Memorandum for the Secretary of State[,] the Attorney General[, and] the Secretary of Homeland Security, 82 Fed. Reg. 16,279 (Mar. 6, 2017). |
| 22-34 | 5. Memorandum from Kelly, John, Secretary, U.S. Dep't of Homeland Security, *Implementing the President's Border Security and Immigration Enforcement Improvements Policies* (Feb. 17, 2017). |
| **Publications and Public Issuances** ||
| 35-39 | 6. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, website posting: *Central American Minors (CAM), Information for Parole Applicants* (Last Reviewed/Updated: Aug. 16, 2017). |
| 40-43 | 7. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, website posting, *In-Country Refugee/Parole Processing for Minors in Honduras, El Salvador and Guatemala (Central American Minors –CAM)* (Nov. 15, 2017). |
| 44 | 8. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, website posting, *Status of the Central American Minors Program* (Nov. 15, 2017). |
| 45-50 | 9. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Service, *USCIS RTQ: Termination of CAM Parole Program*. |
| 51-52 | 10. U.S. Dep't of State, Media Note, *Launch of In-Country Refugee/Parole Program for Children in El Salvador, Guatemala, and Honduras with Parents Lawfully Present in the U.S.* |
| 53-55 | 11. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *In-Country Processing for Children in El Salvador, Guatemala, and Honduras* (Dec. 5, 2014). |
| 56-63 | 12. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Central American Minors Program* (Nov. 5, 2015). |
| 64-72 | 13. U.S. Dep't of State, *Frequently Asked Questions: In-Country Refugee/Parole Processing for Minors in Honduras, El Salvador and Guatemala (Central American Minors – CAM)* (Dec. 2014). |
| 73-76 | 14. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Central American Minors Program* (Feb. 2, 2015). |
| 77-80 | 15. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Central American Minors Program* (May 24, 2015). |
| 81-96 | 16. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press |

2

| | |
|---|---|
| | Guidance, *Central American Minors Program Expansion, Protection Transfer Arrangement, and In-Country Referrals* (July 28, 2016). |
| 97-105 | 17. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Central American Minors Program Expansion* (Nov. 15, 2016). |
| 106-108 | 18. U.S. Dep't of State, Office of the Spokesperson, *Fact Sheet: Expansion of the Central American Minors (CAM) Program* (Nov. 15, 2016). |
| 109-117 | 19. U.S. Dep't of State, Frequently Asked Questions, *In-Country Refugee/Parole Processing for Minors in Honduras, El Salvador, and Guatemala (Central American Minors – CAM)* (July 31, 2018). |
| 118-122 | 20. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Closure of the Central American Minors Program* (Sept. 1, 2017). |
| 123-126 | 21. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Update on the Central American Minors Program* (Sept. 7, 2017). |
| 127-128 | 22. U.S. Dep't of State, Office of the Spokesperson, Media Note, *Status of the Central American Minors Program* (Nov. 8, 2017). |
| 129-133 | 23. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Update on the Central American Minors Program* (Nov. 8, 2017). |
| 134-138 | 24. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Press Guidance, *Update on the Central American Minors Program* (Feb. 13, 2018). |
| **Internal Guidance** ||
| 139-142 | 25. International Organization for Migration, *Parole Counselling Script – CAM Program*. |
| 143-146 | 26. U.S. Dep't of State, Program Announcement, Office of Admissions Bureau of Population, Refugees, and Migration, *Establishment of In-Country Processing in El Salvador, Guatemala, and Honduras* (Dec. 10, 2014). |
| 147-150 | 27. U.S. Dep't of State, Program Announcement 2015-02, Office of Admissions Bureau of Population, Refugees, and Migration, *Establishment of In-Country Processing in El Salvador, Guatemala, and Honduras* (Dec. 1, 2014). |
| 151-158 | 28. U.S. Dep't of Homeland Security, Interoffice Memorandum, from Ruppel, Joanna, Chief, U.S. Citizenship and Immigration Service, International Operations Division, to Davis, Carey, Acting Executive Director, Admissibility and Passenger Programs U.S. Customs and Border Protection, *Impact on CBP of Two New USCIS Parole Programs* (Aug. 27, 2015). |
| 159-160 | 29. U.S. Dep't of State, Program Announcement 2015-19, Office of Admissions Bureau of Population, Refugees, and Migration, *Revised Acknowledgment of Resettlement Proceedings Forms for the Central American Minors Program* (July 22, 2015). |
| 161-173 | 30. U.S. Dep't of State, Program Announcement 2017-02, Office of Admissions Bureau of Population, Refugees, and Migration, *Expansion of Central American Minors (CAM) Program* (Nov. 15, 2016). |
| 174-175 | 31. U.S. Dep't of State, Program Announcement 2017-13, Office of Admissions Bureau of Population, Refugees, and Migration, *Approval of Central American Minors (CAM) Affidavit of Relationship (DS-7699) Form* (June 8, 2017). |
| 176-181 | 32. U.S. Dep't of State, Program Announcement 2017-16, Office of Admissions, |

| | |
|---|---|
| | Bureau of Population, Refugees, and Migration, *Termination of Parole in Central American Minors (CAM) Program* (Aug. 15, 2017). |
| 182 | 33. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Leadership Guidance – *Termination of Central American Minors (CAM) Parole Program*, (Aug. 15, 2017). |
| 183-286 | 34. U.S. Dep't of State, Office of Admissions, Bureau of Population, Refugees, and Migration, Resettlement Support Center, Latin America Standard Operating Procedures, *Case Management Adjudications* (Nov. 14, 2016). |
| 287-292 | 35. Authorization to transport for parole, (Travel Letter), Standard Operating Procedure (June 2017). |
| 293-326 | 36. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Resettlement Support Center, Latin America, *Standard Operating Procedures (SOPs) for the Scheduling Unit* (June 12, 2017). |
| 327-368 | 37. U.S. Dep't of State, Bureau of Population, Refugees and Migration, Resettlement Support Center, Latin America, Standard Operating Procedures (SOPs) for the Communications Unit, Roles and Responsibilities, Version 1.6 (Sept. 25, 2017). |
| 369-375 | 38. IOM, United Nations Migration Agency, Central American Minors Program (CAM), Standard Operating Procedure, Info Sessions and Parolee Counseling. |
| 376-348 | 39. Resettlement Support Center, Latin America, Central American Minors Program (CAM), El Salvador - Guatemala - Honduras Standard Operating Procedure, Parolee Processing (April 2017). |
| 439 | 40. U.S. Dep't of Homeland Security, Interoffice Memorandum, from Ruppel, Joanna, Chief, U.S. Citizenship and Immigration Service, International Operations Division, to J. Ryann Hutton, Deputy Executive Director Admissibility and Passenger Programs, U.S. Customs and Border Protection, *Notification of Termination of the Parole Portion of the Central American Minors (CAM) Program* (Aug. 15, 2017). |
| 440-443 | 41. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Service, Fact Sheet, *Notice of Termination of the Central American Minors (CAM) Parole Program*. |
| 444 | 42. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Service, *Delivery of CAM Parole Rescission Letters*, Standard Operating Procedures. |
| 445 | 43. U.S. Dep't of State, *Bureau of Population, Refugees, and Migration, Case Closure Letter* (March 2018). |
| 446-448 | 44. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, Refugee Affairs Division, *Notice of Eligibility*. |
| 449-453 | 45. United Nations, International Organization for Migration (IOM-OIM), *CAM Parolee Case Processing Information Sheet*. |
| 454-457 | 46. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Notice of Rescission of Conditional Approval – Guatemala*. |
| 458-461 | 47. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Notice of Rescission of Conditional Approval – El Salvador*. |
| 462-466 | 48. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Central American Minors (CAM) Parole Program: Information for Conditionally Approved Applicants*. |
| 467-469 | 49. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, |

| | |
|---|---|
| | *Central American Minors Program: Notice Of Ineligibility For Refugee Resettlement And Parole.* |
| 470-473 | 50. U.S. Dep't of Homeland Security, U.S. Citizenship and Immigration Services, *Notice and Information on Re-Parole.* |
| **Paperwork Reduction Act Documents - Proposed revision of Central American Minors (CAM) Parole Program Form – DS-7699** ||
| 474-475 | 51. *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras,* 82 Fed. Reg. 10,850 (Feb. 15, 2017). |
| 476 | 52. Public Comment from Jean Publee on *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras.* |
| 477-478 | 53. *Notice, 30-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras,* 82 Fed. Reg. 19,308 (Apr. 26, 2017). |
| 479-499 | 54. Revised Form DS-7699, *Affidavit Of Relationship (AOR) For Minors Who Are Nationals Of El Salvador, Guatemala, Or Honduras* (posted for public comment on April 26, 2017). |
| 500-520 | 55. Executive Office of the President, Office of Management Budget, Office of Information and Regulatory Affairs, approved (current) Form DS-7699, *Affidavit Of Relationship (AOR) For Minors Who Are Nationals Of El Salvador, Guatemala, Or Honduras.* |
| 521 | 56. Legal Authorities for Form DS-7699, *Affidavit Of Relationship (AOR) For Minors Who Are Nationals Of El Salvador, Guatemala, Or Honduras,* submitted to the Office of Management and Budget, Office of Information and Regulatory Affairs. |
| 522-526 | 57. Information Collection Request Supporting Statement for Form DS-7699, *Affidavit Of Relationship (AOR) For Minors Who Are Nationals Of El Salvador, Guatemala, Or Honduras,* submitted to the Executive Office of the President, Office of Management Budget, Office of Information and Regulatory Affairs. |
| 527-528 | 58. Executive Office of the President, Office of Management Budget, Office of Information and Regulatory Affairs, *Notice of Office of Management and Budget Action,* Affidavit of Relationship (AOR) for Minors Who are Nationals of El Salvador, Guatemala, or Honduras (May 30, 2017). |
| 529-530 | 59. *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras,* Notice of Request for Public Comment, 82 Fed. Reg. 39487 (Aug. 18, 2017). |
| 531-532 | 60. Public Comment from Anonymous on *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras* (Oct. 10, 2017). |
| 533 | 61. Public Comment from Lauren Gillette, on *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras* (Oct. 10, 2017). |

| | |
|---|---|
| 534-539 | 62. *Supporting Statement For Paperwork Reduction Act Submission*, submitted to the Executive Office of the President, Office of Management Budget, Office of Information and Regulatory Affairs, for the *Affidavit of Relationship (AOR) for Minors Who are Nationals of El Salvador, Guatemala, or Honduras*, OMB Control Number 1405-0217, Form DS-7699. |