Exhibit 34-1



RESETTLEMENT
SUPPORT CENTER
RSC
LATIN AMERICA

**RSC Latin America Standard Operating Procedures**

# CASE MANAGEMENT
# ADJUDICATIONS

AR000183

# CONTENTS

1.    **INTRODUCTION**.................................................................................**4**
  1.1  What is a Circuit Ride?.....................................................................4

2.    **CIRCUIT RIDE PREPARATION**.......................................................**4**
  2.1  RAVU FORWARD Report ...................................................................4
  2.2  Circuit Ride Schedule Generation ...................................................5
    2.2.1 Cases Scheduling Criteria.........................................................6
  2.3  USCIS REQ Report...........................................................................6
  2.4  Scheduling  Re-interviews, Add-on Babies or Add-on Member and Special Cases .......... 11
  2.4  Generation of the Schedule Summary...........................................12
  2.6  Schedule Verification ....................................................................15
  2.7  Identification of cases pending QC ...............................................15
  2.8  USCIS Schedule approval ...............................................................19
  2.9  SRO Tracker preparation ...............................................................19
  2.10 USCIS Schedule in WRAPS..............................................................19
  2.11 Schedule provided to the RSC Scheduling Team .............................25
  2.12 Interpreters ....................................................................................25
  2.13 Files Review and Preparation .........................................................27
    2.13.1 Security checks verification .....................................................29
  2.14 Case numbers for Applicants..........................................................32

3.    **DURING CIRCUIT RIDE**...............................................................**33**
  3.1  Infield details preparation ............................................................33
  3.2  Decision letter and forms...............................................................34
  3.3  DHS Activities.................................................................................34
  3.4  Hold Lifts Before DHS CR................................................................34
  3.5  DHS Briefing and Security Briefing ...............................................35
  3.6  Speech for Applicants ....................................................................35
  3.7  Daily schedules ..............................................................................36
  3.8  USCIS Adjudications .......................................................................36
    3.8.1 Reviewing Physical files, Signatures and Stamps after DHS Interview.............36
    3.8.2 USCIS Assessment review .........................................................37
    3.8.3 Reviewing Assessment´s HOLD section: .....................................39
  3.9  USCIS Decision Letter Review / How to fill up a Decision Letter.............40
  3.10 How to Update USCIS Decision into WRAPS ....................................43
    3.10.1 Approved & Conditionally Approved Cases: ..............................43
    3.10.2 Denied / Parole Cases..............................................................47
    3.10.3 No Decision Cases...................................................................49
    3.10.4 Not Qualified Cases ................................................................52
    3.10.5 No Show Cases.......................................................................53
  3.11 Case Update Priority.......................................................................54
  3.12 Summary Table for USCIS Adjudications & WRAPS Updates .............54
  3.13 Requesting Security Checks for New AKA´s ....................................55
  3.14 Requesting Security Checks for Alternate DOB´s. ..........................55
  3.15 Manual Result Report......................................................................56
  3.16 Re-interviews Results .....................................................................58

3.17  Case Composition Change (Merging or Tranferring Cases) ................................................... 59
3.18  Hit Envelopes ........................................................................................................................ 60
3.19  Request for Review/Reconsideration (RFR) ......................................................................... 62
   3.19.1  RFR Responses ............................................................................................................... 63
3.20  Recommendations and Reminders for Adjudications .......................................................... 64
3.21  Updating / Editing Alien Numbers during CR ...................................................................... 65
3.22  I-602 Waiver due to an Inadmissibility ............................................................................... 66
3.23  Re-interviews ....................................................................................................................... 68
3.24  Hold lifts ............................................................................................................................... 70
3.25  Digital I-590 approvals ......................................................................................................... 71
3.26  Overturned Decisions .......................................................................................................... 75
3.27  DNA Results Received after the USCIS Interview ................................................................ 77
   3.27.1  DNAR status set as Qualified to Travel (QTT) ............................................................... 78
3.28  Scanning into WRAPS ........................................................................................................... 79
3.29  Uploading into WRAPS ......................................................................................................... 82
   3.29.1  Naming Convention ........................................................................................................ 82
3.30   Order in Physical Files: ........................................................................................................ 83
3.31  Admin Day  DHS CR ............................................................................................................... 86
   3.31.1  Hold Lifts ......................................................................................................................... 86
3.32  Cross Check physical files (OIM / USCIS Officers) ................................................................ 87
3.33   De-briefing after DHS CR ..................................................................................................... 89

4. POST DHS Circuit Ride ................................................................................................................. 91
   4.1  WRAPS Results Reports ......................................................................................................... 91
   4.2  Cross check of WRAPS Results Report with Manual Results Report ...................................... 93
   4.3  WRAPS Results Report Quality Check .................................................................................... 97
   4.4  Cross check of Scanning Database Report ............................................................................. 99
   4.5  Notification Post DHS ........................................................................................................... 101

Annex 1: Pre-screening file order ..................................................................................................... 103

Document Change History ................................................................................................................. 104

3

*SOP Case Management - Adjudications*                    *International Organization for Migration*
*Nov 14, 2016*                                            *Resettlement Support Center, Latin America*

AR000185

## 1. INTRODUCTION

The USCIS Interview is a meeting between case members and the Department of Homeland Security (DHS)/USCIS officer. The USCIS officer reviews the case file and asks the case members to clarify any questions the officer may have about the members' refugee claim. After the interview, the USCIS officer either grants or denies refugee status to the case members.

### 1.1. What is a Circuit Ride?

The term "circuit ride" (CR) refers to the period during which a new USCIS interviewing officer or team remains in a specific location/region conducting refugee interviews.  The period of stay and size of the USCIS team may vary depending on the caseload and specific needs.

The Adjudications team performs several activities before, during and after each DHS CR.  DHS sends a proposed schedule, with the number of cases and individuals to be interviewed, as well as the dates for the CR. RSC Management accepts (or declines) the proposed dates for the CR and the Adjudications team starts the preparation of it.

## 2. CIRCUIT RIDE PREPARATION

### 2.1 RAVU FORWARD Report

Adjudications team receives, on a daily basis, a report named "RAVU_Update[1]".  The first tab contains the number of the cases per date with RAVU status forward or rejected (FWD / REJ); the second tab provides detail information of the cases.




Ravu Rejected cases will be displayed in red

---

[1] Daily report generated by LA RSC Reports Team, sent automatically to the Adjudications Team e-mail distribution list

AR000186

All these cases require to be reviewed before entering into a schedule, to see if they are ready to be interviewed, and that all the X-refs are ready as well. If cases with status RAVU FWD are not USCIS REQ yet, Adjudications staff asks the Quality Control (QC) Team to prioritize the QC of these cases. For this purpose, we must cross check both reports, RAVU Updated and USCIS REQ; this process will be explained later.

### 2.2 Circuit Ride Schedule Generation

Cases are scheduled based on pre-circuit ride conversations with USCIS. The period of stay and size of the USCIS team may vary depending on the caseload and specific needs. The number of cases each officer will interview varies from team to team. Normally, officers request a lighter interview load during the first days of each circuit ride to familiarize with the program.

USCIS teams generally have a Team Leader, Officer SENRO, interviewing officers and an officer dedicated to take fingerprints for all refugee applicants aged 13.8 -79 years old. The team conformation may vary depending on the needs.

USCIS provides a proposed schedule clarifying the number of cases, number of USCIS officers, number of interview 'slots' that should be assigned to each officer and the length of the circuit. Usually the last day of the circuit is the Administrative day (Admin day), programmed to review pending cases, call backs, re-interviews and/ or hold lifts. Based on the proposed schedule Adjudications will generate the Circuit Ride Schedule.

**Example of a Proposed Circuit Ride Schedule**

| TEAM 1 - El SALVADOR May 2-June 10 (El Salvador) | No. days | Number of Officers | Number of cases per Officer | Total Number of cases | Total Individuals interviewed | Team Members |
|---|---|---|---|---|---|---|
| May 2- TRAVEL to ES | 0 | 0 | 0 | 0 | 0 | 1) TL |
| May 3- Briefings | 0 | 0 | 0 | 0 | 0 | 2) SENRO -non-interviewing- Spanish-speaker |
| May 4 - Ramp up- 2 cases | 1 | 8 | 2 | 16 | 19 | 3) James T, Spanish-speaker |
| May 5- Ramp up- 3 cases | 1 | 8 | 3 | 24 | 29 | 4) Ann P. |
| May 6 - Ramp up 3 cases | 1 | 8 | 3 | 24 | 18 | 5) John A. |
| May 9-13 - Full caseload | 5 | 8 | 4 | 160 | 192 | 6) Marlene R. – Spanish speaker |
| May 16-20 Full Caseload | 5 | 8 | 4 | 160 | 192 | 7) Katty L. |
| May 23-27 - Full Caseload | 5 | 8 | 4 | 160 | 192 | 8) Mike Z.- Spanish-speaker |
| May 31- June 3 Full Caseload (May 30- Memorial Day) | 4 | 8 | 4 | 128 | 154 | 9) Laura M. |
| June 6-8 - Full Caseload | 3 | 8 | 4 | 96 | 115 | 10) David S. |
| June 9 - Admin day | 0 | 0 | 0 | 0 | 0 | 11) Jennifer N. Fingerprint Spanish-speaker |
| June 10 - Travel Home | 0 | 0 | 0 | 0 | 0 | |
| | | | TOTAL: | 768 | 922 | |

### 2.2.1 Cases Scheduling Criteria

Cases are scheduled according to the following criteria:

a. Urgency LV1, PTA and LV2 cases: Top priority should be given to Emergency, RSC expedite, followed by sensitive cases. These cases must be monitored regularly to ensure that no urgent case is overseen. Make sure the proper comments and supporting documents regarding the Urgency are scanned and uploaded into WRAPS.  PTA cases are included in the LV1 cases.

The weekly report "USCIS_PRE_LV1_Cases"[2], should be used for scheduling cases with Urgency Level LV1.  Hard-cross references for LV1 cases should be scheduled as well on the same date and time.  LV1 cases and PTA could be scheduled even though the RAVU status is not FWD or DNA is not completed.

The daily "USCIS REQ Report"[3]   (discussed below), includes LV2cases, Hard-cross references and status.

When preparing the schedule, give priority to LV1 cases followed by LV2.

b. Normal cases: For normal cases the date the casework took place will be used to track how long the cases have been waiting in the pipeline; the longest should be scheduled first. While scheduling, IAC cleared cases should also be given priority over IAC SCH/NOD/NCL cases.

### 2.3 USCIS REQ Report

On a daily basis Adjudications will receive the "USCIS REQ Report" with the cases that are <u>ready</u> for the USCIS interview and which have the following status in WRAPS:

| Processing | Status |
|---|---|
| CAS/CAR | Active Case |
| PreS | COM |
| USCI | REQ |
| AOR - RAVU | FWD |
| DNA | At any stage |
| DNAR | NOA/POS |
| CAR / Pending QC | Removed |

---

[2] Weekly report generated by the LA RSC Report Team, sent automatically to the Adjudications Team e-mail distribution list.
[3] Daily report generated by the LA RSC Report Team, sent automatically to the Adjudications Team e-mail distribution list.

NOTE: For <u>LV1 and PTA</u> cases and Hard-cross references the compliance of the above parameters <u>is not mandatory</u>. However, the cases should have been QCed.

The report has a number of columns with the status of the processing phases, security checks and applicant's information, which will be used for different purposes. The schedule should contain all the columns appearing on the report.

| No. | Column Name | No. | Column Name | No. | Column Name | No. | Column Name |
|-----|-------------|-----|-------------|-----|-------------|-----|-------------|
| 1 | Group | 11 | RAVUS Code | 21 | Sensitive | 31 | Aff id |
| 2 | Cntry Code Location | 12 | DNAS Code | 22 | Urgency | 32 | Guardian First Name |
| 3 | Ready | 13 | PreS | 23 | Denied After PS | 33 | Guardian Sur Name |
| 4 | Case Number | 14 | INSIS | 24 | Hit Envelope | 34 | PA Age |
| 5 | UNHCRCase Number | 15 | CaseAvS | 25 | XRefs | 35 | Medical condition |
| 6 | Case Size | 16 | CNCS | 26 | Case AR Def All | 36 | Travel FPS Status |
| 7 | Ind fullname | 17 | CNC Clearances | 27 | Languages Well Spoken | 37 | Health  Comment |
| 8 | Addr city | 18 | SAOCS | 28 | Pre Screen Completed | | |
| 9 | Loc Location | 19 | IACIS | 29 | Ind Phones | | |
| 10 | Nationality | 20 | OPE | 30 | Volag id | | |

Country Scheduling Teams rely on columns 30 and 31 to inform Resettlement Agencies about the applicant's appointments, column 32 and 33 so that the Guardian is allow to enter our offices when accompanying the Qualified Children (QCH) to the interview and on column 34 so that police and criminal records could be requested to the PA in advance, when applicable.   In relation to columns 36 and 37, check if the PA condition is PG (Pregnant), based on the expecting child date, make sure the children is included in the case and that Pre-screening (PS) was completed. If not ask the Scheduling team to contact the applicant for add on member process.

| PG | Expecting child in 09 JUL 2016 |
|----|-------------------------------|

To generate the schedule from the USCIS REQ Report follow these steps:

1. Open the file, go to menu → Data and turn on the filter option for all the report columns.  On the "Cntry Code Location" column filter the desired country (ES, GT, HO).

2. Select all the report columns, copy the cells and open a new excel spreadsheet. Go to File → Paste Special → Values & Source Formatting (icon).  You will be copying only the cases for the selected country leaving behind the other countries' information.



3. The column **Group** shows a random number assigned automatically by the report generator to a particular case. Hard cross-references (X-Refs) will have the same number, while cases with no X- Refs will have a unique number.

   To easily identify Hard cross –referenced cases when assigning interview dates, select the column **Group**, go to the excel **Menu → Formatting → New Rule**. From the New Formatting Rule pop up window, select the option "Format only unique or duplicate rules" and click on Format. From the "Format Cell" window choose Fill and select a color (light green) and press OK. With this rule the group number for Hard cross-referenced cases will be displayed in green and cases with no X-Refs in white.



4. Filter the column **RAVUS Code** to select only the cases RAVU FWD.

AR000190

5. Filter the column **CaseAvS** to select only Active cases (A) as the report will also include closed and on hold cases due to AOR clarification, RAVU Clearance Pending, Marriage Certificate Verification or X-Ref Hold.  Cases H should not be included in the schedule.

6. The column **Ready** shows a *yes* or *no*, depending on whether the cases have completed all the parameters listed on page 3 or not . Cases with a *yes* should be included in the USCIS schedule. Cases with a *no* have pending one of the parameters and should be excluded from the schedule. Take into account that not ready cases will be presented in a red font.

7. If any of the Hard cross-references of a case is not ready, it cannot be added to the schedule until all X-Refs are ready. Double check that all X-Refs are ready for the interview.

   In the below example, even though case ▮▮▮▮▮ has completed all the requirements, its X-Ref ▮▮▮▮▮▮▮ has the RAVU status as PEN; therefore, both cases cannot be scheduled for an interview until ▮▮▮▮▮s RAVU FWD.

| Group | Cntry Code | Ready | Case Number | Case Size | Ind fullname | RAVUS Code | DNAS Code | PreS | INSIS | Case AvS | XRefs |
|-------|-----------|-------|-------------|-----------|--------------|------------|-----------|------|-------|---------|-------|
| 7 | | Yes | | 1 | | FWD | CMP | COM | REQ | A | |
| 7 | | Yes | | 1 | | FWD | NRQ | COM | REQ | A | |
| 8 | | Yes | | 1 | | FWD | CMP | COM | REQ | A | |
| 8 | | NO | | 1 | | PEN | NRQ | COM | REQ | A | |

8. Change the **Ready** status from *Yes to NO* for the cases that cannot be included in the schedule due to the fact that one of the X-Refs is not complete.  This will allow you, later on, to filter only cases that are ready.

9. Some cases seem to be ready for USCIS; however, they are shown in the report as not ready. Verify in WRAPS if they have the CAR *"Pending QC"*, if so request the QC Team to work on them. Pending QC cases may be scheduled as well.

10. LV1 Cases with RAVU pending will not show up in the USCIS REQ Report. Please refer to the "USCIS_PRE_LV1_Cases" report and add the applicable cases to the schedule. Make sure X Refs are also included.

11. Sort the cases ready to be scheduled (including all X-Refs) and delete cases that are not. To do this, select all the columns and in the excel **Menu** go to **Data → Data Sort (Icon).** From the "Sort By" display list choose the option Ready (column name) changing the "Order" option to "Z to A". Then press "Add Level", and from the field "Then by" choose the option Group (column name) and click OK.

AR000191



12. Delete all the not ready cases, which will appear at the bottom of the list.

13. Assign the interview date, time and USCIS Officer for each case. Consider the case scheduling criteria and the USCIS proposed schedule.

14. To prioritize cases filter the "Urgency" column with LV1 and LV2 cases. Unmark the **Select All** box and check the LV1 and LV2 boxes, then press OK. Only LV1 and LV2 cases will be displayed.



15. When adding the columns for the date and time of the interview, make sure they are formatted accordingly. The column for the USCIS Officers assignation should be the last.

AR000192



12. Delete all the not ready cases, which will appear at the bottom of the list.

13. Assign the interview date, time and USCIS Officer for each case. Consider the case scheduling criteria and the USCIS proposed schedule.

14. To prioritize cases filter the "Urgency" column with LV1 and LV2 cases.  Unmark the **Select All** box and check the LV1 and LV2 boxes, then press OK.  Only LV1 and LV2 cases will be displayed.



15. When adding the columns for the date and time of the interview, make sure they are formatted accordingly.  The column for the USCIS Officers assignation should be the last.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000192

 

16. Add the column "Comments" and add valuable observations for USCIS reference. Use the column to indicate if a case is: Expedite /PTA, Re-interview, Add on baby, special interpreter, etc.

17. Hard cross-referenced cases must be scheduled on the same day for the USCIS interview. If possible, soft cross-referenced cases (SCR), which are also ready for USCIS, should be scheduled on the same day too. Use the group column color as a visual reference to make sure all X-Refs will be interviewed on the same day, time and by the same Officer. The maximum caseload per Officer is 4 cases a day; if there are 5 or 6 X-Refs, assign the fifth / sixth case to another Officer.

### 2.4 Scheduling Re-interviews, Add-on Babies or Add-on Member and Special Cases

The USCIS interview schedule must also consider special cases on Hold (H) such as: Re-interview cases (No Decision - NOD), responses to Requests for Reconsideration (RFR) and Add-on members. These type of cases will appear in the Report "DHS Circuit Ride Preparation[4]".

To generate the DHS Circuit Ride Preparation report use the link:
http://uiorscdb/Reports/Pages/Folder.aspx

Go to the file DHS, select the report and download it to excel by clicking on the blue disk. Work with the tabs Re-interview and Pending Add-on



---

[4] Report generated by using the Repot Manager link available on Share Point

AR000193



Depending on the DHS TL decision, re-interviews from previous circuit rides will be considered part of the regular schedule but in occasions the TL will request to have the re-interviews in an Admin Day or when planned. This could be defined during the DHS briefing.

### 2.4 Generation of the Schedule Summary

In order to validate if the schedule complies with the proposed USCIS Schedule, a pivot table could be used.

To create the Schedule Summary follow these steps:

1. Select all the schedule columns and go to the excel Menu → Insert → Pivot table. Make sure the table range filed in the pop up window called "Create a Pivot table" includes all the columns of the schedule. The option "New worksheet" must be marked then click OK.



2.  A new sheet will appear.  From the "Table Fields to add to the report" drag down the field "Date" to the Columns area, Case number to Values and Officer to Rows.



3.  A table showing the number of cases per day and per Office will be displayed.  Add titles and format the table accordingly. You can format the table by using the templates provided in the "Design Option".



4. Follow the same steps to add the table for the number of individuals to be interviewed. From the "Pivot Table Fields" drag down the field **Date** to the Columns area, **Case Size** to Values and **Officer** to Rows. Make sure to change the calculation to SUM of the case members. Go to the Values Field and double click on Case Size, click on **Value Field Settings**, go to the tab **Summarize Values field by** and choose the type of calculation "SUM", click OK.



Each time you update the Schedule you have to update the Pivot Table(s) as well. Go to **Pivot Table** →**Tools** → **Analyze Refresh (icon)** and click on "Refresh" to update only the selected table or "Refresh all" to update all tables.



### 2.6  Schedule Verification

To make sure no duplicate cases are included in the schedule, you can generate a pivot table.  Go to **Insert -> Pivot Table** and from the choose fields drag the field "Case number" to **Rows** and to **Values** (count of case number).  The total display will be 2 if a case was duplicated in the schedule. Remove any duplicates and update the schedule accordingly.



### 2.7  Identification of cases pending QC

Cases RAVU FWD pending QC will not show up in the USCIS REQ report due to timing. The QC team cannot predict which cases will change their status to RAVU FWD.  To expedite the schedule creation

15

you can determine which cases should be QCed and included them in the schedule in advance. Once you have identified the cases you may forward a list to the QC Team so they can give priority to those cases.

a.  Open the "RAVU_Update" report and cross match the cases RAVU FWD shown in the report with the cases already scheduled.  To do so you insert a column after the "Case number" column and add the formula +VLOOKUP (). Double click on *fx*



1.  In the field Lookup_Value select the cell **A2** (case number in the RAVU_Update report)
2.  In the field Table_array select the cell range that contains the data, in this case the column "**Case number**" of the schedule (A2: A438)



3. In the field Col_Index_Num type 1.  The first argument refers to the **name of the item** you're searching for, which in this case is the case number, or in other words it is the column number in the table array from which the matching value should be returned.

4. In the field Range_Lookup type "False". The fourth argument tells VLOOKUP whether to look for approximate matches, and it can be either TRUE or FALSE. If it is TRUE, it will look for approximate matches but since exact match is needed type FALSE.

5. Press OK

b. Drag down the formula.



c.  Cases not included in the schedule will be shown as #N/A. Filter only #N/A cases.

d.  Filter the column "CIS" to determine which cases are **USCIS NOA**, meaning they are **pending QC.**



e.  Copy the case numbers and request the RSC LA Report Team to generate a report specifically for the list of cases pending QC (CIS NOA) using the format of the USCIS_REQ Report.

f.  Once you receive the USCIS_REQ report, proceed as previously instructed to determine the cases that could be included in the schedule.  Add the cases which are ready and assign to each case the date, hour of the interview as well as the interviewing officer.  Add a column at the end of the schedule so you can track the QC status.

g.  Once you have the interview date information, generate an excel chart with only the cases pending QC and forward it to the QC Team, so that cases can be given priority

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000200



### 2.8  USCIS Schedule approval

The schedule should be sent to USCIS for their review and approval. USCIS may submit observations and request changes to the schedule.  The revised version(s) should be generated following the steps described above. In order to continue with the process USCIS must approved the schedule. The approved schedule must be uploaded into the Share Point under the "DHS Support" folder.

### 2.9  SRO Tracker preparation

USCIS requires the DHS-RAD Circuit Ride Overseas Tracker (SRO Tracker) in an excel spreadsheet with the information of the approved schedule, which will be uploaded to their system. Make sure to use the following format since the system is highly sensitive and will not accept variations in format.

**DHS-RAD Circuit Ride Overseas Tracker**

| Case Prefix | Case Number | Date of Interview | Case Size | |
|---|---|---|---|---|
| HO | | 11/4/2016 | 2 | |
| HO | | 11/4/2016 | 1 | |
| HO | | 11/4/2016 | 1 | |
| HO | | 11/5/2016 | 1 | |

Each time there is a modification in the schedule and it is approved, an updated tracker should be sent to USCIS.

### 2.10  USCIS Schedule in WRAPS

AR000201

Once the schedule is approved by USCIS, place the cases on a USCIS schedule in WRAPS. Create a schedule per day; follow these steps in WRAPS:

    a.  From the WRAPS Menu bar select RSC → Scheduler → Add Schedule.



    b.  A form will be displayed which consist of four sections. Type the information for the following fields.

| Schedule Information: Allows users to enter information used to identify the schedule | |
|---|---|
| *Type: | Allows users to select the type of activity for which you are setting up a schedule. Select USCIS interview from the drop down menu |
| *Title: | Type in the Title you wish to assign to the schedule. e.g. DHS CR ES CAM 03 JUNE 2016 |
| Location: | Type in the location of the scheduled appointment. e.g. San Salvador |
| Description | Type in a short description of the schedule being set up (optional) |
| *Start Time: | Enter the start date for the schedule in the DD MMM YYYY format i.e. 09 Jun 2016 |
| *End Time: | Enter the end date for the schedule in the DD MMM YYYY format e.g. 09 JUN 2016 (since it is a daily schedule it should be the same as the start date) |
| * Use Status: | Choose the status Open from the drop down menu |
| **Daily Schedule Parameters:** Allows users to set up the daily period used for the schedule | |
| *Start Time: | Type in a Start Time for this schedule |
| *End Time: | Type in an End Time for this schedule |
| Appointment Length: | Enter in a standard length for each appointment on this schedule |
| Break Length: | Type in a standard length for the breaks you want between each appointment on this schedule |
| **Note:** The above fields are pre-determined; therefore, there is no need to modify the established parameters | |
| **Exclude Parameters:** Allows users to set a period that will not be used for appointments on the schedule. | |
| Daily Time Range 1: Star and End: | Type in the star and end time of the block of time you want to exclude from this schedule |
| Days: | Check the boxes for the days you want to exclude from the schedule |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000202

| Note: The above fields are pre-determined; therefore, there is no need to modify the established parameters | |
|---|---|
| **Appointment Parameters:** Allows users to enter the number of appointments for the schedule and how they are sorted. | |
| Sort By: | Select the primary parameter **Country** for sorting the appointments in the schedule |
| *Slots/Appointments: | Enter the number of slots or appointments you wish to build into the schedule<br>e.g. If the daily schedule contemplates 32 interviews, enter 5 slots (5 slots x 7 hours of work = 35 appointments) |

\* *Fields asterisked* are *mandatory*

c.  Click **Submit** to add the schedule to WRAPS.



d.  Once the schedule is created, WRAPS will assign an ID number to the schedule.  The window "List Schedule" will display all the schedules created.   Scroll down and look for the schedule you just added.  Click on the ID number in order to add the cases to the schedule.



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000203



e. You may edit the created schedule by selecting from the Menu bar select RSC → Scheduler →
   Edit Schedule.  WRAPS will allow you to modify the parameters.  The screen "Find  A Schedule"
   will be displayed.
   - Click on the schedule ID number displayed in the "List Schedule" screen.
   - Modify the desired fields and click Submit.

SOP Case Management - Adjudications                         International Organization for Migration
Nov 14, 2016                                                 Resettlement Support Center, Latin America

22

AR000204

f.  Fill a Schedule in WRAPS

g.  From the Menu bar select RSC → Scheduler → Fill Schedule.  The "Find a Schedule" screen will
    appear, enter the schedule ID number and click Submit.



h.  Click on the schedule ID number displayed in the List Schedule screen.



i.  The "Assign Appointments" screen has three sections and displays all available cases that have
    been requested to be on a schedule (*USCIS interview status REQ*).

    –  Schedule data: Shows the general information of the schedule
    –  Available List Filters: Provides a range of filters in order to sort through available cases ready
       to be scheduled.
    –  Appointment: Lists the cases scheduled per hour and slot.

j.  In the "Available" section of the screen, mark the check box(es) next to the case member(s) you
    want to assign to an appointment slot.

k.  Click on the **Schedule** or **Schedule All** (to assign a group of cases at once) hyperlinked text on the
    left-hand menu.  The selected case members will be assigned to the first open slots in the
    schedule.  The "Assign Appointments" screen will re-open and the "Assign Appointments"
    section will present the updated information.

    Important: If there are more cases than slots, an error message will be displayed and only those
    units that can be allocated will be assigned.



k. Click **Submit** to add the cases to schedule.

    To remove (**Unschedule**) a case from an appointment slot:
    – In the" Available" section of the window, click in the check box next to any case member(s) you want to remove from appointment slots.
    – Click the **Unschedule** hyperlinked text in the Left-Hand Menu.
    – The Assign Appointments screen will re-open and the Assign Appointments section will display the updated information. The selected case(s) will be removed from the schedule.

m. The appointment date will be displayed (1) in the Case Summary of the case and the USCIS status will change from REQ to SCH (2).



n. If changes to a daily schedule are required, make sure to update them in the WRAPS schedule as well.

### 2.11  Schedule provided to the RSC Scheduling Team

a. The schedule approved by USCIS should be simultaneously forwarded to the Country Scheduling Team who is responsible for informing the applicants in a timely manner of the date/time of their interview.  Resettlement Agencies will also be notified about the appointments, for assistance with follow-up of applicants that the RSC is unable to contact. Due to the sensitivity of the information contained in the schedule, the excel file should be uploaded to Share Point in the folder named "Schedules", so that the Communications Assistant can download the schedule. For countries with no access to the Share Point, send the schedule by e-mail and provide the proper instructions.

b. The Country Scheduling Team shall report Adjudications if applicants will not attend the appointment or if there are unable to contact cases.  For unable to attend or unable to contact cases find a replacement case to fill the empty slot.  You may use as back up cases those that were not included in the schedule and that appear in the USCIS REQ report.

c. Each new version of the schedule approved by USCIS should be forwarded to the Country Scheduling Team.

### 2.12    Interpreters

When DHS sends the information including the dates of the CR, number of officers, and number of cases to be interviewed daily, they also include the interpretation requirements for the officers.

With this information, the RSC needs to have at least 3 quotations of different interpreters to be presented to the Supervisor in order to select the best option. These interpretation companies are usually referred to the RSC by IOM procurement staff, other UN agencies and people from the location where the CR is going to be held. The information with the quotations is sent to the RSC Manager for approval.  Make sure to include a comparative chart as a reference.

AR000207

| Company | USD$ per day/per interpreter | No. Of days | No. Of interpreters | Total Cost for ES Q1 |
|---------|------------------------------|-------------|---------------------|----------------------|
| ABC Co | 200 | 37 | 7 | US$ 51,800 |
| XYZ | 195 | 37 | 7 | US$ 50,505 |
| FGH & J | 205 | 37 | 7 | US$ 53,095 |

When the quotation of one interpreter/interpreter's Company is approved, Adjudications needs to agree with the interpretation services on the schedule, confidentiality issues, way of payment, performance, complete names of interpreters, among others.

Confidentiality forms are usually signed the day before the CR and they are available in the share folder. The forms to be signed by the interpreters are:

a. IOM RSC Interpreter's Code of Conduct,
b. No Contact Policy
c. Confidentiality Agreement

It is important to mention that all the names of the interpreter's need to be run at SAM.GOV to verify their criminal records within the American system. The username for Adjudications is ▮▮▮▮▮▮▮ and the password is ▮▮▮▮▮▮▮. The web page will ask you to change the password every 180 days.



When an interpreter is not available at the location, contact the Canadian company CISOC that provides interpretation services to IOM. This contact is made via e-mail and the interview is conducted via telephone, after the parts agreed on the time and date. The e-mail address of the contact of CISOC is benjamin@cisoc.net.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000208

### 2.13 Files Review and Preparation

All cases have to be reviewed before presenting them to DHS.  To facilitate the review process of the files, create an Auxiliary excel file based on the schedule.

To create the Auxiliary make a copy of the schedule and add the columns: IAC, FP (Fingerprints), Signatures, IN, OUT.



| | Date | Hou | Grou | Cntry Code Location | Read | Case numb | IAC | FP | Signature | IN | OUT | UNHCRCase Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | 18-Oct | 8:00 | 55 | | Yes | | SCH | 1 | Y | | | |

The file should be saved in the share folder and it usually has the name of the CR Auxiliary.  Share Folder location: **DHS Support -> Internal CRs ->** "ES 2016 Q1 CR Auxiliary"

a.  Fingerprinting sheets have to be removed from the files in order to give them to the Fingerprint officer, together with a list for control.

Open the auxiliary file, sort the calendar by date and in column FP include the number of individuals to be fingerprinted according to WRAPS and for applicants who will not be fingerprinted due to their age type N/A.  Note that some cases might have already fingerprinted at Pre-screening stage.  For these cases the log should read TAK.

Make sure to print the FP sheet for applicants 13.5 years old, since sometimes the form is not in the file.



| | A | B | C | F | G | H | I | J | K | L/ | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Hou | Grou | Case numb | IAC | FP | Signature | IN | OUT | Case Size | Ind fullname |
| 20 | 19-Oct | 11:00 | 33E | | CLR | TAK | Y | | | 1 | |
| 27 | 19-Oct | 11:00 | 122D | | CLR | 1 | N | | | 1 | |
| 28 | 20-Oct | 8:00 | 16 | | SCH | 1 | Y | | | 1 | |
| 29 | 20-Oct | 8:00 | 16 | | SCH | 1 | Y | | | 1 | |
| 30 | 20-Oct | 8:00 | 11 | | NRQ | N/A | N | | | 1 | |
| 31 | 20-Oct | 8:00 | 12 | | SCH | 1 | N | | | 1 | |
| 32 | 20-Oct | 8:00 | 14 | | CLR | 1 | N | | | 1 | |
| 33 | 20-Oct | 8:00 | 15 | | CLR | 1 | N | | | 1 | |
| 34 | 20-Oct | 8:00 | 18 | | CLR | 1 | N | | | 1 | |
| 35 | 20-Oct | 8:00 | 23 | | SCH | 1 | N | | | 1 | |
| 36 | 20-Oct | 8:00 | 29 | | SCH | 1 | N | | | 1 | |
| 37 | 20-Oct | 8:00 | 30 | | CLR | 1 | N | | | 1 | |
| | 20-Oct | 8:00 | 31 | | SCH | 1 | N | | | 1 | |

Q1 2017 Schedule   FP   Case No. Ticket   Sheet1   Q1 2017 SCH Summary

b.  Create a FP control sheet which will be provided for FP Officer for his/her reference, insert new sheet in the auxiliary file, name it FP.  Note that no new information should be entered as the data for the schedule will be replicated using formulas.

c.  To create the FP control sheet insert a pivot table. Go to **Insert -> Pivot table** and drag down the

AR000209

field "Date" to **Filters** and "Case number" to **Rows**.  You can select the date from cell F1 and the case numbers for selected date will appear.  Make sure to select one date at the time.



d.  Insert 5 new columns:  No., Date, Hour, Case size and FP sheet.



| No. | Date | Hour | Case N° | Case Size | FP Sheet |
|---|---|---|---|---|---|
| 1 |  18-Oct | 8:00 |  | 1 | 1 |

e.  In the column "Date" (C4) type the formula:  =$F$1 which corresponds to the cell F1 (pivot table).
    Drag down the formula to the other cells.  If you select a new date in cell F1, the table will change
    accordingly.

| No. | Date | Hour | Case N° | Case Size | FP Sheet |
|---|---|---|---|---|---|
| 1 | 18-Oct | 8:00 |  | 1 | 1 |
| 2 | 18-Oct | 8:00 |  | 1 | 1 |
| 3 | 18-Oct | 8:00 |  | 1 | 1 |
| 4 | 18-Oct | 8:00 |  | 1 | 1 |
| 5 | 18-Oct | 8:00 |  | 1 | 0 |
| 6 | 18-Oct | 8:00 |  | 1 | 1 |
| 7 | 18-Oct | 8:00 |  | 2 | 1 |
| 8 | 18-Oct | 11:00 |  | 1 | 0 |
| 9 | 18-Oct | 8:00 |  | 1 | 1 |
| 10 | 18-Oct | 8:00 |  | 1 | 1 |
| 11 | 18-Oct | 8:00 |  | 1 | 1 |
| 12 | 18-Oct | 8:00 |  | 1 | 1 |

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000210

f. For the **Hour cell (D4)** use the index + match formulas so that the hour entered in the schedule "Q12017Schedule" will be replicated in the FP sheet. The INDEX formula asks you to specify a reference within a range and returns a value.  You need to indicate either a row or column as your range, specify a reference point, and the value that matches that reference point is returned.

**Syntaxis:**
INDEX(reference, row_num, [column_num], [area_num]); MATCH (lookup_value, lookup_array, 0)

**Example:**

+INDEX('Q12017Schedule'!$H$2:$H$673;MATCH(FP!$E$4:E65;'Q12017Schedule'!$F$2:$F$673 ;0))

| =INDEX('Q12017Schedule'!$H$2:$H$673; | Refers to the array for the **hour column** in the schedule tab. |
|---|---|
| MATCH(FP!$E$4:E65; | Refers to the array of the **case number** in the FP sheet tab, which is the location of the information you will bring from the schedule |
| 'Q12017 Schedule'!$F$2:$F$673; | Refers to the array of the **case number in the schedule tab,** which is the information you need to be matched together with the hour |
| 0)) | Put in a "0" as the last argument to ensure that the MATCH formula looks for an exact match. Close both parenthesis. |
| $ | Use the $ symbol to lock a formula in a cell so that the cell reference number doesn't change upon copying and pasting. |

g. Do the same for the case size and FP columns, making sure proper arrays are selected.

### 2.13.1  Security checks verification

a. In the column IAC of the auxiliary file, fill out the IAC status. For cases already scheduled with IAC, CNC and SAO with status NOA request the security checks accordingly.



| ATP | GNS | ADR-RAVU | DNA | DNARslt | PreScrn | LNS | CLASS | SAO | IAC |
|---|---|---|---|---|---|---|---|---|---|
| ACP | NOA | FWD | CMP | POS | COM | NMA | CLR | NRC | CLR |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Hou | Grou | Cntry Code Location | Read | Case numb | IAC | FP | Signature |
| 2 | 18-Oct | 8:00 | 55 | | Yes | | SCH | 1 | Y |
| 3 | 18-Oct | 8:00 | 56 | | Yes | | CLR | 1 | Y |
| 4 | 18-Oct | 8:00 | 61 | | Yes | | SCH | 1 | Y |
| 5 | 18-Oct | 8:00 | 65 | | Yes | | SCH | 1 | Y |
| 6 | 18-Oct | 8:00 | 122A | | Yes | | SCH | 1 | Y |

One day before the case interview if the IAC had changed from SCH to CLR, reprint the CNC report. This can be correctly executed thanks to the auxiliary file, check the IAC status only for the cases with IAC SCH / REQ.

b. Print CNC reports and place them inside the file. To generate the report go to the option **Reports** on left of the screen. Select the report name "Class/SAO Name check results" and press Submit. Select export to pdf format and print the report.

**Report Selection**

Report ID CLASS/SAO_Results
Report Name CLASS/SAO Name Check Results
Description CLASS/SAO Name Check Results
Status This report is currently Active
Printer Microsoft XPS Document Writer ▼

Submit | Reset | Cancel | Help

Category: ▼

| Category | Report Name | Description | Associated With |
|---|---|---|---|
| Case Reports | Alien Number Labels (SSR2) | Alien Number Labels (SSR2) | |
| Individual Reports | Alien Number Labels (SSR3) | Alien Number Labels (SSR3) | |
| Case Reports | Case Closures Report | This case level report lists cases scheduled for medicals inactivated, rejected or closed since a certain date | |
| Travel Reports | Case Closures Report | This case level report lists cases scheduled for medicals inactivated, rejected or closed since a certain date | |
| Case Reports | Case Composition Change Report | This case level report lists Case composition changes for Cases scheduled for travel since a certain date | |
| Medical Reports | Case Composition Change Report | This case level report lists Case composition changes for Cases scheduled for travel since a certain date | |
| Case Reports | Case Number Labels (SSR5) | Case Number Labels (SSR5) | |
| Individual Reports | Case Number Labels (SSR5) | Case Number Labels (SSR5) | |
| Case Reports | CLASS/SAO Name Check Results | CLASS/SAO Name Check Results | |
| Individual Reports | CLASS/SAO Name Check Results | CLASS/SAO Name Check Results | |
| Travel Reports | CLASS/SAO Name Check Results | CLASS/SAO Name Check Results | |
| Cultural Orientation Reports | Cultural Orientation Attendance List (SSR3) | Cultural Orientation Attendance List (SSR3) | |
| Schedule Reports | Cultural Orientation Attendance List (SSR3) | Cultural Orientation Attendance List (SSR3) | |
| Cultural Orientation Reports | Cultural Orientation Certificate (SSR3) | Cultural Orientation Certificate (SSR3) | |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000212



c. Documents pending signature must be signed by the PA the moment they arrive for the DHS interview. To speed the pending signature process, flagged the documents.

Documents that should be signed:
1. Case History, signed by applicant and caseworker
2. I-590, it has to have the signature of both the applicant and the caseworker
3. Biographical information (G-325C), signed and dated
4. DNA Consent form
5. Non WRAPS forms: Notice of Confidentiality, Statement of Understanding, Applicant Disclosure & Consent Form, No Contact Policy,
6. Selective service form (DS-1810), signed by males from 18 to 26 years
7. RE-1, 13 + years
8. ARP, under 18 years
9. DNA Results

d. Confirm that all documents have the correct alien number and applicants' name. Verify the order of the file See Annex 1. If any of the above mentioned forms is missing, print them out.

e. To keep track of the cases pending signatures type Y or N in the "Signature" column of the auxiliary file.

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Hour | Grou | Entry Code Location | Read | Case numb | IAC | FP | Signature |
| 2 | 18-Oct | 8:00 | 55 | | Yes | | SCH | 1 | Y |
| 3 | 18-Oct | 8:00 | 56 | | Yes | | CLR | 1 | Y |
| 4 | 18-Oct | 8:00 | 61 | | Yes | | SCH | 1 | Y |
| 5 | 18-Oct | 8:00 | 65 | | Yes | | SCH | 1 | Y |
| 6 | 18-Oct | 8:00 | 122A | | Yes | | SCH | 1 | Y |

f. Remove the QC form from the file. Verify that the case was QCed.

AR000213

### 2.14   Case numbers for Applicants

On a weekly basis Security guards need to receive the case numbers to provide them to the applicants, together with the list of cases attending the interviews. These information can be retrieved from the Auxiliary file.  Each applicant will receive from security his/her case number, full name and interview date and hour.

a. To create the case numbers tickets sheet insert a pivot table. To do so in the schedule sheet go to **Insert -> Pivot table** and drag the fields "Date" and "Hour" to **Filters** and "Case number" and "ind full name" to **Rows.**  You can select the date from the Date Field (E) and the case number for that particular date will appear.  Make sure to select one date at the time. Do the same for Hour.



b. In a new column insert the formula：=$E$1 which correspond to the cell that shows the date in the pivot table. In the cell C6 insert the formula =$E$2. Drag the formulas down.  If you change the date and hour in cell E1 and E2 the table data will change accordingly.  Print and cut the case number tickets.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000214



### 3. DURING CIRCUIT RIDE

#### 3.1  Infield details preparation

a.  Check the interview booths, fingerprinting office, TL and SENRO booths, are equipped according to DHS standards.

- Interviewing booths have to be fully furnished with the following:
- Desk
- Two to three chairs
- Wi-Fi connection
- Locked drawers
- Tissues
- Phone

- For the fingerprinting office:
- A steady desk for the finger printer machine and the camera
- White walls for pictures
- Wet wipes
- Windex
- Tissues
- Weighing and measuring scale
- Wi-Fi connection

- For the TL office:
- Desk
- Office´s keys
- Safe
- Enough space to place files
- Wi-Fi connection

b. Administration staff of the location must be aware of the CR dates in order to arrange all security and space details.
c. All officers must have activated access cards for the spaces where they will work.
d. The Adjudication staff assigned to open the CR has to coordinate with the Procurement Unit at IOM the purchase of all the material needed for the CR.
e. Printers/photocopiers should be in good conditions.
f. Beware to have enough paper, letter size for the whole CR.

### 3.2   Decision letter and forms

Be sure that all the USCIS officers assigned have a folder with the different forms used by them:

a. Decision letters (approval, inegibility for REF-recommended for PAR, deferral, inegibility, case closure)
b. Addendum
c. RE-1

### 3.3   DHS Activities

Organize among the Adjudications team on the activities to be developed during the CR by each person.  For example:  One team member responsible for:  Files preparation, fingerprints and Officers support.

### 3.4   Hold Lifts Before DHS CR

Besides the cases ready to be interviewed by DHS during the on-going CR, there are cases that were put on hold due to security checks, pending documents or add on members.  These cases are to be presented to DHS for Hold Lift. The list of such cases is available at the Reports Manager → DHS → CR preparation → Tab "Pending I590 stamp".



AR000216

After reviewing the report, create a separate table with the cases that are ready for hold lift. Save the file in the share folder under DHS Result →CR xxxx.   This file will be also updated with the results of the hold lifted cases and later used for the notification process (see notifications and adjudication processes).

In order for a case to be hold lifted, ensure the case meets all prerequisites to receive final decision:

    a. All security checks have to be CLR, pending documentation submitted
    b. Security vetting results received, DNA and RAVU completed.
    c. The CNC form have to be re-printed and placed in the file.
    d. If the Hold was because case was pending additional documentation, the referred documents have to be uploaded in Wraps and placed in the physical files for DHS to review them.

### 3.5   DHS Briefing and Security Briefing

Each DHS team arriving at a CR location, receive a security briefing at the local American Embassy. However it is recommended, based upon the time available, that a security briefing is provided by the local IOM´s security officer.  This meeting has to be organized in advance to be held on the same day assigned for briefings. It can include the security situation for staff, emergency contact point and fire emergency route. This briefing also includes information of the security situation in the country.

The briefing between Adjudications staff and DHS is important because in this meeting all the procedures to be done during the CR are negotiated and decided.

These are the main topics to be reviewed at the DHS briefing:

    a. Physical set-up of the interviews.
    b. Interpreters' names and interpretation issues when needed.
    c. Any relevant CLASS/SAO related matter, if applicable.
    d. Number of expedite cases or special cases  (LV1, LV2, PTA, embassy referrals)
    e. Number of cases pending to be scheduled if the interviews schedule is incomplete (pending RAVU FWD cases).
    f. Define the dates for hold lifts, re-interviews and corrections.
    g. Remind the USCIS officers that the cases will be handled and called by case number only.
    h. Give short update on any changes of the adjudications process.
    i. I-602s Waivers should be filled out on the interview date.

### 3.6  Speech for Applicants

First, on daily basis 20 minutes before the first interview appointment, take attendance to determine if all applicants have arrived and get the pending signatures. To facilitate the process print the schedule of the Auxiliary file and use column IN or OUT to register applicant arrival and departure.

AR000217

**IMPORTANT:** If an applicant does not show up on time, Adjudications request the Scheduling team to call the missing applicant to determine the confirmation of attendance and the time of arrival if the PA is late for the appointment.  For cases in which the no attendance is confirmed, case should be updated as a no show (NSH) at the USCIS events (see adjudications section).

When an applicant was not contacted, the case can be re-scheduled for the coming dates (if slots are available). If possible a replacement case may be included in the schedule for that date.  Notify DHS about No Show and replacement cases.

Second, give a concise daily speech to the applicants to explain the steps of the interview. The speech has to be done at the waiting area. This information includes:  the importance of the interview, the length of the interview day, how are they going to be called, the use of interpreters, child care services, when to leave the IOM premises and the fingerprinting procedures.

Third, arrange the files in X-Ref groups and by interview hours and deliver the files to the TL together with the daily schedule and FP control sheet.

### 3.7 Daily schedules

Daily list of cases must be available for the TL and the SENRO the day before each workday with the following information:

| 1. Date | 6.  Name | 4   Urgency level | 16. Officer |
|---------|----------|-------------------|-------------|
| 2. Hour | 7.  City | 12. HIT Envelope | |
| 3. Group | 8.  RAVU | 13. X-refs | |
| 4.  Case number | 9.  DNA | 14. Languages | |
| 5. Case size | 10. CNCS | 15. Comments | |

### 3.8 USCIS Adjudications

When the Circuit Ride officially begins and the USCIS officers have finished an interview, the case is reviewed by the DHS Circuit Ride Team Leader, who will review and concur or overturn the decision of the USCIS officer who was responsible for the interview.  The USCIS officer returns the case files to the Adjudications staff, who will be responsible of reviewing the file.

#### 3.8.1 Reviewing Physical files, Signatures and Stamps after DHS Interview

Check for missing documents and signatures:

a.   Decision Letter: must have the initials of the interviewer officer and case number.

b.   USCIS Assessment:

  1.   On the first page review the case number, alien number, interview date, and full name of the applicant are correct.

2. Check the decision, mentioned on the justification page, holds if any should be specified on the hold section of the assessment (refer section 3.8.2).

3. The Team Leader or SENRO must signed off on the case and either concur or overturned a decision with an explanation signed and dated.

c. CNC Report: signed or initialed by USCIS officer and dated.

d. I-590 form:

1. Approval stamp for cases with an eligibility letter or Denied stamp for cases with a CAM Parole Letter / ineligibility.

2. No stamp for cases with a deferral letter. If the I-590 is stamped return file to the Officer for the stamp removal.

3. I-590 form signed by the officer, applicant and interpreter when available (Part 11 signatures section).

4. G-325: reviewed by Officer and signed by the applicant.

5. RE-1 Form: Must be signed by the applicant, the interviewer officer and Interpreter if one was present during the interview.

6. For the old version of I-590, the USCIS Release of Information (ICF) and G-646 Form, must be signed by all applicants over 14 years of age.

### 3.8.2  USCIS Assessment review

When adjudicating a refugee application, USCIS looks at:
- Refugee applicant's claim
- Past persecution
- Well-founded fear of future persecution
- Bars and Inadmissibility (if any)
- Credibility

See the following example of different sections of the USCIS Assessment Worksheet with regards to:

**Applicant´s Past Persecution:**

| III. INA §101(A)(42)—APPLICANT'S CLAIM | | |
|---|---|---|
| **A.  Past Persecution** | | |
| 1. Does the applicant claim to have been harmed or mistreated in his/her country(ies) in the past? If no, go to Part III B.  If yes, identify the perpetrator(s) of, and describe, the harm or mistreatment:<br><br>Perpetrator(s):<br><br>Harm/Mistreatment: | Yes ☒ | No ☐ |
| 2.  Is the claimed harm or mistreatment on the basis of one of the five protected grounds? If no, go to Part III B.  If yes, designate applicable ground(s):<br><br>☐ Race          ☐ Religion          ☐ Nationality<br>☒ Membership in a Particular Social Group     ☐ Political Opinion<br><br>Specify Characteristic(s): | Yes ☒ | No ☐ |
| 3. Does the claimed harm or mistreatment rise to the level of persecution? If no, explain below: | Yes ☒ | No ☐ |

37

*SOP Case Management - Adjudications*          *International Organization for Migration*
*Nov 14, 2016*          *Resettlement Support Center, Latin America*

AR000219

**Applicant's claim:  Well-founded fear of Persecution**

| B. Well-Founded Fear of Future Persecution | | |
|---|---|---|
| 1. Did the applicant describe a fear of returning to his or her country(ies)? If no, go to Part IV. If yes, identify perpetrator(s) of, and describe, the feared harm or mistreatment: Perpetrator(s): Harm/Mistreatment: | Yes ☐ | No ☒ |
| 2. Is the feared harm on the basis of at least one of the five protected grounds? If no, go to Part IV. If yes, designate protected grounds(s): ☐ Race    ☐ Religion    ☐ Nationality ☐ Membership in a Particular Social Group    ☐ Political Opinion Specify Characteristic(s): | Yes ☐ | No ☐ |
| 3. Does the feared harm rise to the level of persecution? If no, explain below: | Yes ☐ | No ☐ |
| 4. Is the fear of future persecution well-founded? If no, explain below: | Yes ☐ | No ☐ |

**Bars and Inadmissibilities**

| IV.  BARS AND INADMISSIBILITIES | |
|---|---|
| A. PERSECUTOR BAR Has it been determined that the applicant or any derivative ever ordered, incited, assisted, or otherwise participated in the persecution of any person on account of race, nationality, membership in a particular social group, or political opinion? | ☐ Yes—Explain Below ☒ No |
| B. FIRM RESETTLEMENT BAR Has it been determined that the applicant ever firmly resettled in a foreign country after leaving the country of nationality? | ☐ Yes—Explain Below ☒ No |
| C. INADMISSIBILITY Has it been determined that the applicant or any derivative is inadmissible to the U.S.? | ☐ Yes—Explain Below (Cite specific provision). ☒ No—Explain Below (As required). |
| D. CARRP Does the applicant or any derivative have an articulable link to a national security concern, which requires further vetting? | ☐ Yes—Explain Below ☒ No—Explain Below (As required). |
| Explanation: | |

**Credibility**

| V.  CREDIBILITY | |
|---|---|
| A. Did applicant provide credible testimony regarding all material facts related to INA 207(c) in this case? | ☒ YES -Go to VI. ☐ NO -Go to V.B below |
| B. Select the issue(s) that the non-credible evidence affects: ☐ Special Humanitarian Concern   ☐ Refugee Definition ☐ Firm Resettlement   ☐ Persecutor Bar   ☐ Admissibility ☐ Other Select the description(s) below that best describes the non-credible evidence and provide a summary of the evidence. ☐ Material inconsistency[ies] within testimony. ☐ Material inconsistency[ies] between testimony and other evidence (i.e. country conditions, x-referenced case, other case member's testimony, other case file documents, etc.). ☐ Insufficiently detailed or reliable answer[s] presented to material question[s]. ☐ Material part[s] of testimony or other evidence implausible. ☐ Other. Explain the non-credible evidence in detail: | |
| C. Was applicant informed of these specific credibility concerns and given the opportunity to address them? ☐ YES   ☐ NO After explaining the specific credibility concern(s) to the applicant, and requesting an explanation, provide the applicant's response(s): | |
| D. After consideration of the applicant's response(s), the applicant is determined to be: ☐ - Credible ☐ - Credible in part (Split Credibility) ☐ - Not Credible Explain basis for final determination: | |

### 3.8.3  Reviewing Assessment´s HOLD section:

As mentioned before, when reviewing the file after a DHS interview is very important to check the holds that the interviewer officer selected on the assessment, below are the possible hold scenarios on a USCIS assessment.

| VI. DECISION | |
|---|---|
| **CASE ON HOLD**   Include Explanation and Sequence Numbers for Applicants/Derivatives: | **Hold Resolved:** |
| ☐ CLASS  Seq. 1: | ☐ YES  Initials/Date |
| ☐ SAO: | ☐ YES  Initials/Date |
| ☐ IAC: | ☐ YES  Initials/Date |
| ☐ Fingerprints: . | ☐ YES  Initials/Date |
| ☐ Persecution under Duress: | ☐ YES  Initials/Date |
| ☐ HQ TRIG Review: | ☐ YES  Initials/Date |
| ☐ Field TRIG Exemption: | ☐ YES  Initials/Date |
| ☐ CARRP Review: | ☐ YES  Initials/Date |
| ☐ SVPI Review: | ☐ YES  Initials/Date |
| ☐ SVPI   Government/Military | ☐ YES  Initials/Date |
| ☐ 3rd Country Resettlement Review: | ☐ YES  Initials/Date |
| ☐ CAM Vetting: | ☐ YES  Initials/Date |
| ☐ HQ Review (for Desk Officer Review): | ☐ YES  Initials/Date |
| ☐ Other | ☐ YES  Initials/Date |
| ☐ HOLD LIFTED ON                                            BY | |
|                    (DATE)                     (PRINT OR STAMP NAME) | |

Possible Reason for Hold:

- CLASS: the CLASS box will be checked by the officer if during the interview and after RAVU envelope was revised alternate information about an applicant was disclosed such as: another variation of his/her name, an alternate DOB or COB was found or if a nickname was mentioned by the applicant.  On this section the officer will either write the information or "see I-590".
- SAO: this security check is not required by the applicants from the CAM program, but sometimes the CLASS status can turn as SAO and then the SAO box will be checked by the officer when the CNC report show SAO REQ (requested) or SCH (scheduled). Case will be on hold until SAO status is CLR.
- IAC:  the IAC box will be checked by the officer when the CNC report will show the IAC status as REQ (requested) or SCH (scheduled), then the officer will write the status of IAC showed on the CNC report. Case will be on hold until IAC status is CLR.  Please note IAC is no longer required for applicants between 0 months to 13.5 years old; therefore, IAC status must be set as NRQ.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000221

- Pending USCIS HQ Review: this option will be checked when there is an additional review needed for Headquarters before a decision can be made.
- SVPI Review - Security Vetting and Program Integrity: this box will be checked when there is a security concern that must be explored further before an officer can make a final determination on a specific case.
- CAM Vetting: this box will be checked if a CAM applicant shows signs of gang affiliation or if derogatory information was found on the RAVU envelope. Usually the officer will write a little explanation about the reason why the case needs CAM or TAG vetting Review.
- Other: This box will be checked when an applicant needs to present additional documentation, either marriage certificate between his/her mother and the anchor or his/her police or criminal records, court documents not submitted during the DHS interview.

### 3.9    USCIS Decision Letter Review / How to fill up a Decision Letter

After reviewing the physical file, verify the case decision matches the decision letter and that the correct information for the applicant is written in the letter since this will be given to the applicant at the moment of the decision notification.

Five different decision letters are available:

a.   Eligibility Letter for Approved Cases:



U.S. Citizenship and Immigration Services
*Refugee Affairs Division*
Washington, DC 20529-2290

**U.S. Citizenship
and Immigration
Services**

Date:
A-file Number(s):
OPE Case Number(s):
Name(s):

NOTICE OF ELIGIBILITY FOR RESETTLEMENT

Re: _____

This letter means that a case was recommend a refugee status (REF) and no holds are pending. Case number is filled by the interviewer officer; adjudications fills out the date, alien number (A-file number) and full name of the applicant last names in CAPITAL LETTERS and first and second names in lower cases.  Make sure the letter is initialed by the officer.

AR000222

b.  <u>Deferral Letter</u>:

U.S. Citizenship
and Immigration
Services

DATE:

| Principal Applicant's Name | (Alias) | A-File # | CSE Case # |
|---|---|---|---|

| Address/Location | | USNCR# | |
|---|---|---|---|

Please be advised that a final decision regarding your application for refugee status in the United
States has been **deferred** for one of the following reason(s):

☐ Further review of your eligibility for refugee resettlement in the United States is
necessary.

☐ Other: _____

At this time, it is impossible to estimate how long it will take to make a final decision on your
case. The United States Citizenship and Immigration Services (USCIS) will send you a letter
notifying you of the final decision on your application.

This letter means that a case has been placed on hold due: security checks, pending documents or
holds previously explained.

The reason for hold is checked by the officer:

☐ Further review of your eligibility for refugee resettlement in the United States is
necessary.

☐ Other: _____

(If other, officer should explain reason)

Case number is filled by the interviewer officer; adjudications fills out the date, alien number (A-file
number) and full name of the applicant last names in CAPITAL LETTERS and first and second names
in lower cases.  Make sure the letter is initialed by the officer.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000223

c. Denied Refugee / Parole Recommended Letter:



**U.S. Citizenship and Immigration Services**

Date:
A-file Number(s):
RSC Case Number(s):
Name(s):

**CENTRAL AMERICAN MINORS PROGRAM:**
**NOTICE OF INELIGIBILITY FOR REFUGEE RESETTLEMENT**
**AND CONDITIONAL APPROVAL FOR PAROLE**

This letter means that an applicant will not be recommend for Refugee status; however, Parole status was granted. The officer selects the refugee ineligibility reason and fills out the case number. Adjudications fills out the date, alien number (A-file number) and full name of the applicant last names in CAPITAL LETTERS and first and second names in lower cases.  Make sure the letter is initialed by the officer.

d. Ineligibility Letter

The Ineligibility / Denial letter applies if the applicant is inadmissible on one or more grounds. The officer selects the refugee inadmissibility reason and fills out the case number.  Adjudications fills out the date, alien number (A-file number) and full name of the applicant last names in CAPITAL LETTERS and first and second names in lower cases.  Make sure the letter is initialed by the officer.

Date:
A-file Number(s):
RSC Case Number(s):
Name(s):

**NOTICE OF INELIGIBLITY FOR RESETTLEMENT**

Re: _____

This refers to your Registration for Classification as a Refugee (Form I-590) and your recent interview with an officer of the U.S. Citizenship and Immigration Services (USCIS).  Pursuant to § 207 of the Immigration and Nationality Act ("INA") (8 U.S.C § 1157), applicants for classification as a refugee must establish they are a "refugee" under United States law, as defined at § 101 (a)(42) of the INA (8 U.S.C § 1101(a)(42)).  Applicants for refugee classification must also establish that they are otherwise admissible to the United States, are of special humanitarian concern to the United States, and are not firmly resettled in a third country.

For the reason or reasons indicated below, we have determined that you are not eligible for resettlement to the United States.

1.  ☐  **SPECIAL HUMANITARIAN CONCERN.**  You have not established that you qualify for access to the U.S. Refugee Admissions Program (USRAP).

2.  ☐  **REFUGEE CLAIM.**  You have not established that you meet the definition of refugee under INA Section 101(a)(42).  Specifically:

> ☐  **PERSECUTION.** You did not establish that you have suffered past persecution or that you have a well-founded fear of future persecution.
> ☐  **PROTECTED CHARACTERISTIC.** You did not establish that the persecution or fear of future persecution was on account of race, religion, nationality, membership in a particular social group, or political opinion.

3.  ☐  **PERSECUTION OF OTHERS.**  You have failed to establish that you have not ordered, incited, assisted, or otherwise participated in the persecution of others on account of race, religion, nationality, membership in a particular social group, or political opinion.

4.  ☐  **FIRM RESETTLEMENT.**  You failed to establish that you are not firmly resettled in a third country.

5.  ☐  **ADMISSIBILITY.**  You failed to establish that you are admissible to the United States pursuant to INA § 212(a) (8 USC § 1182(a)).  The following are the specific provisions under which you were determined to be inadmissible:

42

e.  Case Closure letter

The case closure letter should be used for any CAM case where the QCH or parent were found not qualified, but there was no deceit or fraud i.e.: QCH marriages or 21 years or over when AOR filed, invalid marriages for parents, etc. Case number is filled by the interviewer officer; adjudications fills out the date, alien number (A-file number) and full name of the applicant last names in CAPITAL LETTERS and first and second names in lower cases.  Make sure the letter is initialed by the officer.

|

Date:
A-file Number(s):
OPE Case Number(s):
Name(s):

**NOTICE OF REFUGEE CASE CLOSURE**

Re: _____

The United States Citizenship and Immigration Services (USCIS) has determined that you do not qualify for access to the United States Refugee Admissions Program under one of the designated processing priorities for Fiscal Year 2010 and/or you do not have the requisite relationship to an individual who has been designated under such a priority. Therefore, your case is hereby closed and no further action will be taken.  This administrative case closure does not preclude the possibility of further consideration of your application for resettlement in the United States or another resettlement country at a later time.

### 3.10  How to Update USCIS Decision into WRAPS

Each USCIS officer must complete all of the above sections of the USCIS Assessment Worksheet for all interviewed RE-1s (Principal Applicant). Generally, officers take additional notes on the backside of the worksheet and/or use an extra sheet, which should be attached to the main form. After completing all relevant information and reviewing/analyzing the claim, the USCIS officer adjudicates (decides on) the case.

DNA results are nor a reason for hold if they are pending at the time of interview. DHS can issue a decision, stamp the case and prepare a decision letter accordingly.  For cases with DNA results **not completed**, the RSC will not notify the final decision to the applicant until DNA results have been received and reviewed (See section 3.11 DNA Results Received after the USCIS Interview).

CAM Program Decision can be:

> **3.10.1**  Approved Refugee and Conditionally Approved
> **3.10.2**  Denied / Parole
> **3.10.3**  No Decision
> **3.10.4**  Not Qualified
> **3.10.5**  Denied

### 3.10.1  Approved & Conditionally Approved Cases:

AR000225

The USCIS status must be updated to REF if a case is approved or recommended for approval (conditionally approved).

For approved cases the case status (CAS) should be "REF" and the Case availability reason (CAR) should be "Active".



For conditionally approved cases, the case status (CAS) should be "Hold" and the Case availability reason (CAR) should be updated as "Pending I-590 stamp". On the left side of the WRAPS menu go to "Case availability" and select "Hold".



Steps to follow in order to update the REF status for approved and conditionally approved cases:

a. Please make sure Travel FP status is reading TAK, CLR or NRQ. If an applicant does not fall under FP requirement (aged below 13.5 or over 80 years) make sure to set FP status as NRQ if it is reading as NOA.
b. Go to USCIS Prep → USCIS Interview Events
c. Add Event
d. Select the Event Type "Refugee"
e. USCIS Interviewer (enter the name of the USCIS officer LAST NAME, First Name)
f. Location (city where the applicant was interviewed)
g. Effective Date: the date of the actual interview
h. Receive Date: the date when USCIS officer or TL handed the file back to RSC staff.
i. If a case is approved make sure the DHS Stamp received box is checked, if conditionally approved the DHS Stamp received box should be left blank.
j. Please make sure all fields are correct before click on save.
k. **Request Medicals** ONLY for approved or conditionally approved cases. Go to Medical on left side of the WRAPS menu and request the appointment. MED indicator should be REQ.
l. Proper comments should be left in the comment log.

**USCIS Interview events**



**Approved**



**Conditionally approved**



IMPORTANT:  If a case is approved make sure the DHS Stamp received box is checked, if conditionally approved the DHS Stamp received box should be left blank.

For Approved cases the case summary screen should look like the example below:

AR000227



A case is conditionally approval due to new/alternate DOBs found and/or additional Alias requested by the officers; so new security checks must be requested. The officers will not stamp approved on the I-590 until all security clearances are received.  This case will have the deferral letter. Once security checks are cleared, Adjudications presents those cases to DHS so that the I-590 can be stamped and the decision letter changed from deferral to approve.  Once the case stamped, update the USCIS event to "DHS Stamp Received for Case Member", case must be active and remove the CAR "Pending I-590 stamp".



For Conditionally Approved cases the case summary screen should look like this:



**Note:** For security check procedures for post-USCIS cases (recommended approval cases) please see the section: Requesting Security Checks.

When a case is approved but it does not have the DNA results yet, cases will remain as ACTIVE, no need to put them on hold due to pending DNA results. Medicals will be requested, I-590 will have the approval stamp and decision letter will be provided by DHS. However, decision letter neither decision notification will be given to the applicant until DNA results are received.

### 3.10.2  Denied / Parole Cases

If a case is denied refugee status by USCIS, it can be still granted parole status (PAR), this is usually due to family unity or to avoid any kind of founded fear in the future. The parole status will give the applicant a temporary protection status in the USA.

The appropriate USCIS Denial Parole Reason must be noted in WRAPS. The Case Availability status should be changed to CLOSED and Case Availability Reason to "Denied by USCIS". If new BIO information was disclosed during the interview and a new alias or DOB was entered on the ID tab, the CAR "New IAC Needed" should also be added.

a.  Please make sure Travel FP status is reading TAK, CLR or NRQ. If an applicant does not fall under FP requirement (aged below 13.5 or over 80 years) make sure to set FP status as NRQ if it is reading as NOA.
b.  Go to USCIS  Prep → USCIS Interview Events
c.  Add Event
d.  Select the Event Type "Parolee"
e.  USCIS Interviewer (enter the name of the USCIS officer LAST NAME, First Name)
f.  Location (city where the applicant was interviewed)
g.  Effective Date: the date of the actual interview
h.  Receive Date: the date when USCIS officer or TL handed the file back to RSC staff
i.  DHS Stamp Received Box should be always checked as I-590 must have the Denied Stamp
j.  Medicals SHOULD NOT be requested.
k.  Proper comments should be left in the comment log.



For Denied / Parole cases the case summary screen should look like this

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000229

- **Denied / Parole – no new info disclosed**



- **Denied / Parole – new info disclosed**

**Denied / Parole - DNAR pending**

Adjudications must set PAR cases without DNA results on **HOLD**. USCIS event will be updated as PAR and case will be placed on HOLD with the CAR "Denied by USCIS". Comments will be left on the comment log section.



Submit    Reset    Cancel

AR000230

Daily Report: Post_DHS_DNA_Results

The daily report "DHS_DNA_Results" shows DNA results uploaded for all cases. If the DNA is **positive** DHS will proceed to close PAR cases (see report graphic below). No further action needed for REF cases.

Cases with **negative** DNA should be flagged and re-presented to DHS for review. Further details on DNA results received after DHS interview will be explained on section DNA Results Received after the USCIS Interview.



Case Summary for ES-106496 (1 Member)

Daily report "DHS_DNA_Results"

| Case No | ind fullname | Case Av S Code | Case AR | SProg Code | PCT Code | RAVUS Code | Pre S Code | DNAS Code | Case DNAR | INSIS Code | relat code | OPE Expedite | Urg Code | DNAResult |
|---------|--------------|----------------|---------|------------|----------|------------|------------|-----------|-----------|------------|------------|--------------|----------|-----------|
| | | H | CAM Vetting | CAM | CAM | FWD | COM | CMP | POS | NOD | PA | N | NOR | CO |
| | | H | Denied by USCIS | CAM | CAM | FWD | COM | CMP | POS | PAR | PA | N | NOR | CO |
| | | H | Denied by USCIS; New IAC needed | CAM | CAM | FWD | COM | CMP | NEG | PAR | PA | N | NOR | NC |
| | | H | Pending I-590 stamp | CAM | CAM | FWD | COM | CMP | POS | REF | PA | Y | LV2 | CO |
| | | H | Denied by USCIS; New IAC needed | CAM | CAM | FWD | COM | CMP | POS | PAR | PA | N | NOR | CO |

### 3.10.3 No Decision Cases

The USCIS officer issues a No Decision (NOD) when additional information is needed before coming to a final decision.

For NOD cases set the Case Status to Hold (H), add the USCIS Event Type of "No Decision". When adding this event in WRAPS, note the No Decision Reason(s) as indicated on the DHS Worksheet. The Officer provides a deferral letter in these situations.

In addition to the USCIS event, add the appropriate No Decision Case Availability Reason(s) that match the No Decision Reason(s). The NOD Case Availability reasons are listed below for CAM cases:

- HOLD– Pending HQ Review (HQ Desk Officer will review)
- HOLD– Re-interview (Case requires a new USCIS interview)
- HOLD– Pending additional documentation ( Applies for cases recommended Parole but missing documents at the moment of the interview)
- HOLD – CAM Vetting
- HOLD – Other (Pending CAM Vetting or HQ review for X-Ref)

Please find below examples of how to correctly fill out the USCIS event section:

- NOD case for CAM Vetting



- NOD case for pending documents but Recommended Parole



**Note:** When a case is NOD, security checks should be managed as if the case was approved or conditionally approved, please refer to the section "Requesting new Security Checks".

The Case Summary screen for both: NOD cases PND documents or NOD cases PND further review should look like the examples below:

If the hold reason is pending criminal or police records add the CAR "Pending Police Record".



If hold reason is pending additional documentation such as marriage certificate, birth certificate, court documents, etc. use the CAR "Pending Additional Documentation"



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000233

**Hold reason - CAM Vetting**



NOD cases pending <u>DNA results</u>, cases will be updated as explained above, no additional CARs should be added.

### 3.10.4   Not Qualified Cases

The USCIS officer issues a Not Qualified decision when an applicant does not meet all the criteria to gain access to the CAM Program. For example, applicant was over 21 years old when the application was submitted or applicant got married after a decision was made on his/her case.

a. Please make sure Travel FP status is reading TAK, CLR or NRQ. If an applicant does not fall under FP requirement (aged below 13.5 or over 80 years) make sure to set FP status as NRQ if it is reading as NOA.
b. Go to **USCIS  Prep → USCIS Interview Events**
c. Add Event
d. Select the Event Type "Not Qualified"
e. USCIS Interviewer (enter the name of the USCIS officer LAST NAME, First Name)
f. Location (city where the applicant was interviewed)
g. Effective Date: the date of the actual interview
h. Receive Date: the date when USCIS officer or TL handed the file back to RSC staff
i. Medicals SHOULD NOT be requested.
j. DHS Stamp Received Box should be blank, if case gets disqualified after a decision was made and a stamp was received, please enter a USCIS event as "DHS Stamp removed".
k. Proper comments should be left in the comment log.



AR000234



### 3.10.5   No Show Cases

When a case is a No Show for the first time for an interview, USCIS event/status must be updated as No Show (NSH).

a. Go to USCIS  Prep → USCIS Interview Events
b. Add Event
c. Select the Event Type "No Show"
d. USCIS Interviewer (enter the name of the USCIS officer that was assigned to the interview)
e. Location (city where the applicant was interviewed)
f. Effective Date: the date of the scheduled interview
g. Receive Date: the date of the scheduled interview
h. Add the CAR "No show for USCIS interview"
i. Proper comments should be left in the comment log.



Once the WRAPS results report finalized and only after that, the case should be put back to USCIS REQ so it can be considered for future CRs.

53

*SOP Case Management - Adjudications*                *International Organization for Migration*
*Nov 14, 2016*                                       *Resettlement Support Center, Latin America*

AR000235



When a cases has a **second No Show**, update the USCIS event as described above and close the case.  Add the CAR "No show for USCIS interview 2".

Note: No Show cases must be updated on the same day.

### 3.11 Case Update Priority

After performing the reviewing of a file with a decision, the following priority should be considered when updating the cases in WRAPS.

1.     Approved and Conditionally Approved
2.     No Decision
3.     Parole
4.     Denied
5.     Not qualified

### 3.12  Summary Table for USCIS Adjudications & WRAPS Updates

| Scenario | Decision | Case Availability Status | Case Availability Reason | USCIS | Travel FP | Medical | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Approved | Active | Active Case | REF | CLR / NRQ/ TAK | REQ | USCIS set as REF / Med REQ |
| 2 | Conditionally Approved | Hold | Pending I-590 Stamp, | REF | CLR / NRQ/ TAK | REQ | USCIS set as REF / Med REQ / CAR Pending I-590 stamp.  New AKA / DOB disclosed during DHS interview, security checks re-Req. Family tree / address / / identity tab updated |
| 3 | Denied / Parole | Closed (DNAR POS / Hold (DNAR pending) | Denied by USCIS | PAR | CLR / NRQ/ TAK | NOA | USCIS set as PAR/Case closed/CAR Denied by USCIS |
| 4 | No Decision | Hold | CAM Vetting, Pending HQ Review, X-ref Hold | NOD | CLR / NRQ/ TAK | NOA | USCIS set as NOD/CASE HOLD/ CAR CAM Vetting / HQ Review / Pending Police Record / X Ref Hold |
| 5 | Denied | Closed | Denied by USCIS | DEN | CLR / NRQ/ TAK | NOA | USCIS set as DEN/Case |

| Scenario | Decision | Case Availability Status | Case Availability Reason | USCIS | Travel FP | Medical | Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | | closed/CAR Denied by USCIS |
| 6 | No Show 1 | Active | No Show for USCIS interview | NSH | NOA | NOA | USCIS set as NSH, CAR No show for USCIS interview |
| 7 | No Show 2 | Closed | No Show for USCIS interview 2 | NSH | NOA | NOA | USCIS set as NSH, CAR / Case closed / CAR no show for USCIS interview 2 |
| 8 | Not Qualified | Closed | Not Qualified | NQU | NOA (CLR / NRQ/ TAK) | NOA | USCIS set a not qualified / Case closed |

\* Text in blue should be updated according to USCIS Worksheet

### 3.13   Requesting Security Checks for New AKA´s

If the CLASS box is checked on the Assessment´s hold section, enter the new information provided on the I-590 / USCIS worksheet, on the Identification TAB. This could be either a name variation or a nickname the applicant mentioned during the interview. Re-request security checks selecting the box "Process As Alias", if the case is conditionally approved or NOD. If recommended PAR security checks should NOT be re-requested (for further details refer to Adjudications SOPS – Security checks Section).

| When a case is REF | When a case is PAR |
|---|---|
| ☐ Needs Name Check | ☐ Needs Name Check |
| ☐ Request Name Check | ☐ Request Name Check |
| Use Expiry in MTBD | Use Expiry in MTBD |
| ☑ Process As Alias | ☐ Process As Alias |

### 3.14   Requesting Security Checks for Alternate DOB´s.

If the CLASS box is checked on the Assessment´s hold section, enter the new information provided on the I-590 / USCIS worksheet, on the Identification TAB. This refers to new dates of birth (DOB or new country of birth (COB) disclosed during the DHS interview. Re-request security checks if the case is conditionally approved or NOD.  When requesting security checks the "Needs Name Check" box is selected, because this information is considered as a new identity for the applicant.  If a case is recommended PAR, security checks should NOT be re-requested.

When a case is REF

☑ Needs Name Check

⬜ Request Name Check
Use Expiry in MTBD

⬜ Process As Alias

When a case is PAR

⬜ Needs Name Check

⬜ Request Name Check
Use Expiry in MTBD

⬜ Process As Alias

**Important:** If any ID document such as Passport or National ID is presented during DHS interview, this information must be added on the Identification Tab and security checks MUST be re-request if necessary depending on the case decision.

### 3.15 Manual Result Report

Once DHS issues a decision, the result should be updated in a database. Copy the latest version of the schedule and add the following columns:

| Officer | NEW AKA/DOB | Result | Reason for HOLD | Reason for Denied | Waiver Available | Notified LV1 & LV2 | Comments |
|---------|-------------|--------|-----------------|-------------------|------------------|---------------------|----------|
| LAST NAME, First Name | | Approved | | | | | |
| LAST NAME, First Name | 1 AKA | Conditionally Approved | Security checks | | | | |
| LAST NAME, First Name | | No Decision | HQ Review / Gang Vetting | | | | |
| LAST NAME, First Name | 1 AKA / 1 DOB | Denied/Parole | | Refugee claim | | | |
| LAST NAME, First Name | | Denied | | Refugee claim | | | |
| LAST NAME, First Name | | Not Qualified | | Out Aged Applicant | | | |
| LAST NAME, First Name | | No Show 2 | | | | | No Show 2 |
| Case transferred to ES-XXXXX | | Transferred | | | | | Transferred |

Fill out the database according to each decision and make sure to standardize the data entries. Create a result summary tab by adding a pivot table with the following information:  Results, Case number and percentage.





**To create the percentage column in the pivot table:**

a. Drag one more time the field "Case number" to **Values** (Count of case number will appear twice).
b. Double click on the second field "Count of case"
c. The **Value Field Setting** window will pop up
d. Choose the tab **Show Values As**
e. From the drop menu select "% of Grand Total"
f. Change column titles accordingly.

AR000239



Repeat the same process to obtain the numbers and percentage of individuals based on the case decision; make sure to use the field "Case Size" and to summarize values by SUM.

On a weekly basis, sent the preliminary results summary table to IOM Management and DHS TL for their reference.

### 3.16 Re-interviews Results

For re-interview cases from previous CR that were not included in the schedule but scheduled for a specific Admin Day, as per DHS request, create a new report for re-interview results always specifying the CR from where the cases belong to.   Add the same columns as the Manual Results Report.



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000240

Once the CR is over, send re-interview results report to the Scheduling Team with the new information on cases from past DHS CR thus these can be notified.

### 3.17 Case Composition Change (Merging or Tranferring Cases)

In ocassions USCIS Officers can request to transfer one case into another.  Usually this request happens when the PA (RE-1) does not have a strong claim; however, the  X-Ref case (Parent) has a claim enough to be granted refugee status. PA transferred to other case will become RE-3.

Make sure USCIS Officers manually change in all the forms: case number and RE-3 since when merging the cases the original case numbers will disapear. All forms should be changed to the main applicant's case number along with the corresponding  sequence number.
After transferring the cases inform the Fileroom unit via e-mail and return outside jackets.

Steps for transferring a case to another:

a. Remove all the cases involved from the USCIS schedule and medicals schedule if applicable. USCIS status should be REQ, if USCIS status is SCH cases will not be transferred.
b. Close the case to be transferred
c. Add the CAR "All Members transferred to another Case"



d. Go  to "Case composition" on left side of the WRAPS menu and select "Transfer member"
e. Enter the Case Destination number, meaning the case of the PA with the refugee claim



f. After submitting the destination case number a new screen called Transfer a Member-Source Case will appear in this screen; verify all the information is correct.
g. Select the box * Transfer to ES-XXXXX and make sure cross reference type and the relationship between the cases are correct.  Leave the USCIS Request interview boxes blank.

59
*SOP Case Management - Adjudications*                                    *International Organization for Migration*
*Nov 14, 2016*                                                          *Resettlement Support Center, Latin America*

AR000241



h. A comment will auto-populate in the comments section of the Case Summary Screen i.e. "the size of source case ES-XXXXX is zero after the last case member was transferred. The cross references from ES-XXXX have been deleted."

i. Complete the comment by adding the date when the case was transferred, your initials and that the transfer was performed as per DHS request.
Example: 01 May 2016 XXX: As per DHS request case transferred to ES-XXXXX. The size of source case ES-XXXXX is zero after the last case member was transferred. The cross references from ES-XXXXX have been deleted.

j. Same comments should be added to the main case.

k. The transferred case member's IAC will change status, so, re-request the IAC and update the relationship, minor and RE codes on the BIO 1 tab for all sequences.

**Summary for Transferred cases**

| Decision | Case Availability Status | Case Availability Reason | USCIS | Travel FP | Medical | Comments |
|---|---|---|---|---|---|---|
| Case Transferred | Closed | All members transferred to another case | REQ | CLR / NRQ/ TAK | NOA | All members transferred to another case / Case closed / Case merged to ESXXXX as per DHS request. |

### 3.18  Hit Envelopes

If there are DHS Hits associated with one or more of a case member's identity, then the case member requires a DHS Hit review. If DHS headquarters **can** make a determination, the case member's DHS Hit review is either cleared or not cleared. If DHS headquarters cannot make a determination, the RPC prepares and mails a physical envelope to the RSC.  Once envelopes are received they should be placed on the file and the following comments must be added for report purposes:

05 Oct 2016 XXX: DHS Hit envelope received and placed in file
05 Oct 2016 XXX: <DHSHITSTART>05OCT2016<DHSHITEND>

Cases containing a DHS envelope can be scheduled for standard DHS interviews.  USCIS officer opens the envelope (when physically available in the file) or an electronic hit envelope can be requested by the officer at the time of the interview and adjudicates the hit. Officer marks one of the following determinations on the DHS Envelope Hit Review Form for each hit:

1. Clear
2. Not Clear Waiver Available
3. Not Clear Waiver Not Available

Inspect the DHS Envelope Hit Review Form and ensure the USCIS officer completed the form. The officer must:

- Mark Clear or Not Clear for each envelope hit (DHS Hit No.)
- Stamp APPROVED in the DHS Approval Stamp with Signature
- Record the date in the APPROVED stamp
- Sign the APPROVED stamp
- Record the same date in the APPROVED stamp and the Resolution Date
- Fill the USCIS Officer (Print Name or Signature Stamp)

Example of a Hit approved by DHS





---

61

AR000243

Once the hit is reviewed by DHS:

a. Scan and upload into WRAPS the DHS Envelope Hit Review Form,
b. In the comment log section leave the following: "Adjudicated HIT scanned, uploaded and sent to RPC".
c. Finally notify the RPC Overseas Case Processing team of the determination by e-mail (namecheck@wrapsnet.org). Include the case number and the sequence number of the case member and attach the scan Hit Review Form. The Overseas Case Processing team will enter the results into WRAPS and update the CLASS status.

There are some case were the HIT was not properly adjudicated, see the following scenarios:

| Scenario | Stamp | Clear box | Not clear box | Resolution date | USCIS Officer Signature blank |
|----------|-------|-----------|---------------|-----------------|-------------------------------|
| 1. | Missing approval stamp | checked | blank | Same as approval date | yes |
| 2. | Approval stamp | checked | blank | Same as approval date | blank |
| 3. | Approval stamp | checked | checked | Same as approval date | yes |
| 4. | Approval stamp | checked | blank | Different from approval date | yes |
| 5. | Approval stamp + "waiver" | checked | blank | Same as approval date | yes |

Adjudications should request the TL to correct any mistakes found in the adjudicated hit.

**IMPORTANT:** For Parole cases that have inadmissibilities, the hit cannot be approved, instead the Officer will write down "waiver" in the DHS Approval stamp blank. PAR cases are not required to fill out a waiver. The case number should be provided to Namecheck indicating that the case decision is Denied/PAR in order to clear their reports. Remember to upload the hit into WRAPS and add the comment as described above.

### 3.19 Request for Review/Reconsideration (RFR)

Technically, there is no appeal for a denial; however, the PA may file a Request for Reconsideration (RFR). DHS may exercise its discretion to review such requests. The RFR does not need to follow a special format and must be written in English. Communications team will meet with denied and parolee cases for further counseling and assist applicants in drafting such requests as needed. An RFR should be submitted by case (not by family group) and should include:

a. A detailed account explaining how a significant error was made by the adjudicating officer or
b. New information that would merit a change in determination
c. Case number
d. Applicant's signature

62
*SOP Case Management - Adjudications*
*Nov 14, 2016*
*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000244

If the RFR includes new information, it must provide an explanation about why the PA did not provide this information at the interview. DHS will only accept one request received by the RSC within 90 days from the date the applicant is notified of the decision.

Applicants may submit their RFR to Communications, who will forward it to Adjudications.  If the applicant fails to submit an RFR within 90 days, there should be a reasonable excuse for a late filing.

Upon receiving the RFR, update WRAPS as follows:

a.   In the USCIS Events select the option "Case Member filed a Motion to Reconsideration"



b.   Add the car "RFR pending USCIS review"
c.   The document should be upload it into WRAPS
d.   Add the comments accordingly. Example: RFR uploaded and sent to RPC/CAR updated to RFR Pending USCIS review
e.   Inform DHS by email that the particular case has submitted a RFR
f.   Place the document in the physical file.

For PAR cases take into account that the USCIS Event is not available; therefore, only perform the steps b. through f.

### 3.19.1  RFR Responses

The USCIS officer reviews the RFR and completes an RFR Assessment and the decision letter, which are send by e-mail to the RSC.

Update the case status as follows:

a.   Remove the **RFR pending USCIS review** CAR.
b.   Review the USCIS decisions: Denial Affirmed, Re-interview, Approved without Re-interview.
   –   If the officer issues a <u>Denial </u>Affirmed decision, add the USCIS Event Type of Case Member's Motion to Reconsider was Denied, then close the case and add the CAR "RFR Denied".

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000245

- – If the officer issues a <u>Re-interview</u> decision, update the case as NOD and add the CAR Re-interview and place it on hold.  Schedule the case for next CR.
- – If the officer issues an <u>Approved</u> without Re-interview decision, add the USCIS Event Type of Case Member's Motion to Reconsider resulted in Approval as a Refugee. Add the CAR Pending I-590 Stamp and place it on hold.

c.   Remember to remove the CAR "RFR pending USCIS review".

d.   Ensure all documents are uploaded into WRAPS and placed in the physical file.

e.   Request Communications to inform the applicant about the RFR Decision.

**Note:** For PAR cases with RFR results as approved or re-interview, USCIS Status should be changed to REQ, then SCH again and finally USCIS Event should be updated to the current decision.


### 3.20 Recommendations and Reminders for Adjudications

a.   Double check for possible missing signatures for applicants, before they can be sent home after their interview.

b.   Always review and make sure all dates, signatures and stamps are correct and complete on the USCIS assessments and forms.

c.   Review that decision letters have the correct applicant information, names, alien numbers, case numbers, do not accept letters with whiteout or corrections.

d.   Make sure the "Stamp Received" option in the USCIS Event in WRAPS, is correctly checked or unchecked depending on the decision. For conditionally approved cases, box should always be left blank.

e.   If a case CNC status is DHS and a HIT envelope is adjudicated during the DHS interview, do not forget to scan and upload the adjudicated hit into WRAPS, and also and more important submit it to RPC for CNC status clearance.

f.   The stamp received date should match on both I-590 stamp and WRAPS case Summary.

g.   For conditionally approved or NOD cases security checks should be requested if applicable. If parole, no security checks should be requested yet information should be always updated on the ID tab in WRAPS.

h.   If any ID document such as Passport of National ID is presented during DHS interview, add the information on the ID tab and re-request security checks if necessary.

i.   If police, criminal records, national ID, passport, court documents or support documents are presented during DHS interview, do not forget to do the translation template.

j.   When merging cases, inform the Fileroom Unit about this change so they can keep their records updated.

k.   If a case is expedite either LV1 or LV2, and a decision is made the same day of the interview, inform the Scheduling team as soon as possible, so that the applicant can be notified of the decision.

l.   The Adjudication team member on charge of any CR should prepare the manual results report, which will be done on the same CR Schedule format.  Keep the report up to date to cross check the results on both the manual report and the WRAPS report at the end of each CR.

m.   It is responsibility of Adjudications to scan and upload all documents after the DHS CR (Refer to the Scanning section).

64

*SOP Case Management - Adjudications*               *International Organization for Migration*
*Nov 14, 2016*                                       *Resettlement Support Center, Latin America*

AR000246

### 3.21  Updating / Editing Alien Numbers during CR

If an applicant has been assigned an alien number before USRAP application the number assigned by the RSC must be consolidated with the number received as per DHS instructions.

a. At member level go to Casework, chose the option **Edit alien number.**
b. Select the option"Manually enter Alien Number" and enter the new number provided by DHS (e-mail).
c. In the field  "Reason for Edit" select "Alien number assigned prior to USRAP Application"
d. Add the comment "Alien number edited as per DHS request" and click Save.



e. WRAPS will update the new A#.



f. If the case is at USCIS stage, USCIS officer should manually change Alien # in all printed forms (I-590, G-325, USCIS Assessment, etc.).
   Note: If Alien # change request is received before the DHS interview, QC unit will be responsible to update Alien # in WRAPS and re-print all forms needed before DHS. Forms to be reprinted: Bio data, Family Tree, FP sheet, RE-1. Alien number will be manually change in I-590, G-325 and DNA consent form.
g. Leave the comment: 24 Sep 2016 XXX: "Alien number edited as per DHS Request.  See correspondence uploaded".
h. Upload as DHS_COR the e-mail sent by DHS with the new Alien #.

65

*SOP Case Management - Adjudications*                      *International Organization for Migration*
*Nov 14, 2016*                                            *Resettlement Support Center, Latin America*

AR000247

### 3.22  I-602 Waiver due to an Inadmissibility

When a case is recommended for an I-602 waiver, case should be updated as USCIS status Denied, make sure to use the correct reason for denial which will be clearly stated on the USCIS Assessment (Bars and Inadmissibilities Section), it will be shown as INA 212 XXXXXXXXX, see the below example.

The case should be Close and the CAR "I-602 Waiver Eligible" should be added.



If a case requires an I-602 Waiver, Adjudications will complete the document together with the applicant:

a.  Look for the inadmissibility in the USCIS assessment and based on that the applicant should provide additional information to justify the reason for the inadmissibility.

AR000248



b. Part 1 of the waiver contains all the personal biographic information from the applicant, the case number will not be used only the A #.
c. Type the inadmissibility code stated on USCIS Assessment in the first blank of Part 2.
d. In the section "I am inadmissible because…" explain the reasons why the applicant performed the actions resulting in the inadmissibility and all relevant information regarding that issue; always write in the first person.
e. Read back all the information to the applicant once he/she agrees on the information in the document get the applicant´s signature.
f. After ensuring that all required information is complete and signed, upload the waiver into WRAPS and present to the DHS for review.
g. The CAR should be updated to "I-602 Waiver Submitted" and the case should be reactivated and put on hold.   In some cases, a re-interview may be required.
h. DHS TL will review the waiver and adjudicate it; the officer must mark the decision on the I-602. Once you receive the adjudicated waiver verify that all stamps and signatures are completed:
   – If approved, the officer will stamp the I-602 with an approval stamp. If denied, they generally just write "denied" on the form, although a denial stamp might also be used if available.
   – If USCIS denies the I-602 waiver, remove the I-602 Eligible and I-602 Submitted CARS. Add the following CAR: I-602 Denied and Close the case.
i. Scan and upload into WRAPS the adjudicated waiver.
j. Update the case comments with the final decision, based on the adjudication options.
k. Once updated if waiver is approved the CAR should be only Active Case or Pending I-590 stamp, if security checks are still pending.  If waiver is denied, the CAR "I-602 denied" should be added as well as "Denied by USCIS".

Adjudication section of the waiver should look like this:



### 3.23 Re-interviews

Another scenario of a DHS Adjudication is to call an applicant for a re-interview, this usually happens when the TL believes is better to dig deeper on certain points of the PA interview in order to make a better decision. The TL will issue a final determination regarding the need to re-interview the applicant(s) on specific issues.

Upon confirmation from USCIS that a case deserves a re-interview, the case will be scheduled accordingly and the USCIS status and case comments will be updated in WRAPS.

AR000250

USCIS event will be updated as No Decision and the reason to be selected will be Re-Interview.



For REF / PAR / DEN cases where a re-interview is requested as per USCIS HQ, USCIS status in WRAPS should change back to REQ then to SCH after case is re-scheduled for USCIS re-interview; CAS= HOLD CAR = RE-INTERVIEW.

When scheduling a re-interview, the Request Form or Re-Interview Cover Sheet will be issued by DHS and must be included in the physical case file scanned and uploaded into WRAPS.

## REFUGEE REINTERVIEW COVER SHEET

| APPLICANT'S NAME: Click here to enter text. | | ☒ FULL SLOT | ☐ HALF SLOT | ☐ V-TEL ELIGIBLE |
|---|---|---|---|---|
| RSC CASE NUMBER: | | A NUMBER | | |
| INTERVIEW LOCATION: | | | | |
| REQUIRED AT RE-INTERVIEW: | ☐ PA ONLY | ☐ PA + SPOUSE | ☐ FAMILY | ☐ OTHER |

| RE-INTERVIEW REQUESTOR: | DATE: |
|---|---|
| REQUESTOR EMAIL: DAVID.G.MARXUACH@USCIS.DHS.GOV | REQUESTOR PHONE: |
| RE-INTERVIEW REQUEST WRITTEN BY: D.MARXUACH, POLICY DESK, RAD HQ | |

SEND ASSESSMENT BACK TO REQUESTOR AFTER RE-INTERVIEW COMPLETE: ☒ YES   ☐ NO

| RE-INTERVIEWING OFFICER: Click here to enter text. | DATE: Click here to enter text. |
|---|---|

REASON FOR RE-INTERVIEW: ☐ Add-On Spouse   ☐ Add-On Baby   ☒ Other: |

TOPICS COVERED IN RE-INTERVIEW:


RESULT OF RE-INTERVIEW:
_____
_____
_____
_____
_____
_____

Keep a track of all re-interviews requested by DHS, create an excel sheet where all the requested re-interviews will be placed with the schedule date and result obtained after the re-interview. Re-interviews could take place during the same CR or in the next CR.


### 3.24  Hold lifts

A case that is either conditionally approved or NOD, which the hold reasons have been cleared, must be presented to DHS so that it can continue with the regular process.

Adjudications should verify that the hold reason is clear, print an update Class Name Check report with all identities and aliases cleared and present the case to the USCIS officers to proceed with the "Hold Lift":

When a hold is lifted by DHS:

a. The decision – hold section of the assessment should be checked on the Hold Resolved section, signed or initials and dated by the USCIS officer.
b. I-590 should be stamped.
c. Update the case accordingly. If approved the CAS should be re-activated and CAR Pending I-590 can be removed, proper comments should be added on the comment log
d. Approval or denial letter should be issued.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000252

e. Proper comments should be added on the comments section and documents should be scanned and uploaded into WRAPS.

| VI. DECISION | | Hold Resolved: |
|---|---|---|
| CASE ON HOLD -- Include Explanation and Sequence Numbers for Applicants/Derivatives: | | |
| ☑ CLASS: RE ▐ CG | | ☑ YES Initials/Date ▐ 5-19-16 |
| ☐ SAO: | | ☐ YES Initials/Date |
| ☐ IAC: | | ☐ YES Initials/Date |
| ☐ Fingerprints: | | ☐ YES Initials/Date |
| ☐ Security Check Requiring HQ Review: | | ☐ YES Initials/Date |
| ☐ TRIG Indefinite Hold: | | ☐ YES Initials/Date |
| ☐ HQ TRIG Exemption: | | ☐ YES Initials/Date |
| ☐ Field TRIG Exemption: | | ☐ YES Initials/Date |
| ☐ Pending CARRP Review: | | ☐ YES Initials/Date |
| ☐ Possible/Probable 3rd Country Resettlement: | | ☐ YES Initials/Date |
| ☐ Persecution under duress: | | ☐ YES Initials/Date |
| ☐ Pending USCIS HQ Review (for Desk Officer review): | | ☐ YES Initials/Date |
| ☐ Other: | | ☐ YES Initials/Date |
| ☑ HOLD LIFTED ON  5/19/2016  (DATE) | BY  ▐  (PRINT/OR STAMP NAME) | |

The same steps apply when a case is NOD either for HQ review or for Pending Documents. If the hold reason was pending documents, confirm that missing documents were received, proceed with translation templates, re-print Class Name Check report, and present the file to DHS. The final decision after the hold is lifted may be Parole or Refugee.

### 3.25  Digital I-590 approvals

If a case is ready for an approval, but there are no officers available to provide a wet stamp, the digital approval method can be used. It has four steps:

1. Ensure the case meets all pre-requisites to receive approval.
2. Add the Request Digital USCIS Approval CAR.
3. Wait for USCIS to digitally approve the case.
4. Continue processing the case.

Digital approvals are used for:

- NOD cases where all NOD Holds have been lifted at a time when there is no USCIS officer on site to stamp the I-590.
- Conditionally approved cases that receive security check clearances at a time when there is no USCIS officer on site to stamp the I-590.

AR000253

a. Pre-requisites to receive approval

   1. Cases must have a USCIS status of REF in order for USCIS to provide digital approval.
      If the USCIS status is NOD, but all holds have been lifted by DHS HQ, add the USCIS Event of
      Refugee, but do not fill the DHS Stamp Received checkbox.

   2. In addition to REF status, the case must meet all of the same criteria required for a wet stamp
      including cleared security checks, no bio-diffs, and no expired statuses.

   3. The case cannot have a previous USCIS Event Type of Denied. Previously denied cases must
      be presented to a USCIS officer in person.

   4. Cases eligible for a digital stamp cannot have a USCIS Event Type of DHS Stamp received for
      Case Member as the most recent stamp event. If the case has a USCIS Event Type of DHS
      Stamp Received for Case Member in its event history, there must be a more recent event of
      DHS Stamp removed for Case Member, which indicates that there is no current stamp.

   5. If a case was wet stamped or digitally approved and a baby is added to the case, the baby
      cannot be digitally approved. Present all add-on work to USCIS officers in person.

   6. If possible, try to present all cross-referenced cases for the same type of approval, either all
      digital approvals or all wet stamps.

   7. Cross-referenced cases (of any cross-reference type) cannot have any of the following CARs
      applied:
      - Pending CARRP Review (CW)
      - Pending USCIS HQ Review (UH)
      - Pending Security Check Requiring HQ Review (SH) SVPI Review (SH)

   8. For NOD cases, remove the appropriate CAR(s) as the NOD holds are lifted. Attach NOD hold
      lift documentation (for example, an email from USCIS) to the case. This may be multiple
      emails if the case has multiple NOD holds. Cases cannot have any of the following CARs
      applied to qualify for digital approval:
      - Pending CARRP Review (CW)
      - Pending Field TRIG Exemption (T2)
      - Pending USCIS HQ Review (UH)
      - Pending HQ TRIG Exemption (T1)
      - Possible/Probable 3rd Country Resettlement (PR) Pending Third Country Resettlement
        Review (PR)
      - Pending BID (P6)
      - Pending Additional Documentation (P9)
      - Persecution Under Duress

   9. Scan all USCIS interview documents into WRAPS

b. Add the Request Digital USCIS Approval CAR

AR000254

If the case meets all of the above pre-requisites, add the following CAR: Request Digital USCIS Approval. Wait for USCIS to digitally approve the case.

A USCIS officer reviews the case in WRAPS and provides one of the following outcomes:

- The officer provides digital approval of the case.
- The officer is unable to provide digital approval of the case.

If USCIS provides digital approval, WRAPS generates and attaches the following documents to the case (see scanned images):

- I-590 Digital Stamp Event Report: A case-level approval document that lists all case members at the time of approval as well as other relevant USCIS information.
  Example: Digital Stamp AA-123456 2016-06-23_17:42:51.pdf

- Digital Stamp Report for I-590: Generated for each case member; replaces the wet stamp for digitally approved cases.
  Example: Digital Stamp AA-123456_2 2016-06-23_17:42:51.pdf

- CLASS/SAO Name Check Results Report: A case-level report that shows the CLASS and SAO results for each case member at the time the USCIS officer provided the digital approval.
  Example: Digital Stamp CNC AA-123456 2016-06-23_17:42:51.pdf

- Approval Letter: Generated for the PA, to inform that his or her case has been approved. The initials of the USCIS officer who digitally approved the case will be printed on the letter.
  Example: Approval_Letter_AA-123546 2016-06-23_17:42:51.pdf

When a case was digitally approved, WRAPS adds the event type: Stamped Approved – Digitally by DHS, also displays the date of approval in the DHS Stamp field on the Case Summary screen. After USCIS digitally approves a case, USCIS Approval CAR will be removed.

Leave a comment indicating that case was digitally approved, remove the "Pending I-590 CAR" and set the case as Active or on hold, if applicable. Print each document and place them in the physical file. Staple the case-level I-590 Digital Stamp Event Report to the USCIS Worksheet. Staple the member-level Digital Stamp Report for I-590 to each case member's I-590.

AR000255



Case Summary for ES-106961 (1 Member)

If USCIS cannot provide a digital stamp, WRAPS removes the Request Digital USCIS Approval CAR and adds the following USCIS event type: DHS Unable to Stamp. This event includes a comment about why USCIS was unable to provide a digital stamp. For example, USCIS cannot digitally approve if the case is missing a scanned document that lifts an NOD hold. In this scenario, attach the scanned document, add the Request Digital USCIS Approval CAR again, and ensure the case meets all other criteria in order for USCIS to digitally approve.  WRAPS sends the daily report "Cases Digitally Approved or Unable to Stamp" with the events within 3 days.

c. Continue processing the case

Continue processing cases that USCIS digitally approves. RSCs will receive daily automated reports that track the following:

- Cases in USCIS's queue for digital approval – Report: "Daily Cases Ready for Digital Approval Report"
- Cases ready for USCIS digitally approval – Report: "Daily Report Cases Ready for Digital Approval Report - without ST CAR"

Note: There is no functionality in WRAPS for USCIS officers to undo a digital approval they provided in error. If USCIS officers digitally approves a case by accident, they will notify the RSC by email. When this occurs, follow these steps:

    a. Add the following Case Availability Reason (CAR) to the case: Pending I-590 stamp.
    b. Respond to the email and notify the officer the case will presented at the next admin day.
    c. Print the email and place it in the physical file.
    d. Present the case at the next admin day with the e-mail requesting the undo of the approval.

IMPORTANT:  PAs must also be notified by the Country Communications Team about the case approval.  Follow the steps detailed in the notifications section.

AR000256

### 3.26 Overturned Decisions

Occasionally, the TL or the HQ Desk Officer reviews a case and does not agree or "concur" with the adjudication officer decision.  For example:

- If a case is recommended Parole by the interviewer officer and the TL believes the case should be recommended for Refugee status, or vice versa.
- If a case is recommended Refugee by the interviewer officer and HQ or the TL believes the case should be set as NOD because further review or a re-interview is needed or the case does not have a refugee claim and it is turned back as a Parole case.

These kind of scenarios are known as Overturned Decision. A case can be overturned even after a CR have finalized and the applicant has been notified about his/her initial decision.

When these kind of events occurs, USCIS HQ should submit to the RSC an amended USCIS Assessment with the explanation why the case has been overturned; once this notification have been received Adjudications should proceed to update WRAPS accordingly to the new decision. USCIS status should be changed to **REQ**, then **SCH** by adding the case again to the WRAPS schedule and finally USCIS Event should be updated to the current decision.

New assessments should be scanned and uploaded into WRAPS and the I-590s should be presented in the next DHS CR so stamps can be corrected or revoked if necessary. New decision letters are also needed. Make sure to leave a clear comment explaining the situation (Case decision overturned as per DHS HQ request). Update CAS / CARs as needed. Update the Final Results Reports and inform the Communications team so that the applicant can be contacted and notified about the change in his/her decision.

Please see below an example of a case overturned decision:

Decision made by Interviewer Officer – Recommended Refugee Status

75

*SOP Case Management - Adjudications*        *International Organization for Migration*
*Nov 14, 2016*                               *Resettlement Support Center, Latin America*

AR000257

IN THE APPLICANT ELIGIBLE FOR REFUGEE RESETTLEMENT PURSUANT TO INA §207?

| | Yes ☐ | No ☒ |

If yes, issue Grant Letter. If no, select each reason that forms a basis for the decision and complete parole questions below.

IF NO, SELECT EACH REASON THAT FORMS A BASIS FOR THE DECISION

☐ NOT QUALIFIED AS SPECIAL HUMANITARIAN CONCERN TO THE U.S. (Either Denial Letter Item 1 & (2-5 or 6))

☒ NOT A REFUGEE PURSUANT TO INA §101(a)(42) (Applicable Denial Letter Item(s) 1,2,3,4 and/or 6)

☐ PERSECUTOR PURSUANT TO INA §101(a)(42) (Denial Letter Item 5)

☐ FIRMLY RESETTLED PURSUANT TO 8 C.F.R. §207.1(b) (Denial Letter Item 3)

☐ INADMISSIBLE PURSUANT TO INA §212(a)3 (Denial Letter Item 5)

☐ TESTIMONY LACKED CREDIBILITY ON A MATERIAL ELEMENT OF INA§207(c) (Denial Letter Item 6)

☐ OTHER — Explain below (Denial Letter Item 7)

**Principal Applicant**

| 1. What is the basis of the parole? Describe below | WFF of Harm ☒ |
| Describe factors related to risk of harm or family unity. PA fears general lack of security in El Salvador. | Family Unity ☐ |

| 2. Does the applicant merit a favorable exercise of discretion for parole? Describe below | YES ☒ NO ☐ |
| Specify factors affecting use of discretion No negative factors. | N/A ☐ |

| 3. Does the applicant qualify for parole? | YES ☒ NO ☐ |

**Derivatives and Cross-referenced Qualifying Children**

| 1. Do derivative children qualify for parole? List A# and name. Describe below | YES ☒ NO ☐ |
| Specify positive/negative factors No negative factors | N/A ☐ |

| 2. Has a cross-referenced QCH qualified for refugee or parole? If yes, list A# and name below. For all QCH's recommended parole based on family unity and all non-QCHs, answer must be yes to qualify for refugee or parole.  A# and Name | YES ☐ NO ☐ |
| | N/A ☒ |

JUSTIFICATION: Recommended refugee approval RAVU received and reviewed. DNA verified.

Supervisory Review section overturning the interviewer's decision:

## VII. SUPERVISORY REVIEW

**CASE NUMBER:**

☐ REVIEWING OFFICER CONCURS WITH THE ADJUDICATING OFFICER'S DECISION

☐ REVIEWING OFFICER REMANDS THIS CASE FOR RE-INTERVIEW AS EXPLAINED BELOW:

☒ REVIEWING OFFICER OVERTURNS THE ADJUDICATING OFFICER'S DECISION AS EXPLAINED BELOW

The PA did not establish a WFF o/c/o his relationship to his SI. The PA testified that he did not know of any examples of gang retaliation against family members of girls dating gang members. Pressed further, the PA gave an example of someone who refused to join a gang or pay money and the gang killed. It is unclear whether the person's SI separating from the gang member caused this. Regardless, the PA's SI has not separated from her boyfriend and there is no indication that they will separate. Regarding the potential for harm b/c his relationship to his MO, the PA failed to establish capability or inclination for his PACI analysis. The PA testified that he thought that the police and/or private security could protect him.

| Print or Stamp Name/Title | Date |
| S. Andrew Patterson | 3/22/16 |
| Refugee Officer | |

**VIII. POST INTERVIEW NOTES** (INCLUDE OFFICER'S NAME AND DATE OF NOTES)

He has never witnessed any crime where he lives and is able to travel safely by private vehicle. The PA also testified that on the occasion when the PA's grandfather was threatened by phone, there was no reference to his family in the US or any other protected ground. Even in more general terms, the PA did not provide testimony that indicated a subjective fear o/c/o protected grounds. When prompted on multiple specific elements, the PA simply answered that he supposed so.
The PA failed to establish a WFF o/c/o protected grounds and does not meet the refugee definition. The case is denied for refugee status, but recommended for parole.

AR000258

### 3.27 DNA Results Received after the USCIS Interview

If DNA results are entered into WRAPS after the USCIS interview, the next steps depend on USCIS's original decision (Denied, Parolee, or Refugee) and the DNA results (Positive or Negative).

The daily report "Post_DHS_DNA_Results" show the cases with DNAR NEG or POS



| Case No | case ATPS Code | ind fullname | Case Av S Code | Case AR Code | Case Size | RAVU S Code | Pre S Code | DNAS Code | DNAR | relat cod e | Urg Code | INSIS Code | Trav S Code | CAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACP | H | | FD | 1 | FWD | COM | CMP | NEG | PA | NOR | PAR | NOA | Denied by USCIS; Pending Further DNA Review |
| | ACP | A | | AC | 1 | FWD | COM | CMP | NEG | PA | NOR | REF | NOA | Active Case |

Update the case status according to the following decisions table:

| USCIS Decision | DNA Results | Actions |
|---|---|---|
| DEN | POS or NEG | Keep the case closed and the USCIS status at DEN. |
| PAR | POS | Close the case. The case will move forward under the Parolee program, which is managed by USCIS. Present the case closure letter to the applicant at this time. |
| | NEG | Send the case to DHS Headquarters for review* or to the CR TL if applicable and add the following CAR: **Pending Further DNA Review (FD)**. DHS HQ will email to either:<br><br>- Affirm the original PAR decision or<br>- Deny the case<br><br>If USCIS affirms the original PAR decision, close the case and update the **DNAR status to QTT** (Qualified to Travel). This means that there is a step relationship verified by USCIS.<br><br>The case will move forward under the Parolee program, which is managed by USCIS.<br><br>If USCIS denies the case, update the **USCIS status to NQU** and close the case. The case cannot move forward.<br><br>Attach all correspondence with DHS HQ to the case. |
| REF | POS | Continue processing the case. The case is now eligible to travel as long as all other travel requirements are met. |
| | NEG | Send the case to DHS HQ for review* and add the CAR "**Pending Further DNA Review (FD)**". DHS HQ will email to either:<br><br>- Affirm the original REF decision; or<br>- Deny the case |

| USCIS Decision | DNA Results | Actions |
|---|---|---|
| | | If USCIS affirms the original REF decision, update the **DNAR** status to **QTT** (Qualified to Travel). This means that there is a step relationship verified by USCIS.<br><br>Note in the case comments the DNAR status has been updated to QTT and DHS Headquarters has affirmed the REF status. Continue processing the case. The case is now eligible to travel as long as all other travel requirements are met.<br><br>If USCIS denies the case, update the **USCIS** status to NQC and close the case. The case cannot move forward. Note in the case comments DHS HQ has revised the previous REF decision to DEN.<br><br>Attach all correspondence with DHS HQ to the case. |

*Send Negative DNA Results to Marta.K.Kazimierczak@uscis.dhs.gov, David.G.Marxuach@uscis.dhs.gov, and rad-lacdesk@uscis.dhs.gov*

### 3.27.1 DNAR status set as Qualified to Travel (QTT)

If USCIS affirms the original PAR or REF decision, DNAR status must be updated to **QTT** (Qualified to Travel) so that the case can move forward.

At the case member level go to DNA Results status and select the QTT option.  The DNARslt indicator will change to QTT.



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000260

### 3.28 Scanning into WRAPS

Adjudications is responsible for ensuring that all required forms and documents are properly and legibly scanned, uploaded into WRAPS and linked with the correct case member and sequence number if applicable.

Documents to be scanned mostly will be the same for all cases after DHS interviews, all cases must be scanned regardless of the decision which could be: Approved (REF), Denied/Parolee (PAR), Denied (DEN) or No Decision (NOD) cases.  Scanning priority should be given to: Expedite cases, Approved, Conditionally Approved, No Decision, Denied/Parolee, Denied, Re-interviews and Hold lifts.

All forms should be signed, dated and completely filled out in order to be scanned. A file must have the Decision Letter, USCIS Assessment Worksheet, I-590 form (stamped and signed by officer), CNC Report, RE-1 (if applicable) and any other documents presented at the moment of the interview like passports, national IDs, birth certificates, police and criminal records.

If a form is missing inform immediately to Adjudications, person in charge of circuit ride, so any missing documents or signatures can be requested.

Below find the documents needed for each decision scenario:

**Approved Cases:**

| Forms | Notes |
|---|---|
| Notice of Eligibility (Approval Letter) | Decision Letter must be filled out and dated by Adjudications, as well as initialed by the USCIS officer |
| USCIS Assessment worksheet | All pages and notes must be scanned (check if double sided) |
| I-590 Form | Approval Stamp, USCIS officer signature & date. If old I-590, RE code should be written |
| CLASS Name Check Reports | Officer's signature or initials and dated |
| G-325C | With or without corrections or checks made by officer  (13 + years) |
| RE-1 | With officer and PA's signature and dated (13 + years) |
| Identification and supporting documents | With their translation templates if applicable (not needed if documents have the English translation i.e. passports) |
| Important Correspondence | New Alien number, expedite cases, DHS e-mails, etc. |

AR000261

**Conditionally Approved and No Decision Cases:**

| Forms | Notes |
|---|---|
| Deferral Notice (Hold letter) | Decision Letter must be filled out and dated by Adjudications, as well as initialed by the USCIS officer |
| USCIS Assessment worksheet | All pages and notes must be scanned (check if double sided) |
| I-590 Form | Without Stamp |
| CLASS Name Check Reports | Officer's signature or initials and dated |
| G-325C | With or without corrections or checks made by officer (13 + years) |
| RE-1 | With officer and PA's signature and dated (13 + years) |
| Hit enveloped | If applicable (approved / waiver) |
| Identification and supporting documents | With their translation templates if applicable (not needed if documents have the English translation i.e. passports) |
| Important Correspondence | New Alien number, expedite cases, DHS e-mails, etc. |

When applicable for all three scenarios mentioned above:

Re-interview Worksheet
Stamped I-602 waiver and supporting documents
Identification and supporting documents with their translation templates
Important correspondence for Expedite, Alien # changes, etc.
Request for Reconsideration - RFR; letter from applicant
G-646 signed by officer and PA
Information Consent Form signed by officer and PA

**Denied / Parole Cases:**

| Forms | Notes |
|---|---|
| Notice of Ineligibility for Refugee Resettlement and Conditional Approval for Parole | Decision Letter must be filled out, dated and signed |
| USCIS Assessment worksheet | All pages and notes must be scanned (check if double sided) |
| I-590 Form | Denial Stamp, USCIS officer signature & Date. If old I-590, RE code should be written |
| CLASS Name Check Reports | Officer's signature or initials and dated |
| G-325C | With or without corrections or checks made by Officer (13 + years) |

AR000262

| Forms | Notes |
|-------|-------|
| Identification and supporting documents | With their translation templates if applicable (not needed if documents have the English translation i.e. passports) |
| RE-1 | With officer and PA´s signature and dated (13 + years) |
| Hit enveloped | If applicable (waiver) |
| Important Correspondence | New Alien number, etc |

**Denied/Closed Cases:**

| Forms | Notes |
|-------|-------|
| Notice of Ineligibility for Resettlement / Case Closure Letter | Decision Letter must be filled out |
| USCIS Assessment worksheet | All pages and notes must be scanned (check if double sided) |
| I-590 Form | Denial Stamp |
| CLASS Name Check Reports | Officer´s signature or initials and dated |
| G-325C | With or without corrections or checks made by officer (13 + years) |
| RE-1 | With officer and PA´s signature and dated (13 + years) |
| Important Correspondence | New Alien number, etc |

**Hold Lifted Cases:**

| Forms | Notes |
|-------|-------|
| Decision Letter (Approved/Denied/Parole) | Decision Letter must be filled out |
| USCIS Assessment worksheet | All relevant notes attached |
| I-590 Form | Approval / Denial Stamp |
| CLASS Name Check Reports | Officer´s signature or initials and dated |
| Identification and supporting documents | With their translation templates if applicable (not needed if documents have the English translation i.e. passports) |

**Re – interviews:**

| Forms | Notes |
|-------|-------|
| Decision Letter (Approved/Denied/Parole/Hold) | Decision Letter must be filled out |
| USCIS Assessment worksheet with new additions | All relevant notes attached |
| I-590 Form | Approval / Denial Stamp |
| CLASS Name Check Reports | Officer´s signature or initials and dated |

**Important:** If old I-590 is used, the following documents should be also scanned.

| Forms | Notes |
|---|---|
| G-646 Form (if old I-590 was used) | With all checks and USCIS officer signature |
| USCIS Release of Information Consent Form | Signed by PA, officer and dated |

### 3.29 Uploading into WRAPS

Once the documents have been scanned, documents must be named correctly using the below naming convention:

| PPNUMBER_S_TYPE 1 | |
|---|---|
| PP | Country prefix (ES, HO, GT) |
| NUMBER | Case number (101010, 123321) |
| S | Sequence number (1, 2) |
| TYPE | Any details that explain the nature of the file |
| 1 | When a document is repeated assign a number (1, 2) with space after TYPE [5] |

**Important:** DO NOT place a hyphen or space after the case prefix, case number, or the underscore symbol. For example, If a case member has multiple USCIS Assessments worksheet adjudicated by a USCIS officer on different dates please add one space and 1, 2 so on (ES101010_1_USCISW  1) on the new USCISW.

Example:

| | |
|---|---|
| Notice of Eligibility | 1_DHS_APP |
| USCIS Assessment worksheet | 1_USCISW |
| I-590 Form | 1_I590 |
| CLASS Name Check Reports | 1_CNC |
| G325C | 1_G325C |
| Identification and supporting documents | 1_PID |
| Important Correspondence | 1_DHS_COR |

Once the documents have been scanned, the corresponding comment should be placed into WRAPS: "MAY 2016 XXX: All Documents scanned and uploaded into WRAPS after DHS Interview".

### 3.29.1 Naming Convention

Following are the name conventions for DHS documents mostly used post DHS CR:

| Document | Example | Codes |
|---|---|---|
| Case final decision | 1_DHS_HOLD | _DHS_HOLD |
| Approval Letter | 1_DHS_APP | _DHS_APP |

---

[5] When a USCIS officer reviews/interviews and provides a new decision, assessment with new notes the new documents should be added using a number suffix, i.e. EC101010_1_USCISW 2.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000264

| Document | Example | Codes |
|---|---|---|
| Case final decision | 1_DHS_DEN | _DHS_DEN |
| Case final decision | 1_DHS_DEN_PAR | _DHS_DEN_PAR |
| CNC | 1_CNC | _CNC |
| CNC | 1_CNC_HIT | _CNC_HIT |
| CNC | 1_HIT | _HIT |
| COR | 1_DHS_COR | _DHS_COR |
| COR | 1_PRM_COR | _PRM_COR |
| COR | 1_RA_COR | _RA_COR |
| COR | 1_RPC_COR | _RPC_COR |
| COR | 1_RSC_COR | _RSC_COR |
| COR | 1_UNHCR_COR | _UNHCR_COR |
| G-325C | 1_G325C | _G325C |
| G-646 | 1_G646 | _G646 |
| I-590 | 1_I590 | _I590 |
| I-590 | 1_I590_PND | _I590_PND |
| ICF | 1_ICF | _ICF |
| ID | 1_PP | _PP |
| ID | 1_ID_SUPP | _ID_SUPP |
| ID | 1_PID | _PID |
| MS_Exemption | 1_MS_TRIG | _MS_TRIG |
| RFR | 1_RFR | _RFR |
| RFR | 1_RFR_RESPONSE | _RFR_RESPONSE |
| USCIS_Worksheet | 1_REINTV | _REINTV |
| USCIS_Worksheet | 1_USCISW | _USCISW |
| USCIS_Worksheet | 1_USCISW_NEW | _USCISW_NEW |
| Other | 1_RE1 | _RE1 |
| Other | 1_NO_CRIM_RES | _NO_CRIM_REC |
| Other | 1_POL_CERT_CLR | _POL_CERT_CLR |

**3.30 Order in Physical Files:**

After scanning, the documents should be placed back into the case file order according to local SOPs.

## FILE ORDER FOR APPROVED CASES RE-1 (PA) AFTER DHS ADJUDICATION

| Page Order | LEFT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List | RIGHT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List |
|---|---|---|---|---|---|---|---|---|
| 1st | I-590 Form - With Approval stamp facing up | USCIS I590 Form | Case No_Seq#_I590 | DHS | USCIS Worksheet | USCIS_Worksheet | Case No_Seq#_USCISW | DHS |
| 2nd | G-325C (14 +) | Biographical Information | Case No_Seq#_G325C | DHS | RRF UNHCR Form - For LAC cases | | | PS Stage |
| 3rd | G-646 Form - When available | Other | Case No_Seq#_G646 | DHS | AOR - For CAM cases | | | PS Stage |
| 4th | | | | | Minor Questionnaire Form | | | PS Stage |
| 5th | | | | | PRM Authorization and e-mails | Important Correspondence | Case No_Seq#_DHS_COR | PS Stage and DHS |
| 6th | | | | | CLASS Name Check Reports | CLASS Name Check Result Report | Case No_Seq#_CNC | DHS |
| 7th | | | | | DHS HIT Report - When applicable | CLASS Name Check Result Report | Case No_Seq#_DHS_CNC | DHS |
| 8th | | | | | Eligibility Letter | Case Final Decision | Case No_Seq#_DHS_APP | DHS |
| 9th | | | | | Bio-Data | | | Do not scan |
| 10th | | | | | Family tree | | | Do not scan |
| 11th | | | | | ID Documents (Passport, ID, Birth Certificate) | | | PS Stage and DHS |
| 12th | | | | | Interpreters Disclosure Form | | | Do not scan |
| 13th | | | | | RSC Disclosure Form | | | Do not scan |
| 14th | | | | | Selective Service - For Males 18+ | | | PS Stage |
| 15th | | | | | RE-1 / RE-3 (Applicants 13,5 +21 years) | Other | Case No_Seq#_RE1 | DHS |
| 16th | | | | | Statement of Understanding | | | PS Stage |
| 17th | | | | | Confidentiality Form | | | PS Stage |
| 18th | | | | | Release of Information Consent Form - When applicable | ICF | Case No_Seq#_ICF | PS Stage |
| 19th | | | | | ARP (Applicants 14-18 years) | Acknowledgement of RP | Case No_Seq#_ARP | PS Stage |
| 20th | | | | | DNA Consent Form | | | PS Stage |
| 21th | | | | | Case History | | | PS Stage |
| 22th | | | | | Supporting documents | Other | Case No_Seq#_SUPP | PS Stage |
| 23th | | | | | Criminal Record | Other | Case No_Seq#_NO_CRIM_REC | PS Stage and DHS |
| 24th | | | | | Police Record | Other | Case No_Seq#_POL_CERT_CLR | PS Stage and DHS |

## FILE ORDER FOR APPROVED CASES RE-2 & RE-3 AFTER DHS ADJUDICATION

| Page Order | LEFT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List | RIGHT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List |
|---|---|---|---|---|---|---|---|---|
| 1st | I-590 Form - With Approval stamp facing up | USCIS I590 Form | Case No_Seq#_I590 | DHS | CLASS Name Check Reports | CLASS Name Check Result Report | Case No_Seq#_CNC | DHS |
| 2nd | G-325C (14 +) | Biographical Information | Case No_Seq#_G325C | DHS | ID Documents (Passport, ID, Birth Certificate) | | | PS Stage and DHS |
| 3rd | G-646 Form - When available | Other | Case No_Seq#_G646 | DHS | Confidentiality Form | | | PS Stage |
| 4th | | | | | Selective Service - For Males 18+ | | | PS Stage |
| 5th | | | | | RE-1 / RE-3 (Applicants 13,5 +21 years) | Other | Case No_Seq#_RE1 | DHS |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000266

| Page Order | LEFT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List | RIGHT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List |
|---|---|---|---|---|---|---|---|---|
| | | | | | **FILE ORDER  FOR DENIED / PAROLE / CLOSED CASES AFTER DHS ADJUDICATION** | | | |
| 1st | Correspondence Letters | Important Correspondence | Case No_Seq# DHS_COR | PS Stage and DHS | Request for Review Worksheet and officer notes* | USCIS_Worksheet | Case No_Seq# USCISW | DHS |
| 2nd | Notice of Ineligibility for Resettlement | Case Final Decision | Case No_Seq# DHS_DEN | DHS | Re-Interview Cover Sheet* | USCIS_Worksheet | Case No_Seq# REINTV | DHS |
| 3rd | Notice of Eligibility for Resettlement | Case Final Decision | Case No Seq# DHS APP | DHS | Refugee Application Assessment (USCIS Worksheet) | USCIS_Worksheet | Case No Seq# USCISW | DHS |
| 4th | Notice of Ineligibility for Resettlement (PAROLE) | Case Final Decision | Case No_Seq#_DHS_DEN_PAR | DHS | 212(a)(3)(B) Exemption Worksheet and Instructions - when applicable | USCIS_Worksheet | | |
| 5th | Request for review letter* | | | DHS | Family Tree | | | Do not scan |
| 6th | Deferral/Hold Letter | Case Final Decision | Case No_Seq#_DHS_HOLD | DHS | I-602 Waiver - when applicable | I-602 (Other) | Case No_Seq#_I602_RESPONSE | DHS |
| 7th | Form I-590, Denial Stamp side facing up | USCIS I590 Form | Case No_Seq#_I590 | DHS | | | | |
| 8th | CLASS Name Check Reports | CLASS Name Check Result Report | Case No_Seq#_CNC_ | DHS | | | | |
| 9th | DHS HIT - when applicable | CLASS Name Check Result Report | Case No_Seq#_DHS_CNC | DHS | | | | |
| 10th | G-325C (14+) | Biographical Information | Case No_Seq#_G325C | DHS | | | | |
| 11th | G-646, when applicable | Other | Case No_Seq#_G646 | DHS | | | | |
| 12th | Release of Information Consent Form - When applicable | ICF | Case No_Seq#_ICF | PS Stage | | | | |
| 13th | Notice of Confidentiality | | | PS Stage | | | | |
| 14th | Statement of Understanding | | | PS Stage | | | | |
| 15th | RE-1 / RE-3 (Applicants 13.5 + 21 years) | Other | Case No_Seq#_RE1 | PS Stage | | | | |
| 16th | DNA Consent Form | | | PS Stage | | | | |
| 17th | Selective Service - For Males 18+ | | | PS Stage | | | | |
| 18th | Interpreters Disclosure Form | | | PS Stage | | | | |
| 19th | RSC Disclosure Form | | | PS Stage | | | | |
| 20th | Custody Release Form | | | PS Stage | | | | |
| 21th | AOR & Certificates showing family relationships (Birth certificates, copy of passports, marriage certificate, etc) | | | PS Stage | | | | |
| 22th | Case History | | | PS Stage | | | | |
| 23th | Minor Questionnaire Form | | | PS Stage | | | | |
| 24th | Bio-data Form | | | PS Stage | | | | |
| 25th | Supplemental PS Questionnaire | | | PS Stage | | | | |
| 26th | UNHCR RRF or US Embassy referral | | | PS Stage | | | | |
| 27th | UNCR BID | | | PS Stage | | | | |
| 28th | Copies of civil documents (passports, ID, birth, Marriage, divorce, death certificates | | | PS Stage | | | | |
| 29th | Supporting documents | Other | Case No_Seq#_SUPP | PS Stage | | | | |
| 30th | Criminal Record | Other | Case No_Seq#_NO_CRIM_REC | PS Stage and DHS | | | | |
| 31th | Police Record | Other | Case No_Seq#_POL_CERT_CLR | PS Stage and DHS | | | | |

| | | | FILE ORDER FOR NO DECISION AND CONDITIONALLY APPROVED CASES AFTER DHS ADJUDICATION | | | | | |
|---|---|---|---|---|---|---|---|---|
| Page Order | LEFT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List | RIGHT SIDE | WRAPS Document Type | WRAPS Image Filename | Check List |
| 1st | PRM Authorization and emails | Important Correspondence | Case No_Seq#_DHS_COR | PS Stage and DHS | Eligibility Letter | Case Final Decision | Case No_Seq#_DHS_APP | DHS |
| 2nd | RRF UNHCR Form - For IAC cases | | | PS Stage | DHS HIT Report - When applicable | CLASS Name Check Result Report | Case No_Seq#_DHS_CNC | DHS |
| 3rd | AOR - for CAM cases | | | PS Stage | CLASS Name Check Reports | CLASS Name Check Result Report | Case No_Seq#_CNC | DHS |
| 4th | Minor Questionnaire Form | | | PS Stage | USCIS Worksheet | USCIS_Worksheet | Case No_Seq#_USCISW | DHS |
| 5th | Family tree | | | Do not scan | Case History | | | PS Stage |
| 6th | Bio-Data | | | Do not scan | I590 Form - With stamp approval facing up | USCIS I590 Form | Case No_Seq#_I590 | DHS |
| 7th | ID Documents (Passport, ID, Birth Certificate) | | | PS Stage and DHS | G325C Form | Biographical Information | Case No_Seq#_G325C | DHS |
| 8th | Supporting documents | Other | Case No_Seq#_SUPP | PS Stage | G646 Form - When available | Other | Case No_Seq#_G646 | DHS |
| 9th | Criminal Record | Other | Case No_Seq#_NO_CRIM_REC | PS Stage and DHS | Release of Information Consent Form - When applicable | ICF | Case No_Seq#_ICF | PS Stage |
| 10th | Police Record | Other | Case No_Seq#_POL_CERT_CLR | PS Stage and DHS | DNA Consent Form | | | PS Stage |
| 11th | | | | | Confidentiality Form | | | PS Stage |
| 12th | | | | | Statement of Understanding | | | PS Stage |
| 13th | | | | | RE-1 / RE-3 (Applicants 13,5 + 21 years) | Other | Case No_Seq#_RE1 | DHS |
| 14th | | | | | Selective Service - For Males 18+ | | | PS Stage |
| 15th | | | | | ARP (Applicants 14-18 years) | Acknowledgement of RP | Case No_Seq#_ARP | PS Stage |
| 16th | | | | | Interpreters Disclosure Form | | | Do not scan |
| 17th | | | | | RSC Disclosure Form | | | Do not scan |

### 3.31 Admin Day DHS CR

### 3.31.1 Hold Lifts

At the end of the CR, during the Admin Day, present the cases that need to be hold lifted to DHS TL. Use the DHS Preparation report tab **Pending I-590** and include any conditionally approved cases with pending security checks (IAC, CNC and SAO) and which are now clear, and any NOD cases with the reason for hold cleared, such as pending documents received; add-on baby adjudication, CAM Vetting results received, etc.

Proceed in the same way as for the Admin Day at the beginning of the CR. Before presenting hold lifts to DHS these must be reviewed in WRAPS to corroborate that all new AKAs and DOBs were ran and are now clear. CNC report must be printed out when the cases were on hold for security checks, and for pending documents these should be scanned and uploaded into WRAPS.

**Pending I-590**



AR000268



Once cases are updated and documents scanned into WRAPS, send this report of results to the Scheduling team including all the same columns used in the Manual results report. Thus, the information of the new results can be notified.

### 3.32  Cross Check physical files (OIM / USCIS Officers)

For better control of how many cases USCIS officers have, all cases scheduled for DHS interview should be registered by the Fileroom Unit under the name of DHS on the date of the interview. Close to end of the CR, generate the File Location Report and verify how many cases are still registered under DHS and have not been updated in WRAPS. Cross–match the File Location Report with the WRAPS Results Report in order to identify cases pending update or possible mistakes in the database.

To generate the File Location Report:

a.  Use the link  http://uiorscdb/Reports/Pages/Folder.aspx
b.  Click in File processing and then File Location.





c. Copy the list of cases. Do not enter more than 400 cases per report.
d. Click in See Inform.
e. Click in the blue disk to open the report into EXCEL.



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000270

f.  Click in sort to identify cases under DHS.
g.  Open the Manual Results report and use the Vlookup formula to cross match both files.
h.  Identify the cases in DHS hands and let the TL know how many cases are pending adjudication.

### 3.33  De-briefing after DHS CR

During the Admin Day, the Adjudication staff in charge of the CR has a meeting with the DHS TL and RSC manager to receive a de-briefing of the CR.  It is recommended, that during this meeting all relevant issues and feedbacks are discuss including special cases, recommendations in improving case histories, schedules, logistics and support provided.

After the de-briefing, write a report specifying the important points discussed during the meeting. Send this report to e-mail RSC LA Management copying RSC LA DHS Support at the end of the CR together with the WRAPS Results Report (to be explained later) and the Manual Results Report.

**Example of the written report**:
1.  Team description
2.  Briefing and logistics
3.  Final results summary
4.  Special cases to report
5.  Transferred and not interviewed cases
6.  DHS recommendations

 Dear All:

Please find below the report of the Circuit Ride held in San Salvador-El Salvador from Aug 21th until Sep 29th.

The team was formed by a Team Leader; 2 SENROs and 6 officers:

| |
|---|
| 1) Jennifer Wilson TL |
| 2) David Mills, SENRO |
| 3) Leslie Hough |
| 4) David Hattendorf, 2nd SenRO |
| 5) Steven Zeiger |
| 6) Jennifer Kim |
| 7) Jacqueline Kahler |
| 8) Melanie Beckwith |
| 9) Jason Stern |

AR000271

**2**

On Aug 24th the Officers attended the RSO meeting at the US Embassy in San Salvador, after this meeting, officers came to the IOM office where a small briefing with RSC DHS Support team was held where we discussed the following topics:

- Case Load:  We were able to complete 882 cases to be interviewed and including 31 re-interviews on Sep 12th and Sep 29th.
- Most of the scheduled cases were CNC=CLR or DHS and officers received the HITS electronically.
- As per RSC disposition, Fingerprints at Pre-screening Stage were not taken during the current DHS CR.
- We explained to them that cases regardless of their decision cannot be placed on HOLD for pending DNA results.
- DHS Officers chose most of the interview booths available on the first floor, plus one booth for the TL to review all the cases, and one booth on the first floor were the finger printer was able to set up the FP machine.
- Interpreters were assigned for officers that did not speak Spanish and were available at all time.

The results are as follows:

**3**

**Results Q4 DHS Team B CR ES**

| Results | No. Of cases | % |
|---|---|---|
| Approved | 109 | 12,62% |
| Conditionally Approved | 39 | 4,51% |
| Denied | 17 | 1,97% |
| Denied / Parole | 476 | 55,09% |
| No Decision | 205 | 23,73% |
| No Show 1 | 15 | 1,74% |
| Not Qualified | 3 | 0,35% |
| **Total** | **864** | **100,00%** |
| Case Transferred | 18 | 2,04% |
| **General Total** | **882** | |

> Copy - paste the Summary table from the Manual Results Report

**4**

**During the CR the special cases to report were:**

- Even though **884 cases** were scheduled, we have results for **865 cases** this is because **18 cases** were merged into their Parents case so they can all be granted refugee status and **2 cases** were not interviewed due to miscommunication on interview dates. In addition, ▮▮▮▮▮▮ is a P1 case with 4 members and urgency level (LV1) the case was interviewed and the decision was Conditionally Approved. However, as per DHS request one case member (Seq 2) was removed and after the split a new case was created ▮▮▮▮▮▮ which is DENIED. For this reason, the (WRAPS) report will show 865 results and the RSC report will just 864 cases that were interviewed.
- Cases ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were Not Qualified due to there is not relationship with the Anchor.

**Failed to meet Deadline of DNA:**

The following cases were given a decision, but closed by the RSC as DNA tests were not received on the due time. For this reason, cases do have a decision in WRAPS but are closed for Failed to meet deadline of DNA.

| Case No. | Result | Case Status |
|---|---|---|
| | Approved | Closed |
| | Conditionally Approved | Closed |
| | Denied / Parole | Closed |
| | Denied / Parole | Closed |
| | Denied / Parole | Closed |

**Transferred Cases:**

5

| | |
|---|---|
| | Case transferred to ES100210 |
| | Case transferred to ES100814 |
| | Case transferred to ES100814 |
| | Case transferred to ES100947 |
| | Case transferred to ES100947 |
| | Case transferred to ES200538 |

6

- DHS TL asked if the RSC caseworkers could ask more deep and direct questions when they are under the impression that a PA could be part of the LGBTI community.
- The feedbacks regarding the interpreters were mostly positive with the exception of one interpreter. The agency has already been informed about this situation.
- We had an excellent interaction with the DHS Officers, IOM team tried to fulfill all their needs and requests DHS officers had.

## 4. POST DHS Circuit Ride

### 4.1 WRAPS Results Reports

Besides the Manual Results report, Adjudications should generate a WRAPS Results report to do so:

a. Use the link: http://uiorscdb/Reports/Pages/Folder.aspx.
b. Select the file DHS and click on "CR_Results_Subreport".
c. In order to run the WRAPS Results report, enter as "datestart" on day before the original date and a "dateend" one day after the original DHS CR ended.
   For example, DHS CR was held from 22 Aug 2016 to 28 Sep 2016 thus we enter 21 Aug 2016 to 29 Sep 2016.
d. In Country, enter the initials ES for El Salvador, GT for Guatemala and HO for Honduras.
e. Download the report in excel.

AR000273



*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000274

**WRAPS Results Report**



Once, the report is generated check that all cases that were interviewed during the DHS CR are included.  Remember, that all cases that appear in the WRAPS results report should be correctly scheduled in WRAPS, this means the USCIS date is the same that when the case was interviewed by DHS.



Exceptions in WRAPS Results Report:

a. Cases may not appear in the WRAPS Results report for the following reasons:
   - Cases merged to another cases as per DHS request during a CR.
   - When cases have been incorrectly assigned to a different schedule/date in WRAPS.

b. Cases may appear as overlap in the report for the following reasons:
   - When there are more than one DHS CRs during the same dates, cases will appear in the WRAPS Results report despite they were assigned to different schedules in WRAPS.
   - As per DHS request cases can be split. WRAPS will create a new case number when split. These new cases must be also recorded in the results report.

### 4.2  Cross check of WRAPS Results Report with Manual Results Report

In order to verify if all results were correctly updated, cross-match the total number of cases interviewed between the Manual Results report and WRAPS Results report.

AR000275

a. In the WRAPS Results report add a new column (A) copy the Case No. Column (I).
b. Create a new column next to the case number column (A) and name it as Manual Results report.
c. Insert VLOOKUP (VBUSCAR in Spanish) formula and in column B.



d. In the field Lookup_Value select the cell **A2** (case number in WRAPS Results report)
e. In the field Table_array select the cell range that contains the data, in this case the column **"Case number"** of Manual Results report (A2: A438)



f. In the field Col_Index_Num type 1.  The first argument refers to the **name of the item** you're searching for, which in this case is the case number, or in other words it is the column number in the table array from which the matching value should be returned. It will 1 as case number is column number 1.
g. In the field Range_Lookup type **"False"**, since exact match is needed.
h. Press OK
i. Copy the formula in all cells.



j. Filter the column "Manual results report" (B), with #N/A, which means these are cases not include in the Manual Results Report.



k. If #N/A cases are found each one must be reviewed individually to see the reason why it is appearing in the WRAPS Results report. Keep in mind that these cases should be removed from the WRAPS Result report manually after they have been properly identified (See exceptions in WRAPS Results report).



l. Once the case numbers match in both reports, proceed to confirm that the Decision Column from the WRAPS result report matches with the Results column from the Manual Results report.

m. Create a new column next to the Results column in the manual results report.

n. Add the Vlookup formula.

95

AR000277

o. In the field Lookup_Value select the cell F2 (case number in Manual results report).
p. In the field Table_array select the cell range that contains the data, in this case it should include the case number and results (decision) columns of WRAPS Results report.



q. In the field Col_Index_Num type 2. The first argument refers to the **name of the item** you're searching for, which in this case is the decision, or in other words it is the column number in the table array from which the matching value should be returned. It will 2 as decision column number is 2.
r. In the field Range_Lookup type "False", since exact match is needed.
s. Press OK.
t. Copy the formula in all cells.
u. Click in sort and select each **type of decision** to verify that both columns matches



**All decisions must match**, in case they do not, verify that the decision in WRAPS is correct; check the USCISW, USCIS Status, Case Activity, CARs and comments in WRAPS. Make the correct changes. If the case was wrongly adjudicated remember that we have to generate a new WRAPS results report and repeat all the steps mentioned above.

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000278

After all cases have been verified and their decision matches in both reports (WRAPS and Manual Results report) erase the column in yellow.  Lastly, erase the Extra (Manual Result Report) column added in step a.

Final view of the WRAPS result report



After cases were identified and cross checked with the Manual Results report compare that both Summary Tables Results are equal.



### 4.3  WRAPS Results Report Quality Check

Before sending the final WRAPS Results report we must verified that all cases are correctly updated in WRAPS:

Quick Review of Possible Scenarios

| Scenario | Decision | Case Availability Status | Case Availability Reason | USCIS | Travel FP | Medical | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Approved | Active / Hold | Active Case, Pending X-ref hold, Pending RA confirmation, Psychiatric Evaluation | REF | CLR / NRQ | CLR | WRAPS reports will read a REF Case as CON APP when it is placed on Hold by Out-processing. |
| 2 | Conditionally Approved | Hold | Pending I590 Stamp, | REF | CLR / NRQ | CLR | |

97

AR000279

| Scenario | Decision | Case Availability Status | Case Availability Reason | USCIS | Travel FP | Medical | Comments |
|---|---|---|---|---|---|---|---|
| 3 | Denied / Parole | Closed / Hold | Denied by USCIS | PAR | CLR / NRQ | NOA | PAR Cases should be placed on HOLD when pending DNA Results |
| 4 | No Decision | Hold | CAM Vetting, Pending HQ Review, X-ref Hold | NOD | CLR / NRQ | NOA | |
| 5 | Denied | Closed | Denied by USCIS | DEN | CLR / NRQ | NOA | |
| 6 | No Show 1 | Active | No Show for USCIS interview | NSH | NOA | NOA | |
| 7 | No Show 2 | Closed | No Show for USCIS interview 2 | NSH | NOA | NOA | |
| 8 | Not Qualified | Closed | Not Qualified | NQU | CLR / NRQ | NOA | |
| 9 | Case Transferred | Closed | All members transferred to another case | REQ | CLR / NRQ | NOA | Do not appear on WRAPS Results Report |

**Examples:**

Scenario 1



Based on the report information verify that Approved Cases are Active; Travel FP has a status of CLR or NRQ; Medical has been REQ. For Approved cases that showing as Conditionally Approved because were placed on hold by Out-Processing Team (X-Ref HOLD), include the reason in the USCIS Results Comments and changed the decision manually to APPROVED.

### Scenario 3



Based on the report information verified that Denied/Parole Cases are Closed; the CAR is Denied by USCIS; Travel FP has a status of CLR or NRQ. For Denied/Parole cases on Hold, verify the DNAR columns, since DNAR must be pending and include the comment "Pending DNA" in the USCIS Results Comments.

### Possible Mistakes:



- – Approved cases with CAS status closed
- – Conditionally Approved cases left as active
- – Parole cases left as active when are pending DNA
- – No Decision cases left as active
- – No Decision cases missing the CAR for hold
- – Travel FPs set a NOA after the case was already interviewed.

### 4.4 Cross check of Scanning Database Report

Adjudication should generate a report to cross check that all forms and documents post DHS are correctly scanned and uploaded into WRAPS.

a. Use the link:  http://uiorscdb/Reports/Pages/Folder.aspx
b. Select the file "DHS" and then the report "ScanmissingPOST_Parameter"
c. Copy the list of cases of the CR. Do not enter more than 400 cases per report.
d. Click in See Inform.
e. Click in the blue disk to open the report into EXCEL.

AR000281



f. Create two columns next to ''ind birthdate''; these two columns are used to generate the AGE column and thus easily identify what cases are missing the required documents according to the age. For example: RE1 is required for applicants 14 and above.

g. Insert the FRACYEAR (FRAC.ANO in Spanish) formula.



h. Check all columns and verify what are the documents required and if it applies to the case. Cells with **Y** mean that the document was not scanned.
For example:  ICF and G646 forms were discontinued on Nov 03, 2015 which means that you should check what cases are missing the ICF and G646 according to the Prescreen Date.

i. The report will repeat the cases according to the sequences. Thus, insert the formula we used to identify the cases repeating.

AR000282

| caseno | SCH | relat code | Sequence | Prescreen Date | Age | Missing Decision Letter | Missing USCISWorksheet | Missing ICF | Missing 1590 | Missing CNC | Missing G646 | Missing G325C | Missing RE1 | Missing SS | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | PA | 1 |  | 11 May 2016 | 19 |  |  |  |  |  | Y |  |  |  | CLS |
|  | SO | 3 |  | 15 Aug 2016 | 20 |  |  |  |  |  | Y |  | Y |  | CLS |
|  | SO | 4 |  | 15 Aug 2016 | 16 |  |  |  |  |  | Y |  |  |  | CLS |
|  | PA | 1 |  | 15 Aug 2016 | 44 |  |  |  |  |  | Y |  |  |  | CLS |
|  | DA | 2 |  | 11 May 2016 | 2 |  |  |  |  |  |  |  |  |  | CLS |
|  | PA | 1 |  | 08 Jun 2016 | 22 | Y | Y |  |  | Y | Y |  | Y |  | DHS |
|  | PA | 1 |  | 22 Mar 2016 | 18 | Y | Y |  |  | Y | Y |  | Y | Y | ESA |
|  | PA | 1 |  | 12 Jan 2016 | 40 | Y | Y |  |  | Y | Y |  | Y |  | ESA |
|  | PA | 1 |  | 29 Apr 2016 | 15 | Y | Y |  |  | Y | Y |  | Y |  | ESA |
|  | PA | 1 |  | 18 May 2016 | 42 | Y | Y |  |  | Y | Y |  | Y |  | ESA |
|  | PA | 1 |  | 06 Jun 2016 | 19 | Y | Y |  |  | Y | Y |  | Y |  | ESA |
|  | PA | 1 |  | 08 Jun 2016 | 20 | Y | Y |  |  | Y | Y |  | Y |  | ESA |
|  | PA | 1 |  | 08 Jul 2016 | 11 | Y | Y |  |  | Y | Y |  |  |  | ESA |
|  | PA | 1 |  | 18 May 2016 | 18 | Y | Y |  |  | Y |  |  | Y |  | ESA |
|  | PA | 1 |  | 03 Jun 2016 | 21 | Y |  |  |  |  |  |  | Y |  | ESA |
|  | PA | 1 |  | 28 Mar 2016 | 44 |  | Y |  |  |  |  |  | Y |  | ESA |
|  | PA | 1 |  | 12 Jul 2016 | 21 |  | Y |  |  |  |  |  |  |  | ESA |
|  | SO | 2 |  | 12 Jan 2016 | 16 |  |  |  |  | Y | Y |  | Y |  | ESA |

j.  Finally, send the report with the cases missing scanned images to the Fileroom Unit for corrections.

Note: For Hold lifts the report does not apply, manually check if images were uploaded.

### 4.5 Notification Post DHS

Decision notifications and decision letters are given to the applicants at the end of the DHS circuit ride when USCIS officers have left the processing location.  After the DHS CR ends, Adjudications is in charge of sending an e-mail notifying that the DHS CR has ended and results are ready. The e-mail should include the Manual Results report and information regarding special cases to Communications Team and Scheduling Unit.

In the Manual Report results include the columns DNAS and DNAR information which is taken form the WRAPS Results report. Use the formula VlookUP to bring the data.  This will allow you to identify cases with DNAR pending, which should not be notified until results are received. Remember that LV1 and LV2 cases were notified during the CR.   Hold lifts and re-interviews results should also be sent to Scheduling for notifications.

Note:  The notifications process requires that all documents after DHS interview are uploaded into WRAPS.

| Result | DNAS | DNAR | LV1 & LV2 Notified | Notification |
|---|---|---|---|---|
| Denied / Parole | NRC | NOA |  | Case closed / DNA Kit not received |
| Approved | CMP | POS | Yes | Notified |
| No Show 1 | NRC | NOA |  | N/A |
| Denied / Parole | SHP | NOA |  | Not ready |
| Approved | CMP | POS |  | Ready |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000283

Regardless, of their final decision and priority level cases with pending DNA cannot be notified.

| Notifications | Description |
|---|---|
| Case closed / DNA Kit not received | Missed deadline for DNA test (180 days) / Case closed as DNA kit was not received |
| N/A | No Show cases |
| Not ready | Cases with DNA Status = REQ, LTS, SHP, SCH, NRC<br>Cases with DNA Result NEG<br>**(Do not notify)** |
| Ready | DNA Status CMP, NRQ y DNA Result POS, QTT (Step-relationship). |
| #N/A | Transferred cases |

Consider that cases from previous CRs may change their status as hold lifted cases, DNAR received or digital approvals; make sure to request the Scheduling Team to notify those cases as well. It is important to mention that in order for PAR / REF cases to initiate their travel process cases must be notified about their decision.

<u>Sensitive Cases:</u>

Use the CAR 'Sensitive Contact Details' for cases which we cannot contact directly and need to contact through a third party e.g. NGO partner. This CAR may be added at any stage of the process, as relevant.

If you see a case with this CAR, please make contact through the Point of Contact (POC), whose details can be found in the 'Applicant POC' field on the case summary screen, do not use the information in the contact tab.



*SOP Case Management - Adjudications*
*Nov 14, 2016*

102
*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000284

**Annex 1: Pre-screening file order**

- **Left-hand side**

| Type | FOR WHICH CASE MEMBER? |
|---|---|
| PRM Authorization (Fax, Email, Letter for LAC | Case Level |
| Referral Document (RRF) and supporting documentation; AOR and supporting documentation for CAM Cases, | Case Level |
| BID | Case Level |
| | Unaccompanied minors (under 18) – (Including PA, if applicable) |
| Minor Questionnaire Form | All m i n o r s o t h e r than M1. Completed  and signed pre-CIS |
| WRAPS Family Tree | Signed at PS |
| Biodata Form | Case Level |
| Personal Documents (Census Slip, Marriage Certificate, Academic Certificate, etc.) Order most authoritative to least | For all case members |

- **Right-hand side**

| | FOR WHICH CASE MEMBER? |
|---|---|
| *DHS Worksheet* | *This form is printed by DHS at interview* |
| Signed Persecution Story* | For RE-1s if not printed on I-590 |
| Class Name Check Reports | For all case members |
| Group the following forms by case member: | |
| Form I-590 with photo ) | For all case members (signed at PS and |
| G-325C | For all case members 14+ years (signed at |
| G646 (when applicable) | For all case members 14+ signed at USCIS |
| USCIS Release of Information Consent Form (when applicable) | For all case members 14+ years (signed at USCIS) |
| PRM Notice of Confidentiality | Every applicant 14+ years (signed at PS) |
| RSC Statement of Understanding | PA only (signed at PS) |
| RE-3/RE-1 Notice of Marriage | For every RE3/RE-1 between 14-21 years (signed at USCIS) |
| Selective Service Form DS-1810 | Every male applicant between 18 and 26 years |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000285

**Document Change History**

This document shows changes from the previous version. New additions are blue and underlined (example). Deletions are blue and struck through (example). The table below lists the changes in each version of this document.

| Version | Date | Revisions |
|---------|------|-----------|
| 1.0 | 14 Nov, 2016 | Initial publication. Approved by |
| | | |
| | | |
| | | |

*SOP Case Management - Adjudications*
*Nov 14, 2016*

104
*International Organization for Migration*
*Resettlement Support Center, Latin America*

AR000286