Exhibit 35-1



# Authorization to transport for parole

## (Travel Letter)

# Standard Operating Procedure

June 2017

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000287



**Objective:**
Ensure that requesting, obtaining and recorded parole travel authorization letters are kept in a single procedure.

Make updates in Travel tracker and Mimosa accordingly

AR000288



## Procedure:

1. **Requesting Travel Letters.**
   A. <u>Parolee´s ABNs has to be at least distributed fifteen days before departure date.</u>
   i. After ABN´s distribution a soft copy of passports and ABN has to be send to DHS in order to request each Travel Letter.
   ii. Soft copy of passports have to be in a Zip folder with no more than 4MB and have to be encrypted
   iii. Encrypted file and password have to be send in a different email to DHS.

2. **Preparing the receipt of travel documents**
   B. <u>Travel Letters ready to pick up.</u>
   i. Operation's will received an email from DHS notifying that all travel letter have been granted and they are ready to pick up.
   ii. Operation assistants have to make arrangements and let DHS know the time that travel letters will be collected.

   C. <u>Travel Letters received have to be carefully checked.</u>
   i. Name, date of birth and passport number have to be reviewed and compared to the passport.
   ii. Expiration date does not have to exceed applicant must travel by date.





D. <u>Mimosa´s update.</u>

i. Each Travel letter have to be updated in Mimosa by case number under Case-level information; case documents, type of document: Travel Document



ii. **Document number** that should be added in MIMOSA is the one placed right below the picture on Travel Letter.



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**

AR000290



iii. **Status**: received and the receiving date.

    E. <u>Travel Tracker update by case number.</u>
i. Parole for Travel can be found: Operations share drive: Travel/Parole for travel/Parole for travel excel sheet.
ii. Each Travel Letter has to be search by case number and status has to be change to receive.



    F. <u>Travel Letters has to be scan</u>
i. Each travel letter has to be scan and save at each profile soft file number.
ii. Each scan has to be save with case number, applicant full name and the label as TL. ▨▨▨▨_TL_NAME LAST NAME

    G. <u>Physical Travel Letters save.</u>
i. All travel letters received have to be security safe in the travel packet cabinet at the file room.
ii. The two originals travel letters of each applicant have to be put inside an envelope and be inserted at travel packet when applicant travel date approaches.



**3. Returning Travel Letters to DHS.**

    H.  <u>Travel Letters with mistakenly information.</u>

i.    All travel letters with wrong spelling and expiration date before must travel by date have to be returned to DHS department.

ii.    By email DHS will be contacted to let them know which case number and name has the mistake and returning/exchange schedule has to be made.

    I.  <u>Travel Letters unused</u>

i.    All travel letters unused must be returned to DHS department, with an explanation of why applicant didn't' fly to United States.

AR000292