Exhibit 36-1





# Standard Operating Procedures (SOPs) for the Scheduling Unit

AR000293

# Table of Contents

I.    **Introduction**.........................................................................3

     Summary

     Objectives

II.   **Table of Contents**

    1.   Scheduling Unit Work Flow
        -Major Responsibilities of Scheduling Unit
        -Scheduling Team Duties
    2.   Scheduling Priority for AOR/PS interview
        - Points to note while Scheduling
        - Prescreening Process Scheme
    3.   AOR and Prescreening (PS) interview Schedule General Steps
        . - Scheduling Process Scenarios
        . - No Show Procedure
        . - Prescreening
        . - DHS Interview
        . - Guidelines of information Disclosed
        . - Steps to Disclose Information

    4.   Scheduling Cases in WRAPS
        - Contact log update in WRAPS
        -. Case comment update
        -. Scheduling in WRAPS
    5.   Change in PS/AOR Schedule

    6.   Cases for follow up with RA during PS Schedule
    7.   USCIS SCHEDULING
    8.   REPORTS USED BY SCHEDULING UNIT
    9.   Scheduling Unit - Fingerprinting during PS interview
    10.  Internal Procedures

III.   **Annex**

    1.   Prescreen Scheduling Script
    2.   Template: REQUESTS TO EXPEDITE

AR000294

# Introduction

## Summary

 This Scheduling Unit SOP is developed in reference to the latest SOP shared by the Refugee Processing Center (RPC) regarding AOR and Prescreening schedules in standardized format as required.

Central American Minors (CAM) cases are notified of their schedule at different stages by the scheduling unit and the staff member who contacts the case should maintain the Contact Log at all times.

## Objectives

The Scheduling Unit is responsible for handling CAM cases to be scheduled for the below RSC activities and for ensuring that the WRAPS schedule activities are accurately reflected in daily reports:

- o   AOR and Prescreening interview schedules

- o   USCIS interview notification

AR000295

## 1.  Scheduling Unit Work Flow:

The Senior Project Assistant will be the focal point to oversee the overall workflow of the Scheduling Unit. This person is also responsible for assigning tasks among the team on a weekly basis. These tasks should be rotated among the team.

For the overall workflow and planning, the Scheduling Unit is subscribed to daily and weekly reports. From the daily report, the Senior Scheduling is responsible for assigning a list of cases to the team for AOR/PS interview scheduling. Once the scheduling is completed in WRAPS, the Senior Scheduling informs the Processing Supervisor and Senior Caseworkers through email by attaching the excel sheet. Each Friday the following week's schedule should be sent to the Senior Caseworkers (SCW).

On a daily basis, local caseworkers will have two cases assigned per day, and also TDYers from Quito will have two cases assigned per day. The Senior Scheduling will distribute in the Scheduling Unit the number of cases required per date according to the availability of caseworkers (local caseworkers and TDYers). On Fridays the pattern of attendance is different. The *TRAVEL PLAN* will be delivered to the Scheduling Unit by the SCW.

Major Responsibilities of Scheduling Unit:

- Adhere to received instructions from the RSC supervisors on upcoming plans for Prescreening Circuit Rides.
- Each staff member should contact and schedule a minimum of 16 cases per day in WRAPS.
- Make sure that same X-ref loop cases are scheduled for any RSC activities on the same day.
- Make sure that WRAPS schedules reflect the correct dates.
- Contact Log is updated and Case Comments are present on the case summary screen.
- Follow up in a timely manner on DHS decision notification schedule.
- Send Scheduling Unit stats to the Supervisor on a daily basis.
- Send Expedite Request to the Child Protection Officer (CPO) via email to rsclachildprotection@iom.int if the case is found to face serious protection and/or medical concerns during scheduling.

### A.  SCHEDULING TEAM DUTIES

A.1. - SCHEDULE APPOINTMENTS FOR PRESCREENING**. -** Contacting PAs to explain how the process will begin, providing information regarding the required documentation for prescreening interview, and also giving details of date and time.

A.2. - SCHEDULE APPOINTMENTS FOR DHS INTERVIEW**. -** Getting in contact with PAs who already had the prescreening interview to proceed with DHS interview, explaining about required documentation and providing date and time.

A.3. - SCHEDULE APPOINTMENTS FOR DHS RESULTS**. -** Getting in contact with PAs who already had the DHS interview to proceed with DHS results, explaining about required documentation and providing date and time.

AR000296

A.4. - SCHEDULE APPOINTMENTS FOR EXPEDITE CASES**.** - Check on the CAM cases daily report if there is an expedite case in order to schedule it, or attend any request from Program Access or CPO to schedule any particular case of this nature.

A.5. - SCHEDULE ADD ON BABY.- Attend the e-mails from Program Access related with add on babies, and agree with the Senior Caseworkers the time and date for the PS interview. After that, inform the PA of the add on PS interview details.

A.6. - AMENDED AOR. - Attend e-mails from Program Access informing about an amended AOR, scheduling the PS interview for the new case.

A 7. - SCHEDULE IN WRAPS. - Create IDs (AOR & PS) in WRAPS after PS scheduling day is over, then access every ID in order to schedule in WRAPS all the cases of the day.

A 8. - QUALITY CONTROL. - Check the QC report generated by IT Unit and reconcile it with the master file.

A 9. - WEEKLY CALENDAR. - Provide the list of all the cases of PS interview scheduled for the coming week to all the involved units.

## 2.  Scheduling Priority for AOR/PS interview

In the daily reports the cases with AOR status = REQ and PS status = NOA are ready for scheduling for AOR and Prescreening interview.

Cases with Normal urgency are scheduled according to the case creation and submission date from oldest to newest.

The emergency, RSC expedite and sensitive cases are always given first priority and scheduled as soon as possible.

Cases which are marked Sensitive and OPE Expedite with Urgency level of LV1 or LV2 are notified of PS on the same day when the notification from the CPO is received for a date no later than 2 weeks. In order to accommodate these cases they can be scheduled even immediately as a third case for Caseworkers who have two X-ref cases in the morning.

Once the expedited case is scheduled for any event, the Scheduling Unit will notify the Child Protection Officer of the date and time of the interview or appointment. If the appointment takes place at the U.S. Embassy, PAs should be informed to specify they are visiting "DHS" at the embassy´s gate, (which is for ICE and CIS), they are required to follow the blue sings and arrow painted on the floor at that gate. The Communication team also needs to be notified in order to relay this information to the respective Resettlement Agency (RA)

AR000297

## Points to note while Scheduling:

- Contact the applicant first before putting them on the calendar as scheduled, this will help avoid making changes to the schedule later.
- Cases in the same X-ref loop should be scheduled for appointments together, on the same day. However, when there are more than 3 X-ref cases with minors under 14 that require the presence of their guardian during their interviews, the same caseworker has to process the rest of the loop on consecutive days, this caseworker has been flagged with a comment by the Scheduling Team on the summary case on WRAPS.
- AOR/PS Scheduling timing should be split into morning and afternoon shift; Ideally 1 cases in the morning and 1 case in the afternoon for Quito Caseworkers on TDY and for national caseworkers, unless the PAs are X-refs.
- The same Caseworker should handle all the cases in the X-ref loop but if there are more than three cases in the same X-ref loop, another Caseworker can be assigned for the rest of the cases, only if PAs are above 14 years old.
- The cases which could not be contacted should be registered by leaving a comment in the Contact Log as "Unable to Contact". A case is considered "Unable to Contact" after calling all the phone numbers that appear on WRAPS and also on the AOR with no answer.

There should be a minimum of three attempts (not limited to) of actively trying to reach the applicant for an appointment. You must take into consideration that phone attempts should be staggered throughout the day/week, accounting for school hours, lost/stolen phones, etc.

Steps to take after each attempt:

1. After the 1st attempt (after first day), use the CAR, Unable to contact/locate –1st attempt and leave a contact log - The first attempt is counted after the first day of actively trying to reach the applicant without any response.

2. After the 2nd attempt (one week after initial attempt), use the CAR, Unable to contact/locate – 2nd attempt and leave a contact log.

3. After the 3rd attempt (one month after initial attempt) use the CAR, Unable to contact/locate – 3rd attempt, add the CAR Pending RA Clarification and put the case on HOLD. Leave clear and short comments Example: "Case place on Hold, need new QCH contact information"

After placing the case on hold (UTC3) and leaving the comments, we need to add a contact log. We have to fill out the contact log as follows: **Contact name:** *RA* **Contact Description (Example):** *"Confirm QCH contact information"* **Contact Method:** *Email Out* **Contact Reason:** *Deadline Warning* **Response Required:** *YES* **Response Suspense Date:** *180 (Days)*.
If at any point between the 1st and the 3rd attempt the PA, GU or ANCH are reached, the Unable to Contact CAR must be removed on WRAPS and continue with the regular process. In case that the contact is established after the 3rd UTC has been set up on WRAPS, scheduling team will continue with the regular process, removed the UTC CAR, Pending RA Clarification on WRAPS and also switch the case status from hold to active.

| Case Overview | | |
| --- | --- | --- |
| **CaseStat** | **CsAvail** | Case Availability Reason **Active Case (AC)**, New Case Created (NC), No Physical File Opened (PN), Unable to contact/locate (UL) |
| NEW | A | |

AR000298

**B. - Prescreening Process Scheme**



AR000299



AR000300

### 3. AOR/PS interview scheduling general steps:

- Scheduling Unit should use the script **(see annex for the script).**
- Create schedules in WRAPS, this will roll AOR and PS status to SCH.
- Schedule dates should be recorded in the format DD/MM/YYYY

Note: for any RSC activities the applicants are instructed to bring the following documents:

- Identity documents/Passport/National ID/Birth certificates etc.
- Provide any change in the contact information

## A.-Scheduling Process Scenarios

The prescreening scheduling is a process in which PAs are assigned to specific Caseworkers with a determined date and time.

This assignment process is based on the slots of every Caseworker per day and the schedule for every specific day depending on the Caseworker.

As mentioned before all the case workers are supposed to attend, ideally, two cases during the day. The first during the morning at 8:00 a.m., and the second one after noon at 1:00 p.m. unless the PAs are X-refs.

In order to optimize time and capture of accurate information among cases with X-refs it is recommended to assign these type of cases to the same Caseworker, in the morning. The interviews may take place during the same day or split in two consecutive business days. Therefore, in order to accomplish the best cases attendance among Caseworkers available, the following distribution process is recommended:

**A.1. - Individual case:** These type of cases will be scheduled following the protocol of the Prescreening distance chart.

**A 2. - Two X-REF cases:** These type of cases should be schedule with the same Caseworker. Cases are recommended to be scheduled in the morning, in that way, both cases will be interviewed either by an ES caseworker or a TDY Caseworker on the same day.

**A 3. - Three X-REF cases:** These cases will be scheduled according to the age of the PAs:

      i.-If all of the PAs are below 14 years old, they can be assigned to one single Caseworker, in that way, they will be interviewed two the same day, and the last one on the next consecutive business day.

      ii.-If one of the PAs is above 14 years old, the cases can be assigned to two different Caseworkers, all of them during the morning, so the interviews can take place simultaneously.

      iii.-If all of the PAs are above 14 years old, then all the cases could be assigned to different Caseworker, all of them in the morning and should take place simultaneously.

AR000301

**A 4. - Four X-REFs cases:** These cases will follow the scheduling protocol according to the age of the PAs:

If all of the PAs are below 14 years old:

    i. - Two of them can be scheduled one day and the other two for the next day, always with the same Caseworker.

If one of the PAs is above 14 years old:

    i. – Two PAs below 14 years old with their guardian can be schedule with one caseworker, and simultaneously another caseworker can attend the other two PAs, one below 14 years old and one above 14 years old.

If two of the PAs are above 14 years old:

    i. – The PAs below 14 years old should be scheduled with the same caseworker and the respective guardian, and the other two PAs above 14 years old simultaneously with a different caseworker.

**A 5. - Five X-REFs cases:** Those cases will follow the scheduling protocol according to the age of the PAs:

If all the PAs are below 14 years old:

    I.-Two PAs will scheduled for the first day, other two PAs for the second day, and the last PA for the third day. All of the assigned with the same caseworker.

If three PAs are below 14 years old and two PAs are above 14 years old:

    i. – In order to be attended the same day, two PAs below 14 years old should be assigned to one caseworker with their respective guardian. Another caseworker will attend one PA below 14 years old and one PA above 14 years old, and the last PA above 14 years old will be attended for a third caseworker.

    ii. – If the X-ref loop is required to be attended for the same caseworker the cases should be scheduled on three different consecutive business days.

If four PAs are below 14 years old and the other PA is the Guardian:

    i. - the X-ref loop is required to be attended on three different consecutive business days. Should be recommended the same caseworker interview the whole loop.

**A 6. - Six X-REFs cases:**    These cases will follow the scheduling protocol according to the ages of the PAs:

AR000302

If all the PAs are below 14 years old:

      i. - -Two PAs will scheduled for the first day, other two PAs for the second day, and the last two PAs for the third day. All of the assigned with the same caseworker.

If five PAs are below 14 years old and one PA is above 14 years old:

      i. - -Two PAs will scheduled for the first day, other two PAs for the second day, and the last two PAs for the third day. All of the assigned with the same caseworker.

If five PAs are below 14 years old and the other PA is the Guardian:

      i. - -Two PAs will scheduled for the first day, other two PAs for the second day, and the last two PAs for the third day. All of the assigned with the same caseworker.

If four PAs are below 14 years old, one PA is above 14 years old and the other PA is the Guardian.

      i.      - -Two PAs will scheduled for the first day, other two PAs for the second day, and the last two PAs for the third day. All of the assigned with the same caseworker.

      ii.     This X- ref loop can be interviewed in two days. The first day one PA above 14 years old can be interviewed by one caseworker with one PA below 14 years old. The second caseworker will interview another PA below 14 years old with the guardian. And the next business day the last two PAs under 14 years old will be interviewed.

AR000303

## REFERENCE CHART

| | |
|---|---|
| PA[1] | PA under 14 years old |
| PA[2] | PA above 14 years old |
| PA[g] | PA and Guardian |

| X-REF | COMPOSITION | | | | | | → | DAY 1 CASEWORKER 1 | | CASEWORKER 2 | | CASEWORKER 3 | | DAY 2 CASEWORKER 1 | | DAY3 CASEWORKER 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PA[1] | | | | | | → | PA[1] | | | | | | | | | |
| 2 | PA[2] | | | | | | → | PA[2] | | | | | | | | | |
| 3 | PA[1] | PA[2] | | | | | → | PA[1] | PA[2] | | | | | | | | |
| 3 | PA[1] | PA[1] | | | | | → | PA[1] | PA[1] | | | | | | | | |
| 3 | PA[2] | PA[2] | | | | | → | PA[2] | PA[2] | | | | | | | | |
| 4 | PA[1] | PA[1] | PA[1] | | | | → | PA[1] | PA[1] | | | | | | | | |
| 4 | PA[1] | PA[1] | PA[2] | | | | → | PA[1] | PA[1] | PA[2] | | | | | | | |
| 5 | PA[2] | PA[2] | PA[2] | | | | → | PA[2] | PA[2] | PA[2] | | | | | | | |
| 6 | PA[1] | PA[1] | PA[1] | PA[1] | | | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | | |
| 7 | PA[1] | PA[1] | PA[1] | PA[2] | | | → | PA[1] | PA[1] | PA[1] | PA[2] | | | | | | |
| 8 | PA[1] | PA[1] | PA[2] | PA[2] | | | → | PA[1] | PA[1] | PA[2] | PA[2] | | | | | | |
| 9 | PA[1] | PA[1] | PA[1] | PA[1] | PA[1] | | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | PA[1] | PA[1] |
| 10 | PA[1] | PA[1] | PA[1] | PA[2] | PA[2] | | → | PA[1] | PA[1] | PA[1] | PA[2] | PA[2] | | | | | |
| 11 | PA[1] | PA[1] | PA[1] | PA[2] | PA[2] | | → | PA[1] | PA[1] | | | | | PA[1] | PA[2] | PA[2] | |
| 12 | PA[1] | PA[1] | PA[1] | PA[1] | PA[g] | | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | PA[g] | |
| 13 | PA[1] | PA[1] | PA[1] | PA[1] | PA[1] | PA[1] | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | PA[1] | PA[1] |
| 14 | PA[1] | PA[1] | PA[1] | PA[1] | PA[1] | PA[2] | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | PA[1] | PA[2] |
| 15 | PA[1] | PA[1] | PA[1] | PA[1] | PA[2] | PA[g] | → | PA[1] | PA[1] | | | | | PA[1] | PA[1] | PA[2] | PA[g] |
| 16 | PA[1] | PA[1] | PA[1] | PA[1] | PA[2] | PA[g] | → | PA[1] | PA[2] | PA[1] | PA[g] | | | PA[1] | PA[1] | | |

AR000304

PRESCREENING DISTANCE CHART



Please use this chart in the moment you are scheduling a PA for the first interview. Keep in mind that all the locations with AM/PM status may be schedule either morning or afternoon according to the availability and Xref loop.

Cases scheduled in the afternoon should be individual. No X-REFs.

AR000305

|  | Distance from San Salvador | Recommended appointment time |
|---|---|---|
| **Zona Occidental** | | |
| Ahuachapán | 100 Kms. | AM |
| Sonsonate | 65 Kms. | AM/PM |
| Santa Ana | 66 Kms. | AM/PM |
| **Zona Central** | | |
| San Salvador | -----------o------------ | PM |
| Chalatenango | 72 Kms. | AM |
| Cuscatlán | 33 Kms. | AM/PM |
| La Libertad | 34 Kms. | AM/PM |
| Cabañas | 83 Kms. | AM |
| San Vicente | 58 Kms. | AM/PM |
| La Paz | 55 Kms. | AM/PM |
| **Zona Oriental** | | |
| La Unión | 180 Kms. | AM |
| San Miguel | 138 Kms. | AM |
| Usulután | 110 Kms. | AM |
| Morazán | 162 Kms. | AM |

AR000306

**B.-No Show Procedure**

When a PA does not attend their scheduled interview it is called a ´No Show´.

This situation may occur several times, when it happens the first time it is called a NO SHOW 1, the second time, NO SHOW 2. After the second No Show, the case will be closed by In Processing due to non-attendance.

There are some steps required to follow for No Shows for Prescreening and DHS interviews.

There should be a minimum of three attempts (not limited to) of actively trying to reach the applicant for an appointment. You must take into consideration that phone attempts should be staggered throughout the day/week, accounting for school hours, lost/stolen phones, etc.

Steps to take after each attempt:

B.1. After the 1st attempt, use the CAR Unable to contact/locate –1st attempt and leave a comment - The first attempt is counted after the first day of actively trying to reach the applicant without any response.

B.2. After the 2nd attempt (one week after initial attempt), use the CAR, Unable to contact/locate – 2nd attempt and leave a comment

B.3 . After the 3rd attempt (one month after initial attempt) use the CAR, Unable to contact/locate – 3rd attempt, add the CAR Pending RA Clarification and put the case on HOLD. Leave clear and short comments Example: "Case place on Hold, need new QCH contact information"

B.3. After six months of no response (from the initial attempt), cases will be closed.  Cases that are unable to contact will be closed by the appropriate unit (see chart below).

N.B.  Info team should log each contact attempt in the contact log as per their SOPs

| Before DHS (USCIS=NOA ) | In Processing Unit |
|---|---|
| At DHS stage (USICS=REQ,)SCH, or case is on hold Pending I-590 stamp or HQ Review) | Adjudications Support |
| Post DHS (USCIS=REF) | Out Processing |

AR000307

### C.-Prescreening

C.1. - At the beginning of the day, the guards' station is contacted by the Scheduling Unit to verify attendance of PAs scheduled for prescreening that day. Every PA has been previously assigned with their correlative number, so the guard station reports PAs missing with the correlative number.

C.2. - Once the correlative numbers of missing PAs have been collected for the Scheduling Unit, the PAs are identified on the weekly calendar list, so the case can be opened in WRAPS and the contact information identified.

C.3.-Once the case is open in WRAPS, the telephone numbers are called to try to reach the PA, the Guardian or the Anchor, in that specific order, to find out if the PA is on his/her way to the interview or if they will not be attending their appointment.

   i.-If the PA or the Guardian advised the applicant is on their way to the interview, the address and directions are provided to PA or Guardian to assure their presence. Inform the Caseworker in charge of that specific case that the PA has been delayed and will be late.

   ii.- If the PA or Guardian advised they will be unable to make the appointment, they should be informed that will be considered as a No Show, and that after the second one, the case will be closed due to non-attendance. Somebody will be getting in contact with them to provide a new time and date for a prescreening interview. An e-mail is sent to the Senior Caseworker(s) and Caseworker assigned to that specific case informing them of the situation.

   iii. - If the PA or Guardian are unable to contact, or the Anchor is not able to provide information about them, after one hour has passed from the prescreening interview time, that will be considered a No Show. The interview will be rescheduled and an e-mail is sent by the Scheduling Unit to the Senior Caseworker(s) and Caseworker assigned to that specific case informing them about the situation.

### D. - DHS Interview.

D.1. - At the beginning of the day, the guards´ station verify assistance of PAs scheduled for DHS interview. Every PA is identified on a list with name and case number, so the guard station reports PAs missing using this information.

D.2. - Once the case numbers of the missing PAs have been collected by the Scheduling Unit, the PAs are identified on the weekly calendar list, the case is opened in WRAPS to see the contact information available.

AR000308

D.3.-Once the case is open in WRAPS, the telephone numbers are called to try to reach the PA, the Guardian or the Anchor, in that specific order, trying to find out if the PA is on his/her way to the interview or will not be able to attend.

  i.-If the PA has not shown to the appointment, DHS Support reports the absence to the Schedule Unit, so the SU tries to reach the PA to find out if he will attend the appointment. If the PA advises that is on his way to the interview, the address and directions are re-provided by Schedule Unit to PA or Guardian in order to assure their presence. DHS support is informed by the Scheduling Unit about the status.

ii.- If the PA or Guardian inform that they will be unable to attend the appointment, they should be informed that this will be considered a No Show, and, after the second one, the case will be closed due to non-attendance, and that somebody will be getting in contact with them to provide a new time and date for DHS interview. After that an e-mail is sent to Adjudications Support informing them of the situation.

  iii. - If the PA or Guardian are not able to be contacted, or the Anchor is not able to provide information about them, after one hour has passed from the DHS interview time, that will be consider a No Show. The interview will be rescheduled and an e-mail is sent to Adjudications Support informing them of the situation.

## E.-Guidelines for Disclosing Information

When a prescreening interview is being set up, certain information should be disclosed to the persons involved in the process.

This information may include details of the CAM program, the applicant´s personal information, and some other details that pertains only to the individuals involved.

The only persons that can receive and provide information are the Anchor, the applicant (PA) and the guardian (GU), whose identities can be verified on the AOR.

Any other person besides them is not allowed to receive complete or partial information from the case, unless they have previous verbal authorization from Anchor, PA or guardian.

To reiterate, if the name of the person is not in the AOR of the case, they are not allowed to receive information or to make enquiries about a case.

## F. - STEPS TO DISCLOSE INFORMATION

1. Make sure the person is listed on the AOR.
2. Verification of identity is a mandatory procedure to maintain confidentiality and is an initial step before providing any case specific information. RSC staff must verify that the person contacting them is indeed the PA, PA´s Guardian, Anchor, or the PA's authorized POC. RSC staff must verify at least three out of the following six questions:

AR000309

- PA's WRAPS case number
- PA's AOR case file number
- PA's date of birth
- PA's place of birth
- PA's father's or mother's name
- Names of applicants registered on the PA's case

3. By asking open questions, let the person provide all the information related with the case.
4. Try not to ask closed questions in the process of verifying sensitive information.
5. Ensure the person takes note of the information provided.
6. Make the person read the information back to you just provided repeating the place, time and date of the appointment.

Take into account that even if two PAs are X-REF, if they don't have the same guardian, you cannot expect to have one guardian informed by the other. That is an unethical procedure and can be considered as disclosing information to unauthorized persons.

**INFORMATION ON EVERY CASE CAN BE DISCLOSED ONLY IF THE NAME OF THE PERSON APPEARS ON THE AOR, OTHERWISE CAN BE CONSIDERED AS UNABLE TO CONTACT.**

## 4. Scheduling cases in WRAPS:

To complete scheduling for any case, three levels of actions should be taken as follows.

i. Contact log updated in WRAPS
ii. Comments updated
iii. Scheduled in WRAPS

**i. Contact Log Update:**

The Scheduling Unit staff contacting the applicant of a case is responsible to update the contact log. Follow below steps in WRAPS

↳ Case summary screen Left hand Menu
↳ Contact/inquiries
↳ Add contact Log



AR000310

↳ **Contact Name:** fill this section as **PA or PA's Guardian / Anchor**



↳ **Contact Description:** populate with the scheduled date in the format **DD MMM YYYY**

↳ **Contact Method:** from the dropdown select **Phoned Out**



↳ **Contact Reason** from the drop down menu select **Scheduling Notification**

AR000311



↳ **Response required** from the dropdown select **No**



### ii. Comments Update:

Case comments on WRAPS Summary Screen is maintained by the respective Scheduling staff, the exact schedule date and time should be indicated. Once the contact log and case comments are done please proceed to set the **AOR-RAVU** and **PreScrn** Status to **SCH**.

### ii. Scheduling in WRAPS

The Scheduling Unit creates 2 schedules per day: 1) AOR and 2) Pre-screening. Each day has a separate AOR and PS schedule.

Steps:

↳ Click **RSC** at the Top Menu Bar
↳ Click Scheduler

AR000312



↳ **Add or Edit Schedule to** Assigning and Naming SCH ID:
↳ **Type:** AOR Screening **OR** Prescreen Interview



**Title:** For Prescreening Interview write; ES PS Interview DD MMM YYYY

For AOR Screening write; ES AOR Screening DD MMM YYYY

**Start Date and End Date:** Populate with exact Schedule Date

↳**Use Status:** Open

↳**Start Time:** 8:00 and **End Time:** 17:00

↳ **Appointment Length:** 50

↳ **Slots/appointment**: 7

↳ **Click Submit**

AR000313



**To find the schedule after creating it, please click on: RSC → SCHEDULER → FILL SCHEDULE.**





AR000314

↳ Schedule the corresponding applicants and cases:

↳ Select all the cases that are scheduled on that date

↳ Click on Schedule & Submit. (Suggestion: you can select cases by using CTRL F from the web browser to go faster)



**Note: If any case needs to be removed from the schedule, go to the schedule ID of the date the case is scheduled, find the specific case in the assigned appointments. Select that case and click on <u>Unschedule</u> and then Submit.**

Once Case PS/AOR is scheduled in WRAPS, in the Summary Screen left Hand Menu;
<u>View Schedules</u> will be reflecting as below:



AR000315

### 5. Changes in PS/AOR Schedule:

- If an applicant calls to cancel an appointment before the PS date, the Communications Unit notifies the Scheduling Unit through email. There has to be a valid reason provided by the applicant as well as a possible time line when they will be available for the interview.
- The case will be removed from the WRAPS schedule and rescheduled for another date. Clear case comments should be left and the Contact Log needs to be updated accordingly.

6. If the applicants are a No Show or they cancel their PS appointment on the day of their PS, the Scheduling Unit should inform the Caseworker so the Caseworker should enter the case as a NSH1/2 in WRAPS and update the CAS/CAR accordingly.

7. Cases that need follow-up with RAs:

There are several reasons why cases need to be flagged to the Communications Unit while preparing the AOR/PS schedules;

- Unable to Contact/Locate,
- Case needs an Amended AOR,
- Case needs consent from the Anchor through the RA
- Other outstanding issues that will stop the case from being scheduled

The AOR and PS status for such cases should remain at REQ.

### 8. USCIS notifications

The Scheduling Unit receives the list of cases for the DHS schedule from the Adjudications Support Unit. The Scheduling Unit calls the PA and/or guardian using the script template to inform them of the appointment date. Under no circumstances does Info/Scheduling change the DHS interview date, regardless of the reason why an applicant cannot attend or if they cannot be contacted. Adjudications Support team will inform the Scheduling Unit in advance of any changes in the schedule.

Steps to follow:

- Applicant is called and Contact Log is updated by selecting: Pre-INS Interview
- WRAPS Comment to be updated as PA contacted for DHS interview on *date* at *time*
- If the Scheduling Unit is not able to contact the PA/guardian, they should flag the case to the Adjudications Support team for further instructions and to Communications Unit to follow up.
- Depending on the instructions from the Adjudications Support team, the unreachable case can be replaced by another case no later than 4 days prior to USCIS interview date.

Scheduling Unit completes USCIS schedules on a weekly basis. The schedules are sent to the Communications Unit which informs the respective RAs of the applicants´ USCIS interview dates and times.

AR000316

### 9.  Reports Used by Scheduling Unit:

At present there are three reports used by the Scheduling Unit per below to track the cases ready for scheduling.

- Daily Report ; CAM Pending PreScreen                6:14 AM
- Daily report : QC PRE INTERVIEW
- Weekly Report; Pending_PS_but_Submitted_Early    6:15 AM Monday

AR000317

**A.- DHS Interview Process**

# DHS INTERVIEW

LIST OF CASES FOR INTERVIEW

SENIOR SCHEDULING

PROJECT ASSISTANT SCHEDULING

WRAPS

OPEN THE COMMENTS ON CASE SUMMARY TO VERIFY IF CASE READY FOR USCIS INTERVIEW

OPEN AOR TO CHECK THE PHONE NUMBERS OF PA, GU OR ANCHOR

- CALL AND INTRODUCE YOURSELF AS AN IOM EMPLOYEE
- VERIFY THE INTERLOCUTOR'S IDENTITY: ASK FOR PA´s DOB OR ANCHORS´s DOB
- PROVIDE INFO ABOUT THE FURTHER PROCESS AND INFORM ABOUT THE APPOINTMENT FOR USCIS INTERVIEW
- ASK TO BRING THEIR DOCUMENTS

UNABLE TO CONTACT (UTC)

1st and 2nd Attempt

WRAPS

ADD UNABLE TO CONTACT CAR

UNABLE TO CONTACT (UTC)

3RD Attempt

WRAPS

ADD UNABLE TO CONTACT CAR

ADD PENDING RA CLARIFICATION CAR

PLACE THE CASE ON HOLD

WRAPS

ADD COMMENT AND CONTACT LOG

E-MAIL

AT THE END OF THE DAY E-MAIL YOUR SCHEDULE TO DHS SUPPORT AND COPY SENIOR SCHEDULING

AR000318

**B.- DHS Results Scheme**



AR000319

## 10.-Internal procedures.

**A. - PA has a new born baby:**

A.1- If the baby is born before PS interview and after AOR was created:

    i - Baby should be present at the interview

    ii - Birth certificate is required

    iii - Note should be posted on WRAPS summary

A.2. - If the baby is born before PS interview and before AOR was created

    i.-PS appointment cannot be set up.

    ii.-E-mail should be sent to Communications and Program Access explaining the situation

    iii.-Note should be posted on WRAPS summary

A.3. - If the baby is born after PS interview:

    i.-An e-mail from Program Access will be received to schedule an appointment for add on baby process.

    ii. - Get in contact with Senior Caseworker(s) to agree date and time
    iii. - Inform PA about appointment details
    iv. - Note should be posted on WRAPS summary

**B. - PA gets married.**

    i.- Marriage certification is required

    ii.- Send an e-mail to Program Access informing them of the situation

    iii.- Get in contact with Anchor to verify situation

AR000320

**C- PA dies**

    i.- If it is a gang related death or violent death an email should be sent to CPO explaining the situation.

    ii.-If it is a natural death an email should be sent to Management explaining the situation.

    iii.-If the PA has a derivative included in the case, a death certification is required, and an e-mail should be sent to Program Access, Communications, and, depending of the kind of death, another e-mail to CPO or Management.

    iv.-If a derivative dies, a death certificate is required and an e-mail should be sent to CPO informing about situation.


**D. –Forced Migration.**

  - If the PA or any X-REF from the case has tried to migrate irregularly to another country an e-mail should be sent to Communications to inform them of this situation, even if any of them are detained at a certain point of travel.

**E. - Relevant Issues**

 - If there is a suspicion of family violence, child abuse, death threat or any other situation that may jeopardize PA´s life an expedite form should be fill and sent to the CPO.

- If the threat does not jeopardize PA´s life send an email to the Caseworker informing them about the situation.

**F. - Medical Conditions**

If the PA has a medical condition or physical disability like they are mute or deaf, handicap, mental illness or any other condition that requires any action in our side to collaborate to get information during the PS interview, an e-mail should be sent to Senior Caseworker to inform about situation and specify the PA´s condition, and a note has to be left on the summary in WRAPS specifying this situation as below:

| Comments | 07 DEC 2016 AHE: ATTENTION TO CW/PA xxx explain disability xxx |
| Enlarge Shrink | 07 DEC 2016 AHE: ANCHOR contacted for PS interview /11 JAN 2017/ 8:00 am |

**G. - Guardian is not willing to come.**

Contact Anchor and suggest a change of guardian before setting up the appointment for prescreening.

AR000321

**H. - PA not willing to continue with the process**

- If the PA is a minor the guardian is required to come and sign a withdrawal letter.

- If the PA is an adult, the PA is required to come and sign a withdrawal letter.

In both cases the Scheduling Unit will schedule it as a regular PS interview and the date and time and that information will be sent on an email to communications.

**I. - PA is detained in jail.**

- If the PA is still detained at the moment that the prescreening appointment is being set up, the process should be stopped at that point and an e-mail should be sent to Program Access to inform them about the situation.

- If the PA is already out of jail at the moment that the prescreening appointment is being set up, the process should be stopped at that point, the PA should be advised that the release letter will be required and we will get in contact to continue with the process, and an e-mail should be sent to Program Access to inform them about the situation.

**J. - PA gang affiliation.**

- If there is a suspicion that the PA has gang affiliation, a form should be filled and sent to an e-mail should be sent by the Senior Scheduling to Senior Caseworkers and the Caseworker with that specific case to inform about that situation.

**K. - Unable to Contact** If the PA, the guardian or the anchor are unable to contact, a contact log specifying that situation should be left on WRAPS, and an e-mail should be sent to Communications informing them in order to get other phone numbers for contact.

**L. - PA unable to read and write.** - If the PA or the Guardian are unable to read and write, ask them for another trustable person that they can authorize to take notes and specifications about prescreening requirements. If there is no one around that may help, find out from PA when someone can be there to help with the information, so s/he can receive another phone call and reschedule the appointment, or get in contact with the Anchor to provide the information required to set up the prescreening appointment.

**M. - PA does not have all documentation ready.** - If the PA states that not all the required documentation will be ready for the prescreening interview, encourage him/her to come even with missing documentation, but BC is a must, and inform that it can be brought after the interview.

AR000322

**N. – Amended AOR includes a new PA.** If the other X-REFs of this new case have already been scheduled, but the interviews have not happened yet, all the appointments are cancelled and rescheduled with the new case included as X-REF.

If the other X-REF of the new case have been already interviewed on prescreening, they are put on hold and the new case is schedule for the prescreening interview, after the last case is interviewed, the hold should be lifted.

**O. - Update information in WRAPS.** If there is some information that needs to be changed or updated on WRAPS the procedure will depend of the point of the process:

  - If the update needs to be done before PS interview, then the information can be changed on WRAPS by any Project Assistant on the Scheduling team.

  - If the change needs to be done before DHS interview or DHS result, e-mail is sent to Adjudications Support with the right information so they can update it in WRAPS.

**P. - Change of Guardian.** If the change of Guardian occurs before PS interview scheduling send an e-mail to Communications informing about the situation. If the change occurs before DHS interview or DHS results, an e-mail is sent to Communications with cc Adjudications Support. If the PA arrives to the interview with a different Guardian, we should contact Anchor to get his approval and send email to communications informing about the situation.

AR000323

## III.    Annex

**Script for Pre-screening Central American Minors Program**

**Spanish version-El Salvador**

Hola, le llamo de la Organización Internacional para las Migraciones (***por razones de seguridad no proporcionamos el nombre a menos que el aplicante nos pregunte***). Por motivos de confidencialidad me podría proporcionar su fecha de nacimiento (***confirmar que realmente estamos hablando con el aplicante/responsable/padre en los Estados Unidos***). Hemos recibido la solicitud de su papá o mamá en los Estados Unidos para el Programa de Menores de Centroamérica, para lo cual iniciaremos el proceso. La primera parte de este proceso, es que usted tenga una entrevista en nuestras oficinas en El salvador. Su entrevista será el día XXXX a las XXXX horas en la OIM; nuestra dirección es la siguiente: Urbanización Madreselva Pasaje H Edificio #5, Colonia Santa Elena, Antiguo Cuscatlán, La libertad *(proporcionar una referencia como ubicar nuestras oficinas)* El número de teléfono es 2521-0500, opción 1.

La entrevista puede tardar varias horas, por lo que no podemos asegurarle que saldrá temprano de la oficina (si la entrevista empieza por la tarde), por favor considera la posibilidad de quedarse la noche en San Salvador para evitar regresar a su casa durante horas de la noche. Le recomiendo que planifique su estadía en San Salvador y lleve el dinero necesario para su alojamiento y alimentación. En caso de tener niños pequeños (***verificar AOR***) es recomendable que lleve comida para que los niños puedan comer algo mientras esperan. Contamos con un área de guardería con una persona encarga para que los niños puedan jugar y distraerse mientras esperan. Necesitamos que usted se presente a su entrevista con la persona que es responsable por usted acá en el país esta persona debe de traer su documento de identificación. (***Únicamente aplica para menores de 18 años, si es mayor el aplicante debe de venir solo***). Si usted es mayor de edad y viene acompañado de alguien esta persona deberá de esperar fuera de la oficina.

Para su entrevista, usted y todos los aplicantes de su núcleo familiar (*personas enlistadas es en el AOR*), deben llevar los siguientes documentos e información por escrito:

1. **Pasaporte** (no es un requisito, sin embargo, es necesario aconsejar a los aplicantes que inicien el trámite para obtener el pasaporte).
2. **DUI** (para mayores de 18 años).
3. **Partida de nacimiento**. (Aplica para todos los aplicantes)
4. **Partida de Matrimonio** (para padres que se encuentran dentro del programa/recomendable para hijastros).
5. **Certificado de Divorcio** (si aplica; principalmente para categorías D,E,F)
6. **Solvencia de Policía** (mayores de 18 años).
7. **Antecedentes penales** (mayores de 18 años).
8. **Documentos que soporten su caso** (amenazas por escrito, reportes de policía sobre algún incidente, etc.).
9. Documentos de retorno (deportación) si ha viajado previamente a los Estados Unidos.
10. (**SOLAMENTE PARA APLICANTES CATEGORIA E**) Presentar cualquier documento que certifique y confirme que dicho responsable vive en la misma casa y que forma parte del mismo núcleo económico que el aplicante principal. Esto puede incluir documentos que muestren una dirección compartida y registros escolares o médicos que demuestren el rol del responsable.

AR000324

Información por escrito:

- Estatura y peso.
- Lugares donde ha vivido los últimos 5 años.
- Estudios realizados (lugares y fechas) (*no se requieren constancias*) y los trabajos.
- Información familiar sobre: Papá, Mamá, hermanos o medios hermanos y la persona responsable cuando no sea uno de los anteriores. De cada persona escribir: Nombre completo, lugar y fecha de nacimiento, lugar de residencia actual y estado civil.
- Historial de números telefónicos que usted posee o ha poseído. Favor escriba una fecha estimada desde cuando posee cada número telefónico y, en caso ya no posea algún número telefónico, escriba una fecha estimada en la cual dejo de poseer un número telefónico.

**En caso de que el AOR explique la existencia de una condición médica consultar que tipos de arreglos serían necesarios (interprete cuando hayan problemas de lenguaje), acceso a silla de ruedas, etc. Si el AOR no especifica alguna condición médica consultar con el aplicante si sufre de algún limitante.**

**Nota:** es importante que todas las personas en el caso (y sus casos relacionados) se presenten a la entrevista de manera puntual (**se recomienda que lleguen 10 minutos antes, si no llegan a tiempo, no podemos asegurarle que será atendido**). En caso usted tenga alguna duda respecto a la información o documentación o no pueda tener lista toda la información solicitada, por favor NO DEJE DE VENIR A SU ENTREVISTA. Le sugerimos que nos llame al número proporcionado al principio de la llamada para poder solventar cualquier duda. Igualmente, si por motivos de fuerza mayor usted está retrasado o no puede atender a la cita por favor comunicarse con OIM inmediatamente al número proporcionado al principio de la llamada, para que podamos tomar las acciones apropiadas. **Recalcar al finalizar la llamada que la cita es en OIM no en la Embajada de Estados Unidos.**

**¿Tiene usted alguna pregunta o hay algo que no esté claro?**

AR000325

1.  **Template: REQUESTS TO EXPEDITE**

  

---

## Expedite Request Form

**Case Number: (mention the Xref cases if any)**
**Applicant Name:**
**Author of Request:**

1.  **Why are you requesting to expedite this case?**

   *(Explanatory note written on why the case is recommended for expedite by the schedule unit while giving out AOR/PS interview scheduled date to the applicant. Any cases with urgent protection concerns or serious medical conditions can be recommended for expedite by scheduling unit to Child protection officer)*

AR000326