# Exhibit 37-1





**Standard Operating Procedures (SOPs) for the Communications Unit**

Roles and Responsibilities

**Version 1.6**

AR000327

**Resettlement Support Center Latin America (RSC LA)**

**SOP for the Communications Unit – Version 1.6**

*Purpose*: The Purpose of this SOP is to clearly define the duties and areas of responsibility for the Communications unit in Central America as part of the Resettlement Support Center (RSC), Latin America.

*Electronic Version can be found at:*
RSC LA Communication SOP version 1.5-Jul 2017.docx

Principal writer: Project Officer, Compliance, Communications and Cultural Orientation
Principal approver: RSC Latin America Project Manager

**Document Change and Review History**

❖ This handbook is a document that is amended to reflect an up-to-date overview of the roles and responsibility of RSC LA staff as well as changes in policy and SOPs related to expedited case processing.

**Document Change History**

| Version # | Date of Release | Section(s) Revised | Description of Revision | Coordinated With | Approved By |
|---|---|---|---|---|---|
| 1.5 | July 20, 2017 | Unable to Contact, Reports | | Project Officer | |
| 1.6 | Sept 25, 2017 | UTC 3rd time | | | |
| 1.6 | Sept 25, 2017 | Reports: -Amended AOR -Pregnancy Add on Baby -Missing Docs | Changes in frequency of review reports, who updates/removes H and CARs | Project Officer, Case Management | |

AR000329

❖ This SOP is a living document and regularly updated.  It is reviewed each fiscal year to ensure the information contained herein is current. The table below identifies the year, names of reviewers, and date approved.

**Yearly Review History**

| Fiscal Year | Team Reviewer | Senior Management Reviewer | Final Approval Date |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Documents Referenced**

**Version 1 Fiscal Year 2017:**

1. USRAP Overseas Processing Manual, USRAPM-001-2014, October 1, 2014
2. PRM Program Announcements:
    a. Program Announcement 2012-02, Expedited Protection and Resettlement Fact Sheet
    b. Program Announcement 2012-02, Fact Sheet on Expedited Protection and Resettlement Attachment, Oct 24, 2011.
    c. Program Announcement 2013-01, Capturing Threat Information in WRAPS, Nov. 19, 2012
    d. Program Announcement ETC 2015 – 10 – rev, August 10, 2015
    e. Program Announcement 2008-07 Revised Six Business Day Notification Requirement for Refugee Travel
3. RPC SOPs, :
    a) SOP-OP-RSC002-v1 17 - Pre-screening
    b) SOP-OP-RSC007-v1 4 Assurance and Allocation,
    c) SOP-OP-RSC004-v2 10 - Security

**Table of Contents**

a.   Introduction and Confidentiality ........................................................................................ 6

b.   Consulting ........................................................................................................................ 7

c.   Email Correspondence .................................................................................................... 9

d.   Requests for Expedites: .................................................................................................. 9

e.   USCIS Decision Counselling ......................................................................................... 11

f.   Contact Log & WRAPS .................................................................................................. 14

g.   Communication with RAs and Anchors/Guardians ...................................................... 14

h.   Pending RA Clarification ............................................................................................... 15

i.   Withdrawl/Non Willington to Attend ............................................................................. 16

j.   Guardian Authorization ................................................................................................. 17

k.   Downgrades ................................................................................................................... 18

l.   Closure Letters .............................................................................................................. 17

m.   Reports .......................................................................................................................... 18

n.   Appendices .................................................................................................................... 18

    i.   Appendix 1: Reports .......................................................................................... 25

    ii.   Appendix 1: Email Templates... ......................................................................... 26

    iii.   Appendix 3: RFR Tip Sheet ............................................................................... 26

## Introduction

Resettlement Support Center, Latin America (RSC LA) plays a key role in ensuring the integrity of the US refugee Admissions Program (USRAP) and in guarding against internal malfeasance in the processing of Central American Minors for resettlement. This internal Standard Operating Procedure (SOP) is aimed to enforce the implementation of the below compulsory guidelines and maintain clear communication between implementing partners, the Resettlement Agencies, and beneficiaries.

- PRM Program Integrity Guidelines
- PRM Guidelines for the Treatment of Refugee Records
- PRM Notice on Confidentiality of Personal Information
- IOM IN/70 Fraud Awareness and Prevention Guidelines
- IOM IN/142 - Policy on Reporting Irregular Practices, Wrongdoing and Misconduct

**Objectives of this SOP**
- Maintaining quality, high standards and strict adherence to the PRM and IOM guidelines mentioned above
- Explain the processing procedures for registering incoming and outgoing communication with RSC applicants
- Explain procedures to communicate with the different units in RSC LA
- Explain procedures to establish communication and information flow between RSC LA and Resettlement Agencies (RA)

## Confidentiality

IOM staff is required to maintain the highest level of professionalism, integrity and confidentiality while communicating with applicants or processing refugee records. IOM staff are reminded to use the PRM and IOM guidelines on confidentiality as a reference on a daily basis. The main guidelines relevant to confidentiality are:
- PRM Program Integrity Guidelines
- PRM Guidelines for the Treatment of Refugee Records

Points to remember to maintain confidentiality
- Principal Applicants (PA), Anchors, Authorized Point Contact, and Guardians are the only individuals eligible to receive case specific information from RSC. Other individuals, including the PA's family or friends, will not be given any information about the case.
- Other individuals or entities including implementing partners, RAs, government or non-government officials inquiring about cases must be referred to the RSC LA Information Unit, copying RSC LA Management. RSC staff is required to inform the Project Manager or the Deputy Project Manager regarding any external inquiries received.  In cases when there are unusual requests, before responding, these inquiries should be flagged and an email should be sent to the Deputy Manager and Manager for instruction with the **Communications Focal Point and Project Officer in copy.**

- Verification of identity is a mandatory procedure to maintain confidentiality and is an initial step before providing any case specific information. RSC staff must verify that the person contacting them is indeed the PA, PA´s Guardian, Anchor, or the PA's authorized POC. Whether communication with the applicants is via phone, walk-in or email, RSC staff must verify at least three out of the following six questions:
    1. PA's WRAPS case number
    2. PA´s AOR case file number

3. PA's date of birth
4. PA's place of birth
5. PA's father's or mother´s name
6. Names of applicants registered on the PA's case

## Consulting

**Standard introduction**
The standard introduction to applicants, whether by email, phone or in person must include:
- Sharing with applicant RSC staff first or "false" name (if not using real name for security reasons)
- Verification of the applicant's identity
- Important reminders for applicants if needed regarding important CAM specific announcements.  Example: reiterating to applicants the need to inform IOM of any changes in contact information

Communications Unit must use a standardized consulting template to answer any queries. For any new scenario and questions when the Communications Unit staff does not have a clear response, staff must consult the relevant unit focal person or Supervisor for guidance.

**Receiving phone calls**

RSC Latin America Communications Unit will receive calls during standard working hours in all 3 locations.
Upon providing the applicant with the standard introduction and successfully confirming the caller's identity, RSC staff are required to give the applicant the time and space needed to express his/her message freely and without interruption. Once the applicant relays the message, RSC staff must respond to the applicant based on the standardized consulting template below.

- Applicant inquiries that do not have a response on the standardized consulting template must be reported to the Communications Focal Point and Project Officer via email so the Supervisors can update the standardized consulting templates accordingly.

**Adding a new phone number on a case**

- Whenever Communications Unit receives a request from applicants to add a new phone number on their case after verification of the identity of the applicant, they should capture the new information in WRAPS using the following three steps:
  1. Add the new number to the contact tab.
  2. Create a new contact log reflecting the communication.
  3. Leave a comment in the comment section ¨updated phone number¨.

- When a case is RFD, changes should be made in WRAPS.  An e-mail should be sent providing the case number and new phone number to both Operations staff and Pre-Departure Services.  This avoids delays in the case.
- After PS completion, a new phone number update on a case needs IAC re-requested at any stage of case processing. When Communications staff change the phone number, this is automatically flagged on a daily report to the relevant units so they can re-request IAC. No further action is needed from Communications staff when an IAC Bio-Diff is created.

AR000333

- If the Travel tab is ABN, do not add the phone number. An e-mail should be sent providing the case number and new phone number to both Operations staff and Pre-Departure Services. No further action is needed from Communications staff
- If the applicant calling is a PAR case already notified, RSC staff can gather the information and send it via email to OPS or defer communication to OPS department.

**Applicant POC (Point of Contact)**

The Applicant POC option can be used to add an extra point of contact to the case, in order to add it to the case, the information about the POC have to be provided by one of the authorized parties (Anchor, QCH or GU), the point of contact will be able to receive general information such as, appointment information, missing documents, etc. however we cannot share sensitive information with the POC ie. Medical exams results, DHS decisions.

In order to add a POC, click on Applicant POC, which will take you to the next screen (as seen below).



On this screen you can fill in the information about the POC, then click submit



Afterwards, the system will show 'Yes' for the Applicant POC on the main screen. When adding a POC, the CAR 'Sensitive Contact Details' should be used as a flag.

**Email correspondence with applicants**

El Salvador Communication unit is responsible for responding to emails received at:  RSC Central America Info RSCCAInfo@iom.int . El Salvador Communications unit will take first action on any email received and will try to provide resolution. In the event that the El Salvador team won't be able to provide resolution, ES COMM will defer to HO or GT COMM units in order to follow up. When communicating with applicants via email, RSC staff must include in the email signature the following message, in both Spanish and English: All resettlement services are free of charge. Report suspected fraudulent activity to: FraudRSCLatinAmerica@iom.int. For case status email inquiries, please ensure that you include your RSC case number, and that your email is registered with IOM.

 When Communication Unit receives emails with inquiries. COMM staff must:
- Reply with the verification of identity email:

"*Thank you for contacting the Communications Unit of Resettlement Support Center (RSC) Latin America, which is operated by the International Organization for Migration. Before we address your inquiry, please answer 3 of the following questions so we are able to verify your identity:*
1. *Case number (PA's WRAPS case #)*
2. *Contact number*
3. *Date of birth*
4. *Place of birth*
5. *AOR Case File ID Number*
6. *Father's or mother´s name*
7. *Names of applicants registered on the PA's case*"

- After verification of identity, RSC staff must respond based on the Common Inquires Response Template/Format/Sheet. Please refer to consulting templates and select the appropriate response template.
- If the applicant does not reply within three working days, RSC staff must call the PA using the phone number registered in WRAPS. Each individual staff member is responsible for keeping track of these pending responses.
- Applicant inquiries that do not have a response on the standardized response sheet must be reported to the Focal Point and Project Officer by email in order to update the standardized response sheet accordingly.
- For inquiries from applicants with PAR status that were notified already please send it to operations unit for HO to the email iomtguinfo@iom.int for ES to the email iomsvinfo@iom.int, if the cases have not been notified COMMS unit have to answer query.

After PS completion, a new email update on a case needs an IAC re-request at any stage of case processing.  When Communications staff change email address, this is automatically flagged on a daily report received by all relevant units so they can re-request IAC. No further action is needed from Communications staff.

**Walk-ins**

RSC Latin America Communications team will be available to receive walk-ins hours will be designated by each CAM country.

Communications staff should attend to walk-ins within 30 minutes of their arrival, unless during lunch hour.  Walk-ins will generally not be received if they arrive less than 30 minutes before office closure.

AR000335

Upon providing the applicant with the standard introduction and confirming the visitor's identity, RSC staff are required to give the applicant his/her safe space and sufficient time for expressing his/her message freely and without interruption. Once the applicant relays the message, RSC staff must respond to the applicant based on the standardized response sheet. Please refer to consulting templates below.  They must also leave the appropriate comment and update the contact log selecting the reason as: visit.

**Contacting applicants for follow-up**

If RSC staff need to contact an applicant over the phone or emails to follow-up or gather any additional information on a case, this should be done through the Communications Unit.

The respective unit/staff member has to send an email request with the necessary query that needs to be confirmed to the Communications units:

- For ES to RSC LA Communications [rsclacommunications@iom.int](mailto:rsclacommunications@iom.int)
- For HO to RUIZ Julia [juruiz@iom.int](mailto:juruiz@iom.int) and FLORES Max [mflores@iom.int](mailto:mflores@iom.int) with Copy to VEGA Nathalia [nvega@iom.int](mailto:nvega@iom.int) , JOVEL Hugo [hjovel@iom.int](mailto:hjovel@iom.int) , VUNDERINK Tracy [tvunderink@IOM.INT](mailto:tvunderink@IOM.INT) and CORNEJO Eduardo [ecornejo@iom.int](mailto:ecornejo@iom.int) .
- For GT: MONTERROSO Vitorio [VMONTERROSO@iom.int](mailto:VMONTERROSO@iom.int) with Copy to , VUNDERINK Tracy [tvunderink@IOM.INT](mailto:tvunderink@IOM.INT) and CORNEJO Eduardo [ecornejo@iom.int](mailto:ecornejo@iom.int) .

The Communications Unit will call the applicant to confirm/gather the necessary information and reply back to the respective RSC staff email.

## Request for Expedite

If the Communications Unit receives a call/visit/email from Qualified Child (QCH), describing a possible reason for expedite, the Communications Unit should record the information and submit that by email using the Expedite Form to the Child Protection team at the RSC LA Child Protection group email ([rsclachildprotection@iom.int](mailto:rsclachildprotection@iom.int)).

If the Communications Unit receives a call/visit/email from Qualifying Parent (QP), Anchor, and/or Guardian (GU) describing a possible reason for expedite, the Communications Unit should try to contact the Qualified Child in order to get more detailed information, record the information and submit that by email using the Expedite Form to the Child Protection team at the RSC LA Child Protection group email ([rsclachildprotection@iom.int](mailto:rsclachildprotection@iom.int)).

If the Communications Unit receives an email from an RA the Communications Unit should try to contact the Qualified Child in order to get more detailed information, record the information and submit that by email using the Expedite Form to the Child Protection team at the RSC LA Child Protection group email ([rsclachildprotection@iom.int](mailto:rsclachildprotection@iom.int)). Moreover, they should reply by email using the Expedite template to the RA so the RA is informed it has been flagged to Child Protection. (Refer to Expedite SOP for details).

**Receiving additional documents (other than Change of Address forms)**

Documents received by email or in person from the applicants are handled by the Communications Unit and forwarded as required to different units.

Pre-USCIS cases:

- Case before QC - send the documents via e-mail to the Caseworker and cc the Senior Caseworkers.with the subject: **CW Pending documentation – Case Number**
- QC completed and before RAVU FWD - send the documents to the Program Access distribution list RSCLAInprocessing [RSCLAInprocessing@iom.int](mailto:RSCLAInprocessing@iom.int) for further action to be attached in WRAPS and physical file. .with the subject: **PA Pending documentation – Case Number**

AR000336

- QC completed and RAVU FWD - send the documents to the Adjudications distribution list RSC LA DHS Support rscladhssupport@iom.int with the subject: **AD Pending documentation – Case Number**

Post-USCIS cases
- If the case was already interviewed by DHS, but the case is still pending decision (USCIS reading NOD) or conditionally approved - send the documents to the Adjudications distribution list RSC LA DHS Support rscladhssupport@iom.int with the subject: **AD Pending documentation – Case Number**
- If the case was already interviewed by DHS, and the case was approved (USCIS status in WRAPS is REF) - send the documents to Pre-Departure Services RSCLAOutprocessing RSCLAOutprocessing@iom.int . with the subject: **PD Pending documentation – Case Number**
- If the case was already interviewed by DHS, and the case was offered Parolee status (USCIS status in WRAPS is PAR) - send the documents to the Parole focal point in Operations. IOM San Salvador Info iomsvinfo@iom.int , IOM Tegucigalpa Info iomtguinfo@iom.int or IOM Guatemala Info iomgtinfo@iom.int

## USCIS Decision Counselling

The report Post_CIS_Cases_For_Notification will be receive everyday with the  USCIS decision list Scheduling team will prepare the schedule for decision notification and call applicants to invite them for those appointments.  <mark>Refugees will be prioritized for the first appointments over Parolees and Denied.</mark>

Process flow
By Scheduling:
- Applicant is called and Contact Log is updated by selecting: Post-INS Interview > Phoned out
- WRAPS Comment to be updated as PA contacted for DHS Result on date at time
- Scheduling will send the schedule to Comms
Communications part:
- They will hand over the decision letter and inform applicant about next steps to follow.
- Contact Log is Updated by selecting: Post-INS Interview > Visit
- WRAPS to be updated using formatted comment: PA notified about REF/PAR decision

How to place a formatted DHS decision comment:

032015 LMS: PA notified about xxxxxxxxxxxxxxxxxx <USCISDecisionStart>03 Dec 2015<USCISDecisionEnd>

**Where the xxxx means the result. Examples:**

- 03 Dec 2015 LMS: PA notified about approval decision <USCISDecisionStart>03 Dec 2015<USCISDecisionEnd>
- 03 Dec 2015 LMS: PA notified about denial decision <USCISDecisionStart>03 Dec 2015<USCISDecisionEnd>
- 03 Dec 2015 LMS: PA notified about parole decision <USCISDecisionStart>03 Dec 2015<USCISDecisionEnd>
- 03 Dec 2015 LMS: PA notified about hold decision <USCISDecisionStart>03 Dec 2015<USCISDecisionEnd>

AR000337

- Please make sure you do not add any space or additional character between the <>signs.
- Between **<USCISDecisionStart>** and **<USCISDecisionEnd>,** you should add the date when you notified the applicant (you can add spaces)

The Communications team will be in charge of counseling applicants on the date of the appointment, handing over the decisions letters and providing advice on a case by case basis Communications staff will normally distribute the decisions in person and handle applicant´s queries and guide them on case by case scenario. As exceptions, if the applicant is RFD or if the applicant was Denied and represents a potential security issue for RSC staff, then the Communications unit is able to provide a decision notification over the telephone.

### USCIS Approved: USCIS status reading REF
Applicants will be called to IOM office for counseling to receive their decision letter and will be advised on the further processing. Refer to counseling template in the Appendix for details.
In order to provide REF decision COMMS staff must check that DNA TAB is on POS status and the case is Active.

### Case summary screen for USCIS REF cases



### USCIS No Decision: USCIS status in WRAPS reading NOD
When there is No Decision made by DHS that applicant is not contacted. If applicants inquire about their decision by phone or e-mail, Communications staff counsel PA that his/her case is awaiting USCIS decision as the final decision has not yet been made. Once the final decision information is received from USCIS (by Adjudications Support), the Communications Unit will update them on the final decision of their case.

### Case summary screen for USCIS NOD cases



### USCIS Denied: USCIS Status Reading PAR/DEN
**Case Availability = Closed**

- Applicants will be called over phone by Scheduling Unit to come to the office to receive decision letter and RFR from Communications Unit.
- If there is a security concern then applicants may also be notified over the telephone.
- They will be counseled using the Parolee Counseling script. After they receive their letter and RFR, they will then have a group orientation by Operations staff.

Case summary screen for USCIS PAR cases

AR000338



Case summary screen for USCIS DEN cases



**Request for Review**
The Scheduling unit will call cases that have been denied and invite them to IOM office, as long as there is no security risk. Communication staff will provide counseling and hand the denial letter and RFR tip sheet to the applicant. However, if the case was denied because of security concerns, the Communications team will call the applicant to notify them about the decision and send the decision letter –and RFR tip sheet- by e-mail if possible. In order to differentiate the reasons for denial, Communications staff must check in WRAPs the reasons for denial to identify if the cases have a potential security risk for RSC personnel (when providing the decision).  Example: case denied for gang affiliation.  This will appear in the Post-CIS Notification report.

Applicants who were Denied or Paroled may decide to return with the RFR to the IOM office. In that scenario, no appointment is needed. Communications staff will receive the RFR, review it, translate it if necessary and update the visit in Contact Log and leave case comments. Case comment should read as follows: 03 Mar 2016 ECA: RFR received and sent to Adjudications.

Applicants can submit the RFR in English or Spanish, must explain the reasons for reconsideration, must have the applicant's case number, full name and signature. If it is not in English, Comms staff should translate if it does not contain the reasons for reconsideration, the Communications team cannot accept it and should ask the applicant to re-submit the RFR. **Emphasize to the applicant that: they must submit the RFR within 90 days after the decision notification appointment if they don't ask them to include an additional reason to deliver the RFR out of the 90 days period.**

The RFR should be scanned and sent by email to DHS Support and the original should be given directly to Adjudications unit.
Points to note:
- The RFR has to be signed by PA or guardian if minor is under 14 years of age.
- Staff is to inform the PA that unfortunately RSC cannot provide them the exact timeline when we will receive the updated information on their case. As soon as we receive any updates on their case, RSC Communication Center will contact them.

## Contact Log and WRAPS

**Contact Log**
The WRAPS Contact Log should be filled every time the Communications Unit contact with or tries to

reach (unable to contact) applicant, Resettlement Agency, or Anchor. Please refer to Contact Log Guide for details on updating the Contact Log.



The WRAPS case summary comment box is to be updated whenever any important communication occurs with an applicant at any stage of the process. Example: The applicant calls to say she is pregnant or calls to report threats made against her/him.

Adherence to the PRM Integrity Guidelines, including Section 8 mentioned below is mandatory for all RSCs. IOM will take disciplinary action against any breach in the PRM Integrity Guidelines and other relevant mandatory guidelines.

PRM Guidelines on Communication with Refugees, updating contact log:
*"Communication with Refugees*

*a) Any contact (i.e. email, phone call, letter, or visit outside of normal interviews) with an applicant and/or a designated third party must be done using phone numbers and/or email addresses registered in WRAPS. Each contact with an applicant must be recorded in the WRAPS Contact Log.*
*b) All written communication and informational material must indicate that the USRAP is free of charge and provide details on how to report any fraudulent activity. This may be done in an auto signature on emails.*
  • *Best practice includes wording to the effect of "USRAP is Free" or "All resettlement services are free of charge" on all email address signature lines.*

*c) Provide refugee documents on RSC letterhead to demonstrate authenticity.*
*d) Make case-specific information available to refugees by email, secure website (if available), mail, in person and/or phone."*

## Communicating with Resettlement Agencies and Anchors/Guardians

**Email enquiries**
All email correspondence between the Resettlement Agencies and Anchors/Guardians is to be handled by the Communications Unit in El Salvador.
All correspondence must be based on the standardized correspondence templates (refer to Appendices).
When an email query is received on a case and there is no standard template applicable to the query the staff member should analyze the case. Before sending out the response, when the response is not standard, it is important to ask for advice from the Sr. Project Assistant and Project Officer, Communications and any other senior supervisors in related units (when applicable).

- E-mails should always come from the generic e-mail address RSC Central America Info RSCCAInfo@iom.int
- Email subject line should be clear and concise.  Ex. Case GT-100222: Travel to the US
  - Case number and/or AOR case file ID number – should be mentioned while doing case by case communication
  - Name of the specific RSC activity which they are being notified of, including the Date/Month of the appointment (refer to Appendices for the template).

**RSC notification activities for Resettlement Agencies**

The Communications Unit is responsible for sharing the list of cases which are scheduled at different stages of the process to the corresponding RA.  Communications unit must email notifications regarding: Prescreening, DHS interviews and results, DNA, Medicals, and CO.
Communications Unit must use generic templates to share schedules: Eg: AOR - Pre Screening Schedule for Central American Minors to notify RA (see Appendices for all different stages schedule templates).

**Enquiries from RA/ Anchor**
•All the RA emails queries on cases to be handled by the Communications unit. See Appendix for FAQ from RA.
•Emails with enquiries received from a RA/Anchor or any other institution to be handled by RSC Central America Info RSCCAInfo@iom.int
•The Communications Unit can contact the Anchor in the US to provide information about the process, if they cannot reach the applicant or Guardian in the country of residence. The Communications Unit can also contact the RA asking for a new phone number for the applicants.

**Change of Address (COA)**
If an Anchor provides a Change of Address form (via the RA):
- If the case has not been prescreened yet, Communications will update the case in WRAPS
- If the case was PS already and DHS is not SCH yet, Program Access will change it
- If the case is DHS SCH, but no decision has been made yet, DHS Support will change it
- If case is REF, Pre-Departure Services will change it
- If case is PAR, Operations will update their records accordingly
- The Communications Unit is responsible for forwarding the COA to the appropriate unit.

**Pending RA Clarification**

Whenever another unit flags to Communications that a case required some type of clarification from the RA, Communications staff in El Salvador will send an email to the RA using the appropriate template.

Typically, the Scheduling unit is told during an appointment call some relevant information that needs to be checked, such as: the PA has fled to the U.S.  Scheduling is then responsible to leave a comment, add the CAR: Pending RA Clarification and send an email to Communications who then puts the case on Hold.   If it is not updated in WRAPS, Communications must put the CAR= Pending RA Clarification.  Once we have placed this CAR, the cases with this CAR will then appear in the report: Follow up with RA.

In order for the RA to understand the reason for the follow up, the Communications staff will use the Contact log reason: Deadline Warning and then write a short sentence which concisely describes the situation the RA must respond to.  Ex. "Confirm: PA has fled to the U.S.  This appears as a column in

the report for the RA to quickly understand what action is required for clarification to RSC.  In order to send the chart to each respective RA, the Communications staff will download each workbook and encrypt using the password applicable to each RA.  These will be emailed as attached encrypted document and the appropriate template will be used in the body of the email, these will be emailed to each RA. These are mailed every Monday to the RAs.

After sending these reports to the RAs, the person responsible must enter the comment: follow up email sent to RA.  They must also update the contact log.  <u>After 6 attempts to receive information</u> from the RA, the case will be <u>flagged to Program Access to be closed.</u>


**Withdrawl/Non Willing to attend Appointment**

- If the Applicant or Guardian inform that the QCH is/are non-willing to continue with the process and the QCH is/are still in Central America, the Communications unit should provide counseling and invite the applicants to sign a withdrawal letter (Ref to templates). The letter to be uploaded by the Communications team in WRAPS and to flag this to the corresponding unit depending where Applicant is in the process. Appropriate comments should be left in the comment log.
- If the applicant is non- willing or unable to approach IOM to sign the form (because for ex. He/she is in the United States already, detained in migration, etc.), the Communications team will flag this the corresponding unit and send an email to the RA to confirm this information, leaving the corresponding comment in WRAPS. Use the template:  Non-willing –unable to attend appointment (pg. 39).
- Once confirmation is received from the RA, the Communications team will forward email to the corresponding unit to close the case.
- If an Anchor informs by phone or e-mail they are unable/unwilling to attend, the CAM Communication staff must flag this to the corresponding unit depending where Applicant is in the process the.  Communications must send an email to the corresponding RA in order to have a written confirmation to upload into WRAPS. The RA written reply should be forwarded to the corresponding unit depending where in the process the Applicant is in order to close the case, and they will upload the e-mail into WRAPS.
- Applicants who have traveled previously to the United States should be encouraged (not obligated) to bring deportation documents to PS and to DHS interviews. This should be requested by the scheduling team, though the communication team can reinforce this information during regular communications with applicants

**Guardian Authorization (other than the one listed in the AOR)**

If a Guardian that is listed on the AOR cannot attend an interview, and the PA is under 18 years, the Communications unit needs to confirm with the Qualifying Parent, through the RA, that someone else (name and relation provided by the applicant) might accompany the child.
The Communications unit has to forward to the RA, the detailed information of the new guardian, including full name and their relationship to the PA.

Even though this information is provided by the Qualifying Parent, the Communications Unit must send an email to the corresponding RA in order to have a written confirmation to upload into WRAPS.

Use the template (see Appendix:  <u>Request for Guardian Authorization-other than listed on the AOR</u>).

Even if the other parent is in the country, but if they are not listed on the AOR as the guardian, RSC

AR000342

should follow the procedure outlined above.

Once the response is received from the RA:

- Convert email message into PDF file and upload it into WRAPS as Important Correspondence.  File naming should be as: Casenumber_1_RA_COR. Example: ES100021_1_RA_COR
- Upload documents into WRAPS using the file, Upload Photo and PDF, that should be on the computer desktop.
- Search the PA´s case in WRAPS to find the document that has been uploaded, go to Casework: link Scanned Images, find the file, correct title: Important Correspondence, and submit to upload in WRAPS Scanned images.
- Update the case comments, using standardized comments:
- Example: 15 Sept 2015 MIS: guardian listed on AOR cannot attend the appointment due to (out of the country, health issues). XXXXX (add relationship with the PA) was authorized by the ANCHOR to attend with the minor.
- <mark>The Communications staff member should also remove the CAR and Hold. If the case was</mark>
- If the QCH shows up with a different GU than the one listed in the AOR the day of the appointment, Communications must call the Qualifying Parent to confirm this information. Then complete the steps above.
- If the guardian change is permanent, the Communications Unit should email Guardian authorization received from RA to the Program Access Team for their information however Communications will upload the document.

## Downgrades

A downgrade is changing a hard-cross reference to a soft cross reference.  This is executed whenever a case(s) in the loop move forward, but another case(s) cannot.  Downgrades are flagged largely by Pre-departure services to Communications, however this can be flagged by another other unit including Operations.

To perform a downgrade, Communications unit will contact the applicants to have them come into the office and sign a **STATEMENT OF X-REFERENCE STATUS CHANGE** (located: R:\Communications\INFO Unit).  When contacting the applicants by telephone, Communications staff must explain what is the function of a downgrade and if they would be interested to discuss the situation/sign.

When the applicants arrive, Communications staff need to prepare the Statement (writing the names/case numbers into the template).  Staff will explain the purpose of the downgrade in general terms and make sure they fully understand the purpose and it is optional/voluntary. After they agree to sign, scan and email to the unit requesting the downgrade. Place comments…  The original copy should be handed over to the File Room to place in the physical file.

Present requirements for downgrades are constantly changing.  We must ensure to have the most up to date information and if in doubt, staff can check with Focal Point, Communications and he/she may forward to Project Officer, Pre-Departure services for further advice.

## Closure letters

Closure letters are received via email from Program Access.  These are forwarded in a group to the respective Resettlement Agency. They should be password protected when being sent to the RA. Communications staff must use the appropriate template.

## Reports

All reports will be sent to Resettlement Agencies monthly for follow-up these include:
- Pregnancies and Follow up
- Cases Pending Documents
- DNA Follow up with RAs
- CAM Follow up with RAs (Pending Amended AORs both pre and post prescreening)

When an Amended AOR is needed the respective unit will add the CAR: Pending Amended AOR.  The cases with this CAR will be generated in the report: Follow up Pending Amended AOR for Communications to take action.

On Mondays the reports: Follow up Pre Pscn and Follow up Pending Amended AOR will be sent broken down by RA.  Once received, Communications staff will then download each workbook and encrypt using the password applicable to each RA.  These will be emailed as attached encrypted document and the appropriate template will be used in the body of the email, these will be emailed to each RA. These are mailed every Monday to the RAs.

The report: DNA follow up, is received every Friday.  Once received, Communications staff will then download each workbook and encrypt using the password applicable to each RA.  These will be emailed as attached encrypted document and the appropriate template will be used in the body of the email, these will be emailed to each RA.  These are mailed every Monday to the RAs.

Passwords assigned to each RA have been sent to the RAs and are saved in the R:\Communications. These will be used for the calendar year 2017.

AR000344

# Appendixes

## Appendix 1: Existing Reports Pertaining to Communications staff

- **LV2 cases in Pipeline Weekly Report**

- **Running report of PEN cases with CAR=Pending PRM authorization for M4 cases**

- **Monthly minor reports**

- **USCIS scheduling use two reports from a link as needed: Clear Cases and Not CLR**

- **Cases ready for PS in Iraq** report runs cases for Pre-Scheduling Unit schedules

- **BGH Ready For DHS:** for USCIS Scheduling

- **BGH Ready For DHS 2:** for USCIS Scheduling

- **RSC MENA Weekly Report/Minors:** To track M4 minors from the day the case is created until it departs.

- **M4 RFD SCH NOA & STO Travel Report:** captures RFD minor cases in order to give OPS heads up to prioritize booking these cases.

- **QC Minors Post DHS Cases:** reflects minor cases in all statuses; we only take action on the RFD minors that are not yet assigned on ABNs.

- **LV2 Assurance report:** upgrade urgency to LV2 for all cases that will flip to RFD once assured.

- **LV2 Cases on long term hold:** QC report to make sure LV2 cases are being processed.

- **LGBTI case for EG:** upgrade urgency to LV2.

- **Yazidi Post USCIS Caseload:** flip urgency to LV2.

- **Assurance RSC Expedite Assurance NOA:** request assurance for expedited cases.

- **SAO Expedite List:** captures cases that might benefit for expediting SAO.

- **IAC Request ASR not NOA (Expedite Sheets):** captures cases that might benefit for expediting IAC.

- **Security SAO Expedites-NOD Cases:** captures cases which are NOD/CW that might benefit for expediting SAO.

- **Detailed SAO Report by days pending:** captures cases which have a long time pending SAO in the SAO expedite list.

- **Security TFP NOD Expedites:** captures cases that might benefit for expediting TFPs.

- **Pending One Variable report:** captures cases that have one variable pending which we review and check whether that field can be expedited or not.

AR000345

## Appendix 2: Email Templates

Pre-screening

**↓ INFORM ABOUT PS APPOINTMENTS**

Subject: AOR - Pre Screening Schedule for Central American Minors – IOM (Add Country)

Dear colleagues,

Below you will find the schedule for the pre-screening interviews for the CAM program related to your resettlement agency. The interviews will be conducted by RSC Latin America caseworkers on the time and date indicated on the chart.
(Add chart)

IOM XXX address is the following:

█████████████████████████████████████

Phone number: +█████████████

Please also note that the applicants are instructed to bring all their personal identity documents. For the applicants under 14 years old, it is mandatory for them to attend the interview with their guardian (as listed on the AOR).  For those 15-17 years of age the guardian must accompany them, but need not attend the interview. The guardian must bring an identity document as well.  Kindly note that if the guardian listed on the AOR is unable to accompany the qualifying child to the appointment for any reason, the applicant must inform RSC ahead of time.

Kind regards,
(Add Info signature)

AR000346

DNA

### ✦ INFORM ABOUT DNA TESTING

Subject: DNA Testing for Central American Minors – IOM Add Country

Dear colleagues,

Below you will find the case(s) that will have their DNA test(s) in XXXX.  This will take place in our offices on the time and date indicated on the chart. The QCH has been told to bring his/her/their identity documents. For the applicants who are under 18 years of age, it is mandatory for them to attend with their guardian, also listed on the chart below.

The guardian needs to bring an identity document as well. <u>Kindly</u> note that if the guardian listed on the AOR is unable to accompany the qualifying child to the appointment for any reason, the applicant must inform RSC ahead of time. Otherwise, the testing cannot take place and their appointment will be cancelled.

(Attach chart as an encrypted document)
The address is as follows:
(Add address and phone numbers)

If you have any questions, please do not hesitate to contact us.
Kind regards,
(Add Info signature)

### ✦ Delay in DNA process

Subject: Delay in DNA Process for Central American Minors – IOM Add Country

Dear Colleagues,

For the purpose of avoiding further delay in processing, we are writing to inform you that the cases in the attached report have not completed the DNA process.

The first tab of the report lists the cases for which we have not received the DNA kits for testing. The DNA request letters should be uploaded in your DNA Testing Required Letters folder on the RPC Website.

Please note that the Anchor needs to receive the letters for all the cross-referenced cases biologically related to him/her before starting DNA testing. We encourage you to follow up with the Anchor(s) in the U.S. to initiate the DNA test as soon as possible. As a reminder, the case will be closed if we do not receive the DNA kit by the deadline of 180 days.

On the second tab, the DNA kits were completed and shipped back to the labs, but we have not received the DNA results. Could you kindly assist us in encouraging the Anchors to contact the labs directly regarding the pending DNA results? Otherwise, their cases cannot continue to process.
For another copy of the DNA letter or to send in the DNA results and receipts, please write to RPC at DNAresults@wrapsnet.org.

If you have any further questions, please do not hesitate to contact us.

AR000347

Best regards,

**DNA Test Pending Balance**

Subject: Pending DNA Balance

Dear colleagues,

The following cases were reported with pending balances for DNA tests.  In order for the cases to continue with the process, we kindly ask you to discuss with the Anchor(s) the possibility for them to pay the pending balances as soon as possible

Best regards,

**Missing DNA Letter**

**Subject: Missing DNA Letter**

Dear Colleagues,

Could you please verify, that the DNA request letter has been posted to your folder and sent to the Anchor for case xxxx.

Note
- **Template will be addressed to:**
  RA with RPC cc´ed DNAresults@wrapsnet.org' on it and RSC DNA bcced
- **It should be used when the Anchor does not have the DNA letter and it's been more than 3 weeks after PS interview.**
- **If the RA responds they do have the letter but they have not sent it.**
  *No action on our side is required*
- **If the RA responds they do not have the letter. The response should be as follows:**
  *Dear RA Colleagues,*
  *Thank you for your response*
  *Dear RPC Colleagues,*
  *Could you please follow up on this.*

DHS

### ✦ INFORM ABOUT DHS APPOINTMENTS

**Subject: DHS interviews schedule CAM Program- IOM (Add Country)**
Dear colleagues,

Attached you will find the schedule for the DHS interviews for the CAM program. The interviews will be conducted by DHS officers at our offices in XXXX, on the day and time indicated on the chart.
IOM XXX address is the following:
(Add address)

Please note that the applicants have been previously instructed to obtain a passport and a recent criminal and police record (if they are 18 years of age and above).   They will need to bring these records to the interview as well as all their identity documents (birth certificate for underage applicants). For adults attending their interview, they will also be instructed to bring any marriage/ divorce/death certificate, if applicable. Furthermore, all QCH need/s to be accompanied by his/her/their guardian, this person needs to bring an identity document as well.

The interviews could take several hours, and the QCH may not be able to return home on the same day. This is why the applicants were advised to be prepared for the possibility of having to spend the night in XXXX.

We hope this information is useful for your purposes. Please do not hesitate to contact us if you have any questions.

(Attach encrypted chart)
Kind regards,
(Add Info signature)

### ✦ NOTIFICATION AFTER DHS INTERVIEW – CAM PROGRAM

**Subject: Notification after DHS Interview – CAM Program**

Dear colleagues,

As we enter the next stage of the CAM Program, the applicants that went through the USCIS interview can now be informed about the results. Our team is currently contacting the QCH to schedule an appointment at our offices in XXXX, to receive the USCIS decision letters and information about the steps to follow. Attached you will find the cases related to your resettlement agency who have been invited to our facilities at the time and date indicated on the chart.

Please be informed that the applicants are instructed to be accompanied by their guardian or the person authorized by the anchor (if other than listed on the AOR). All attendants need to bring an identity document.

(Attach encrypted chart)
If you have any questions, please do not hesitate to contact us.

Kind regards,
(Info signature)

AR000349

Medicals

### ⬥ INFORM ABOUT MEDICAL APPOINTMENT

**Subject: Medical Appointment – Central American Minors Program IOM (Add country)**

Dear colleagues,

Please be informed that the following case(s) will have his/her/their medical exams on the time and date indicated below. Please note that the applicants do not have to pay for any medical costs. The results will be delivered to the IOM directly by the panel physician. If there is any significant medical condition, the doctor will contact the applicant directly. Please be informed that the applicants are instructed to be accompanied by their guardian or the person authorized by the anchor (if other than listed on the AOR).

The applicants have been instructed to bring the following documents:
- Identity documents
- Medical prescriptions or medication (if applies)
- If they have had any surgeries, the applicants need to bring the corresponding information
- For pregnant women, they need to bring the corresponding exams
- For new born babies, the mothers need to bring the delivery dates
- For El Salvador cases in which the QCH is 13 years old or under, legal consent from the parents in which they authorize the guardian to accompany the minor to the appointment (original document)

**The address where the appointments will take place is as follows:**
**(add clinic or hospital address)**

If you have any questions please do not hesitate to contact us.

Kind regards,
(info signature)

Cultural Orientation

### ⬥ CULTURAL ORIENTATION SESSION

**Subject: Cultural Orientation Session – CAM Program – IOM (Add country)**

Dear colleagues,

As we the CAM Program moves forward, the below cases may now attend a Cultural Orientation (CO) class at our offices in San Salvador  from XXXXX .  Those invited are to arrive each day at the IOM office by 8:00am and will attend until approximately 4:00pm. CO is a 3-day class where they will be provided information and can ask questions about their new life in the United States.  This includes information about their journey, their first days after arrival, the education system, employment, health care, etc. Only applicants who are 14 years and above are invited to attend the class.  If needed, Minors may be accompanied by their guardian or the person authorized by the anchor (if other than listed on the AOR) to arrive at the class.  Guardians however are not able to attend the class, they will be asked to return when the class has been completed for the day.

AR000350

Depending on the applicant's travel, they may need to make arrangements to arrive the day before.  Lunch will be provided to those attending the class. Applicants are encouraged to bring sufficient funds for their own transportation, as IOM will not cover these costs.

For applicants with children, we recommend that they leave their children with a care-giver, in order for them to fully benefit from the class.

(Attach encrypted chart)
If you have any questions, please do not hesitate to contact us.

Kind regards,
(Info signature)

AR000351

Other Templates

### ⚜ REQUEST UPDATED PHONE NUMBERS FOR APPLICANTS

**Subject: Case(s) unable to contact - Central American Minors Program – IOM Add Country**

Dear colleagues,

Below you will find the case(s) that our team has not been able to contact. We kindly ask you to provide us with a different phone number for us to inform the applicants about their upcoming appointment. Kindly note, that after 6 months of inability to contact an applicant the case will be closed.

Thank you for your help.
Kind regards,
(Add Info signature)

### ⚜ REQUEST FOR GUARDIAN AUTHORIZATION (OTHER THAN LISTED ON THE AOR)

**Subject: Guardian authorization for case(s) XXXX DNA appointment/AOR - Pre-screening interview/DHS interview/Medical exams (choose accordingly)**

Dear colleagues,
Our team contacted case(s) XXXX for **his/her/their DNA appointment/AOR - Pre-screening interview/DHS interview/Medical exams (choose accordingly)**. The applicant/guardian/anchor has informed us that the guardian listed on the AOR will not be able to accompany the QCH to the appointment. We kindly ask you to confirm that the QCH's **(add relationship) NAME** is authorized to accompany **him/her/them.**

Thank you for your help.

Kind regards,
(Add Info signature)

### ⚜ Authorization needed / Non-willing/Unable (choose accordingly) to attend appointment

Dear colleagues,

Please be informed that our team has contacted case XXXX, whose guardian/anchor/applicant informed us the following:
**(Add information. Send draft to your supervisor)**

The guardian/applicant isn't willing/is unable to attend the appointment. We kindly ask you to verify this information with the anchor and revert within 1 month.  Please note that if we do not get the confirmation the case will be invited to the interview again and will be closed if the applicant fails to attend.

Thank you for your help.

Kind regards,
(Info signature)

AR000352

    **Cancel and/or re-schedule appointment**

**Subject: Cancel/ re-schedule appointment for (PS, DNA, choose appointment) - Central American Minors Program IOM (Add country)**

Dear colleagues,

Please be informed that due to
(explain the reasons in general terms/ unforeseen events)
the following appointments will be cancelled as previously announced **and re-scheduled for the time and date indicated below** *(if it has been re-scheduled)*. Kindly inform the concerning parties.
(Add chart)

Kind regards,
(info center signature)

    **Re-schedule appointment when PA was not able to attend previous appointment for unforeseen events**

**Subject: re-schedule appointment for (PS, DNA, choose appointment) - Central American Minors Program IOM (Add country)**

Dear colleagues,

Kindly be informed that this case has been re-scheduled for the xxxx interview on the time and date indicated in the chart:

(Attach encrypted chart)
Best regards,

(Info center signature)

    **Case closure notification**

**Subject: Case closure XXXX**

Dear colleagues,

Please be advised that case XXXX has been closed. Attached to this email you will find the case closure letter. We kindly ask you to share this information with the anchor.
Thank you in advance for your assistance on this process.
If you have any questions, please do not hesitate to contact us.

Kind regards,
(Info signature)
Attach case closure letter (done by In Processing)

AR000353

### ♦ Discrepancy letter notification

**Subject: Discrepancy letter notification**

Dear colleagues,

Please be informed that a discrepancy letter for the following case(s) has been generated. In order for the case to continue with the process, we kindly ask you to discuss with the anchor once he/she receives the letter, if an amended AOR is needed. Please note that once the anchor receives the letter, he/she has 6 months to re-file an amended AOR. This AOR will retain the same date as the original one. If the anchor files the amended AOR after the 6 month period, this document will have the new filing date.

If you are already aware of this, please follow up with the anchor to submit the amended AOR as soon as possible as we have not received it yet.
If you have any further questions, please do not hesitate to contact us.
Kind regards,
(Info signature)

### ♦ Address discrepancy

**Subject: Address Discrepancy- Case#**
Dear colleagues,

During pre-screening interview, the QCH on case ES-XXXXXXX disclosed:

**The Anchor changed his address however the QCH did not have the new address.  (OR include the new address if we have it).**

Please confirm the address with the Anchor,

Kind regards,
(Info signature)

### ♦ RAVU REJECTED CASES AND CASE CLOSURE

**Subject: Ravu rejected case/ case closure**

Dear colleagues,

Kindly redirect your inquiry to  rad-cams@uscis.dhs.gov ; USCIS is in a better position to answer your question.

Kind regards,
(Info signature)

AR000354

🔸 **RAVU REJ and x-refs RAVU cleared**

**Subject: closed cases and x-refs**

Dear colleagues,

As you have been notified by USCIS, the following cases have been closed as per RAVU, however the x-refs can continue with the process.

Could you please check with the applicants, if the x-ref case(s) are willing to continue or not with the process and tell them to contact our info center if they do not?
(Attach encrypted chart with cases)

Kind regards,
(Info signature)


Expedites

🔸 **Providing Referrals**

Subject: case(s) XXX

Dear colleagues,

Please inform the anchor for case (s) XXX that we understand the dangerous situation the QCHs are experiencing. Therefore, we would like to provide him/her (choose accordingly) with the following referral contacts:

(choose accordingly)
- Consejo Nacional de la Niñez y de la Adolescencia (CONNA) for case(s) XXX as the QCH is a minor under 18; and
- Instituto Salvadoreño para el Desarrollo de la Mujer (ISDEMU) contact for case(s) XXX as the QCH is a over 19 years old;

These phone numbers are provided in case the QCH needs additional protection and social assistance while they are waiting on the outcome of their application in El Salvador. CONNA and ISDEMU can assess the gravity of the situation and then offer the appropriate level of assistance.

Kindly be informed that we contact the QCH as well to provide this information,

Best regards,

(Info signature)

AR000355

### 🔻 REQUESTS TO EXPEDITE

Dear colleagues,

Thank you for notifying us of the situation of case X.  The information provided will be reviewed and taken into consideration.

<u>Please</u> let us know in the future, if there are any additional circumstances or information that needs to be brought to the attention of the RSC.

Best regards,
(Info signature)


## Follow ups


### 🔻 Follow up regarding cases pending RA clarification

**Subject: follow up email**

Dear colleagues,

We are following up on the case(s)in the attached document.  In the last column you will find the information required by the RSC for clarification:
(Attach encrypted chart)

Please note that after 6 weeks of inactivity the case will be closed.

Best regards,
(Info signature**)**

AR000356

# Appendix 3: Consultation templates for different stages of case processing

**Unauthorized Third Parties**

Thank you for contacting the Resettlement Support Center Latin America Communications Unit operated by the International Organization for Migration. Before we begin, we need to verify your identity.  Please provide your RSC case number, full name, DOB, and your father´s or mother´s name.

Sure, I am not the PA, but I am a relative, friend, spouse, child (anybody who is not the PA) calling from the US. (Any person not authorized by the PA to receive information about the case)

Unauthorized Third Party!

I apologize sir/madam, but case updates are only provided to the PA or a POC. You may request your sister to include you in the POC by having her sign the POC in the RSC office. Upon completing this procedure, we can provide you case specific information on her behalf.  In the meantime, you may suggest your (the PA) eg. sister/grandson to contact RSC directly. Thanks and goodbye.

AR000357

**Pre-USCIS cases**
Scenario 1: AOR-RAVU=REQ, DNA=NOA and PreScrn=REQ

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| PEN | NOA | REQ | NOA | REQ | NMA | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | NO | N |

**Communications staff**: "Resettlement Support Center Latin America Communication Unit operated by the International Organization for Migration. Before we begin, we need to verify your identity.  Please provide your RSC case number, full name, DOB, and your father´s or mother´s name."

Identification is verified

Thank you for your inquiry. Please note that your case is registered at the RSC for resettlement to the US. You are currently pending a prescreen interview with the RSC. Your prescreening date is determined  based on when your parent submitted the AOR and we must schedule your interview in order of when it was received. The system will insure that we will contact you for your first initial interview at RSC LA, IOM once your turn comes. We thank you for your patience and we will keep you posted. Finally, we would like to please confirm your contact information and update it if needed.

Scenario 2: AOR-RAVU=SCH, DNA= NOA (No activity) and PreScrn=SCH

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| PEN | NOA | SCH | NOA | SCH | NMA | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | PEN | NO | N |



Your case is scheduled for your first interview with RSC LA at IOM office. Also, please confirm if you have already received a call from the IOM office for the notification of your interview date. Your Schedule date is…. (See the contact log) and case comment box to see the exact schedule date. *(If confusion on the SCH date as per WRAPS, please inform the applicant that he/she will be contacted soon with detailed information and confirm with the Scheduling unit that they will call the PA with information).*

Scenario 3: WRAPS status; AOR-RAVU=PEN, DNA=LTS (DNA Letter Sent) and PreScrn=COM

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | PEN | LTS | COM | NMA | DHS | NRQ | SCH | NOA | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |



The Request Letter has been sent for your DNA Kit. Once we receive the updated information on your case, we will contact you for the next step. Thanks for your patience.  (Note: You can refer to WRAPS LTS initiated date so that they can be referred to follow-up with the RA or the Anchor. The case should also be flagged to the DNA Unit for follow-up in case the LTS was sent more than 3 months prior).

AR000358

## Scenario 4: WRAPS status; AOR-RAVU=PEN, DNA=REQ and PreScrn=COM

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | PEN | REQ | COM | NMA | CLR | NRQ | NRQ | NOA | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |



> RSC has received the DNA Kit and ready for your DNA test. You will be contacted for your DNA testing date in near future. The schedules are system generated so at this point we are unable to give you the exact time line or schedule date for your DNA test. Appreciate your

## Scenario 5: WRAPS status; DNA=SCH (DNA appointment scheduled), AOR-RAVU=PEN, PreScrn=COM

| ATP | GNS | AOR RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | PEN | SCH | COM | NMA | CLR | NRQ | NRQ | NOA | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |



> You are scheduled for your DNA test at the IOM office on …… date (see the contact log and comment box for exact date for confirmation on information please consult DNA Testing Unit).

## Scenario 6: WRAPS status; DNA=SHP(DNA Kit is Shipped), AOR-RAVU=PEN, PreScrn=COM

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | PEN | SHP | COM | NMA | CLR | NRQ | CLR | NOA | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |

> We are still waiting for your DNA results. Once your case is ready to be interviewed by USCIS you will be contacted for the next step.

AR000359

Scenario 7: WRAPS status; DNA=CMP(DNA Process Complete), AOR-RAVU=PEN, PreScrn=COM

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | PEN | CMP | COM | NMA | CLR | NRQ | SCH | NOA | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |



We are still waiting for your case to be ready for an interview with USCIS. You will be contacted for the next step.

Scenario 8: WRAPS status; DNA=CMP(DNA Process Complete), AOR-RAVU=FWD, PreScrn=COM
CLASS=CLR and USCIS=REQ



Case Summary

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | FWD | CMP | COM | NMA | CLR | NRQ | REQ | REQ | NOA | NOA | NOA | NOA | NOA | NOA | YES | N |



Thank you for your inquiry. Please note that your case processing is running smoothly. At this moment, your USCIS interview date will be determined automatically through our automated schedule tracking system. The system will insure that we will contact you for USCIS interview once your turn comes. We thank you for your patience and we will keep you posted. Finally, we would like to please confirm your contact information and update it if needed.

Scenario 9: WRAPS status; DNA=CMP(DNA Process Complete), AOR-RAVU=FWD, PreScrn=COM
CLASS=CLR and USCIS=SCH

Case Summary

| ATP | GNS | AOR-RAVU | DNA | PreScrn | LNS | CLASS | SAO | IAC | USCIS | TravelFP | Assur | Medical | CO | TravPkt | Travel | IAC Bio-Diff | CNC-SAO Bio Diff |
|-----|-----|----------|-----|---------|-----|-------|-----|-----|-------|----------|-------|---------|-----|---------|--------|--------------|------------------|
| ACP | NOA | FWD | CMP | COM | NMA | CLR | NRQ | CLR | SCH | NOA | NOA | NOA | NOA | NOA | NOA | NO | N |



Your case is scheduled for an interview with the United States Citizenship and Immigration Services (USCIS) at the IOM office.  Your case is scheduled for interview on...
Note: Before giving the information Check the WRAPS case comments to confirm the USCIS interview date that is being reflected in WRAPS summary screen for any confusion contact schedule unit. If the SCH date is passed, the case must have already faced the CIS interview and awaiting result to be uploaded. In this case, inform the PA that his case is awaiting USCIS decision once updated information is received we will notify him/her accordingly.

AR000360

**<post-USCIS REF cases**

Scenario 1: WRAPS status; CLASS/IAC=CLR, USCIS=REF, MED = REQ, and CO= NOA/REQ/SCH



> You will be notified of a date when you can come in and receive your results in person. Thank you for your patience.

Scenario 2: WRAPS status; CLASS/IAC=CLR, USCIS=REF, Assur=REQ//ALL/MTG/**ASR** MED = **REQ/SCH/ CLR,** and CO= **REQ/SCH/COM**

1st Screenshot



2nd Screenshot



> Note: Check in comments to see if case has been notified or not. Check on medical exam to see if scheduled or not.
>
> If not notified: We don´t have your results yet and will notify you when we do.  You may receive a call scheduling you for your medical exam soon.
>
> If case has been notified: You will be contacted shortly for the date of your medical exam.
>
> Note: The second screenshot reading Assur=ASR, Medical=CLR and CO=COM means case is ready for final processing for resettlement in the US and will be contacted soon by IOM regarding their travel in near future and need to be informed accordingly to the RA/Applicants.

AR000361

Scenario 3: WRAPS status; CLASS/IAC ≠ CLR and USCIS=REF





> **Please note that your case is currently pending US government security checks. These security checks are required for all individuals in the US refugee admissions program and are completed by various agencies of the United States government. RSC LA and IOM have no role in this process and we cannot estimate a timeline for the completion of these security checks. Once RSC LA receive the results of your security checks, you will be notified. If your contact information changes in any way you must inform RSC LA.**

Scenarios; **Case on HOLD (H)** with any of these Availability Reasons and **USCIS= NOD**;
**Pending USCIS HQ Review (UH),**
**CAM Pending FBI Vetting (FV),**
**Possible Identity Fraud (FS)**
**CLASS not Cleared (CN)**
Persecution Under Duress (US), Pending CARRP Review (CW), TRIG Indefinite HOLD (TD), Pending Name Check Processing (P1)



AR000362

**RFR Tip Sheet**



**Consejos para Solicitar una Revisión de las Decisiones de Condición de Refugiado del USCIS**

**¿Qué puedo hacer si el Servicio de Ciudadanía e Inmigración de los Estados Unidos (USCIS) rechaza mi solicitud de condición de refugiado?**
No hay recursos de apelación ante una negación de solicitud de condición de refugiado.  Sin embargo, a su discreción, el USCIS puede tomarse la libertad de revisar un caso cuando se recibe una Solicitud de Revisión (Request for Review o RFR) a tiempo del solicitante principal o un tercero si el solicitante principal renuncia a sus derechos de confidencialidad.  La solicitud debe incluir una o ambas de las siguientes:

(1)  Una explicación detallada de un error substancial por parte del oficial adjudicador; y/o
(2)  Nueva información que amerite un cambio en la decisión.

Generalmente, el USCIS aceptará sólo UNA SOLICITUD que esté sellada por el correo o recibida por el USCIS en el lugar designado para este trámite dentro de los **90 días** a partir del aviso de rechazo.  La información sobre dónde debe ingresar su RFR aparece en este documento y en el sitio Web de USCIS, www.uscis.gov.
**¿Qué hay que saber sobre la preparación de un RFR?**
La siguiente información es MUY IMPORTANTE, por lo que debe prestar cuidadosa atención a cada instrucción.
1.  Usted debe incluir el número de caso del Centro de Apoyo de Reasentamiento, que antes se conocía como el número de caso de la Entidad de Procesamiento en el Extranjero (RSC), en CADA UNA de las páginas que envíe.
2.  Su RFR debe contener una dirección de correo completa y válida (no simplemente un teléfono o un correo electrónico) donde se enviará la respuesta al RFR.

3.  El RFR debe estar escrito en inglés.  Todos los documentos que sustenten su caso en su RFR deben estar traducidos al inglés.
  4.  Los solicitantes principales pueden buscar la ayuda de otros individuos, organizaciones o abogados para preparar su RFR.  Si necesita ayuda para completar su RFR, el nombre del individuo, la organización o el abogado que le ofrece la ayuda y su relación con el solicitante deben incluirse en su RFR.  *Todos* los RFR deben estar firmados por el solicitante principal.
5.  Si el que envía un RFR a su nombre es un abogado, debe enviar un Formulario G-28, Aviso de Representación a través de un Abogado o Representante Acreditado, junto con su RFR.  Si su RFR no se envía a través de un abogado, usted debe incluir también una carta declarando que renuncia a sus derechos de confidencialidad cuando envíe el RFR.
6.  Su RFR también debe dar explicaciones sobre las razones por las cuales se le negó la solicitud.  A los fines de determinar las razones del rechazo, usted debe leer cuidadosamente la carta con la decisión o pedir que el personal del RSC se las explique en detalle.
7.  Si usted cree que se cometió un error en el proceso de decisión, tiene la obligación de ofrecer una descripción detallada de dichos errores.  Si usted dispone de nueva información que puede ofrecer, debe incluir los detalles suficientes que le permitan al revisor tomar una decisión sobre su caso.  Si la nueva información que ofrece contiene detalles sucedidos antes de la entrevista con el USCIS, usted debe incluir una explicación de las razones por las cuales no presentó dicha información en la entrevista inicial.

AR000363

8.  Su RFR debe enviarse dentro de los 90 días después de la fecha de la decisión (fíjese en la fecha del aviso de rechazo).  Si no envía su RFR dentro de los 90 días, usted deberá ofrecer una explicación de las razones de su retraso.

9.  Puede enviar su RFR directamente por correo al USCIS o entregarlo al RSC en las siguientes direcciones:

*OIM EL SALVADOR*

████████████████████████████████████

████████████████████████

10.  Su RFR se someterá a una revisión, pero este proceso puede llevar de *varios meses*.  La respuesta a su RFR puede llegarle a través de los canales establecidos (generalmente a través del RSC, los representantes locales del Alto Comisionado para Refugiados de las Naciones Unidas (UNHCR), la Organización Internacional para la Migración (IOM) o directamente por correo a la dirección que usted indicó en su RFR).  Si su dirección cambia, debe notificar al USCIS para que la respuesta a su RFR se envíe al lugar correcto.

**¿Qué más hay que tener en cuenta?**

1.  Le conviene revisar y corregir su RFR con una persona que lea y escriba bien en inglés.
2.  Se prefiere que el RFR esté escrito a máquina o impreso por computadora para que resulte fácil de leer.  Si no tiene posibilidades de completar su RFR a máquina, asegúrese de escribir con letra clara y legible. El personal del USCIS no puede aceptar un RFR que no se pueda leer claramente. Si su RFR no es legible, será rechazado y devuelto.
3.  No incluya ningún otro RFR adicional. Sólo se revisará su primer RFR.
4.  No hay límites de espacio o cantidad de información en un RFR.  De todas formas, el RFR debe ser específico al abordar las razones del rechazo y debe explicar por qué usted piensa que la decisión fue incorrecta y/o explicar cómo cualquier nueva evidencia que envíe establece que usted es elegible para ser considerado como refugiado.
5.  No incluya información general de trasfondo, condiciones del país ni reportes de la situación junto con su RFR.  Toda la documentación pertinente, como reportes de derechos humanos, o recortes de periódicos/publicaciones pueden enviarse si están directamente relacionadas con su caso en particular; por ejemplo, si su nombre se menciona específicamente o si se describe un incidente donde usted estuvo involucrado.
6.  Si desea enviar evidencia de material genético (ADN) con su RFR, deben seguirse ciertos procedimientos establecidos.  Por favor, consulte con el RSC acerca de los procedimientos donde usted se encuentre si desea enviar material genético.
7.  A menos que se le pida específicamente en la carta de decisión, no es necesario enviar ningún tipo de documentación adicional como reportes policiales, documentos hospitalarios, certificados de matrimonio o nacimientos, etc., para justificar su pedido. En aquellos casos donde se requieran documentos específicos, el USCIS se lo comunicará específicamente en la carta de la decisión.  De todas formas, usted puede decidir enviar documentación o evidencia adicional para que sea considerada si cree que es relevante para su caso.
8.  El USCIS le enviará una decisión por escrito acerca de su RFR. El USCIS puede aceptar su caso, pedirle que se presente a otra entrevista o decidir que su caso permanezca cerrado. En algunos casos, tal vez le pidan que ofrezca más evidencia por escrito antes de comunicarle la decisión final.

AR000364

**Travel Authorization Info Sheet**

 **Autorización de Salida para Menores de 18 años** 

### Cuando el menor viajará con madre/padre

1. El padre que vive en Estados Unidos pide un acta notarial al Consulado de El Salvador en la que autoriza la salida del país al menor.
2. El padre que vive en Estados Unidos envía el acta notarial original al tutor en El Salvador.
3. El padre que vive en El Salvador lleva esa acta al Ministerio de Relaciones Exteriores para que lo autentiquen.
4. El padre que vive en El Salvador lleva el acta la oficina de la OIM en El Salvador los días martes o viernes (8:00 a.m. – 12:00pm y 2:00 – 4:00 p.m.)

### Procedimiento cuando el menor viajará SOLO

1. El padre que vive en Estados Unidos pide un acta notarial al Consulado de El Salvador en la que autoriza la salida del país al menor.
2. El padre que vive en Estados Unidos envía el acta notarial original al tutor en El Salvador.
3. El padre que vive en El Salvador lleva esa acta al Ministerio de Relaciones Exteriores para que lo autentiquen.
4. El padre que vive en El Salvador pide un acta de permiso de salida a un notario.
5. El padre que vive en El Salvador lleva las dos actas la oficina de la OIM en El Salvador los días martes o viernes (8:00 a.m. – 12:00pm y 2:00 – 4:00 p.m.)

---

- La autorización deberá ser válida por un año a partir de su fecha de emisión y no deberá contener fecha de viaje específica.
- Presentar ante el notario o consulado que elaborará la autorización: copia de documento de identidad del padre o madre, copia de pasaporte y partida de nacimiento del menor. Si el menor viajará acompañado de un adulto, presentar copia de pasaporte del adulto.

---

- La autorización deberá indicar que es por un período definitivo, por motivos de residencia
- Asimismo deberá indicar que el menor viajará SOLO
- Indicar la ciudad, el estado y el país hacia dond viajará.
- En caso de haber fallecido uno de los padres, adjuntar partida de defunción reciente (3 meses)
- Si no se sabe del paradero de uno de los padres, acercarse a la Procuraduría General de la República (PGR) más cercana, a solicitar que se emita la autorización en representación del padre/madre con paradero desconocido.
- El día que presente la autorización en OIM deberá adjuntar a los documentos: Copia de DUI o pasaporte de padre/madre, copia de partida de nacimiento y pasaporte del menor, en caso que la autorización indique que será acompañado por alguien, copia de DUI y pasaporte de esta persona.

---

**NOTA:** El padre que vive en Estados Unidos puede solicitar este permiso a un notario que tenga sello de notario de El Salvador. No necesita autenticarlo en el Ministerio de Relaciones Exteriores.

Cualquier consulta puede marcar el teléfono: 2521-0581

AR000365

**AOR and DNA Status in WRAPS**

1. AOR and DNA status In WRAPS

| Stage | DNA | Definition of DNA status | Priority | Message to be shown Stage |
|-------|-----|--------------------------|----------|---------------------------|
| DNA Testing | CMP | DNA Process Complete | P2 | Your DNA processing has been completed. |
| DNA Testing | NOA | No Activity | P2 | NULL |
| DNA Testing | NRC | DNA Test Kit Not Received | P2 | DNA testing was requested for your case. We have not received test kits from your US anchor relative. |
| DNA Testing | NRQ | DNA Not Required | P2 | You are not required to undergo DNA testing |
| DNA Testing | LTS | DNA Request Letter Sent | P2 | One or more members of your case require DNA testing. A letter has been sent to your US anchor relative. |
| DNA Testing | RCV | DNA Test Kit Received | P2 | RSC LA has received your DNA test kits. You will be contacted when your case is ready to be scheduled for an appointment. |
| DNA Testing | SHP | DNA Test Kit Shipped | P2 | Your DNA testing has been completed. RSC LA has sent your DNA test to the accredited laboratory in the United States. |
| DNA Testing | PEN | Pending Acceptance | P2 | NULL |
| DNA Testing | — | No State | P2 | |

| DNA Testing | REQ | DNA Appt Requested | P2 | RSC LA has received your DNA test kits. You will be contacted once your case is ready to be scheduled for an appointment. |
|-------------|-----|--------------------|----|---------------------------|
| DNA Testing | SCH | DNA Appt Scheduled | P2 | RSC LA has received your DNA test kits. Your case has been scheduled for DNA testing. If you have not already been contacted by RSC La, you will be contacted shortly. |
| DNA Testing | NCP | DNA Not Complete | P2 | RSC LA has received your DNA test kits. You will be contacted once your case is ready to be scheduled for an appointment. |
| DNA Testing | NSH | DNA Appt No-Show | P2 | You did not attend your DNA testing appointment. If you do not attend your next appointment with RSC LA, your case will be closed. A letter has been sent to your US anchor relative. |
| DNA Testing | NVR | ID Not Verified | P2 | RSC LA was unable to verify the identity of one or more persons on your case. Your case has been closed. |
| DNA Testing | DCP | DNA Appt Complete | P2 | Your DNA screening has been completed. |
| DNA Testing | DRF | DNA Refused | P2 | One or more of your family members did not attend agree to required DNA testing. Your case has been closed. |
| DNA Testing | KNV | DNA Test Kit Not Viable | P2 | DNA testing was requested for your case. |

AR000366

| Stage | AOR-RAVU | AOR-RAVU definition | Priority | Message to be shown Stage |
|---|---|---|---|---|
| Initial Screening | NOA | No Activity | P2 | You will be contacted once your case is ready to be scheduled for your initial screening interview with RSCLA. |
| Initial Screening | REQ | AOR Screening Requested | P2 | You will be contacted once your case is ready to be scheduled for your initial screening interview with RSCLA. |
| Initial Screening | SCH | AOR Screening Scheduled | P2 | Your case has been scheduled for an initial screening interview with RSCMENA. If you have not already been contacted by RSCMENA, you will be contacted shortly. |
| Initial Screening | NSH | AOR Screening No-Show | P2 | One or more of your family members did not attend your initial screening appointment with RSCMENA. If you do not attend your second appointment with RSCMENA, your case will be closed |
| Initial Screening | AOD | AOR Discrepancy | P2 | Your initial Screening with RSCLA has been completed. Additional information has been requested from your anchor relative for your case. |
| Initial Screening | ASC | | P2 | Your initial Screening with RSCLA has been completed. |
| Initial Screening | FWD | Forward | P2 | Your initial Screening with RSCLA has been completed. |
| Initial Screening | PEN | Pending RAVU | P2 | Your initial Screening with RSCLA has been completed. |
| Initial Screening | RDL | Request Discrepancy Letter | P2 | Your initial Screening with RSCLA has been completed. Additional information has been requested from your anchor relative for your case. |
| Initial Screening | REJ | Rejected | P2 | Your initial Screening with RSCLA has been completed.  Consult with Supervisor. |
| Initial Screening | NVR | ID Not Verified | P2 | Your initial Screening with RSCLA has been completed. Additional information has been requested from your anchor relative for your case. |

AR000367

**Point of Contact permission form**

RESETTLEMENT
SUPPORT CENTER
RSC
LATIN AMERICA

<u>Permission for RSC to share case updates with non-PA individual (s)</u>

Date        :

Principal Applicant Name :

Case #:

I,                                                                          authorize RSC Latin America to provide

information pertaining to my case to the following individuals:

|  | | |
|---|---|---|
| (NAME) | (Relationship) | IOM Case/Passport/UN ID |
| (NAME) | (Relationship) | IOM Case/Passport/UN ID |
| (NAME) | (Relationship) | IOM Case/Passport/UN ID |

I understand that RSC cannot release information on my case to other individuals unless authorized by me.

I will advise the authorized individuals to carry their identification documents with them while requesting any information on my case.

Principal Applicant Signature

RSC Staff Signature

Prepared by    :

Supervisor's Authorization for Exceptional cases :

AR000368