Exhibit 39-1



# Central American Minors Program (CAM)
# El Salvador - Guatemala - Honduras

## Standard Operating Procedure

## Parolee Processing

## April 2017

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000376



# Table of Contents

Introduction: ...................................................................................................................5

Objective: ......................................................................................................................5

Definition of Parolee Cases: ........................................................................................5

Information Sessions and Parolee Counseling ..............................................................6

    General Objective: ......................................................................................................6

    Specific Objectives: ...................................................................................................6

    Concepts: ....................................................................................................................6

    USRAP Units involved: .............................................................................................6

    Frequency: ..................................................................................................................6

    Restriction: .................................................................................................................6

    Procedure: ..................................................................................................................7

Info Sessions: .................................................................................................................7

Parolee Counseling ........................................................................................................7

    **ANNEX 1: TA Info sheet** ......................................................................................10

..........................................................................................................................................11

Importing Parolee Excel ..............................................................................................12

    General Objective: ....................................................................................................12

    Frequency: ..................................................................................................................12

    Procedure: ..................................................................................................................12

Downloading and saving the file. .................................................................................13

Importing the file: .........................................................................................................13

Requesting an Excel file to import ...............................................................................14

Parole Medical Tracker and MiMOSA updates ...........................................................15

    General Objective: ....................................................................................................15

    Updates: .....................................................................................................................15

Parole Medical Tracker: ...............................................................................................15

MiMOSA .......................................................................................................................15

    Procedure: ..................................................................................................................15

Right after Parolee Counseling: ...................................................................................16

After Receiving Medical Payment: ..............................................................................20

Scheduling Medical Appointment ................................................................................22



The "Medical Profile" and "Functional Area" are filled by default. After completing this step, you will be re-directed to the following screen:.............................................................28

Pending Medical Mail Out.................................................................................31

Pending USCIS Clearance.................................................................................33

USCIS Clearance Received...............................................................................35

After receiving Travel Payment........................................................................36

Departure updates.........................................................................................39

    Annex 1: Parolee Flowchart........................................................................40

SharePoint.....................................................................................................41

    What is SharePoint? IOM CAM Share Point is used as a payment request and received system, where all missions involved in payment process updates the information. ...........................41

    General Objective:....................................................................................41

    Specific Objectives:...................................................................................41

    Statuses:..................................................................................................41

    Missions involved: ....................................................................................41

    Management:............................................................................................41

    Restriction: ..............................................................................................41

    Procedure:................................................................................................42

    Special Remarks:.......................................................................................46

    **ANNEX 3: SharePoint Flow Chart:** ..........................................................48

USCIS Travel Notification................................................................................49

    General Objective:....................................................................................49

    Statuses:..................................................................................................49

    Procedure:................................................................................................49

Add on Babies...............................................................................................53

    General Objective:....................................................................................53

    Specific Objectives:...................................................................................53

    Concepts:.................................................................................................53

    Procedure:................................................................................................53

Notifying DHS:...............................................................................................53

Add on baby photo:........................................................................................54

Adding baby to PAs case: ...............................................................................54

Reporting RSC DHS Support ...........................................................................56

Requesting Medical Payment for Baby .............................................................57



Information Inbox .............. 58

   General Objective:.......... 58

    Statuses:................................................................................................................58

    Restriction: ...........................................................................................................58

    Management: .........................................................................................................58

    Procedure:.............................................................................................................58

Inbox Management:..........................................................................................................58

Replying Enquiries:...........................................................................................................59

Organizing Replied Enquiries:.........................................................................................60

Templates:.........................................................................................................................60

   **ANNEX 4: Info inbox template answers** ...............................................................61



## Introduction:
The purpose of this **Standard Operation Procedure (SOP)** is to provide the necessary guidelines and tools to perform the essential functions for Parolee Cases.

## Objective:
Ensure that parole cases are processed according to the requirements and all their process is recorded in the tracking systems.

## Definition of Parolee Cases:
Applicants who gain access to the program, but are found ineligible for refugee status will then be considered on a case-by-case basis for parole into the United States. Parole allows individuals who may be otherwise inadmissible to come to the U.S. for urgent humanitarian reasons or significant public benefit. Parole determinations are made on a case-by-case basis depending on each individual's unique circumstances. A separate application for this parole process is not required if the individual already has access to the CAM program. Parole is not an immigration status, but it does allow an individual to be lawfully present in the U.S. temporarily and to apply for a work permit.



# Information Sessions and Parolee Counseling

## General Objective:

Establish procedure to provide info sessions and Parolee counseling.

## Specific Objectives:

1. Provide basic lines to inform during info sessions
2. Contribute to better coordinate between units for parolee counseling process.

## Concepts:

1. Info sessions: Information related to documents required for traveling that is provided to applicants during their waiting time for pre-screening, DNA, DHS interview, etc.
2. Parolee Counseling: Information provided to applicants related to their parolee status, after decision letter has been handed over.

## USRAP Units involved:

1. Scheduling (RSC)
2. Communications (RSC)
3. Parolee (OPS)

## Frequency:

1. Info sessions: two sessions on a daily basis (8:00 a.m. and 1:30 p.m.)
2. Parolee Counseling: once a week (Thursdays), after circuit ride has been completed and in coordination with Scheduling and Communications teams.

## Restriction:

1. **No walk-in Parolee notifications allowed.** Only the ones, previously coordinated between units involved.



## Procedure:

### Info Sessions:

Independently the status of the case, all applicants must be <u>informed</u> that at some point of the process they will need:

1. A valid passport to travel. Passports are issued by DGME (Dirección General de Migración y Extranjería de El Salvador):

   a. If applicants are under 18 and will not be accompanied by parents appearing in the Birth Certificate, they will need to present an authorization from parents, authorizing legal guardian to represent parents before DGME to obtain the passport.
   b. This authorization must be issued in Spanish by a Salvadoran Consulate or a Salvadoran Attorney (with Salvadoran stamp).
   c. Once passport issued, share a copy with OPS Unit. Whether bringing a hard copy to IOM office (to OPS unit) or send a soft copy to iomsvinfo@iom.int

2. All applicants under 18 years old, need besides the passport, a travel authorization from parents appearing in the birth certificate.
   a. An annex with all basic information and instructions to obtain TA is attached.
   **NOTE:** There is no need to request TA at this point. Only informing this document will be needed.

### Parolee Counseling

1. Parolee counseling will take place only on Thursdays.
2. Waiting room #4 must be dedicated on Thursdays only for Group Parolee Counseling sessions.
3. Counseling will come only after Communications Unit has notified applicants on their decision and handed over decision letters.
4. Coordination between units involved:

   a. Scheduling team (RSC):
      i. Will be in charge of scheduling all PAR cases ready to be notified. This schedule will be based on the: "Weekly Report; Post_CIS_Cases_For_Notification" sent by RSC LA Reports colleagues.
      ii. Will send a list to Communications and Parolee Assistant, containing the cases that will be notified, date and time scheduled.
      iii. The list will be sent CoB one day before Parolee Counseling takes place.

   b. Communications team (RSC):
      i. Will notify applicants and hand over decision letters.
      ii. Once this task completed with all applicants scheduled on that day, will notify Parolee Assistant, to proceed with Counseling.
      iii. Will also notify Parolee Assistant any No Show or Additional case to the list.

   c. Parolee (OPS):

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**

AR000382



i.  After receiving the list, from Scheduling team, Parolee Assistant will print/photocopy all the material needed to conduct Group Parolee Counseling session:
    1. CAM Parolee Case Processing Information Handout
    2. PAROLE FACT SHEET FOR CAM_SPA_1, and
    3. TA Info Sheet
ii. This documents can be found in:
    1. CAM Parolee and Parole Fact Sheet in CAM Parole shared drive: counseling/counseling documents
    2. TA Info Sheet in Operations shared drive: travel/travel authorization/ 10-SOP
iii. A copy of these documents will be given per family group (TA info sheet only if there are minors in the process).
iv. Parolee Assistant will conduct Group Parolee Counseling session, informing on basic but important issues such as:

**Payment:**
1. Need of payment from anchors related to applicant's medical examination and travel.
2. Emphasize applicants will not pay anything here, but anchors in US.
3. Inform on payment procedure. IOM office in Miami will contact anchors and request payment.
4. Only in case of needing additional medical referral, IOM will request additional medical payment.
5. Once payment received, medical appointment will be scheduled. But this step may not be immediately after medical payment done, it could take some time. Kindly request their patience.

**Parolee Characteristics:**
6. Once applicants arrive at the US, officers may authorize parole for a period of up to two (2) years.

7. No later than 90 days before parole authorization expires, applicants must file for an extension of CAM parole.

8. IOM is no longer involved in this process of extension. Applicants can request assistance from immigration lawyers, family, etc. to complete this process.

9. If applicants travel outside the United States during their authorized parole period, they do not automatically have permission to return. Their parole status may be terminated if they depart the United States.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



v. After conducting Counseling, ask applicants if they have any concern or question related to the information provided.

vi. Parolee Assistant will make hard copies of all passports of applicants attending Parole Counseling.

vii. Will also run her/his own list using as a base the list sent by scheduling team. This has the purpose of confirming all applicants scheduled have attended the counseling or if there is one case no show or added lately to the list.



## ANNEX 1: TA Info sheet



# Autorización de Salida para Menores de 18 años



### Cuando el menor viajará con madre/padre

1. El padre que vive en Estados Unidos pide un acta notarial al **Consulado de El Salvador** en la que autoriza la salida del país al menor.
2. El padre que vive en Estados Unidos envía el acta notarial original al tutor en El Salvador.
3. El padre que vive en El Salvador lleva esa acta al **Ministerio de Relaciones Exteriores** para que lo autentiquen.
4. El padre que vive en El Salvador lleva el acta la oficina de la OIM en El Salvador los días viernes (8:00 a.m. – 12:00pm y 2:00 – 4:00 p.m.)

### Procedimiento cuando el menor viajará SOLO

1. El padre/madre que vive en Estados Unidos pide un acta notarial al **Consulado de El Salvador** en la que autoriza la salida del país al menor.
2. Luego, envía el acta notarial original al tutor/padre/madre en El Salvador.
3. El tutor/padre/madre que vive en El Salvador lleva esa acta al **Ministerio de Relaciones Exteriores** para que lo autentiquen.
4. Si uno de los padres vive en El Salvador y no viajará con el menor, este también debe tramitar ante un Notario en El Salvador el permiso de salida y lo deberá entregar a la OIM sin necesidad de hacer ningún otro trámite.
5. El tutor/padre que vive en El Salvador lleva las dos actas la oficina de la OIM en El Salvador los días viernes (8:00 a.m. – 12:00pm y 2:00 – 4:00 p.m.)

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000385



- **La autorización deberá ser válida por un año a partir de su fecha de emisión y no deberá contener fecha de viaje específica.**
- **Presentar ante el notario o consulado que elaborará la autorización: copia de documento de identidad del padre o madre, copia de pasaporte y partida de nacimiento del menor.**
- **La autorización deberá indicar que es por un período definitivo, por motivos de residencia**
- **Asimismo deberá indicar que el menor viajará SOLO**
- **La autorización debe ser individual por cada uno de los menores que están en el Programa.**
- **Indicar la ciudad, el estado y el país hacia dond viajará.**
- **En caso de estar registrado en la partida de nacimiento solamente por la madre, no es necesario que el padre emita autorización de salida.**
- **En caso de haber fallecido uno de los padres, adjuntar partida de defunción reciente (3 meses)**
- **Si no se sabe del paradero de uno de los padres, acercarse a la Procuraduría General de la República (PGR) más cercana, a solicitar que se emita la autorización en representación del padre/madre con paradero desconocido.**
- **El día que presente la autorización en OIM deberá adjuntar a los documentos: Copia de DUI o pasaporte de padre/madre, copia de partida de nacimiento y pasaporte del menor.**

**NOTA:**

1. El padre que vive en Estados Unidos puede solicitar este permiso a un notario que tenga sello de notario de El Salvador. No necesita autenticarlo en el Ministerio de Relaciones Exteriores.

2. Si el padre vive en El Salvador, la autorización de salida deberá ser hecha ante un Notario en El Salvador y ésta deberá ser entregada a la OIM sin necesidad de hacer ningún otro trámite.

**Cualquier consulta puede marcar el teléfono: 2521-0500**

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**

AR000386



# Importing Parolee Excel

### General Objective:
Establish procedure to properly import Parolee Excel.

### Frequency:
1. Once a month, RSC LA Reports colleagues will send a mail with Excel file to import.
2. Whenever a file to import is requested by Parolee Project Assistant.

### Procedure:
1. Once a month, RSC LA Reports colleagues will send a mail with Excel file to import. This file will contain only new cases with Parolee decision and that are not uploaded in MiMOSA.
2. File is named "CAM_Parole e_Cases_for_Mimosa_import_SV



These are CAM parolee cases and are to import into MiMOSA.

Note: Please do not import if the excel data sheet is Blank.



## Downloading and saving the file.

3. Download the file and save it in OPS Shared Folder: Files to import/Parolee excel/Files to import/SV
4. Put the saving date at the beginning of the file name for easily recognize the file to import.
5. Save it in format "Excel workbook".

## Importing the file:

6. Open the link: http://gvamimosaweb02.eu.iom.net/importutil/Account/Login.aspx
7. Log in with your credentials as per image:



8. Select "Central American Minor Paroles Template" and then browse the file to import.



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



9.  If correctly uploaded, a green message will appear, notifying import is complete.
10. If there is an error in the import, a block note will appear specifying the mistake.
11. Make a Print Screen of this block note with the mistake and send the image to RSC LA Reports.
12. Inform file could not be imported due to the error in the image and kindly request to send a new excel.
13. Photos will be uploaded by MiMOSA Team
14. Check in MiMOSA randomly if cases in the excel file sent by RSC LA Reports are now uploaded in MiMOSA.

NOTE: For Honduras process:

- The OPS focal point imports Excel file into MiMOSA through Mass Import Utility.
- After importing information, the OPS focal point should verify that all files are imported with photos as well as information is accurate (applicant's information, anchor information, passport information, etc.)
- The OPS focal Point should change Case Category = Parole and type of Migrant=Family Migrant on a case level information

Requesting an Excel file to import
1.  After a Parolee Counseling has been conducted, counseled cases must be updated in MiMOSA with the status Health Assessment Requested (HA-REQ). As per Parolee Counseling SOP.
2.  If any of the cases counseled is not recorded in MiMOSA, send a mail to RSC LA Reports colleagues, requesting an excel file to import with the cases not recorded in MiMOSA.
3.  Once excel received, proceed with steps 3 to 14.



# Parole Medical Tracker and MiMOSA updates

### General Objective:

Establish procedure to properly up-date Parole Medical Tracker and MiMOSA, for Parolee Pipeline purposes.

### Updates:

#### Parole Medical Tracker:
1. Counseled cases
2. Medical payment received
3. Medical appointment scheduled
4. Medical examination status
5. Medical follow-up (if applies)
6. Medical mailed out to USCIS
7. USCIS Travel notification
8. Travel payment received
9. Travel Status

#### MiMOSA
1. Health Assesment Requested
2. Pending for medical Schedule
3. Medical scheduled
4. Pending medical mail out
5. Pending USCIS Clearance
6. Pending for travel payment

### Procedure:

After Parolee Assistant has conducted the Group Parolee Counseling, there are some steps and updates to do until departure, as per bellow:



### Right after Parolee Counseling:

Based on the list run by the Parolee Assistant on the counseling date, having all applicants who attended the notification and counseling:

**Parole Medical Tracker:** add new cases counseled to the Tracker

1. Pull information from the "Daily Report; CAM_Parolee_Case_Information_Report" sent by RSC LA Reports and add them at the bottom of the Parole Medical Tracker, so that this file can contain all new cases and their bio data, anchors information, counseling date, etc.

2. "Daily Report; CAM_Parolee_Case_Information_Report" and Parolee Medical Tracker columns do not have the same order. Respect the last one's order to add the information.

3. Check <u>all cases who received counseling</u> are added in the Parole Medical Tracker, including principal applicants and derivatives for cases with case size 2 or 3.

4. Make also sure <u>no show cases are not added</u> into the Parole Medical Tracker.

**MiMOSA:** Request HA (HA-REQ) for Counseled cases

5. After counseling done and having updated Parole Medical Tracker, MiMOSA needs to be updated. At this step we request HA (HA-REQ) in MiMOSA. This step can be done in batch, follow below steps:

   a. Select Medical/ Individual Search





b.  In Search Filters, select the option "CASE – 1st Reference Number



c.  In the second blanc space write the case number of the applicant

d.  Thick the boxes "Include Case Members" and "Include Cross Reference)

e.  All cases in the list must be entered in the search, case by case when single cases and one family member when X-Ref.

f.  Whenever a case is being listed in the search, thick the case box.



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



g.  After having complete all cases in the list, click on "Assign Medical Services" and "Assign Services without Appointment".



h.  The following text box will appear, click ok.



Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad

AR000393



i. The following screen will display. Click save



j. Once you have saved, the case will display a message saying the case has been saved successfully.

k. HA-REQ status can be confirmed, looking into the Case Management the case number and under the Medical Tab/ Medical Status it should show as HA-REQ



Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad

AR000394



**SharePoint:** Request medical payment

6. After having completed updates in Parole Medical Tracker and MiMOSA, proceed updating SharePoint according to SharePoint SOP.

## After Receiving Medical Payment:

**Parole Medical Tracker:** update with amount, status received and date of payment.

7. **New cases:** When payment received in SharePoint and after having done all procedure according to SharePoint SOP (moving from Payment in Process to Paid Record files), update Parole Medical Tracker with medical payment information. This under the "Medical Information" columns.

8. Verify amount to be collected and amount received as medical paid.

| case number | First Name | Family Name | Age | URGENT LEVEL | Counseling Date | Amount to be collected | status of payment | DATE MIA EMAIL |
|---|---|---|---|---|---|---|---|---|
| | | | 20 | NOR | 06-Jan-17 | $ 223.00 | RECEIVED | 31-Jan-17 |
| | | | 53 | NOR | 06-Jan-17 | $ 223.00 | RECEIVED | 31-Jan-17 |
| | | | 17 | NOR | 06-Jan-17 | $ 223.00 | RECEIVED | 7-Feb-17 |
| | | | 17 | NOR | 06-Jan-17 | $ 223.00 | NOT RECEIVED | |
| | | | 44 | NOR | 06-Jan-17 | $ 223.00 | NOT RECEIVED | |
| | | | 19 | NOR | 06-Jan-17 | $ 223.00 | NOT RECEIVED | |
| | | | 17 | NOR | 06-Jan-17 | $ 223.00 | NOT RECEIVED | |

9. Update status of payment from "not received" to "received"
10. And finally the date medical payment has been confirmed.



11. **Additional medical payment request:** Whenever additional medical payment received, update accordingly in the columns for additional medical payment, under "Medical Information"

| PSYCHIATRIST | PSYCHIATRIST 1ST APPOINT- DATE | DOCTOR | PREGNANCY TEST | TB CASES | Amount to be collected for referrals | IOM MIA Payment Reception Date |
|---|---|---|---|---|---|---|
| X | 23-Feb-16 | SIFONTES | | | $150.00 | 3-Feb |
| | | | | | | |
| X | 19-Feb | SIFONTES | | | $150.00 | 9-Feb |

columns

12. All additional payments, must be entered in MiMOSA.

   **MiMOSA:** Payment received from NY Prepaid but pending for medical to be scheduled
13. As soon as the payment is received, Parolee Project Assistant will go under case management to "Cost Management" and add "Medical Service" (306520) and costs per each case.



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000396



14. Complete information required in the info inbox such currency, pay mission, WBS, amount and remarks. Then thick the case member information and click on save cost item.



15. A message indicating "Cost Item Successfully saved" should appear.

## Scheduling Medical Appointment

**Parolee Medical Tracker:** update according columns under "Medical Examination" after confirming appointment date with Panel Physician (PP). All x-ref cases must be scheduled on the same date and with the same PP.

| SCHEDULED | Appointment Date | Doctor | Medical Examination Status |
|-----------|------------------|--------|----------------------------|
| YES | 19-ene | Tobar | PENDING |

Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad



While the medical exam is still at the PP's office but there are no referrals, the medical status stays as "PENDING".

**Referrals**

a) **Psychiatric referral:** if the PP refers an applicant to a psychiatrist, update the columns with the provided information.

| Medical Examination Status | PSYCHIATRIST | PSYCHIATRIST 1ST APPOINT- DATE | DOCTOR |
|---|---|---|---|
| ON HOLD | X | 15-feb-17 | RIVERA TREJO |

The appointment date should be updated after requesting and confirming with the psychiatrist assigned by the PP.

All cases with psychiatric referral must be marked as "ON HOLD" under the Medical Examination Status.

b) **Other referrals (TB screening, other medical referrals):** all cases going through TB screening or pending medical procedures/evaluations from specialties other than psychiatry must also be marked as "ON HOLD" under Medical Examination Status.

| Medical Examination Status | TB CASES | Amount to be collected for referrals | IOM MIA Payment Reception Date | SMC | MEDICAL REMARKS |
|---|---|---|---|---|---|
| ON HOLD | X | | | | PENDING TB STUDY |

The relevant information about the pending medical screening/procedure/treatment should be noted on the Medical Remarks section. If an applicant has an SMC in his medical file, the SMC column should also be updated accordingly.

**General Information of documents needed for Medical Appointment**
- Valid passport and its copy, the information on this document should be accurate (correct name, date of birth, sex, age, place of birth and must be verified before examination).
- A copy of updated vaccination card (for records only because Parolees do not need to be vaccinated), medical history (if they have one).
- For girls, date of last period
- There is no need to fast for these tests.
- All beneficiaries should be advised that this medical examination is a required step to continue in the program.

Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad

AR000398



- Once appointments are confirmed and scheduled, the Parolee Project Assistant sends an email to PP office confirming the appointment dates and times.

NOTE: For Honduras cases:

- Every Monday, the Parolee Project Assistant will send out the physical files to the Panel Physician's office with the confirmed scheduled.
- The Parolee Project Assistant will attend to the hospital the following Monday to start taking beneficiary attendance prior their medical examinations.
- The Parolee Project Assistant should double check with PP the appointment dates for children between 2 and 14 years old that require TST that should be checked by PP in 48-72 hours.
- The Parolee Project Assistant generates a capacity calendar to schedule all the beneficiaries and generate the medicals forms in MiMOSA (SOP for scheduling cases in MiMOSA)

MiMOSA: To schedule a medical appointment, follow the next series of steps:

1. **Managing Medical Scheduling Capacity:** Under the Administration tab, click on "Manage Medical Scheduling Capacity".



You will be redirected to the following screen where you will first create a **Capacity Calendar:**





**Click on the Non Working Day tab:**

Once you add the non working days, click "save" and they will be displayed as below:





Next, you will edit the **Appointment Group** section. This is where the slots for each individual day of the month are added.



Once you have edited the Appointment Group, you will see the above screen displayed. Here you can see the max number of slots per Panel Physician per day of every week (this is done globally by each Panel



Site). You will also set the start and end times. Click "Save" to complete this step. This will set all the slots available throughout the week.

Next, click on the **Capacity Calendar** to set the number of slots by group. You can assign how many patients will be seen per day and per hour. You also need to assign a start and end time. Please have in mind that each appointment should have at least an hour. There is no need to assign time slots for each patient. Click "Save" once you are done. The Capacity Calendar is now ready.

2.  **Setting an appointment date:** Click on the **Medical tab** to set an appt date. The following screen will display:



Click on the Medical menu and select "Assign Core Services with Appointment". Also, make sure to tick all the boxes to schedule the appointment. The following menu will be displayed:



Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad



The "Medical Profile" and "Functional Area" are filled by default. After completing this step, you will be re-directed to the following screen:



Click "Save" once you are done with these steps.

To download/print the medical forms: Go back to the Medical Status under the Medical tab in "Activity" as shown





Click on the Medical Status to edit the details of the Health Assessment. You will need to edit the tabs "Exam Details", "Vaccination" and "X-ray".



Once you have checked that all details are correct, click on the "Vaccination" tab:

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



All the boxes must be unticked. The system pre-fills them but since this service is not available for the parolee yet, the boxes must be empty. When you're done, continue with the "X-ray" tab:



Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad

AR000405



Make sure that the box is ticked according to the applicant's age (not indicated from 0-14 y/o). Click "Save". The medical forms are ready to be downloaded.

## Pending Medical Mail Out

**Parolee Medical Tracker:** Once you have received the files from the PP's office, update the Medical Status result as follows:

> **COMPLETE:** Medicals have been cleared, no further examination is required
> **CLOSED CASE:** If PP has classified the applicant as Class A



Once the medical examination is complete, the medical exam expiration date must be updated as well. On the Medical Remarks section, you can put any relevant information, such as gestational age at the physical examination date for pregnant applicants or any other relevant medical condition.

**MiMOSA:** This part of the process refers to the medical files that have been sent to IOM by the Panel Physicians. To update the Medical Status, go back to the Medical tab under "Activity" under **Case Management.** Go to the "Classification" tab:





Next, edit the "Laboratory" tab and enter the results for the Gonorrhea and Chlamydia tests:





After you enter the lab tests results, enter the X-rays results on the "X-Ray" tab:

Click "Save" to complete your work. The medical status should appear now as HA-CPL (Health Assessment Complete).

## Pending USCIS Clearance

**Parolee Medical Tracker:** Once the files are sent to DHS, update under the USCIS section:

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**





Update each column accordingly. This must be done the same day the files are to be sent to DHS. The approval status remains as "Not received" until DHS sends the approval notification.

**MiMOSA:** For this step, the medical document status must be updated:



The following screen will appear:



Click "Save" to save your work.



USCIS Clearance                                                    Received

**Parole Medical Tracker:** update with status received and date of approval.

1. Take the list from the mail sent by Operations Officer, with USCIS clearances and update Travel Approval from DHS status from not received to received.
2. Update also date of approval.
3. Check case by case and update



| case number | First Name | Family Name | Age | MAILED OUT | DATE | TRAVEL APPROVAL FROM DHS | APPROVAL DATE |
|---|---|---|---|---|---|---|---|
| | | | 19 | YES | 12-Dec-16 | RECEIVED | 15-Dec-16 |
| | | | 1 | YES | 12-Dec-16 | RECEIVED | 15-Dec-16 |
| | | | 16 | NO | | NOT RECEIVED | |
| | | | 19 | NO | | NOT RECEIVED | |

4. Whenever H-X-Ref cases, check all cross referenced cases are CLR. Unless, any has not been mailed out for some reason (pending passport, medical referral).
5. If all X-X-Ref cases have been mailed out the same date and any of them has not been CLR yet, flag this to your supervisor to follow-up with USCIS/DHS.

   **MiMOSA:** USCIS clearance received. Add a comment related to travel payment.

1. After receiving USCIS clearance, staff will request for travel payment and add under case level a "case note" as following. "Travel Payment Requested".

2. Check there is no misspelling in the comment. A misspelled comment will not be taken into account for pipeline purposes.

3. Click Ok and save.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**





**MANAGE CASE**

| IOM Case Number | ▇▇▇▇ | | Principal Applicant (Case Size) | ▇▇▇▇ | (1) |
| 1st Source / Ref. No. | USRSC / | | Destination Country | UNITED STATES OF AMERICA - US | |
| 2nd Source / Ref. No. | / | | Registration Date | 28-Sep-2016 | |
| Case Status | Active | | | | |

| Update Case Status ▾ | Split Case ▾ | Transfer Case | Cost Management | Medical ▾ | Manage Movement ▾ | | 🖨 Print D |

**🔵 Activity**

Overview    Medical    Movement

| Activity | Service | Project Definition | Business Area | Status | Start Date | Last Update Date | |
|---|---|---|---|---|---|---|---|
| MED | US_CAM_MED | RE 0171 | SY 10 | REQ | 29-Sep-2016 | 28-Sep-2016 | Edit \| D |
| MOV | US_CAM | RE 0171 | SY 10 | NAS | 29-Sep-2016 | 28-Sep-2016 | Edit \| D |

[+] Add

**🔵 Case-Level Information**

Overview    Case Notes    **Affiliate**    Cross Reference    **Case Documents**    Programme

Enter Case Note in field below and select [+] Add to save it

> Travel Payment Requested

[+]Add

**SharePoint:** Request Travel payment for USCIS CLR cases.

4. After having completed updates in Parole Medical Tracker and MiMOSA, proceed updating SharePoint according to SharePoint SOP.

## After receiving Travel Payment

**Parole Medical Tracker:** update with amount, status received and date of payment.

1. When travel payment received in SharePoint and after having done all procedure according to SharePoint SOP (moving from Payment in Process to Paid Record files), update Parole Medical Tracker with medical payment information. This under the "Travel" columns.
   a. Amount to be collected: add the amount to be collected. If adult fee or child fee
   b. Travel payment received: put YES or NOT
   c. NY Payment received date: update with travel payment received date.



| | | TRAVEL | | | | |
|---|---|---|---|---|---|---|
| **AMOUNT TO BE COLLECTED** | **TRAVEL PAYMENT RECEIVED** | **NY PAYMENT RECEIVED DATE** | **ADDITIONAL TRAVEL PAYMENT TO BE COLLECTED** | **ADDITIONAL TRAVEL PAYMENT RECEIVED** | **NY PAYMENT RECEIVED DATE** | |
| $ 1,260.00 | YES | 27-Jan-17 | | | | |
| $ 1,260.00 | YES | 27-Jan-17 | | | | |
| $ 1,260.00 | YES | 27-Jan-17 | | | | |
| | NO | | | | | |
| | NO | | | | | |

2. Whenever additional travel payment is requested/received (overnight payment request), this also must be updated in medical tracker. Updating the columns:
   a. Additional travel payment to be collected: add the amount to be collected
   b. Additional travel payment received: put YES or NOT
   c. NY Payment received date: update with additional travel payment received date.

| | | TRAVEL | | | |
|---|---|---|---|---|---|
| **AMOUNT TO BE COLLECTED** | **TRAVEL PAYMENT RECEIVED** | **NY PAYMENT RECEIVED DATE** | **ADDITIONAL TRAVEL PAYMENT TO BE COLLECTED** | **ADDITIONAL TRAVEL PAYMENT RECEIVED** | **NY PAYMENT RECEIVED DATE** |
| $ 1,260.00 | YES | 27-Jan-17 | | | |
| $ 1,260.00 | YES | 27-Jan-17 | | | |
| $ 1,260.00 | YES | 27-Jan-17 | | | |
| | NO | | | | |
| | NO | | | | |



**MiMOSA:** When travel payment is received, staff member will add in cost management under manage case, the following cost entry: "other service" $150 as Service Fee.

1. Under manage case/ cost management cost management as per image below:



a. Record in Cost element: Other services – 305740
b. Put a comment: Servive Fee
c. And click on "Save Cost Item". Cost must appear in the Case Cost Summary





## COST MANAGEMENT

| Cost Item successfully saved. |
|---|

*Required

| | | | |
|---|---|---|---|
| IOM Case Number | | Principal Applicant (Case Size) | (1) |
| 1st Source / Ref. No. | USRSC | Destination Country | US - UNITED STATES OF AMERICA |
| 2nd Source / Ref. No. | / | Registration Date | 28-Sep-2016 |
| Case Status | Active | | |

🖨 Print Document ▾

### COST ITEM

| | | | |
|---|---|---|---|
| Cost Element * | ▾ | WBS * | 🔍 |
| Currency * | ▾ | | |
| Pay Mission * | ▾ | Unit Amount * | |
| | | Cost Date | 🗓 |
| Remarks | | | |

### CASE MEMBERS

To view an individual's costs select the individual's name

| ☐ | Relation to PA | Name | External No. | Date of Birth | Age | Sex |
|---|---|---|---|---|---|---|
| ☐ | PA | | | | 17 | M |

**Save Cost Item**   **Cancel**

🔵 Case Cost Summary

| Cost Element | Units | WBS | Pay Mission | Currency | Unit Amount | Total Amount | Remarks | Cost Date | Last Update Date | Updated by | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Other services | 1 | | S/16 - S Salvador, Co, El Salvador | USD | 150.00 | 150.00 | Service Fee | 19-Apr-2017 | | amda | Edit \| Delete |

## Departure updates

1. Whenever a departure notification is sent by OPS, update Parole Medical Tracker in travel section.
2. Change travel status from Pending to Departed.
3. Put the departure date.



| TRAVEL | | | | |
|---|---|---|---|---|
| ADDITIONAL TRAVEL PAYMENT TO BE COLLECTED | ADDITIONAL TRAVEL PAYMENT RECEIVED | NY PAYMENT RECEIVED DATE | TRAVEL STATUS | TRAVEL DATE |
| | | | DEPARTED | 30-jan-17 |
| | | | DEPARTED | 9-Feb-17 |
| | | | PENDING | |

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**

AR000414



## Annex 1: Parolee Flowchart



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000415



# SharePoint

**What is SharePoint?** IOM CAM Share Point is used as a payment request and received system, where all missions involved in payment process updates the information.

### General Objective:
Establish procedure to properly follow-up payments requested and received in SharePoint.

### Specific Objectives:
3. Standardize terminology on share point updates making it easy to understand between missions.
4. Contribute to better follow-up payment requests and communication between missions.

### Statuses:
3. New cases tab: all new cases added pending for payment (even though they have been contacted)
4. Pending cases tab: all cases with payment received.

### Missions involved:
4. IOM El Salvador/Honduras/Guatemala
5. IOM Miami
6. IOM NY Prepaid

### Management:
1. El Salvador SharePoint: will be managed by Parolee Project Assistant in El Salvador.

2. Guatemala SharePoint: will be managed by Parolee Project Assistant in El Salvador.

3. Honduras SharePoint: will be managed by Parolee Project Assistant in Honduras.

### Restriction:
- All personal data contained in SharePoint (names, phone numbers) is <u>strictly for internal use</u> only and <u>for the only purpose</u> of contacting anchors to provide payment information.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000416



### Procedure:

1. IOM El Salvador/Honduras mission will add new cases payment request in SharePoint under the Medical/Travel Payment in Process when:
   a. Medical:
      i. Parolee counseling is given (after circuit ride completed)
      ii. Applicant requires additional medical referral
      iii. Additional examination is required for applicant
      iv. After completing medical referral (if first medical examination expired), request medical payment for new medicals.

   b. Travel:
      i. Approval for travel has been received from DHS
      ii. Additional payment for overnight is requested

**Note:** For Payment Collection for Medical Exams in Honduras:
- After Beneficiary has been counseled of Parole Status as per SOP, Parolee Project Assistant from IOM Honduras will create the spreadsheet with the amount to be collected and send a medical collection form spreadsheet through email to the OPS focal point with the information of the beneficiaries that can do their medical examination.
- The OPS focal point from IOM Honduras will upload this information to Share Point
- ***This collection will only be for those beneficiaries that have a valid passport.***

2. Once logged into the SharePoint site (provided by IT) the main page will appear:



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



3. In order to access the file documents click on the menu **CAM OPS Payment Information,** which contains all CAM payment files



4. New cases will be added in the file Medical/Travel payment In Process , under the TAB "New Cases"



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



5.  Click the excel file you want to open and click 'Edit Workbook' and select 'Edit in Excel'. This will open the excel document for you to edit easily.

CAM Operation ▸ El Salvador Medical Payment In-Process.xlsx

| FILE | EDIT WORKBOOK ▾ | SHARE ▾ | DATA ▾ | FIND |

| | A | Edit in Excel | | E | F |
|---|---|---|---|---|---|
| 78 | 77 | Use the full functionality of Microsoft Excel. | | | |
| 79 | 78 | | | | |
| 80 | 79 | Edit in Excel Web App | | | |
| 81 | 80 | Make quick changes right here in your browser. | | | |
| 82 | 81 | | | | |
| 83 | 82 | 23-Aug-2016 | | | |
| 84 | 83 | 23-Aug-2016 | | | |
| 85 | 84 | 23-Aug-2016 | | | |
| 86 | 85 | 23-Aug-2016 | | | |
| 87 | 86 | 23-Aug-2016 | | | |
| 88 | 87 | 23-Aug-2016 | | | |
| 90 | 88 | 23-Aug-2016 | | | |

6.  IOM El Salvador/Honduras will provide with complete information on applicant and anchor, according to SharePoint columns.

7.  IOM Miami will contact anchor and inform on payment request and payment options

8.  Whenever IOM Miami is unable to contact anchor, mission will use the following standard terminology to inform IOM El Salvador/Honduras on contact status:

    a.  C/EML: Call/email sent: IOM Miami has contacted anchor talked with him/her and email also sent (if applies) with Form of payment.

    b.  NA/MSJ/EML: No answer/voice Message left/email sent: IOM Miami has contacted anchor and call goes to voice mail, IOM Miami will leave a voice message and send an email if there is an email address. IOM Miami will contact again anchor if it doesn't get call back in two weeks. Yellow color shadow can be used for IOM Miami comments Column, as a reminder that they have to call anchor again.



c. UC: Unable to contact: IOM Miami has contacted anchor with the phone number provided by IOM El Salvador/Honduras but phone number is disconnected, and there is no email address provided. Yellow color shadow can be used for IOM Miami comments Column, so IOM El Salvador/Honduras can better identify the cases that require and update for contact information.

d. WN: Wrong number: IOM Miami has contacted anchor with the phone number provided by IOM El Salvador/Honduras but is no longer the anchor's phone number. IOM El Salvador/Honduras will update information accordingly. Yellow color shadow can be used for IOM Miami comments column.

e. WNoC: Anchor will no continue with case: IOM Miami contacted anchor and says will no longer continue with the case, IOM Miami will advise to anchor to send a letter or mail notifying this situation to: **iomsvinfo@iom.int** Red color shadow can be used for IOM Miami comments column.

f. IRRT: Irregular Travel: IOM Miami contacted anchor and informed that applicant had an irregular travel. IOM Miami will send an email to CAM coordinator explaining about Anchor information, and wait instruction to inform anchor about the status of the case if HOLD or CLOSED. Red color shadow can be used for IOM Miami comments column.

9. When anchors are contacted and IOM MIA has put a comment in the column "Anchor notified by IOM MIA", IOM El Salvador will remove this case from the tab "New cases" and insert it in the tab "Pending Medicals".

10. In the tab "New cases" must remain <u>only</u> the cases IOM Miami has <u>not yet contacted</u> anchors.

11. In the tab "Pending cases" will remain all cases <u>contacted but pending payment</u>.

12. When payment is received, NY Prepaid will update SharePoint indicating the amount received, by what means (credit card or money order) and the date received.

13. After this information is updated in SharePoint, IOM Miami will contact anchor indicating payment has been received.

14. IOM El Salvador/Honduras will check on the payment received. If payment is not complete, will get back to NY Prepaid to confirm on amount received and if still the payment is not complete, will request IOM Miami to contact anchor and request pending amount.



15. If payment is complete and information is accurate, IOM El Salvador will remove the paid case from the Excel "Medical/Travel Payment In Process" to "Medical/Travel paid record"



## Special Remarks:

1. Expedite cases (LV1 and LV2 level of urgency):

   a. Will be highlighted in pink color to be better and easier identified.

   b. A mail to IOM Miami and NY Prepaid should follow after updating SharePoint with expedite cases payment request.

   c. These cases should be contacted as soon as possible.

2. All cross reference cases (X-Ref) will be located one under the other for an easier location.

3. When anchors inform they have already paid but is not reflected in SharePoint: IOM El Salvador, Honduras or Miami will send a mail to NY Prepaid to confirm this information. If payment has been received NY Prepaid will update SharePoint accordingly and IOM Miami will contact anchor to confirm payment has been received.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



4. When anchors are unable to contact because of wrong number, IOM El Salvador will follow-up on those cases directly with applicants and update SharePoint accordingly with accurate information.

5. IOM Miami will contact again those cases taking into account the updates IOM El Salvador has done.

AR000422



## ANNEX 3: SharePoint Flow Chart:



Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad

AR000423



# USCIS Travel Notification

## General Objective:
Establish procedure to properly up-date USCIS Travel Notification received in Parolee Medical Tracker, MiMOSA and SharePoint.

## Statuses:
5. Cleared (CLR)
6. On Hold (HLD)
7. Closed

## Procedure:

6. **CLEARED CASES:**

   a. After receiving USCIS Travel Notifications for cases that may proceed with travel update **Parolee Medical Tracker** accordingly in the columns named: "travel approval from DHS" as received and "approval date" with the accurate of travel notification received.



   b. Check all X-Ref cases (if any) to verify all have been cleared. This will apply only, if mailed out the same date and no medical referral requested.
   c. If some X-Ref has not been cleared but mailed out the same date, refer this case to your supervisor to follow-up with USCIS if there is any reason to be not cleared.



d. Once Parolee Medical Tracker has been updated, proceed in **MiMOSA** adding under case level a 'case note' as follows: 'Travel Payment Requested' for all those cases with CLR status only.

○ **Case-Level Information**

Overview   Case Notes   Affiliate   Cross Reference   Case Documents   Programme

| | Case Note | Added By | Date | Last Update Date | |
|---|---|---|---|---|---|
| ☐ | Travel payment requested | amta | 10-Feb-2017 | 10-Feb-2017 | Edit |

[+] Add

Print Selected Case Notes

e. For this purpose, it doesn't matter if X-Ref has not yet been cleared. Case note must be added for all cleared cases.

f. As a last step for CLR cases, SharePoint must be updated.

g. Click on CAM OPS payment information folder



h. Click on El Salvador/Guatemala/Honduras Travel Payment in Process (according to the case processing country).





**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000425



i.  Under the 'new cases' tab, enter the information for the CLR cases only.



j.  For travel payment purposes, enter only the cases cleared by USCIS and which don't have X-Ref cases pending clearance.

7.  **HOLD CASES:**
Whenever a case is put on hold by USCIS:
a.  Put on hold in MiMOSA
b.  Put on hold on Medical Tracker

8.  **CLOSED CASES:**

a.  Class A cases will be closed case.
b.  USCIS will send a letter to the anchor explaining about the case status and the reasons for administrative closure.
c.  IOM will contact the applicant to explain the process determined by USCIS.
d.  IOM will hand over a copy of the notice of closure to the applicant and have the applicant signing it for internal record and as a sing of acceptance.
e.  Signed copy will be kept in IOM.
i.  Physical copy will be saved in folder CLOSED CASES in the black cabinet in the file room.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**



      ii.  Digital copy will be saved in the shared drive CAM Parolee/ Medical SV/ CLOSED CASES. Under convention name: *case number_ NAC_ Name SURNAME*

f.  The applicants needs to understand that after completing the process of medical referral, applicant will need to go again under new medical examination, since medical exam will have expired.

g.  If travel payment had been done for any reason, before receiving the official Notice of Administrative Closure, travel payment refund must be requested to NY Prepaid and IOM Miami Colleagues.

h.  Once completed the medical follow up, PP will notify IOM applicant is ready to go under new medicals.



# Add on Babies

## General Objective:

Establish procedure to properly follow-up add on baby cases.

## Specific Objectives:

5. Contribute to process add on baby cases to obtain Alien number and add baby to Parolee Medical Tracker and MiMOSA.
6. Provide basic lines to prepare add on babies report.

## Concepts:

Add on baby case: when a Principal Applicant has been born a baby and wants to add her/his newly born baby to her/his case.

## Procedure:

### Notifying DHS:

Whenever Parolee Department is notified on an add on baby case:

3. Request PA's the Birth Certificate and Passport copy of the baby.
4. These copies can be brought to IOM offices or if it is easier for the PA, she/he can mail them to the info inbox: iomsvinfo@iom.int
5. Once documents are received, attach them in a mail to supervisor notifying on the add on baby case. Provide the following information:
    a. Principal Applicant's information:
        i. Case number
        ii. Alien number
        iii. Case size
        iv. Name
        v. DoB
        vi. Age
        vii. Counseling date
    b. Baby:
        i. Name
        ii. DoB:
    c. X-Ref for the case (if any)



   d. Case status: medical payment requested or received, medical status completed, medicals mailed out, clearance from DHS pending or received, travel payment requested or received.
6. Supervisor will notify DHS
7. DHS will complete a process directly with principal applicant to request for baby's evidence.
8. After completing this step, DHS will provide IOM with baby alien and case number.


## Add on baby photo:

1. Request PA to bring baby for a photo on a fixed date and time. Preferably during afternoons.
2. Send a mail to the following units:

  **To:** IOM San Salvador RSC File

  **Cc:** IOM San Salvador Scheduling; RSC LA DHS Support; VIGNINI Irene

3. Kindly request RSC File colleagues to take the baby's photo and share with Parolee Project Assistant through mail.
4. Inform on the date and time PA will bring the baby for the photo.
5. Once photo is shared by RSC colleagues, save it in OPS shared drive: operations/files to import/photos/add on babies.
6. Save it under convention name: *case number_Name FAMILY NAME*


## Adding baby to PAs case:

**Parole Medical Tracker:**
1. Insert a row right below of the PA's case to add baby's information.
2. Highlight the case size 2 with orange color.
3. Complete all the row with the information required.



| N° | A Number | Case Number | First Name | Family Name | DOB | Age |
|---|---|---|---|---|---|---|
| 1181 | ██████ | ██████ | ████████ | | ██████ | 23 |
| 1182 | | | | | | 0 |



**MiMOSA:**

1. Search PA's case number into MiMOSA
2. Case size at this time should be reflected as one (1)



3. Under case member information, click on Save Case Member



4. This will enable editing the case and adding the baby.
5. Under case member, click +add bottom.



6. An information panel will be displayed.
7. Add the complete baby's information requested.
8. Upload the baby's photo.
9. After completing the information, click on "Verify & Save Case Member".

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000430





10. After this procedure, case size will change to two (2) and under case member should appear PA's and baby's information.



## Reporting RSC DHS Support

1. Once add on baby case is completed (Alien number received, baby case added in Parole Medical Tracker and MiMOSA) prepare a report for RSC DHS Support colleagues.

2. Add the baby whose Alien number has been received in the bottom of the report, saved in CAM Parole shared folder: medical sv/add on babies, under the name "Add on babies list".

3. After being added, send the report with encrypted supportive documents (birth certificate and passport) to:
   **To:** RSC LA DHS Support
   **Cc:** RSC LA REPORTS; VIGNINI Irene; ZAVALA Frank

4. This report must compile GT, HN and SV information on add on babies.



## Requesting Medical Payment for Baby

15. Add the baby case in SharePoint to request medical examination payment.
16. Inform IOM MIA and NY Prepaid this is a new add on baby case requesting for medical payment.
17. Send a mail with this information to:
    **To:** New York Prepaid; NDOYE - GUEYE Mame Fatou; HEITMAN Daphne; SARMIENTO Yaline; IOM Miami
    **Cc:** VIGNINI Irene; QUINTANILLA Judith
18. Once payment received, update accordingly.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**

AR000432



# Information Inbox

## General Objective:

Establish procedure to properly follow-up and reply to applicants and anchors enquiries sent to the info inbox.

## Statuses:

1. Received (no action taken)
2. Replied (action taken)

## Restriction:

- No RA enquiry for Parolee cases must be replied by staff. Please address any RA enquiry to supervisor.

## Management:

1. El Salvador account: will be managed by Parolee Project Assistant in El Salvador.

2. Guatemala account: will be managed by Parolee Project Assistant in El Salvador.

3. Honduras account: will be managed by Parolee Project Assistant in Honduras.

## Procedure:

### Inbox Management:

1. A rule must be created to maintain all mails as unread unless action is taken.
2. In the Outlook Options/Mail/Outlook Pane/Reading Pane: uncheck the "mark items as read when viewed in the reading pane".
3. With this action you will be able to read the mails in the reading pane but will remain as unread unless totally opened in a window.
4. **Please remember** to keep all mails as unread <u>unless</u> any action has been taken.

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000433





Replying Enquiries:

1. When replying to an inquiry, reply from the respective info inbox to the applicant's or anchor's e-mail address and also **always cc the info email address**, for ex:

> From: IOM Guatemala Info iomgtinfo@iom.int
> To: xxxxx
> Cc: IOM Guatemala Info iomgtinfo@iom.int

This will allow everyone copied in the distribution email has the answer provided on record.



**Urbanización Madre Selva, Pasaje H # 5. Santa Elena
Antiguo Cuscatlán, La Libertad**



2. Always answer general information.
   a. Never provide personal information (neither from other colleague) such phone numbers, e-mail address.

## Organizing Replied Enquiries:
1. Create a sub-folder under general inbox.
2. Name it "Inbox1".
3. When action has been taken on an enquiry (replied, forwarded to supervisor), move the enquiry mail with the reply mail, to Inbox1

> ◢ IOM San Salvador Info
>
> ◢ Bandeja de entrada  **14**
>    Inbox1
>    Template
>   Borradores
>   Elementos enviados
>   Elementos eliminados
>   Bandeja de salida
>   Correo no deseado

4. In the general inbox there must remain only the enquiries/mails with no action taken.

## Templates:
1. An annex with templates proposal on how to reply to mails, will be attached.
2. Create (as per above image) a sub-folder under general inbox.
3. Name it "Template"
4. Save templates in that folder.



## ANNEX 4: Info inbox template answers

1. TEMPLATES:

    **a.** **Anchor wants to close the parolee case.**

        Answer with two emails:

           i.  Dear xxx,

               Thank you for your inquiry. Please provide with case number, DoB of the applicant, the complete name and the reason why you want to close the case.

               Sincerely,
               xxx

           ii.  Dear xxx,

               Thank you for the information provided; we will follow up on your request with USCIS.

               Sincerely,
               xxx

    **b.** **The applicant (parolee/refugee) wants to know how they can go to the United States.**

        Answer with two emails:

           i.  Dear xxx,
               Thank you for your inquiry.  We have forwarded your contact details to our colleagues at the RSC xxx.  They will contact you directly.

               Sincerely,
               Xxx

           ii.  Dear xxx,
               We have received this inquiry, could you please be so kind and respond to it directly.

               Thank you very much.

               Best regards,
               Xxx

**Urbanización Madre Selva, Pasaje H # 5. Santa Elena**
**Antiguo Cuscatlán, La Libertad**

AR000436



c.   **The Anchor wants to learn about date/time of arrival in the US.**

Answer with two emails:

 i.   Dear xxx,

  Thank you for your inquiry. Please provide with case number, DoB of the applicant and the complete name.

  Sincerely,
  xxx

 ii.   Dear xxx,

  Thank you for the information provided. Flight details are as follow: (Copy itinerary)

  Sincerely
  xxx

d.   **Someone calls and wants to expedite the process of the friend or relative for whatever reason.**

Answer:

Dear xxx,

Thank you for your inquiry. Kindly advise your relative to contact IOM Parolee at the following number: +xxx xxxx-xxxx responsible for processing their case to make an appointment.

Sincerely,
Xxx

AR000437



e. __Anchor or applicant wants to know when they are going to be scheduled for medical exam.__

Answer with two email:

    i.   Dear xxx,

         Thank you for your inquiry. Please provide with case number, DoB of the applicant and the complete name.

         Sincerely,
         Xxx

    ii.  Dear xxx,

         Thank you for the information provided. We will let you know directly when the medical appointment is scheduled.

         Sincerely,
         xxx