ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney
ALISON E. DAW (CABN 137026)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F. on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 18-CV-03539 LB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS; DECLARATION OF WENDY M. GARBERS**<br><br>The Honorable Laurel Beeler |

**ADMINISTRATIVE MOTION**

Pursuant to Local Rule 7-11, Defendants hereby move for a stay of deadlines in the above-captioned case. The reasons for this motion are as follows.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all case deadlines, including the deadline for defendants' responsive supplemental brief regarding plaintiffs' motion for a preliminary injunction, until Congress has restored appropriations to the Department.

5. Opposing counsel previously agreed to a four-day extension of the deadlines regarding the supplemental preliminary injunction briefing in light of the shutdown (ECF 55), but indicated that plaintiffs were opposed to any further stay.

In conclusion, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: January 8, 2019            Respectfully submitted,

                                  ALEX G. TSE
                                  Acting United States Attorney

                                  */s/ Wendy M. Garbers*
                                  WENDY M. GARBERS
                                  Assistant United States Attorney

DEFENDANTS' ADMINISTRATIVE MOTION TO STAY CASE IN LIGHT OF LAPSE OF APPROPRIATIONS
Case No. 18-CV-03539 LB

## DECLARATION OF WENDY M. GARBERS

I, Wendy M. Garbers, declare and state as follows:

1. I am an Assistant United States Attorney in the Northern District of California and counsel of record for defendants in the above-captioned action.

2. On January 2, 2019, I emailed plaintiffs' counsel regarding the lapse in appropriations and its impact on case deadlines herein. Counsel agreed to a four-day extension of the deadlines regarding the supplemental preliminary injunction briefing (ECF 55), but indicated that plaintiffs were opposed to any further stay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 8, 2019

                                   /s/ *Wendy M. Garbers*
                                   WENDY M. GARBERS
                                   Assistant United States Attorney