1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4  ALISON E. DAW (CABN 137026)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6475
7       FAX: (415) 436-7234
        wendy.garbers@usdoj.gov
8
   Attorneys for the Federal Defendants
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  S.A.; J.A.; A.B.; R.C., on behalf of himself and        Case No. 18-CV-03539 LB
    as Guardian Ad Litem for J.C., a minor child;
14  M.C.; D.D.; G.E., on behalf of himself and as          **JOINT CASE MANAGEMENT CONFERENCE
    Guardian Ad Litem for B.E., a minor child; J.F.        STATEMENT; [PROPOSED] ORDER**
15  on behalf of himself and as Guardian Ad Litem
    for H.F. and A.F., minor children, on behalf of        Date:  May 2, 2019
16  themselves and on behalf of a class of all             Time:  10:00 a.m.
    similarly situated individuals, and CASA,
17                                                          The Honorable Laurel Beeler
           Plaintiffs,
18
        v.
19
    DONALD J. TRUMP, in his official capacity as
20  President of the United States; U.S.
    DEPARTMENT OF HOMELAND
21  SECURITY; U.S. CITIZENSHIP AND
    IMMIGRATION SERVICES; U.S.
22  DEPARTMENT OF STATE; KIRSTJEN
    NIELSEN, in her official capacity as Secretary
23  of Homeland Security; MICHAEL R.
    POMPEO, in his official capacity as Secretary
24  of State; L. FRANCIS CISSNA, in his official
    capacity as Director of U.S. Citizenship and
25  Immigration Services; UNITED STATES OF
    AMERICA,
26
           Defendants.
27

28
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
   Case No. 18-CV-03539 LB

                                                                                    1

1    The parties jointly submit this CMC statement and, unless there are issues that the Court would

2    prefer to discuss with the parties, jointly request that the May 2, 2019 CMC be taken off calendar.

3    The parties have reached a global settlement of this matter.[1]  On April 12, 2019, the parties filed

4    a Binding Memorandum of Agreement ("MOA") (ECF 90), which the Court thereafter entered as an

5    order (ECF 91).  The MOA calls for the Court to convert its Order granting in part and denying in part

6    plaintiffs' motion for preliminary injunction (ECF 77) into a permanent injunction, which the Court will

7    have jurisdiction to enforce.  (ECF 90 at 3.)  The parties plan to submit a stipulation and proposed order

8    for entry of the agreed-upon permanent injunction by May 16, 2019.  The parties continue to meet and

9    confer on the issues.

10    Additionally, the MOA calls for defendants to provide quarterly reports to the Court regarding

11    their progress in implementing the agreement.  (ECF 90 at 4.)  The first such report is due on July 1,

12    2019.

13    In light of the settlement, the parties do not believe that a CMC is necessary at this time.

14    However, the parties are prepared to appear for a conference, should the Court wish to conduct one.

15

16    DATED:  April 25, 2019                                      Respectfully submitted,

17                                                                              DAVID L. ANDERSON
                                                                                 United States Attorney
18
                                                                                 /s/ Wendy M. Garbers
19                                                                              WENDY M. GARBERS
                                                                                 Assistant United States Attorney
20
                                                                                 Attorneys for the Federal Defendants
21

22

23

24

25

26

27    [1] In light of the settlement, the parties are submitting this truncated CMC statement, even though
      the scheduled May 2, 2019 CMC is the initial CMC herein.  Should the Court find this inadequate, the
      parties will gladly provide a fulsome CMC statement in accordance with the Standing Order for all
28    Judges of the Northern District of California.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
Case No. 18-CV-03539 LB

2

1 | DATED: April 25, 2019

/s/ Linda Evarts*
LINDA EVARTS (appearance *pro hac vice*)
KATHRYN C. MEYER (appearance *pro hac vice*)
MARIKO HIROSE (appearance *pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, NY  10004

JUSTIN B. COX (appearance *pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
PO Box 170208
Atlanta, GA  30317

DANIEL B. ASIMOW
ARNOLD & PORTER KAYE SCHOLER
LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111

JOHN A. FREEDMAN (appearance *pro hac vice*)
DAVID J. WEINER
GAELA K. GEHRING FLORES**
DANA O. CAMPOS**
MATEO MORRIS**
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Ave., NW
Washington, DC. 20001-3743

PHILLIP A. GERACI**
SUSAN S. HU**
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY. 10019-9710

**Pro Hac Vice* motion forthcoming

Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
Case No. 18-CV-03539 LB

3

1

**[PROPOSED] ORDER**

2      Pursuant to the parties' joint request, and good cause appearing, the May 2, 2019 CMC is hereby

3    taken off calendar.

4    IT IS SO ORDERED.

5

6    Dated: _____

7

8                                      _____
                                       HONORABLE LAUREL BEELER
9                                      United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER
Case No. 18-CV-03539 LB