DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney
ALISON E. DAW (CABN 137026)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F. on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 18-CV-03539 LB<br><br>**[~~PROPOSED~~] STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |

1   Pursuant to the Parties' Binding Memorandum of Agreement ("Agreement") (ECF 90), which
2   was subsequently adopted as an Order by this Court (ECF 91), the Parties respectfully request that the
3   Court enter the attached Stipulated Final Judgment and Order for Permanent Injunction, as contemplated
4   by the Agreement.

6   DATED: May 16, 2019                    Respectfully submitted,

7                                          DAVID L. ANDERSON
                                           United States Attorney
8
                                           */s/ Wendy M. Garbers*
9                                          WENDY M. GARBERS
                                           Assistant United States Attorney
10
                                           Attorneys for the Federal Defendants

[PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION
Case No. 18-CV-03539 LB

| | | |
|---|---|---|
| 1 | DATED: May 16, 2019 | */s/ Linda Evarts*\* |
| 2 | | LINDA EVARTS (appearance *pro hac vice*) |
| | | KATHRYN C. MEYER (appearance *pro hac vice*) |
| 3 | | MARIKO HIROSE (appearance *pro hac vice*) |
| 4 | | INTERNATIONAL REFUGEE ASSISTANCE PROJECT |
| | | One Battery Park Plaza, 4th Floor |
| 5 | | New York, NY  10004 |

1   DATED:  May 16, 2019                       */s/ Linda Evarts*\*
                                                LINDA EVARTS (appearance *pro hac vice*)
2                                               KATHRYN C. MEYER (appearance *pro hac vice*)
3                                               MARIKO HIROSE (appearance *pro hac vice*)
                                                INTERNATIONAL REFUGEE
4                                               ASSISTANCE PROJECT
                                                One Battery Park Plaza, 4th Floor
5                                               New York, NY  10004

6                                               JUSTIN B. COX (appearance *pro hac vice*)
                                                INTERNATIONAL REFUGEE
7                                               ASSISTANCE PROJECT
                                                PO Box 170208
8                                               Atlanta, GA  30317

9                                               DANIEL B. ASIMOW
                                                ARNOLD & PORTER KAYE SCHOLER
10                                              LLP
                                                Three Embarcadero Center, 10th Floor
11                                              San Francisco, California 94111

12                                              JOHN A. FREEDMAN (appearance *pro hac vice*)
13                                              DAVID J. WEINER
                                                GAELA K. GEHRING FLORES\*\*
14                                              DANA O. CAMPOS\*\*
                                                MATEO MORRIS\*\*
15                                              ARNOLD & PORTER KAYE SCHOLER
                                                LLP
16                                              601 Massachusetts Ave., NW
                                                Washington, DC. 20001-3743
17
                                                PHILLIP A. GERACI\*\*
18                                              SUSAN S. HU\*\*
                                                ARNOLD & PORTER KAYE SCHOLER
19                                              LLP
                                                250 West 55th Street
20                                              New York, NY. 10019-9710

21                                              \*\**Pro Hac Vice* motion forthcoming

22                                              Attorneys for Plaintiffs

23
     *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of
24   perjury that all signatories have concurred in the filing of this document.*

25

26

27

28

[PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION
Case No. 18-CV-03539 LB

3

**[~~PROPOSED~~] STIPULATED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**

Pursuant to the Parties' Binding Memorandum of Agreement ("Agreement") (ECF 90 at 3), which was subsequently adopted as an Order by this Court (ECF 91), IT IS ORDERED AND ADJUDGED that the Court's Order granting in part and denying in part Plaintiffs' motion for preliminary injunction (ECF 77) shall become the Court's final injunction, as follows:

1. The Department of Homeland Security's ("DHS's") decision to mass-rescind conditional approvals for the approximately 2,700 beneficiaries conditionally approved for parole but who had not traveled to the United States is vacated.

2. DHS must continue the post-conditional-approval processing for the approximately 2,700 beneficiaries under the policies, guidance, and practices for processing beneficiaries that it had in place before January 2017, including the procedures described in USCIS's publication *Central American Minors (CAM) Parole Program: Information for Conditionally Approved Applicants* (Exhibit 48 in the administrative record), and as further explicated in USCIS's CAM Parole Project Plan (ECF 93-1). DHS is enjoined from adopting any policy, procedure, or practice to not process the approximately 2,700 beneficiaries or to place their processing on hold en masse. Nothing in this order prevents DHS from placing any beneficiary's processing on hold on an individualized basis to the extent that it would do so under the policies and procedures it had in place before January 2017.

3. Nothing in this order compels DHS to reach any particular outcome with respect to the processing of any individual beneficiary or prevents DHS from exercising its discretion with respect to the parole of any individual beneficiary. This Order does require DHS to process the approximately 2,700 beneficiaries in good faith pursuant to the policies, guidance, and practices it had in place prior to January 2017.

IT IS FURTHER ORDERED that, as set forth in the Parties' Agreement (ECF 90 at 3, 6), the Court will have continuing jurisdiction to enforce this Injunction and the Parties' Agreement.

IT IS FURTHER ORDERED that, as set forth in the Parties' Agreement (ECF 90 at 3), each party shall bear his/her/its own attorneys' fees and costs.

Dated: May 17, 2019

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge