STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F. on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; L. FRANCIS CISSNA, in his official capacity as Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,

Defendants.

Case No. 18-CV-03539 LB

**STIPULATION REGARDING DEFENDANT'S QUARTERLY REPORT; [PROPOSED] ORDER**

**STIPULATION**

WHEREAS, Defendants' quarterly report is currently due on October 1, 2021;

WHEREAS, in light of a death in the family, Defense counsel is going to be out of the office on October 1, 2021;

The parties have agreed to extend Defendants' deadline to file the quarterly report to October 5, 2021.

DATED: September 22, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*<u>/s/ Wendy M. Garbers</u>*
WENDY M. GARBERS
Assistant United States Attorney

Attorneys for the Federal Defendants

DATED: September 22, 2021

*/s/ Linda Evarts**

LINDA EVARTS (appearance *pro hac vice*)
KATHRYN C. MEYER (appearance *pro hac vice*)
MARIKO HIROSE (appearance *pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 4th Floor
New York, NY 10004

JUSTIN B. COX (appearance *pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
PO Box 170208
Atlanta, GA 30317

DANIEL B. ASIMOW
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111

JOHN A. FREEDMAN (appearance *pro hac vice*)
DAVID J. WEINER
GAELA K. GEHRING FLORES**
DANA O. CAMPOS**
MATEO MORRIS**
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC. 20001-3743

PHILLIP A. GERACI**
SUSAN S. HU**
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY. 10019-9710

***Pro Hac Vice* motion forthcoming

Attorneys for Plaintiffs

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is SO ORDERED.

Dated: ______________________

______________________________
HONORABLE LAUREL BEELER
United States Magistrate Judge