STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A.; J.A.; A.B.; R.C., on behalf of himself and as Guardian Ad Litem for J.C., a minor child; M.C.; D.D.; G.E., on behalf of himself and as Guardian Ad Litem for B.E., a minor child; J.F. on behalf of himself and as Guardian Ad Litem for H.F. and A.F., minor children, on behalf of themselves and on behalf of a class of all similarly situated individuals, and CASA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF STATE; KEVIN K. McALEENAN, in his capacity as Acting Secretary of Homeland Security; MICHAEL R. POMPEO, in his official capacity as Secretary of State; KENNETH T. CUCCINELLI, II, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services; UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 18-CV-03539 LB<br><br>**DEFENDANTS' TWELFTH QUARTERLY REPORT**<br><br>Honorable Laurel Beeler |

1  Pursuant to the parties' Binding Memorandum of Agreement of April 11, 2019 (ECF 90), the
2 Court's order of April 12, 2019 (ECF 91), and the Stipulated Final Judgment and Order for Permanent
3 Injunction (ECF 99), Defendants submit their Twelfth Quarterly Report, attached hereto, regarding the
4 CAM Parole Program.

6 DATED:  March 31, 2022                     Respectfully submitted,

7                                             STEPHANIE M. HINDS
                                              United States Attorney
8
                                              */s/ Wendy M. Garbers*
9                                             WENDY M. GARBERS
                                              *Assistant United States Attorney*

# CAM Parole Status Report (April 1, 2022)

Pursuant to paragraph 9 of the April 12, 2019, Memorandum of Agreement (MOA), USCIS submits this "twelfth quarterly report" of its implementation progress. Unless otherwise noted, the information in this report is current as of March 14, 2022.

## CAM Parole Contract Renewed

A new Statement of Work contract between USCIS and International Organization for Migration (IOM) was signed on January 20, 2022, enabling IOM to resume parole case processing, which was temporarily paused due to the brief contract lapse. The contract lays out IOM's assistance with the following operational functions: notifying participants of program updates, scheduling interviews, arranging medical appointments, preparing international travel reservations, and other administrative duties as assigned.

## Impact of Coronavirus on CAM Processing

Per Centers for Disease Control (CDC) requirements, travelers to the United States, including CAM beneficiaries, must undergo COVID-19 testing. IOM has agreements with authorized laboratories in the three countries to perform COVID-19 viral tests for CAM beneficiaries taken within one calendar day of travel. Those who report COVID-19 symptoms to IOM or test positive for COVID-19 face delays in medical examinations or travel to the United States.

El Salvador does not have a curfew and does not have limitations on travel. However, the Salvadoran Ministry of Health can place municipalities under special quarantine with limited or no prior notice when a high number of COVID-19 cases is detected. In El Salvador, IOM is scheduling 15 beneficiaries per week for medicals because each beneficiary needs to have a COVID test 48 hours before the medical screening. The COVID tests are being scheduled on Mondays and Tuesdays and the medical exams are on Wednesdays, Thursdays, and Fridays.

Guatemala does not have a curfew and does not have limitations on travel. The Guatemalan government maintains location-specific restrictions on freedom of movement and activities based on a tiered health alert system. Public transportation vehicles authorized to operate by the government are functioning at 50 percent maximum occupancy. This includes transportation for interdepartmental travel.

The Government of Honduras suspended its national curfew as of October 1, 2021. Individuals are required to wear masks in public indoor areas.

The U.S. Embassies in El Salvador and Guatemala continue with limited on-site work. Both local USCIS field offices are open to the public by appointment only.

In El Salvador locally employed staff (LES) and direct hire USCIS staff work in the office on a full-time basis five days a week. The USCIS office in El Salvador can conduct CAM parole re-interviews at their office. The USCIS office in El Salvador can conduct re-interviews and biometric collection in their office.

At the U.S. Embassy in Guatemala, staff are working in the Embassy in person on a full time basis, though episodic telework is available. The USCIS office in Guatemala City is conducting biometrics at their office but with limited capacity. Appointments are available for biometrics for a variety of USCIS beneficiaries, not only CAM parole, on Wednesdays and Thursdays for three hours each day. A limited number of interview appointments are also available on Tuesdays and Thursdays. CAM re-interviews can be conducted at the consular window using the privacy booth on Tuesdays or Thursdays in the afternoon. The USCIS office in

Guatemala City has been able to request that refugee case adjudicators assist with a limited number of CAM parole re-interviews at RSC facilities.

IOM staff may also go to the office or assist with parolee departures on an as-needed basis, such as for airport assistance for beneficiaries on the day of departure. There is currently no projected date for their return to work in their offices. Additionally, the parole medical assistants visit the office two times per month to archive physical medical files. IOM is currently in the process of hiring additional staff. Out of eight positions, six in El Salvador and two in Honduras, IOM has recruited four in El Salvador and one in Honduras. The remaining three positions have been reposted.

**CAM Travel Updates**

With regards to the litigation cases, IOM has 11 beneficiaries who have completed medical payment and are scheduled for medical exams during the week of March 14th, 2022. Two beneficiaries from the litigation cases departed San Salvador on March 3, 2022. At this time, no one else is booked to travel from the litigation caseload.

**Assumptions**

The submitted timeline represented the *fastest* estimated process based on historic information assuming all external parties met the estimated milestones but will be updated as more information becomes available. The estimated timeline does not account for unforeseen circumstances, such as the closures due to the COVID-19 pandemic.

**Timeline Updates**

Steps: Estimated timelines are approximate and may shift depending on unforeseen factors as well as those noted above.

Further to paragraph 8 of the MOA, USCIS notes the following progress on the Compliance Plan. For reference, USCIS has reproduced the tasks, estimated timeline and comments from the Compliance Plan, and provided a status update and date of completion on each tasking.

| **Compliance Plan filed on April 18, 2019** | | | **Status updates April 1, 2022 Parole Status Report*** *Unless otherwise noted, information current as of March 14, 2022* | |
|---|---|---|---|---|
| *Task* | *Estimated Completion Timeline* | *Comments* | *Actual Completion Date* | *Comments* |
| USCIS will verify lawful status of all qualifying family members in the United States | March 21 - April 8, 2019 | Completed initial verification for approximately 1,670 qualifying family members in the United States | Completed on May 20, 2019. | Completed – prior notes below: On May 30, 2019, USCIS issued Requests For Evidence of lawful presence to family members (to 17 parents, representing 28 cases) |

2

| | | | | |
|---|---|---|---|---|
| | | | | without a record of current qualifying lawful presence, requesting evidence of lawful presence.<br><br>As of September 23, 2019, USCIS had attempted to contact all 17 remaining parents via phone (and email, when available) in addition to the mailed RFEs. Of the 17 parents contacted by RFE, phone, and email, when available, 3 submitted proof of lawful status and 1 additional parent was verified by USCIS when the beneficiary appeared to receive information on his medical exams. Additional attempts have been made to confirm lawful presence. Two qualifying parents responded and continued to be eligible for the program and six have not responded and their cases remain pending. Two cases have been administratively closed because the qualifying parents were living in El Salvador. One case was administratively closed as the child had traveled to the United States outside of the program. |
| USCIS will update automated security checks for all beneficiaries | March 25 - April 12, 2019 | Completed initial security checks for approximately 2,700 individuals; does not include resolution of adverse information. | Completed on April 23, 2019. | Completed - Prior notes below:<br><br>Additional checks will be conducted during later stages of processing. |

3

| | | | | |
|---|---|---|---|---|
| USCIS will update automated security checks for all qualifying family members in the United States | April 15-23, 2019 | Approximately 1,670 qualifying family members in the United States | Completed on April 23, 2019. | Completed - Prior notes below:<br><br>Additional checks will be conducted during processing. |
| USCIS will post updated materials to the USCIS website, as necessary about court order and ongoing compliance | May 6, 2019 – TBD, ongoing as necessary | Basic information about court order can be posted by May 6. More information about case processing to be posted as notification to impacted family members is sent. | Completed.<br><br>See status update for dates of completion. | Completed - Prior notes below:<br><br>On May 21, 2019, USCIS posted basic information about the court order to the USCIS website in English and Spanish.<br><br>On June 18, 2019, USCIS posted further information about the settlement and permanent injunction online in English and Spanish. See https://www.uscis.gov/humanitarian/humanitarian-parole/central-american-minors-cam-information-parole-applicants<br><br>USCIS also developed and posted on June 18 an online-self-check eligibility tool so that petitioners and beneficiaries could instantly find out if their case is part of the settlement. |
| USCIS will establish mechanism to accept updated contact information for family members in the United States and their beneficiaries, including an email address. | June 3, 2019 - TBD | | Completed on May 28, 2019. | Completed - Prior notes below:<br><br>There is a CAM-dedicated email address attached to the program notices and available online. USCIS has received and timely responded to inquiries through this email address since the notices were mailed in late May 2019, including updated |

4

| | | | | |
|---|---|---|---|---|
| | | | | contact information for impacted individuals and many other questions related to the CAM program. |
| USCIS will begin notifying qualifying family members in the United States of the court order and continued case processing | June 3, 2019 - TBD | Timeframe includes drafting of notice, AR-11 verification of addresses, and printing and mailing. | Completed on May 31, 2019. | Completed - Prior notes below: In May 2019, USCIS searched AR-11 holdings to ensure that USCIS had the latest addresses of record associated with CAM participants. On May 31, 2019, USCIS completed mailing all notices to qualifying family members in the United States. As of August 23, 2019, USCIS had received 301 notices, representing 190 petitioners, that USPS returned as undeliverable. Of the 190 petitioners, USCIS contacted 153 by phone and/or email. IOM now oversees notifications and returns undeliverable notices to USCIS. |
| USCIS will re-establish a contract with IOM for in-country assistance | Discussions have begun – TBD | A new or updated contract and procurement package will need to be cleared by DHS and IOM; for reference, standing up CAM initially took several months of negotiation with IOM and this timeframe may be shorter | Completed on September 25, 2019. | Completed - Prior notes below: In anticipation of the finalization of the contract, USCIS was in communication with IOM to update them on what steps in the process have been completed thus far and how the agency has communicated with the applicants. USCIS also tracked information for |

5

| | | | | |
|---|---|---|---|---|
| | | | | each beneficiary, including when they received their medicals and whether they will need to be interviewed. Now that the contract is signed, this information has been provided to IOM. |
| Department of State and USCIS will re-negotiate with consulate and panel physicians to determine how many CAM applicants can be processed each month. | Estimated early July 2019. | Under the program as previously constituted, the Embassy negotiated for panel physicians to accept as many as 5 per day (25 per week per physician.) | Completed on June 28, 2019. | Completed - Prior notes below: USCIS and Department of State held discussions with panel physicians about how many CAM applicants they can process. The panel physicians in El Salvador, Guatemala and Honduras will be able to accept up to 10 CAM applicants a day. There are currently 5 panel physicians in El Salvador, 4 in Guatemala, and 3 in Honduras. |
| IOM will begin notifying beneficiaries abroad of continued case processing; | Estimated July 15, 2019, assuming completion of prior steps. | Actual timeframe is dependent on how much time IOM might need to build up staffing abroad. (Current estimate allows IOM only one month following the finalized contract to ensure they have the necessary staffing in place.) | In process. | While the completion of the IOM contract was pending, USCIS began the process of notifying beneficiaries in Guatemala and El Salvador, since the agency has offices in these countries. A total of 431 notices were hand-delivered to the beneficiaries in person at the overseas USCIS offices. These applicants were also given instructions for scheduling their medical exams. IOM has delivered a total of 1,620 letters since they signed the Statement of Work on September 26, 2019. As of March 14, 2022, a |

6

| | | | | |
|---|---|---|---|---|
| | | | | total of 2,051 beneficiaries have been notified by USCIS and IOM. |
| USCIS will schedule biometrics appointments when necessary. | TBD | Fingerprints will be collected by USCIS for any beneficiaries who turned 14 years old following the CAM Parole program termination. Fingerprints do not need to be collected again for conditional parolees who already had them collected prior to termination of program; instead, their fingerprints on file will be re-run for checks. | In process. | As of March 14, 2022 there are two cases that require biometrics collection. There are no limitations in regards to completing biometrics. As USCIS learns of cases requiring biometrics, the cases are scheduled accordingly. |
| USCIS will begin appointments to collect biometrics if necessary. | Estimated July 29, 2019 | | In process. | Since June 21, 2019, USCIS has been taking required fingerprints. USCIS San Salvador and Guatemala City are able to collect biometrics in their offices, with some limitations on appointments based on COVID-19. |
| IOM will begin to collect money and schedule new medical exams for all beneficiaries | Estimated August 26, 2019. | Actual timeframe depends on the family's ability to produce the money for the fee and the limited availability of physicians. There are five panel physicians in El Salvador, where the vast majority of beneficiaries will seek a new medical exam. There are four in Guatemala and three in Honduras. Last time, it took approximately one month for IOM NY to collect payment from parents in the United States. | In process. | In July 2019, USCIS began providing applicants with the option to schedule medical exams and pay the panel physician directly. 431 applicants had been given an instruction sheet by USCIS on how to schedule their own appointments. IOM has now assumed this task. IOM has contacted 1.718 applicants for payment of their medical exams as of March 14, 2022. This number includes individuals who have been contacted for payment, whose medical payment has been |

7

| | | | | completed, and those with medical payments pending. |
|---|---|---|---|---|
| USCIS will begin to receive submitted medical exams, required for all beneficiaries. | Estimated September 9, 2019. | Actual timeframe of medical exam results will depend on available physicians. The results of medical exams are sent to IOM within two weeks and then the scanned report is sent to USCIS in batches. | In process. | USCIS has received 2,031 completed medical exams as of March 14, 2022. |
| USCIS and IOM will begin to schedule interviews with USCIS as needed, depending on any new information. | Estimated September 9, 2019. | Depending on any new information resulting from medical exams or security checks, a new interview may be scheduled for individual beneficiaries. | Currently there is a limited ability to conduct CAM parole reinterviews. Please see pg. 2 and the pg. 8 biometrics updates for additional information. | As of March 14, 2022 USCIS has approximately 48 CAM parole cases pending re-interview. USCIS San Salvador and USCIS Guatemala City can both conduct in person re-interviews and their offices. While USCIS does not have an office in Honduras, USCIS has been able to conduct some in person CAM re-interviews there when refugee officers are on temporary duty in the country conducting refugee interviews. Additionally, USCIS currently has an employee on a long term temporary duty assignment in Honduras who is able to conduct in person CAM re-interviews. |
| USCIS will begin to review eligibility for CAM parole on a case by case basis, assuming all information has been submitted. | Estimated September 10, 2019. | Case by case review can begin as soon as a beneficiary has submitted medical exams and an officer can review the relevant security checks. Actual date depends on IO office closures and restructuring. | In process. | USCIS is actively reviewing cases for eligibility on an ongoing basis. |

8

| | | | | |
|---|---|---|---|---|
| USCIS will inform Customs and Border Protection that its officers will begin to see CAM parolees at ports of entry | Estimated September 10, 2019 | Disseminate memo to CBP regarding CAM parolee travel and expected timeframe for travel | Completed on October 11, 2019. | Completed - Prior notes below:<br><br>USCIS sent the memo to CBP on October 11, 2019.<br><br>USCIS sent an updated memo to CBP on July 12, 2021 to inform CBP that the CAM program has reopened and that the initial parole periods for all CAM parolees going forward including under this settlement will be three years. |
| IOM will collect money for plane tickets. | Estimated beginning October 14, 2019. | Following case review, USCIS notifies IOM that they can begin to arrange travel. The actual timeframe depends on the individual's ability to pay. IOM NY took usually one month to collect payment from parents in the United States. | In process | IOM collected money for travel from 98 applicants as of December 23, 2019. IOM has not collected additional money for travel as a philanthropic foundation, the Shapiro Foundation, is funding parolee travel. Parolees who had already paid for travel were issued refunds. |
| For eligible cases, USCIS will complete final security checks and re-verify that the qualifying family member in the United States still has lawful presence before issuing the travel document. | Estimated beginning October 17, 2019. | When a travel date is confirmed, USCIS conducts final checks. This must be done within a 48-hour period before issuing the I-512L travel document. | In process. | USCIS will complete security checks upon notification of the applicant's travel date and 48 hours prior to issuance of the I-512L.<br><br>USCIS has cleared 1,665 cases for travel as of March 14, 2022 |
| For cases with final approval, USCIS will print a travel document that is valid through the valid period of the beneficiary's medical exam. | Estimated beginning October 17, 2019. | | In process. | The first group traveled to the U.S. on October 15, 2019. |

9

| | | | | |
|---|---|---|---|---|
| USCIS will provide IOM with USCIS issued travel documents, valid through the valid period of the beneficiaries' medical exams. | Estimated beginning October 18, 2019. | | In process. | USCIS has provided 1,589 travel documents to IOM as of March 14, 2022. |
| IOM will provide the USCIS issued travel document to the travelling beneficiaries with final approval. | Estimated beginning October 23, 2019. | Actual timeline may depend on the beneficiary's schedule and readiness to depart. In certain cases, IOM will escort beneficiaries for their travel. | In process. | IOM has provided travel documents to 1,578 applicants on their travel day as of March 14, 2022. IOM counsels, houses and escorts applicants to the airport on their designated date of travel.<br><br>1,578 applicants have traveled to the United States as of March 14, 2022. |