ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHELLE LO (NYRN 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7180
    Facsimile: (415) 436-7169
    Michelle.Lo@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 18-CV-03539 LB<br><br>**DEFENDANTS' TWENTY-SECOND QUARTERLY REPORT**<br><br>Honorable Laurel Beeler |

    Pursuant to the parties' Binding Memorandum of Agreement of April 11, 2019 (ECF No. 90), the Court's Order of April 12, 2019 (ECF No. 91), and the Stipulated Final Judgment and Order for Permanent Injunction (ECF No. 99), Defendants submit their Twenty-Second Quarterly Report, attached hereto, regarding the CAM Parole Program.

DATE: September 26, 2024

                                                         Respectfully submitted,

                                                         ISMAIL J. RAMSEY
                                                         United States Attorney

                                                         */s/ Michelle Lo*
                                                         MICHELLE LO
                                                         Assistant United States Attorney

## CAM Parole Status Report (October 1, 2024)

Pursuant to paragraph 9 of the April 12, 2019, Memorandum of Agreement (MOA), USCIS submits this "twenty-second quarterly report" of its implementation progress. Unless otherwise noted, the information in this report is current as of September 6, 2024.

**Overall CAM Litigation Parole Processing Update**

Below is an account of the remaining CAM litigation parole cases as of September 6, 2024.

2,873: Total number of known members of the S.A. settlement agreement, all of whom USCIS has contacted or attempted to contact.
- 92: Total number of individuals with CAM parole cases pending USCIS adjudication.
- 180: Total number of individuals whose cases were administratively closed due to withdrawal from the program.
- 607: Total number of individuals whose cases were administratively closed for other reasons. Such reasons may include: a finding that the beneficiary has a Class A medical condition, the beneficiary's inability to travel within six months of the date in which the case is travel ready, a qualifying child beneficiary is married, or the beneficiary is not physically located in a CAM country.
- 22: Total number of cases that USCIS has denied.
- 187: Total number of cases with nonresponsive US-based anchor parents and beneficiaries.
- 1,785: Total number of individuals who have traveled to the United States.

**El Salvador**
- Pending Cases: 92
    o Number of applicants in medical examination stage: 40
    o Number of applicants pending travel clearance: 3
    o Number of applicants booked for travel: 0
    o Number of applicants arranging travel: 5
    o Applicants on hold: 44
    o Number of applicants pending parole case closure: 0

**Honduras**
- Pending Cases: 0

**Guatemala**
- Pending Cases: 0

**Assumptions**

The submitted timeline represented the *fastest* estimated process based on historic information assuming all external parties met the estimated milestones but will be updated as more information becomes available. The estimated timeline does not account for unforeseen circumstances, such as the closures due to the COVID-19 pandemic.

**Timeline Updates**

Steps: Estimated timelines are approximate and may shift depending on unforeseen factors as well as those noted above.

1

Further to paragraph 8 of the MOA, USCIS notes the following progress on the Compliance Plan. For reference, USCIS has reproduced the tasks, estimated timeline and comments from the Compliance Plan, and provided a status update and date of completion on each tasking.

| Compliance Plan filed on April 18, 2019 | | | Status updates October 1, 2024 Parole Status Report* *Unless otherwise noted, information current as of September 6, 2024* | |
|---|---|---|---|---|
| *Task* | *Estimated Completion Timeline* | *Comments* | *Actual Completion Date* | *Comments* |
| USCIS will verify lawful status of all qualifying family members in the United States | March 21 - April 8, 2019 | Completed initial verification for approximately 1,670 qualifying family members in the United States | Completed on May 20, 2019. | Completed. |
| USCIS will update automated security checks for all beneficiaries | March 25 - April 12, 2019 | Completed initial security checks for approximately 2,700 individuals; does not include resolution of adverse information. | Completed on April 23, 2019. | Completed - Prior notes below: Additional checks will be conducted during later stages of processing. |
| USCIS will update automated security checks for all qualifying family members in the United States | April 15-23, 2019 | Approximately 1,670 qualifying family members in the United States | Completed on April 23, 2019. | Completed - Prior notes below: Additional checks will be conducted during processing. |
| USCIS will post updated materials to the USCIS website, as necessary about court order and ongoing compliance | May 6, 2019 – TBD, ongoing as necessary | Basic information about court order can be posted by May 6. More information about case processing to be posted as notification to impacted family members is sent. | Completed. See status update for dates of completion. | Completed - Prior notes below: On May 21, 2019, USCIS posted basic information about the court order to the USCIS website in English and Spanish. On June 18, 2019, USCIS posted further information about the settlement and permanent injunction online in English and Spanish. See https://www.uscis.gov/humanitarian/humanitarian-parole/central-american-minors-cam- |

2

| | | | | |
|---|---|---|---|---|
| | | | | information-parole-applicants<br><br>USCIS also developed and posted on June 18 an online-self-check eligibility tool so that lawfully present parents and beneficiaries could instantly find out if their case is part of the settlement. |
| USCIS will establish mechanism to accept updated contact information for family members in the United States and their beneficiaries, including an email address. | June 3, 2019 - TBD | | Completed on May 28, 2019. | Completed - Prior notes below:<br><br>There is a CAM-dedicated email address attached to the program notices and available online. USCIS has received and timely responded to inquiries through this email address since the notices were mailed in late May 2019, including updated contact information for impacted individuals and many other questions related to the CAM program. |
| USCIS will begin notifying qualifying family members in the United States of the court order and continued case processing | June 3, 2019 - TBD | Timeframe includes drafting of notice, AR-11 verification of addresses, and printing and mailing. | Completed on May 31, 2019. | Completed. |
| USCIS will re-establish a contract with IOM for in-country assistance | Discussions have begun – September 25, 2019. | A new or updated contract and procurement package will need to be cleared by DHS and IOM; for reference, standing up CAM initially took several months of negotiation with IOM and this timeframe may be shorter | Initially completed on September 25, 2019.<br><br>New Statement of Work contract signed between IOM and USCIS on Jan. 20, 2022. | Completed. |
| Department of State and USCIS will re-negotiate with consulate and panel physicians to | Estimated early July 2019. | Under the program as previously constituted, the Embassy negotiated for panel physicians to accept as many as 5 per | Completed on June 28, 2019. | Completed. |

3

| | | | | |
|---|---|---|---|---|
| determine how many CAM applicants can be processed each month. | | day (25 per week per physician.) | | |
| IOM will begin notifying beneficiaries abroad of continued case processing; | Estimated July 15, 2019, assuming completion of prior steps. | Actual timeframe is dependent on how much time IOM might need to build up staffing abroad. (Current estimate allows IOM only one month following the finalized contract to ensure they have the necessary staffing in place.) | In process. | As of September 6, 2024, USCIS and IOM have attempted contact with every known member of the SA settlement agreement. That total is 2,873. Of those, 2,686 have responded to the contact. Of these, 2,133 have been notified. Notification means that they have been contacted by USCIS or IOM, and subsequently attended a notification session in which IOM informed them of the next steps to continue the parole process. The remaining 553 beneficiaries were contacted but did not attend one of these notification sessions. Of the total of 2,686 individuals contacted by USCIS and IOM, 787 individuals had their CAM cases administratively closed. Note, if the beneficiary or lawfully present parent asks for their case to be reopened to continue CAM parole processing in the future and is eligible, they may, while CAM processing is ongoing. As we reported in previous quarterly court reports, USCIS has sent notices to all US-based anchor parents that USCIS and IOM had |

| | | | | previously been unable to contact, which was a total of 226 US-based anchor parents. If the US-based anchor parent did not respond, USCIS also sent a notice to the beneficiary. Of these 226 unable to contact cases, 204 anchor parents failed to respond, necessitating USCIS to send a notice to the beneficiary. In total, 39 individuals have responded to the notice.<br><br>However, since this contact, USCIS and IOM are now unable to contact 16 individuals, despite being provided updated contact information. USCIS and IOM will continue to attempt contact. Additionally, 10 have requested withdrawal or are no longer eligible for CAM parole. The remaining 13 have requested to continue with parole processing.<br><br>In the 20th Quarterly Report, USCIS reported that we had sent out the second notice to the 194 nonresponsive US-based anchor parents and beneficiaries to allow them a final opportunity to move forward with CAM parole processing.<br><br>As indicated in the 21st Quarterly Report, there was an error in the notice sent to the US-based anchor parents and beneficiaries based in El Salvador. USICS has completed sending |
|---|---|---|---|---|

5

| | | | | |
|---|---|---|---|---|
| | | | | the updated notice to these US-based anchor parents and beneficiaries. Those US-based anchor parents and beneficiaries have 30 days from the date of the corrected notice to respond.<br><br>Should the anchor parent or beneficiary reach out after the administrative closure, USCIS will consider re-opening the CAM parole case. USCIS will treat any administratively closed cases as complete for tracking and reporting purposes. |
| USCIS will schedule biometrics appointments when necessary. | TBD | Fingerprints will be collected by USCIS for any beneficiaries who turned 14 years old following the CAM Parole program termination. Fingerprints do not need to be collected again for conditional parolees who already had them collected prior to termination of program; instead, their fingerprints on file will be re-run for checks. | In process. | As of September 6, 2024, there are no cases that require biometrics collection. There are no limitations regarding the completion of biometrics. As USCIS learns of cases requiring biometrics, the cases are scheduled accordingly. |
| USCIS will begin appointments to collect biometrics if necessary. | Estimated July 29, 2019 | | In process. | Since June 21, 2019, USCIS has been taking required fingerprints. USCIS San Salvador and Guatemala City are able to collect biometrics in their offices. |
| IOM will begin to collect money and schedule new medical exams for all beneficiaries | Estimated August 26, 2019. | Actual timeframe depends on the family's ability to produce the money for the fee and the limited availability of physicians. There are five panel physicians in El Salvador, where the vast majority of beneficiaries | In process. | In July 2019, USCIS began providing applicants with the option to schedule medical exams and pay the panel physician directly. 431 applicants were given an instruction sheet by |

6

| | | | | |
|---|---|---|---|---|
| | | will seek a new medical exam. There are four in Guatemala and three in Honduras. Last time, it took approximately one month for IOM NY to collect payment from parents in the United States. | | USCIS on how to schedule their own appointments. IOM later assumed this task. IOM has contacted 1,854 applicants for payment of their medical exams as of September 6, 2024. This number includes individuals who have been contacted for payment, whose medical payment has been completed, and those with medical payments pending. |
| USCIS will begin to receive submitted medical exams, required for all beneficiaries. | Estimated September 9, 2019. | Actual timeframe of medical exam results will depend on available physicians. The results of medical exams are sent to IOM within two weeks and then the scanned report is sent to USCIS in batches. | In process. | USCIS has received 2,342 completed medical exams as of September 6, 2024.<br><br>This number includes individual initial medical exams as well as subsequent medical exams for those individuals who required more than one medical exam. Of this number, 1,980 are initial medical exams, 355 are second medical exams, and 7 are third medical exams. |
| USCIS and IOM will begin to schedule interviews with USCIS as needed, depending on any new information. | Estimated September 9, 2019. | Depending on any new information resulting from medical exams or security checks, a new interview may be scheduled for individual beneficiaries. | Currently there is a limited ability to conduct CAM parole reinterviews. | As of September 6, 2024, USCIS has three CAM parole cases pending re-interview in San Salvador and none currently in Guatemala or Honduras. |
| USCIS will begin to review eligibility for CAM parole on a case by case basis, assuming all information has been submitted. | Estimated September 10, 2019. | Case by case review can begin as soon as a beneficiary has submitted medical exams and an officer can review the relevant security checks. Actual date depends on IO office closures and restructuring. | In process. | USCIS is actively reviewing cases for eligibility on an ongoing basis. |

7

| | | | | |
|---|---|---|---|---|
| USCIS will inform Customs and Border Protection that its officers will begin to see CAM parolees at ports of entry | Estimated September 10, 2019 | Disseminate memo to CBP regarding CAM parolee travel and expected timeframe for travel | Completed on October 11, 2019. | Completed - Prior notes below: USCIS sent the memo to CBP on October 11, 2019. USCIS sent an updated memo to CBP on July 12, 2021 to inform CBP that the CAM program has reopened and that the initial parole periods for all CAM parolees going forward including under this settlement will be three years. |
| IOM will collect money for plane tickets. | Estimated beginning October 14, 2019. | Following case review, USCIS notifies IOM that they can begin to arrange travel. The actual timeframe depends on the individual's ability to pay. IOM NY took usually one month to collect payment from parents in the United States. | In process | IOM collected money for travel from 98 applicants as of December 23, 2019. IOM has not collected additional money for travel as a philanthropic foundation, the Shapiro Foundation, is funding parolee travel. Parolees who had already paid for travel were issued refunds. |
| For eligible cases, USCIS will complete final security checks and re-verify that the qualifying family member in the United States still has lawful presence before issuing the travel document. | Estimated beginning October 17, 2019. | When a travel date is confirmed, USCIS conducts final checks. This must be done within a 48-hour period before issuing the I-512L travel document. | In process. | USCIS has cleared 1,785 cases for travel as of September 6, 2024. Cleared for travel means cases in which USCIS has received and reviewed the medical examination and informed IOM that the beneficiary may travel, so IOM can begin the travel booking arrangements (or in certain cases during the IOM contract lapse, the individual may book themselves). |
| For cases with final approval, USCIS will print a travel document that is valid through the valid period of the beneficiary's medical exam. | Estimated beginning October 17, 2019. | | In process. | The first group traveled to the U.S. on October 15, 2019. |

8

| | | | | |
|---|---|---|---|---|
| USCIS will provide IOM with USCIS issued travel documents, valid through the valid period of the beneficiaries' medical exams. | Estimated beginning October 18, 2019. | | In process. | USCIS has provided 1,737 travel documents to IOM as of September 6, 2024. |
| IOM will provide the USCIS issued travel document to the travelling beneficiaries with final approval. | Estimated beginning October 23, 2019. | Actual timeline may depend on the beneficiary's schedule and readiness to depart. In certain cases, IOM will escort beneficiaries for their travel. | In process. | IOM has provided travel documents to 1,737 applicants on their travel day as of September 6, 2024. IOM counsels, houses and escorts applicants to the airport on their designated date of travel.<br><br>In addition, USCIS provided 48 travel documents directly to the beneficiaries themselves between January 19 and May 3, 2023.<br><br>1,785 applicants have traveled to the United States as of September 6, 2024. |