CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| S.A., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 18-cv-03539 LB<br><br>**DEFENDANTS' THIRTIETH QUARTERLY REPORT**<br><br>Honorable Laurel Beeler |

Pursuant to the parties' Binding Memorandum of Agreement of April 11, 2019 (ECF No. 90), the Court's Order of April 12, 2019 (ECF No. 91), and the Stipulated Final Judgment and Order for Permanent Injunction (ECF No. 99), Defendants submit their Thirtieth Quarterly Report, attached hereto, regarding the CAM Parole Program.

Dated: October 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*
PAMELA. T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

**CAM Parole Status Report (October 1, 2026)**

Pursuant to paragraph 9 of the April 12, 2019, Memorandum of Agreement (MOA), USCIS submits this "thirtieth quarterly report" of its implementation progress.

USCIS' contract with the International Organization for Migration (IOM) ended on July 3, 2025, so USCIS is responsible for both adjudicating and performing all administrative processing tasks for the remaining *S.A.* settlement cases since that time, including certain tasks previously performed by IOM. USCIS no longer has access to IOM or its records but obtained IOM data related to *S.A.* settlement agreement cases prior to the end of the contract.

Unless otherwise noted, the information in this report is current as of September 10, 2026.

**Overall CAM Litigation Parole Processing Update**

As noted in the twenty-ninth quarterly report, USCIS continues to send a notice explaining the new immigration parole fee required by the H.R.1 One Big Beautiful Bill Act[1] to the known members of the CAM *S.A.* settlement agreement and corresponding petitioners as soon as they appear likely to become travel eligible in the near future.

Below is an account of the remaining CAM *S.A.* parole cases as of September 10, 2026. The numbers in this report reflect the most-up-to-date data in USCIS systems where possible.

Total number of known members of the *S.A.* settlement agreement, all of whom USCIS contacted or attempted to contact: 2,868.[2]

- 31: Total number of individuals with CAM parole cases pending USCIS adjudication.
- 170: Total number of individuals whose cases were administratively closed due to withdrawal from the program.
  Cases that were administratively closed due to withdrawal are considered final agency action. See 8 C.F.R. § 103.2(b)(6).
- 560: Total number of individuals whose cases were administratively closed for reasons other than withdrawal.
  Reasons for administrative closure may include: a finding that the beneficiary has a Class A medical condition, the beneficiary's inability to travel within six months of the date on which the case is travel ready, a qualifying child beneficiary is married, or the beneficiary is not physically located in a CAM country. Upon completion of adjudication of all pending CAM *S.A.* cases, cases that were administratively closed for reasons other than withdrawal will change to denials for purposes of USCIS' obligations under the settlement agreement.
- 289: Total number of individuals that USCIS denied.

---

[1] https://www.federalregister.gov/documents/2025/10/16/2025-19564/immigration-parole-fee-required-by-hr-1-reconciliation-bill

[2] Note the total number of known members of the *S.A.* settlement agreement decreased by four total known members since the previous twenty-ninth quarterly report. This decrease is due in part to the removal of six cases IOM had included in the total number of known members that were never fully documented, accepted, or received by USCIS. These six cases were for add-on children at the parole processing stage and were not included in the qualifying child's refugee case when it was denied and approved for parole processing. Additionally, these cases lacked basic biographic and contact information which is necessary to identify the children and for case creation at the parole processing stage. This decrease is partially offset by the addition of two children to a case of a qualifying child who notified USCIS of their existence in their request for evidence response. This is in accordance with the policies in place at the time of the *S.A.* settlement agreement which is consistent with USCIS' obligations under the *S.A.* settlement agreement.

- 1,818: Total number of individuals who have traveled to the United States. Three individuals traveled during this reporting period.

**El Salvador**

- Pending Cases: 30
  - Number of applicants pending travel document issuance: 3
  - Number of applicants on hold: 5
  - Number of applicants pending scheduled re-interview: 0
  - Number of applicants pending request for evidence responses: 22

**Honduras**

- Pending Cases: 1
  - Number of applicants on hold: 1

**Guatemala**

- Pending Cases: 0

**Assumptions**

The submitted timeline represented the *fastest* estimated process based on historic information, assuming all external parties met the estimated milestones, and will be updated as more information becomes available. The estimated timeline does not account for unforeseen circumstances.

**Timeline Updates**

Steps: Estimated timelines are approximate and may shift depending on unforeseen factors, as well as those noted above.

Further to paragraph 8 of the MOA, USCIS notes the following progress on the Compliance Plan. For reference, USCIS has reproduced the tasks, estimated timeline, and comments from the Compliance Plan, and provided a status update and date of completion on each tasking.

| **Compliance Plan filed on April 18, 2019** | | | **Status Updates October 1, 2026 Parole Status Report*** **Unless otherwise noted, information current as of September 10, 2026* | |
|---|---|---|---|---|
| ***Task*** | ***Estimated Completion Timeline*** | ***Comments*** | ***Actual Completion Date*** | ***Comments*** |
| USCIS will verify lawful status of all qualifying family members in the United States | March 21 - April 8, 2019 | Completed initial verification for approximately 1,670 qualifying family members in the United States | Completed on May 20, 2019. | Completed. |
| USCIS will update automated security checks for all beneficiaries | March 25 - April 12, 2019 | Completed initial security checks for approximately 2,700 individuals; does not include resolution of adverse information. | Completed on April 23, 2019. | Completed, prior notes below.<br><br>Additional checks will be conducted during |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| | | | | later stages of processing. |
| USCIS will update automated security checks for all qualifying family members in the United States | April 15-23, 2019 | Approximately 1,670 qualifying family members in the United States | Completed on April 23, 2019. | Completed, prior notes below.<br><br>Additional checks will be conducted during processing. |
| USCIS will post updated materials to the USCIS website, as necessary about court order and ongoing compliance | May 6, 2019 – TBD, ongoing as necessary | Basic information about court order can be posted by May 6. More information about case processing to be posted as notification to impacted family members is sent. | Completed.<br><br>See status update for dates of completion. | Completed, prior notes below.<br><br>On May 21, 2019, USCIS posted basic information about the court order to the USCIS website in English and Spanish.<br><br>On June 18, 2019, USCIS posted further information about the settlement and permanent injunction online in English and Spanish. See https://www.uscis.gov/humanitarian/humanitarian-parole/central-american-minors-cam-information-parole-applicants<br><br>USCIS also developed and posted on June 18 an online-self-check eligibility tool so that lawfully present parents and beneficiaries could instantly find out if their case is part of the settlement. |
| USCIS will establish mechanism to accept updated contact information for family members in the United | June 3, 2019 - TBD | | Completed on May 28, 2019. | Completed, prior notes below.<br><br>There is a CAM-dedicated email address |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| States and their beneficiaries, including an email address. | | | | attached to the program notices and available online. USCIS has received and timely responded to inquiries through this email address since the notices were mailed in late May 2019, including updated contact information for impacted individuals and many other questions related to the CAM program. |
| USCIS will begin notifying qualifying family members in the United States of the court order and continued case processing | June 3, 2019 - TBD | Timeframe includes drafting of notice, AR-11 verification of addresses, and printing and mailing. | Completed on May 31, 2019. | Completed. |
| USCIS will re-establish a contract with IOM for in-country assistance | Discussions have begun – September 25, 2019. | A new or updated contract and procurement package will need to be cleared by DHS and IOM; for reference, standing up CAM initially took several months of negotiation with IOM and this timeframe may be shorter | Initially completed on September 25, 2019.<br><br>New Statement of Work contract signed between IOM and USCIS on Jan. 20, 2022.<br><br>Completed on July 3, 2025. | Completed. |
| Department of State and USCIS will re-negotiate with consulate and panel physicians to determine how many CAM applicants can be processed each month. | Estimated early July 2019. | Under the program as previously constituted, the Embassy negotiated for panel physicians to accept as many as 5 per day (25 per week per physician.) | Completed on June 28, 2019. | Completed. |
| IOM will begin notifying beneficiaries abroad of continued case processing; | Estimated July 15, 2019, assuming completion of prior steps. | Actual timeframe is dependent on how much time IOM might need to build up staffing abroad. (Current estimate allows IOM only one month following the finalized contract to ensure they | Completed. | Completed, prior notes below.<br><br>As USCIS' contract with IOM ended on July 3, 2025, IOM is no longer involved with informing beneficiaries abroad of |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| | | have the necessary staffing in place.) | | continued case processing. USCIS will directly inform beneficiaries abroad of continued case processing and all administrative processing tasks.<br><br>Upon adjudication of all pending cases, for purposes of USCIS' obligations under the settlement agreement, USCIS will change to denials the cases it administratively closed for reasons other than withdrawal. USCIS will treat any administratively closed cases as complete for tracking and reporting purposes. |
| USCIS will schedule biometrics appointments when necessary. | TBD | Fingerprints will be collected by USCIS for any beneficiaries who turned 14 years old following the CAM Parole program termination. Fingerprints do not need to be collected again for conditional parolees who already had them collected prior to termination of program; instead, their fingerprints on file will be re-run for checks. | In process. | As of September 10, 2026, there are no cases that require biometrics collection. There are no limitations regarding the completion of biometrics. As USCIS learns of cases requiring biometrics, USCIS schedules the cases accordingly. |
| USCIS will begin appointments to collect biometrics if necessary. | Estimated July 29, 2019 | | In process. | Since June 21, 2019, USCIS has been taking required fingerprints. USCIS San Salvador and Guatemala City are able to collect biometrics in their offices. |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| IOM will begin to collect money and schedule new medical exams for all beneficiaries | Estimated August 26, 2019. | Actual timeframe depends on the family's ability to produce the money for the fee and the limited availability of physicians. There are five panel physicians in El Salvador, where the vast majority of beneficiaries will seek a new medical exam. There are four in Guatemala and three in Honduras. Last time, it took approximately one month for IOM NY to collect payment from parents in the United States. | Completed. | Completed, prior notes below.<br><br>As USCIS' contract with IOM ended on July 3, 2025, USCIS will directly inform beneficiaries when medical exams are needed for CAM parole processing. |
| USCIS will begin to receive submitted medical exams, required for all beneficiaries. | Estimated September 9, 2019. | Actual timeframe of medical exam results will depend on available physicians. The results of medical exams are sent to IOM within two weeks and then the scanned report is sent to USCIS in batches. | In process. | USCIS has received 2,384 completed medical exams as of September 10, 2026.<br><br>This number includes individual initial medical exams as well as subsequent medical exams for those individuals who required more than one medical exam. Of the 2,384, 1,994 are initial medical exams, 374 are second medical exams, and 16 are third medical exams. |
| USCIS and IOM will begin to schedule interviews with USCIS as needed, depending on any new information. | Estimated September 9, 2019. | Depending on any new information resulting from medical exams or security checks, a new interview may be scheduled for individual beneficiaries. | In process. Currently there is a limited ability to conduct CAM parole reinterviews. | As of September 10, 2026, USCIS has no CAM parole cases pending scheduled re-interview. USCIS is assessing pending cases to determine if a re-interview may be necessary. |
| USCIS will begin to review eligibility for CAM parole on a case by case basis, assuming all | Estimated September 10, 2019. | Case by case review can begin as soon as a beneficiary has submitted medical exams and an officer can review the relevant security checks. | In process. | USCIS is actively reviewing cases for eligibility on an ongoing basis. |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| information has been submitted. | | Actual date depends on IO office closures and restructuring. | | |
| USCIS will inform Customs and Border Protection that its officers will begin to see CAM parolees at ports of entry | Estimated September 10, 2019 | Disseminate memo to CBP regarding CAM parolee travel and expected timeframe for travel | Completed on October 11, 2019. | Completed, prior notes below.<br><br>USCIS sent the memo to CBP on October 11, 2019.<br><br>USCIS sent an updated memo to CBP on July 12, 2021, to inform CBP that the CAM program has reopened and that the initial parole periods for all CAM parolees going forward including under this settlement will be three years. |
| IOM will collect money for plane tickets. | Estimated beginning October 14, 2019. | Following case review, USCIS notifies IOM that they can begin to arrange travel. The actual timeframe depends on the individual's ability to pay. IOM NY took usually one month to collect payment from parents in the United States. | Completed. | Completed, prior notes below.<br><br>As USCIS' contract with IOM ended on July 3, 2025, individuals who travel under CAM parole going forward will have to book and fund their own travel. |
| For eligible cases, USCIS will complete final security checks and re-verify that the qualifying family member in the United States still has lawful presence before issuing the travel document. | Estimated beginning October 17, 2019. | When a travel date is confirmed, USCIS conducts final checks. This must be done within a 48-hour period before issuing the I-512L travel document. | In process. | USCIS has cleared 1,818 cases for travel as of September 10, 2026.<br><br>Cleared for travel means USCIS has received and reviewed the medical examination and previously informed IOM that the beneficiary may travel, so IOM could begin the travel booking arrangements (or in certain cases during the IOM contract lapse, the individual may book themselves). |

| Compliance Plan filed on April 18, 2019 | | | Status Updates October 1, 2026 Parole Status Report* *Unless otherwise noted, information current as of September 10, 2026 | |
|---|---|---|---|---|
| | | | | As USCIS' contract with IOM ended on July 3, 2025, USCIS will directly inform beneficiary they may book travel. |
| For cases with final approval, USCIS will print a travel document that is valid through the valid period of the beneficiary's medical exam. | Estimated beginning October 17, 2019. | | In process. | The first group traveled to the U.S. on October 15, 2019. |
| USCIS will provide IOM with USCIS issued travel documents, valid through the valid period of the beneficiaries' medical exams. | Estimated beginning October 18, 2019. | | Completed. | Completed, prior notes below.<br><br>As USCIS' contract with IOM ended on July 3, 2025, USCIS will directly provide the travel documents to the beneficiary with final approval. |
| IOM will provide the USCIS issued travel document to the travelling beneficiaries with final approval. | Estimated beginning October 23, 2019. | Actual timeline may depend on the beneficiary's schedule and readiness to depart. In certain cases, IOM will escort beneficiaries for their travel. | Completed. | Completed, prior notes below.<br><br>As USCIS' contract with IOM ended on July 3, 2025, USCIS will directly provide the travel documents to the beneficiary with final approval.<br><br>1,818 applicants have traveled to the United States as of September 10, 2026. |